Fill in this information to identify your case and this filing:

*Angel Delgado*
RECEIVED

Debtor 1   **ANGEL      DAVID      DELGADO**
           First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   New Jersey District of   Trenton

Case number   24-12420

2024 MAR 31 P 5:06
USDC FOR NJ

*by Angel D. Delgado*
*Auth. Rep. All Rights ...*

☐ Check if this is an
   ... filing

# Official Form 106A/B
# Schedule A/B: Property

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question. For the questions are presented in Adverb-Verb syntax, which carries multiple meanings and interpretations. For I will complete the answers to the best of my inner-standing. For I do not agree ...

FILED
JEANNE A. NAUGHTON CLERK
MAY 1 0 2024
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

**1.1.**
c/o Chestnut Ave. & Oakdale
Street address, if available, or other description

Lot 1, 1/4 %, held in Brother's Estate Trust.

Hainesport, New Jersey state   Exempt.
City          State      ZIP Code

Burlington
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ Approx. $315,000.00      $ Approx. 78,000.00
But my Share is sold for Gold Pc. to Trust.

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
My deceased brother purchased the Land in 2005.

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: 3/4 of Land belongs to others in Trust.

If you own or have more than one, list here:

**1.2.**
c/o Corner of Chestnut Ave. & New York Ave.
Street address, if available, or other description
Legal: Intersection of Morestown & Mt. Holly Turnpike.

Hainesport,  New Jersey state   Zip Exempt.
City          State      ZIP Code

Burlington
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ Approx. 268,000.00      $ Entire Land.

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Purchased from Brother sometime in 2004-5.

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: Mortgage Note under :Rafael :Delgado, Trustor/Bene.

Debtor 1    ANGEL   DAVID   DELGADO
   First name   Middle Name   Last Name      Case number (if known)    24-12420

---

**1.3.**    c/o Sunflower Circle, Lot between 6 & 7
Street address, if available, or other description

per Jones Farm Plan

Lumberton, New Jersey state    Exempt.
City    State    ZIP Code

Burlington
County

**What is the property?** Check all that apply.

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$ Approx. 800,000.00    $ Entire Land

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Purchased from my sister, who had the house built.

☐ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ................................➔    $1,146,000.00

---

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

**3.1.**    Make:    Ford
Model:    F150
Year:    2013
Approximate mileage: _____
Other information:
   Truck

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$ Approx. 9,000.00    100%

If you own or have more than one, describe here:

**3.2.**    Make:    Yamaha
Model:    VST
Year:    2009
Approximate mileage: _____
Other information:
   Motorcycle

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$ Approx. $2000.00    100%

---

| Debtor 1 | ANGEL  DAVID  DELGADO | | Case number (if known) | 24-13420 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 3.3. | Make: | Toyota | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | Soloma | ☑ Debtor 1 only | |
| | Year: | 2008 | ☐ Debtor 2 only | **Current value of the entire property?**  **Current value of the portion you own?** |
| | Approximate mileage: _____ | | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | Approx. 4000.00        100% |
| | | car. | ☐ Check if this is community property (see instructions) | $_____   $_____ |

| 3.4. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**  **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____   $_____ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

| 4.1. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**  **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____   $_____ |

If you own or have more than one, list here:

| 4.2. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**  **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____   $_____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................→   |$   15,000.00

| Debtor 1 | ANGEL | DAVID | DELGADO | | Case number *(if known)* | 24-12420 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**Part 3:** **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe......... Bed, airvconditioner, DVD player

$ 300.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe......... 2 TVs , 1 computer, 1 printer, cell phone.

$ $800.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No
☐ Yes. Describe........

$ 0.00

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☑ Yes. Describe...... carpentry tools, lawn mowers, blower, schooter.

$ 750.00

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe........

$ 0.00

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe......... Mostly jeans, tee shirts, jackets, sneakers.   Some formal wear.

$ 100.00

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe......... 1 gold pc. received from the sale of Chestnut Ave. & Oakdale.

