Fill in this information to identify your case:

Debtor 1: **ANGEL DAVID DELGADO**
First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **New Jersey** District of **Trenton**

Case number (if known): **24-12420**

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ
2024 MAY 13 A 11: 44

:By: _Angel D. Delgado_
AUTHORIZED REPRESENTATIVE, ALL RIGHTS
RESERVED WITHOUT PREJUDICE

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt        04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.   For I will respond to the questions to the best of my innerstanding. For this is written in Adverb-Verb syntax grammar, which provides multiple meaning.   For there can be no meeting of the minds. For hence I do not agree with this use of this grammar.   For this is my CounterOffer.   All assets are non-negotiable.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.
   ☐ You are claiming federal exemptions.

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Land: Chestnut Ave. & Oakdale Hainesport, New Jersey state  Line from Schedule A/B: ___ | $_____ | ☐ $_____  ☑ 100% | HJR 192 - All debts pre-paid. and Unalienable and Inalienable Rights by Supremacy Clause. Gen. Rule: FRAUD VICIATES EVERYTHING. |
| Brief description: Land: Chestnut Avenue & New York Avenue, Hainesport, New Jersey state  Line from Schedule A/B: ___ | $_____ | ☐ $_____  ☑ 100% | HJR 192 - All debts pre-paid. and Unalienable and Inalienable Rights by Supremacy Clause. Gen. Rule: FRAUD VICIATES EVERYTHING. |
| Brief description: Land: Sunflower Circle, Lot 7 Lumberton, New Jersey state  Line from Schedule A/B: ___ | $_____ | ☐ $_____  ☑ 100% | HJR 192 - All debts pre-paid. and Unalienable and Inalienable Rights by Supremacy Clause. Gen. Rule: FRAUD VICIATES EVERYTHING. |

3. **Are you claiming a homestead exemption of more than $189,050?**    ??????? For I do not innerstand how this works or what its true purpose.
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 1 of _2_

Debtor 1  ANGEL DAVID DELGADO
          First Name   Middle Name   Last Name

Case number (if known) 24-12420

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: All Automobiles, motorcycle<br>Line from Schedule A/B: ___ | $_____ | ☐ $_____<br>☒ 100% | HJR 192 - All debts pre-paid. and Unalienable and Inalienable Rights by Supremacy Clause.<br>Gen. Rule: FRAUD VICIATES EVERYTHING. |
| Brief description: All appliances, tools, and all listed in the schedules.<br>Line from Schedule A/B: ___ | $_____ | ☐ $_____<br>☒ 100% | HJR 192 - All debts pre-paid. and Unalienable and Inalienable Rights by Supremacy Clause.<br>Gen. Rule: FRAUD VICIATES EVERYTHING. |
| Brief description: All clothes, jewelry, bank accounts, insurance policies, contracts.<br>Line from Schedule A/B: ___ | $_____ | ☐ $_____<br>☒ 100% | HJR 192 - All debts pre-paid. and Unalienable and Inalienable Rights by Supremacy Clause.<br>Gen. Rule: FRAUD VICIATES EVERYTHING. |
| Brief description: Everything listed as assets are non-negotiable and belongs to me.and no one else.<br>Line from Schedule A/B: ___ | $_____ | ☐ $_____<br>☒ 100% | HJR 192 - All debts pre-paid. and Unalienable and Inalienable Rights by Supremacy Clause.<br>Gen. Rule: FRAUD VICIATES EVERYTHING. |
| Brief description: N/A.<br>Line from Schedule A/B: ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: N/A.<br>Line from Schedule A/B: ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: N/A.<br>Line from Schedule A/B: ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: N/A.<br>Line from Schedule A/B: ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: N/A.<br>Line from Schedule A/B: ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: N/A.<br>Line from Schedule A/B: ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: N/A.<br>Line from Schedule A/B: ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: N/A.<br>Line from Schedule A/B: ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 2 of 2

Fill in this information to identify your case:

Debtor 1  ANGEL DAVID DELGADO
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: New Jersey District of Trenton

Case number 24-12420
(If known)

:By: *Angel D. Delgado*
Authorized Representative. ALL RIGHTS RESERVED
WITHOUT PREJUDICE.

