

United States Peace Flag 1799.   FLAG Quantum Parse Syntax   $1.00 Postage - Four Corner Rule Applies.

## NOTICE TO AGENT IS AS NOTICE TO PRINCIPLES; NOTICE TO PRINCIPLES IS AS NOTICE TO AGENT.

UPDATED MATRIX: 5/10/2024.

**MATRIX BY :Angel-David :Delgado Authorized Representative. This** for 2024 bankruptcy.

1. Westlake Financial institution
   3440 Fair Drive
   El Monte, CA (91731)
      Re: Account No. 15382812, 2013 Ford F150

2. :Bruce :Family of Rose, CEO & Founder,
   C/O CARRINGTON MORTGAGE SERVICES
   1600 S. Douglas Rd, Ste 200
   Anaheim, California (92806)
         Re:  Account No. 070001466643  Land: 2611
         Marne Hwy, Hainesport, New Jersey (08036)

3. U.S. Department of Education
   400 Maryland Avenue, SW
   Washington, DC    (20202)
      Re:  Federal Student Loan

4. New Jersey Environmental Protection Agency, Inc.
   C/O :Shawn-M. :LaTourette, DBA Commissioner
   P.O. Box 402
   Trenton, New Jersey (08625).

1

Re: NO CONTRACT, NO SERVICES PROVIDED, PRESUMPTION, AND 2611 MARNE HWY, HAINESPORT NEW JERSEY.

5. New Jersey Taxation, Inc.
   C/O :Marita :Sciarrotta, DBA Director.
   P.O. Box 281
   Trenton, New Jersey (08695)
   Re: Environmental Se: No 4, NO CONTRACT, NO SERVICE, PRESUMPTION.

6. Nationwide Mortgage Bankers
   :Richard :Steinberg, DBA Founder and Chairman
   2100 Alt. 19 North
   Palm Harber, Florida (34683)

   Alt. Address 3 Huntington Quadrangle, Ste. 4033 N.
   Melville, New York (11747)

   Re:  Loan No. 660063331
   Re:  Land: Sunflower Circle, Lot 7.
   Lumberton, New Jersey (08048).

7. TCIF REO GCM LLC
   :Maria :Redin, DBA President and CEO,
   Corporate Office (3472780/0400164030)
   1209 Orange St Wilmington,
   New Castle, De (19801)

   Loan No. 660063331
   Re: Land Sunflower Circle, Lot 7.
   Lumberton, New Jersey (08048).

8. :Jay :family of Brey, d/b/a
   JAY BREY, CEO, PRESIDENT, TRUSTEE of
   NATIONSTAR/MR. COOPER MORTGAGE COMPANY

2

with Agent RUSHMORE
NATIONSTAR/MR. COOPER MORTGAGE CO
AND RUSHMORE, INC.
8950 Cypress Waters Boulevard
Coppell, Texas    [75019]

Re: Land 1109 Marne Hwy
Hainesport, New Jersey (08036)
Account No. 607088200

9. Jefferson Health
   P.O. box 785992
   Philadelphia, Pennsylvania  (19178).

   Re: Medical Bill.

10.    UMR - Dr. Schachter, D.O.
   c/o UMR
   P.O. Box  30541
   Virtua Medical Group
   Salt Lake City, Utah    (84130).

   Re:   Medical Bill.

11.    UMR
   P.O. Box  30541
   Salt Lake City, Utah    (84130)

   Re:   Medical Bill.

12.    UMR
   P.O. Box 30541
   Kennedy University Hospital
   P.O. Box 30541
   Salt Lake City, Utah    (84130).

13.    Barry Sharer, Esq. / Joshua Raymond
   75 Livingston Avenue
   Roseland, New Jersey    (07068).

3

14. Vitua Hospital
    175 Madison Avenue
    Mount Holly, New Jersey   (08060).

by : Angel D. : Delgado
AuthoRized Representative.
All Rights Reserved without prejudice

  

Quantum Parse *Syntax* FLAG      United States Peace Flag      Four Corner Rule Postage.

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND
NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

From:
:Angel-David :Delgado.
Authorized Representative, Sui Juris.
C/O P.O. BOX 664
Hainesport, New Jersey state ZIP EXEMPT
NON-DOMESTIC/NON-US.

5/13/2024

To:

Via:   HAND DELIVERY

Court Clerk to
Christine M. Gravelle, Judge.
Trenton District, Bankrutpcy Court
402 East State Street
Trenton, New Jersey   (08608)
(Non-Domestic/Non-US)
609-858-9333.

    Re:  IN RE:  ANGEL DAVID DELGADO, Bk. Case No. 24-12420;
    SCHEDULES.

Dear Court Clerk,

    For enclosed please find the following:

    1. Letter Re:Schedules due.
    2. Offer to Contract.
    3. Schedules:
    a. 106C
    b. 106I

    c. 106DEC
    d. Updated Matrix


    For thank you for your time and consideration.

                    : BY: _Angel D. Delgado_ RTP.
                    AUTHORIZED REPRESENTATIVE.
                    ALL RIGHTS RESERVED WITHOUT PREJUDICE.


Date:  5/13/2024.


Cc:   A. Russo, copies of schedules and binder with financials.

## HAND DELIVERY RECEIPT

*NOTICE TO PRINCIPLE IS A NOTICE TO AGENT AND NOTICE TO AGENT IS AS NOTICE TO PRINCIPLE.*

**To:**

**Via: HAND DELIVERY**

Court Clerk to
Christine M. Gravelle, Judge.
Trenton District, Bankrutpcy Court
402 East State Street
Trenton, New Jersey  (08608)
(Non-Domestic/Non-US)
609-858-9333.

**From:**

:Dorkas-Iris :Delgado-Shafer,
C/O P.O. BOX 664
Hainesport, New Jersey state ZIP EXEMPT
NON-DOMESTIC/NON-US.

**Re: IN RE: ANGEL DAVID DELGADO, Bk. Case No.   24-12420.**
1. **LETTER**
   And balance of Schedules.

**RECEIVED & SIGNED BY:** _____

**Date: 5/13/24**

**TIME:**

**ALL RIGHTS RESERVED WITHOUT PREJUDICE.**