



United States Peace Flag 1799.

FLAG Quantum Parse Syntax

Postage - Four Corner Rule Applies.

**NOTICE TO AGENT IS AS NOTICE TO PRINCIPALS; NOTICE TO PRINCIPALS IS AS NOTICE TO AGENT.**

---

Letter of Offer to Bankrupty Court Judge and Trustee Case No. 12420.

NOTICE: THIS LETTER OFFER AND THE ATTACHED SS BOND ARE FOR PRIVATE NEGOTIATIONS AND AS PER YOUR RULES OF EVIDENCE, IT IS NOT SUBJECT FOR SUBMISSION AND/OR DISCLOSURE ANYWHERE, INCLUDING ANY COURT SETTING.

**From:**
**:Angel-David :Delgado, Living Soul/Living Man.**
**Beneficiary/Trustor,**
**Authorized Representative.**

**Date:  May 10, 2024.**

**To:  HAND DELIVERY to Name of Recipients:**

Judge Christine Gravelle
And
Albert Russo, named Trustee.
U.S. Bankruptcy Court.
c/o 402 East State Street
Trenton, New Jersey

### OFFER TO CONTRACT

1. For pursuant to the HJR 192 Public Policy, I attach my, an original sealed, Social Security Bond, and the Cussip Number as provided by Fidelity Bank for purposes of a Remedy of Accepting for Value the allege "Debts" **for proper discharging through the U.S. Treasury and thereby reducing the National Debt.**

2. For I seek to settle an "alleged" debt due and owing, including the $1.4 Default Judgment belonging to Christopher R. Shafer, bankruptcy case.   For I seek to settle this matter held against Mr. Shafer's family,

---

including his then young sons, my nephews, in its entirety.
For it was done by Default, and not proven because we did
not have the wherewithal to fight what Mr. Shafer was doing
against his own family for the sake of pursuing several
affairs.

For it is a **"joint & several"** "alleged liability".   For
the **conditional settlement** is that all liens are removed
from all named parties, including and not limited to:
:Angel-David :Delgado, :Rafael :Delgado, :Dorca :Delgado-
Shafer, :Matthew :Shafer, and :Christopher :Shafer, Jr.
For I will accept this "debt" in its entire value, kindly
discharge the debt as a HJR192 Remedy.

3. For the debts to the mortgage properties were paid in full
   at closing, as the Note Securities, a Financial Cash Asset,
   were immediately cashed by these brokers/mortgage
   companies, as providing the by executed Note Securities.

   For also, I know that it is established that these
   Unilateral Mortgage Contracts and Notes Securities are
   written in Adverb-Verb syntax grammar, which actually reads
   "No contract".  For hence, the Deed of Trusts and Notes
   Securities are Voidable for Fraud, as established in
   California and other states through the Attorney General
   offices and settlements made.

   For it is a fact that the funds to purchase the properties
   came from our wet ink signatures, our social security
   numbers and the U.S. Treasury intentionally using my name
   written in ALL CAPITAL letters, as if I were a
   corporation/dead entity.  For hence, through HJR192 and
   the IRS Process Forms, the debt is prepaid at ten times the
   fractional amount.  For it is a fact that these mortgage
   companies provided NO loans or money of their own; for
   there exists no consideration in these transactions; and
   for they have suffered no injuries.

   For I innerstand that the mortgage companies and their
   agents committed intentional Criminal Fraud using
   misleading, misrepresentations, omission, coercion in all
   of these transactions.

:Angel-David :Delgado, AUTHORIZED REPRESENTATIVE, TRUSTOR/BENEFICIARY OF Social Security BOND
HELD at the U.S. Treasury.    Letter of Offer to Bankrupty Court Judge and Trustee.
NOTICE: THIS LETTER OFFER AND THE ATTACHED SS BOND ARE FOR PRIVATE NEGOTIATIONS AND AS
PER YOUR RULES OF EVIDENCE, IT IS NOT SUBJECT FOR SUBMISSION AND/OR DISCLOSURE ANYWHERE,
INCLUDING ANY COURT SETTING.                                          Page 2

For at this juncture, I just seek to settle the matters with the mortgage companies.

For negotiate to settle an amount by way of HJR192 Public Policy and release all properties and clear titles to my name within a reasonable time of 30 days.

4. For settle the student loan and all other debts in the same process.

5. For settle the account under the All CAPITAL NAME, with the Treasury.  For I seek my share of the minor estate as set forth in Judge Dale's article, to a common Law Trust.

6. For kindly respond within ten (10) days of this Letter Offer in writing.

7. For if the Offer is rejected, you are to return the original SS Bond and Fidelity Bank documents to my possession.  For it is also agreed that you will not retain a copy of these documents.

8. For you have no other consent in any format, to use these documents without my written consent and or knowledge.

9. For attached, which is incorporated with this Contract Offer, is the Mortgage Fraud Criminal violation list for review.

Respectfully,

:By: _: Angel D. : Delgado_
Living soul, living man.
Trustor/Beneficiary.
AUTHORIZED REPRESENTATIVE OF
ANGEL DAVID DELGADO.
All Rights Reserved Without
Prejudice.

For Encl.   SS Bond & Fidelity Cusip No.
:David-Wynn :Miller Title and Fraud Criminal Statute List regarding Mortgage Companies, including "Ailing".

---





## : David-Wynn: Miller. :FEDERAL-POSTAL-JUDGE, :SPECIAL-DUTY : PLENIPOTENTIARY-JUDGE, :AMBASSADOR, :POSTMASTER, : U.N. SOVEREIGN

: FLAG OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR WITH THE CONTRACTING-PERSONS OF A CONTRACT-POSTAL-CORPORATION-VENUE

```
:Title~42: USCS~1986 Knowledge & Stop-Correct-Wrongs
~FRCP~26~E, :Closure
~FRCP~9~B: Fraud by a confession
:Title~18: USCS~1001 &~1002: Fictional-Communications
~Title~15: USCS~1692 E Fraud & Misleading Statement
~Title~15: USCS~78 ~ ff: Penalty: $25,000,000
~Title~42: USCS~1985~1: Conspiracy-Civil,
~Title~42: USCS~1985~2: Obstruction-Evidence & Witness,
~Title~42: USCS~1985~3: Depriving-Evidence & Witness>>
~Title~18: USCS~1961: RICO
~Title~18: USCS~242: Coloring of the Laws = Ailing
~Title~18: USCS~241: Criminal-Conspiracy = Tort
~Title~18: USCS~3: Criminal-Participation-Knowledge
~Title~42: USCS~1983: Personal-Damages
~Title~18: USCS~1512: Obstruction of the Law
:AILING = CORRUPTION AT THE START/BEGINNING
~JUSTICE= JU=no-law, S=Speak, TI=Title, CE=Judge
```