$ 100.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☑ No
☐ Yes. Describe........

$

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
☑ Yes. Give specific information. ............ Diabeties meters (3),  Humidifiers (2).
Burial Plot in Lakeview Memorial Park Cinnaminson, New Jersey  - 50% of $10,000.00 approx.

$ 5100.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................➔

$ 7150.00

---

| Debtor 1 | ANGEL   DAVID   DELGADO | Case number *(if known)* 24-12420 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☐ Yes ....................................................................................................................................    Cash: ..................... $ _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes ....................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. Checking account: | TD Bank | $ | Approx. $3000.00 |
| 17.2. Checking account: | | $ | |
| 17.3. Savings account: | | $ | |
| 17.4. Savings account: | | $ | |
| 17.5. Certificates of deposit: | | $ | |
| 17.6. Other financial account: | | $ | |
| 17.7. Other financial account: | | $ | |
| 17.8. Other financial account: | | $ | |
| 17.9. Other financial account: | | $ | |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☒ Yes .................

Institution or issuer name:

| | |
|---|---|
| Bond with U.S. Treasury - Birth Certificate Bond  - estimated value under one SS No., | $ At least $35 mil. but not released Info. |
| Certified Bond with CUSSIP No. from Fidelity Bank provided in Binder with other Financial Docs | $ |
| Note Securities for Truck ($13,000.00) and Property Sunflower Circle, Lumberton ($560,000.00) | $ 573,000.00 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $ 0.00 |
| | 0% % | $ |
| | 0% % | $ |

Debtor 1    ANGEL   DAVID   DELGADO                                   Case number (if known)    24-12420
         First Name    Middle Name    Last Name

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No
☒ Yes. Give specific    Issuer name:
information about
them.......................    _____See No. 18._____    $_____

_____    $_____

_____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each    Type of account:    Institution name:
account separately.
                                                                          0.00
    401(k) or similar plan: _____    $_____

    Pension plan: _____    $_____

    IRA: _____    $_____

    Retirement account: _____    $_____

    Keogh: _____    $_____

    Additional account: _____    $_____

    Additional account: _____    $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes ...........................    Institution name or individual:
                                                                          0.00
    Electric: _____    $_____

    Gas: _____    $_____

    Heating oil: _____    $_____

    Security deposit on rental unit: _____    $_____

    Prepaid rent: _____    $_____

    Telephone: _____    $_____

    Water: _____    $_____

    Rented furniture: _____    $_____

    Other: _____    $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes ...........................    Issuer name and description:
                                                                          0.00
    _____    $_____

    _____    $_____

Debtor 1    ANGEL   DAVID   DELGADO
    First Name    Middle Name    Last Name

Case number *(if known)*____24-12420_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes .................................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

$_____0.00_____

$_____

$_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☒ Yes. Give specific information about them...    ESTATE OF RAFAEL DELGADO

$_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific information about them....

$_____0.00_____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific information about them....

$_____0.00_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .....................

Federal: $_____0.00_____

State: $_____

Local: $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information..............

Alimony: $_____0.00_____

Maintenance: $_____

Support: $_____

Divorce settlement: $_____

Property settlement: $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information..............

$_____0.00_____

| Debtor 1 | ANGEL DAVID DELGADO | | Case number *(if known)* | 24-12420 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☒ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| With employer – Dart, Inc. | sister | $ 0.00 |
| Term Life. | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information.............   $ 0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim. ...................   $ 0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. ...................   $ 0.00

**35. Any financial assets you did not already list**

☐ No

☒ Yes. Give specific information............   CHRISTOPHER HAUSER 1099A  GRANT OF 1,500,000.00 ; CH is a Banker/Broker working with the U.S. Treasury.   Funds were due last August 2023, we are still waiting.   $ 1,500,000.00

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ..................................................................➔   Min. approx. 2,076,000.00   $

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe.......   $ 0.00

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe.......   $ 0.00

| Debtor 1 | ANGEL  DAVID  DELGADO | Case number (if known) | 24-12420 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes. Describe....... _____ $_____

**41. Inventory**

☒ No

☐ Yes. Describe....... _____ $_____

**42. Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe........  Name of entity:                                    % of ownership:

_____     _____%   $_____

_____     _____%   $_____

_____     _____%   $_____

**43. Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

  ☐ No

  ☐ Yes. Describe. ....... _____ $_____

**44. Any business-related property you did not already list**

☒ No

☐ Yes. Give specific      _____ $_____
information .........      _____ $_____
                          _____ $_____
                          _____ $_____
                          _____ $_____
                          _____ $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................ ➔ $ _____0.00_____

---

**Part 6:     Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

☐ No

☐ Yes........................ _____ $_____

---

| Debtor 1 | ANGEL DAVID DELGADO | | | Case number *(if known)* | 24-12420 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

48. **Crops—either growing or harvested**

☒ No

☐ Yes. Give specific information. ............ | $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No

☐ Yes ......................... | $_____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No

☐ Yes ......................... | $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No

☐ Yes. Give specific information. ............ | $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................................................................➔ $ 0.00

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

☒ No

☐ Yes. Give specific information. ............ | $ 0.00
   | $_____
   | $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................➔ $ 0.00

**Part 8:   List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ........................................................................➔ $ 1,146,000.00

56. **Part 2: Total vehicles, line 5** | $ 15,000.00

57. **Part 3: Total personal and household items, line 15** | $ 7150.00

58. **Part 4: Total financial assets, line 36** | $ 2,076,000.00

59. **Part 5: Total business-related property, line 45** | $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00

61. **Part 7: Total other property not listed, line 54** | + $ 0.00

62. **Total personal property. Add lines 56 through 61.** ................... | $ 2,098,150.00   Copy personal property total ➔ + $ 2,098,150.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** ........................................................................ $ 3,244,150.00

Fill in this information to identify your case:

Debtor 1   **ANGEL   DAVID   DELGADO**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   **New Jersey** District of _Trenton_

Case number   **24-12420**
(if known)

☒ Check if this is an amended filing

*Angel Delgado*
RECEIVED
2024 MAR 31 P 5:06
USDC FOR NJ
:By: *Angel D. Delgado*
AUTHORIZED REPRESENTATIVE ALL RIGHTS RESERVED
WITHOUT PREJUDICE.

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).   For I will answer the questions to the best of my innerstanding, as the language used in these forms are written in Adverb-Verb Syntax grammar, which has multiple meanings.   For I do not agree with the grammer used  for no meeting of the minds.

1. **Do any creditors have claims secured by your property?**
   ☒ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below. For the Security Instruments, Note Securities, were cashed and cured the Deed of Trusts at Closing.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**   Jay Brey, CEO

Creditor's Name
Nationstar/Mr. Cooper Mtg. Co.
Number      Street
c/o 8950 Cypress Blvd.

Coppell, Texas   (76019)
City      State   ZIP Code

**Describe the property that secures the claim:**   $ _0.00_   $_____   $_____

Land: Chestnut Avenue & Oakdale, Hainesport, New Jersey state.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated      X  Settled, For there exists no issue of material fact.
☐ Disputed      Nationstar cashed the Note Securities, which cured the Deed of Trusts on or by closing.

**Who owes the debt?** Check one.
☒ Debtor 1 only      Deceased Brother.
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)  _No pending lien exists._

Date debt was incurred      Last 4 digits of account number

**2.2**   Terry Smith, CEO

Creditor's Name
Rushmore Loan Svcing. Co,
Number      Street
c/o 8950 Cypress Blvd.

Coppell, Texas   (76019)
City      State   ZIP Code

**Describe the property that secures the claim:**   $ _0.00_   $_____   $_____

Land: Chestnut Avenue & Oakdale, Hainesport, New Jersey state.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated      X  Settled, For there exists no issue of material fact.
☐ Disputed      Nationstar cashed the Note Securities, which cured the Deed of Trusts on or by closing.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

DUPLICATE CLAIM OF 2.1.

Date debt was incurred      Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 0.00

Debtor 1   **ANGEL   DAVID DELGADO**
First Name   Middle Name   Last Name

Case number (if known) __24-12420__

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |

---

**2.3   Westlake Financial**
Creditor's Name

Attn: LBX#71911
Number      Street

3440 Flair Drive

El Monte, California   (91731)
City      State   ZIP Code

**Describe the property that secures the claim:**

Truck: Ford F150

Column A: $ Approx. 5,000.00
Column B: $ Approx. 9000.00
Column C: 4000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed      Seek to continue. .

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  2 8 12

---

**2.4   Bruce Rose, CEO**
Creditor's Name

Carrington Mortgage Co.
Number      Street

ISOAA/ATIMA, P.O. Box 692 408

San Antonia, Texas (78269-2419)
City      State   ZIP Code

**Describe the property that secures the claim:**

Land:  (2611)  Chestnut Ave. & New York Ave, Hainesport, New Jersey state.

Column A: $ 0.00
Column B: $
Column C: $

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent   X Settled, For there exists no issue of material fact.
- ☐ Unliquidated   Carrington or Agent cashed the Note Securities, which cured the Deed of Trusts on or
- ☐ Disputed   by closing in 2004-5.

**Who owes the debt?** Check one.
- ☑ Debtor 1 only   Brother's Mtg.
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)  No pending lien exists.

Last 4 digits of account number  6 6 4 3;

---

**2.5**
Creditor's Name

A Great Mortgage Co.
Number      Street

c/o 921 Pleasant Valley Avenue,

Mount Laurel,  New Jersey (08054)
City      State   ZIP Code

**Describe the property that secures the claim:**

Land: (22) Sunflower Circle, Lot 7, Lumberton, New Jersey state

Column A: $ 0.00
Column B: $
Column C: $

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent      X Settled, For there exists no issue of material fact.
- ☐ Unliquidated   A Great Mortgage Co. or Agent cashed the Note Securities, which cured the Deed
- ☐ Disputed   of Trusts on or by closing in 2004.   Company did not discharge from credit until 2021?

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  2194

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $0.00

If this is the last page of your form, add the dollar value totals  from all pages.
Write that number here: _____   $0.00

Debtor 1    ANGEL  DAVID DELGADO
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*＿＿＿24-12420＿＿＿

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

N/A

Name

On which line in Part 1 did you enter the creditor? ＿＿＿

Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿

Number    Street

City    State    ZIP Code

Name

On which line in Part 1 did you enter the creditor? ＿＿＿

Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿

Number    Street

City    State    ZIP Code

Name

On which line in Part 1 did you enter the creditor? ＿＿＿

Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿

Number    Street

City    State    ZIP Code

Name

On which line in Part 1 did you enter the creditor? ＿＿＿

Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿

Number    Street

City    State    ZIP Code

Name

On which line in Part 1 did you enter the creditor? ＿＿＿

Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿

Number    Street

City    State    ZIP Code

Name

On which line in Part 1 did you enter the creditor? ＿＿＿

Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿

Number    Street

City    State    ZIP Code

Fill in this information to identify your case:

Debtor 1    ANGEL    DAVID    DELGADO
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: New Jersey District of    Trenton

Case number    24-12420
(if known)

☐ Check if this is an
   amended filing

Official Form 106E/F

:By: *Angel D. Delgado*
Authorized representative.   ALL RIGHTS RESERVED WITHOUT PREJUDICE.

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).   For i will answer the questions to the best of my innerstanding.   For these
questions are written in Adverb-Verb syntax grammar which provides multiple meanings.   For I do not agree with the use of this grammar.

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | U.S. Department of Education | | | | |
|---|---|---|---|---|---|

Priority Creditor's Name
GS/ATL P.O. Box 530212
Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number  6328
When was the debt incurred?   8/31/2010

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed   For since Covid and the W-4 Sandwich with the IRS, I have not seen a "Bill".

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify   Gov. Student Loan.

Total claim: Approx. 30,000.00 $
Priority amount: approx. $ 30,000.00
Nonpriority amount: $ 0.00

| 2.2 | New Jersey Environmental Co. | | | | |
|---|---|---|---|---|---|

Priority Creditor's Name
P.O. Box  420
Number    Street

Trenton,  New Jersey  (08646)
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only  An unknown Mr. Hicks. , but not me.
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number  2996
When was the debt incurred?   Unknown  for this is not my debt.   for I am not Mr. Hicks.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   for Unknown/Fake charges/fabricate but claims it is "Tax"

Total claim: Approx. 10,000.00 $
Priority amount: Approx. 10,000.00 $
Nonpriority amount: $ 0.00

Debtor 1   **ANGEL DAVID DELGADO**      Case number (if known)   24-12420

First Name    Middle Name    Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | **Total claim** | **Priority amount** | **Nonpriority amount** |

**2.3**

state of New Jersey Taxation

Priority Creditor's Name
(Duplicate Environmental Bill)

Number    Street
P.O. box 002

Trenton, New Jersey    (08625)

City    State    ZIP Code

Last 4 digits of account number   2 9 9 6

When was the debt incurred?    UNKNOWN

Total claim Approx. 10,000.00   Priority Approx. $10,000.00   Nonpriority $0.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

DUPLICATE BILLING

**Who incurred the debt?** Check one.

☐ Debtor 1 only   I AM NOT HARKER. NOT ME
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify   Duplicate Environmental bill/ Fake charges, unknown why.

---

Priority Creditor's Name

Number    Street

City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$_____   $_____   $_____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Priority Creditor's Name

Number    Street

City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$_____   $_____   $_____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Debtor 1 | ANGEL   DAVID   DELGADO | | Case number (if known) | 24-12420 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.  For I will answer the questions to the best of my Innerstanding.  For the languag used is Adverb-Verb syntax grammer, which provides multiple meanings.  For I do not agree with the use of this grammar.

---

**4.1**

| Jefferson Health - Medical bill | | **Total claim** |
|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number  0780 __ __ __        $ 163.44

P.O. Box 785992

Number        Street

When was the debt incurred?  4/19/24

Philadelphia,   Pennsylvania    (19178)

City                        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☐ No
☐ Yes

☒ Other. Specify ___Medical bill___

---

**4.2**

UMR  - Dr. Todd Schachter, D.O.

Last 4 digits of account number  8110 __ __ __        $ 234.49

Nonpriority Creditor's Name

When was the debt incurred?  4/6/24

c/o UMR  P.O. box 30541 / Virtua Medical Group

Number        Street

Salt Lake City,  Utah    (84130)

City                        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☐ No
☐ Yes

☒ Other. Specify ___Medical bill.___

---

**4.3**

UMR - Hospital Stay

Last 4 digits of account number __ __ __ __        $ 2984.96

Nonpriority Creditor's Name

When was the debt incurred?  4/24

P.O. box 30541

Number        Street

Salt Lake City       Utah    (84130)

City                        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☐ No
☐ Yes

☒ Other. Specify ___Medical bill___

---

Debtor 1    ANGEL DAVID DELGADO                                          24-12420
          First Name    Middle Name    Last Name          Case number (if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

**4.4**

UMR - KENNEDY UNIV. HOSPITAL
_____
Nonpriority Creditor's Name
P.O. BOX 30541
_____
Number      Street
SALT LAKE CITY, UTAH  (84130)
_____
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  8000 __ __ __

When was the debt incurred?    4/7/24

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  MEDICAL BILL

$ 4421.23

---

**4.5**

Barry Sharer, Esquire/Joshua Raymond
_____
Nonpriority Creditor's Name
75 Livingston Avenue
_____
Number      Street
Roseland, New Jersey  (07068)
_____
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☒ Yes

Last 4 digits of account number  Unknown __ __ __

When was the debt incurred?    2008?

As of the date you file, the claim is: Check all that apply.

☐ Contingent      For this should have been discharged in 2018.
☐ Unliquidated
☒ Disputed        Third party debt??????No contract.

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Ex Brother in law BK mess.

$ 1,400,000.00
Approx.

---

_____
Nonpriority Creditor's Name
_____
Number      Street
_____
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ _____

Debtor 1 _____   Case number *(if known)*_____
       ANGEL DAVID DELGADO
    First Name      Middle Name      Last Name

24-12420

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

N/A

_____
Name

_____
Number     Street

_____

_____
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City           State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1   ANGEL   DAVID   DELGADO
First Name   Middle Name   Last Name

Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

| 6a. **Domestic support obligations** | 6a. | $ | 0.00 |
| --- | --- | --- | --- |
| 6b. **Taxes and certain other debts you owe the government** | 6b. | $ | 10,000.00 |
| 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 0.00 |
| 6e. **Total.** Add lines 6a through 6d. | 6e. | $ | 10,000.00 |

**Total claim**

**Total claims from Part 2**

| 6f. **Student loans** | 6f. | $ | 30,000.00 |
| --- | --- | --- | --- |
| 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 1,407,804.12 |
| 6j. **Total.** Add lines 6f through 6i. | 6j. | $ | 1,437,804.12 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor | **ANGEL   DAVID   DELGADO** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | New Jersey   District of   Trenton | | |
| Case number | 24-12420 | | |
| (if known) | | | |

*Angel Delgado*
*RECEIVED*

*2024 MAR 31  P 5:01*

*USDC FO...*

:By *Angel D. Delgado*
AUTHORIZED REPRESENTATIVE.  ALL RIGHTS RESE... ...OUT
PREJUDICE.

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).   For I will answer the questions to the best of my innerstanding.  For this is written
in Adverb-Verb syntax which provides multiple meanings.   For I do not agree with the use of this grammar.

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
   example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and
   unexpired leases.**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | n/a | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| **2.2** | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| **2.3** | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| **2.4** | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| **2.5** | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |

| Debtor 1 | ANGEL  DAVID DELGADO | | Case number (if known) | 24-12420 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

**Person or company with whom you have the contract or lease**          **What the contract or lease is for**

**2.2**

Name

Number    Street

City                    State    ZIP Code

**2.**

Name

Number    Street

City                    State    ZIP Code

**2.**

Name

Number    Street

City                    State    ZIP Code

**2.**

Name

Number    Street

City                    State    ZIP Code

**2.**

Name

Number    Street

City                    State    ZIP Code

**2.**

Name

Number    Street

City                    State    ZIP Code

**2.**

Name

Number    Street

City                    State    ZIP Code

**2.**

Name

Number    Street

City                    State    ZIP Code

**Fill in this information to identify your case:**

Debtor 1    ANGEL    DAVID    DELGADO
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: New Jersey District of Trenton

Case number
(if known)    24-12420

RECEIVED

2024 MAR 31 P 5:06

:By: _____
AUTHORIZED REPRESENTATIVE
ALL RIGHTS RESERVED WITHOUT PREJUDICE.

USDC FOR NJ

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question. For I will answer these questions to the best of my innerstanding.  For Adverb-Verb syntax grammer is used which provides multiple meanings.  For I do not agree with the use of this grammer...For it is misleading and there is no meeting of the minds.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number    Street

      _____
      City    State    ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:* Your codebtor

*Column 2:* The creditor to whom you owe the debt

Check all schedules that apply:

| 3.1 | |
|---|---|
| Name    Barry Sherer, Esq. / Joshua H. Raymond | ☐ Schedule D, line _____ |
| Number    Street    75 Livingston Avenue | ☒ Schedule E/F, line 4.5 |
| City    Roseland, New Jersey    (07068)    State    ZIP Code | ☐ Schedule G, line _____ |

| 3.2 | |
|---|---|
| Name | ☐ Schedule D, line _____ |
| Number    Street | ☐ Schedule E/F, line _____ |
| City    State    ZIP Code | ☐ Schedule G, line _____ |

| 3.3 | |
|---|---|
| Name | ☐ Schedule D, line _____ |
| Number    Street | ☐ Schedule E/F, line _____ |
| City    State    ZIP Code | ☐ Schedule G, line _____ |

USDC FOR NJ    2024 MAR 31 P 5:07    RECEIVED    Angel Delgado

Debtor 1    ANGEL  DAVID DELGADO

First Name    Middle Name    Last Name

Case number *(if known)*    24-12420

---

### Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|

**Column 2:** Check all schedules that apply:

**3._**

Name: Christopher R. Shafer, Jr.

Unknown

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line __4,5__
- ☐ Schedule G, line _____

**3._**

Name: Matthew Shafer

Unkown

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line __4,5__
- ☐ Schedule G, line _____

**3._**

Name: :Dorkas-Iris Delgado-Shafer

c/o P.O. box 664

Number    Street
Hainesport, New Jersey    (08036)  Non-domestic

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line __4.5__
- ☐ Schedule G, line _____

**3._**

Name

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3._**

Name

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3._**

Name

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3._**

Name

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3._**

Name

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1    ANGEL DAVID DELGADO
_____
First Name    Middle Name    Last Name

Debtor 2    _____
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: New Jersey District of Trenton

Case number    24-12420
(If known)    _____

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

:By:  *Angel D. Delgado*

Authorized Representative.  ALL RIGHTS RESERVED
WITHOUT PREJUDICE.

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.  For I will answer these questions to the best of my innerstanding.   For it is written in Abverb-Verb syntax grammar, which provides multiple meanings.  For I do not agree with the use of this grammar because it prevents a meeting of the minds.  For I do not accept and reject and rescind any presumptions, assumptions, codes and statutes, which creates coersion and misrepresentations.

**Part 1:    Describe Your Household**

1. Is this a joint case?

   ☒ No.  Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. Do you have dependents?    ☒ No

   Do not list Debtor 1 and    ☐ Yes. Fill out this information for
   Debtor 2.                          each debtor or debtor..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. Do your expenses include
   expenses of people other than    ☐ No
   yourself and your dependents?    ☒ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and
   any rent for the ground or lot.                                                        4.  $ _____0.00_____

   If not included in line 4:

   4a.  Real estate taxes                                                                 4a. $ _____278.00_____

   4b.  Property, homeowner's, or renter's insurance                                      4b. $ _____171.00_____

   4c.  Home maintenance, repair, and upkeep expenses    Sister pays.                     4c. $ _____0.00_____

   4d.  Homeowner's association or condominium dues                                       4d. $ _____0.00_____

| Debtor 1 | ANGEL   DAVID DELGADO | | Case number (if known) | 24-12420 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| | | | **Your expenses** |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $ _____0.00_____

6. **Utilities:**

  6a.  Electricity, heat, natural gas    Sister pays.    6a.    $ _____0.00_____

  6b.  Water, sewer, garbage collection    Sister pays.    6b.    $ _____0.00_____

  6c.  Telephone, cell phone, Internet, satellite, and cable services    Sister pays cable.    6c.    $ _____130.00_____

  6d.  Other. Specify: _____    6d.    $ _____

7. **Food and housekeeping supplies**    7.    $ _____600.00_____

8. **Childcare and children's education costs**    8.    $ _____0.00_____

9. **Clothing, laundry, and dry cleaning**    9.    $ _____50.00_____

10. **Personal care products and services**    10.    $ _____25.00_____

11. **Medical and dental expenses**    11.    $ _____200.00_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $ _____120.00_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $ _____0.00_____

14. **Charitable contributions and religious donations**    Sister pays.    14.    $ _____0.00_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a.  Life insurance    15a.    $ _____120.00_____

  15b.  Health insurance    15b.    $ _____257.00_____

  15c.  Vehicle insurance    15c.    $ _____500.00_____

  15d.  Other insurance. Specify:_____    15d.    $ _____0.00_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.    $ _____0.00_____

17. **Installment or lease payments:**

  17a.  Car payments for Vehicle 1    17a.    $ _____307.00_____

  17b.  Car payments for Vehicle 2    17b.    $ _____0.00_____

  17c.  Other. Specify:_____    17c.    $ _____0.00_____

  17d.  Other. Specify:_____    17d.    $ _____0.00_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.    $ _____0.00_____

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19.    $ _____0.00_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

  20a.  Mortgages on other property    20a.    $ _____0.00_____

  20b.  Real estate taxes    20b.    $ _____0.00_____

  20c.  Property, homeowner's, or renter's insurance    20c.    $ _____0.00_____

  20d.  Maintenance, repair, and upkeep expenses    20d.    $ _____0.00_____

  20e.  Homeowner's association or condominium dues    20e.    $ _____0.00_____

Debtor 1    ANGEL  DAVID DELGADO

First Name    Middle Name    Last Name

Case number (if known)    24-12420

21. **Other.** Specify: _____    21.    **+** $ _____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.    $    2758.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $    0.00

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $    2758.00

23. **Calculate your monthly net income.**

23a.    Copy line 12 (*your combined monthly income*) from *Schedule I.*    Incl. per diem payments.    23a.    $    3,836.84

23b.    Copy your monthly expenses from line 22c above.    23b.    **—** $    2758.00

23c.    Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.    $    1074.84

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.    Explain here:    No, other than medical.



Quantum Parse *Syntax* FLAG



United States Peace Flag



Four Corner Rule Postage

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND
NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

From:
:Angel-David :Delgado.
Authorized Representative, Sui Juris.
C/O P.O. BOX 664
Hainesport, New Jersey state ZIP EXEMPT
NON-DOMESTIC/NON-US.

5/10/2024

To:

Via:  HAND DELIVERY

Court Clerk to
Christine M. Gravelle, Judge.
Trenton District, Bankrutpcy Court
402 East State Street
Trenton, New Jersey  (08608)
(Non-Domestic/Non-US)
609-858-9333.

    Re:  IN RE:  ANGEL DAVID DELGADO, Bk. Case No. 24-12420;
SCHEDULES.

Dear Court Clerk,

    For enclosed please find the following:

        1. Letter Re:Schedules due.
        2. Schedules:
        a. 106 A/B
        b. 106D
        c. 106 E/F
        d. 106G
        e. 106H
        f. 106J

    For the remaining schedules will be submitted Monday, am,
as we did not have all of the documents to complete the
additional schedules.

For further, a binder with Financial documents, such as
Deeds, tax return, paystubs and bank statements will be
hand delivered to the Trustee today.


For thank you for your time and consideration.

: BY: _Angel D. Delgado_ TP.
AUTHORIZED REPRESENTATIVE.
ALL RIGHTS RESERVED WITHOUT PREJUDICE.


Date: _5/10/2024._


Cc:   A. Russo, copies of schedules and binder with financials.

## HAND DELIVERY RECEIPT

***NOTICE TO PRINCIPLE IS A NOTICE TO AGENT AND NOTICE TO AGENT IS AS NOTICE TO PRINCIPLE.***

To:

Via: HAND DELIVERY

Court Clerk to
Christine M. Gravelle, Judge.
Trenton District, Bankrutpcy Court
402 East State Street
Trenton, New Jersey   (08608)
(Non-Domestic/Non-US)
609-858-9333.


From:

:Dorkas-Iris :Delgado-Shafer,
C/O P.O. BOX 664
Hainesport, New Jersey state ZIP EXEMPT
NON-DOMESTIC/NON-US.


Re:  IN RE:  ANGEL DAVID DELGADO, Bk. Case No.   24-12240.
   1. LETTER
      Schedules.


RECEIVED & SIGNED BY: *Austria Castilla Bengtouston*

Date:  5/10/24

     TIME:


ALL RIGHTS RESERVED WITHOUT PREJUDICE.