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question. For I will answer these questions to the best of my innerstanding. For this document is written in Adverb-Verb syntax grammar. For this grammar provides multiple meanings. For I do not agree with the use of this grammar as it does not create a meeting of the minds. For I continue to contest the codes, statutes, by-laws.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Truck Driver | |
| Employer's name | Dart Transit. | |
| Employer's address | c/o 1504 Avco Blvd.<br>Number  Street<br><br>Sellersburg, Indiana  (47172)<br>City    State    ZIP Code | Number  Street<br><br>City    State    ZIP Code |
| How long employed there? | 10 mos. since 7/19/23. | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.<br>Note: this amount is based upon Jan'24. Weekly income avg. is approx. $1000.00 per week plus per diem of $250.00. | $ 3836.84 | $ |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 3836.84 | $ |

Official Form 106I    Schedule I: Your Income    page 1

Debtor 1  **ANGEL   DAVID   DELGADO**
          First Name  Middle Name  Last Name

Case number (if known) __24-12420__

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ......................................................➔ 4. | $ 3836.84 | $ |

5. List all payroll deductions:

| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 650.34 | $ |
|---|---|---|---|
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0 | $ |
| 5e. Insurance | 5e. | $ 111.68 | $ |
| 5f. Domestic support obligations | 5f. | $ 0 | $ |
| 5g. Union dues | 5g. | $ 0 | $ |
| 5h. Other deductions. Specify: Medical & Dental. | 5h. +$ 260.44 | + $ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 1022.46   $

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 2814.38   $

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0   $

   8b. Interest and dividends   8b.   $ 0   $

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0   $

   8d. Unemployment compensation   8d.   $ 0   $

   8e. Social Security   8e.   $ 0   $

   8f. Other government assistance that you regularly receive
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.   $ 0   $

   8g. Pension or retirement income   8g.   $ 0   $

   8h. Other monthly income. Specify: Family monthly support for household exp.   8h. +$ 1,000.00   +$

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 3814.38   $

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 3814.38   +   $   =   3814.38

1. State all other regular contributions to the expenses that you list in Schedule J.
   Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.   For the $1000.00 is the same as what is listing in the expenses with J.
   Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
   Specify: _____   11. +$ 0

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12.   $ 3814.38
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ☒ Yes. Explain:     Possibly one year anniversary.

Official Form 106I                Schedule I: Your Income                page 2

Fill in this information to identify your case:

Debtor 1: ANGEL DAVID DELGADO
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: New Jersey District of Trenton

Case number (if known): 24-12420

:By: *Angel D. Delgado*
AUTHORIZED REPRESENTATIVE.
ALL RIGHTS RESERVED WITHOUT PREJUDICE

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571. For I do not agree with the swearing as it is against my religious beliefs. For I do not agree with the statutes, codes and the like, as these schedules/document are written in Adverb-Verb syntax grammar with multiple meanings. For hence, there is no meeting of the minds. For I do not agree with the use of this grammar syntax. For I reject, rescind all presumptions, assumptions, and the like as to this and all schedules as written with and without blocks provided. For I have not and will not waive any of my inalienable and unalienable rights at any time. for I have completed the schedules to the best of my innerstanding. For because of the attempts to take Land from my family and me, I am coerced under duress to file for Bankrutpcy.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

~~Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and~~ ~~that they are true and correct.~~ For I affirm that I completed the schedules to the best of my innerstanding despite the Adverb-Verb syntax grammar with multiple meanings used. For I believe there cannot be a meeting of the minds with this grammar used.

X *Angel D. Delgado*
Signature of Debtor 1 AUTHORIZED REPRESENTATIVE
ALL RIGHTS RESERVED WITHOUT PREJUDICE.

Signature of Debtor 2

Date 5/10/24    Date _____
MM / DD / YYYY    MM / DD / YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules