Debtor 1: ANGEL DAVID DELGADO

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: New Jersey District of Trenton

Case number (if known): 24-12420

☐ Check if this is an amended filing

RECEIVED 2024 MAR 35 P 5:47
USDC FOR NJ
By: Angel D. Delgado
AUTHORIZED REPRESENTATIVE.
ALL RIGHTS RESERVED WITHOUT PREJUDICE.

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question. For I will answer the questions to best of my innerstanding. For this form is written in Adverb-Verb syntax grammar which provides multiple meanings. For I do not agree with the use of this syntax grammar. For there is no meeting of the minds.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**
☐ Married
☒ Not married

FILED
JEANNE A. NAUGHTON, CLERK
MAY 14 2024
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

**2. During the last 3 years, have you lived anywhere other than where you live now?**
☐ No
☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| Land: Chestnut Ave. & Oakdale, Lot 1 | From 2022 To 2024 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From ___ To ___ |
| Hainesport, New Jersey state Zip Exempt. | | | |
| Land: Chestnut Avenue & New York Ave. | From 2004 To 2022 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From ___ To ___ |
| Hainesport, New Jersey state Zip Exempt. | | | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
☒ No
☐ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

### Part 2: Explain the Sources of Your Income

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 1

Debtor 1 ANGEL DAVID DELGADO
First Name    Middle Name    Last Name

Case number (if known) 24-12420

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of Income<br>Check all that apply. | Gross Income<br>(before deductions and exclusions) | Sources of Income<br>Check all that apply. | Gross Income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy:<br>X For money for labor I receive on Jan. 1, 2024 through 3/17/24. | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 12,529.13 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| For last calendar year:<br>January 1 to December 31, 2023<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 59,641.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| For the calendar year before that:<br>January 1 to December 31, 2022<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 60,728.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of Income<br>Describe below. | Gross Income from each source<br>(before deductions and exclusions) | Sources of Income<br>Describe below. | Gross Income from each source<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| For last calendar year:<br>(January 1 to December 31, ____)<br>YYYY | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| For the calendar year before that:<br>(January 1 to December 31, ____)<br>YYYY | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 2

Debtor 1  ANGEL DAVID DELGADO
         First Name  Middle Name  Last Name

Case number (if known) 24-12420

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

   ☒ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* incurred by an individual primarily for a personal, family, or household purpose.

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐ No. Go to line 7.    For the "debts" are primarily the 1.4 mil and student loan.

   ☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.    For but the following applies?

   ☒ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Westlake - Truck payment**<br>Creditor's Name<br>Number  Street<br>City  State  ZIP Code | Jan-Feb.-March '24 | Approx. $1080.00 | $5,000.00 | ☐ Mortgage<br>☒ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Cenco Oil   Oil Heat**<br>Creditor's Name<br>Number  Street<br>City  State  ZIP Code | Jan.Feb March '24 | Approx. 1400.00 | 0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☒ Suppliers or vendors<br>☐ Other _____ |
| **Geico - Insurance for automibiles.**<br>Creditor's Name<br>Number  Street<br>City  State  ZIP Code | Jan.Feb.March '24 | Approx. 1500.00 | 0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☒ Suppliers or vendors<br>☐ Other _____ |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 3

Debtor 1    ANGEL DAVID DELGADO      Case number (if known) 24-12420
       First Name   Middle Name   Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name / Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

| Insider's Name / Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

Official Form 107      Statement of Financial Affairs for Individuals Filing for Bankruptcy      page 4

Debtor 1 ANGEL DAVID DELGADO                     Case number (if known) 24-12024
First Name    Middle Name    Last Name

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____ | | Court Name _____ | ☐ Pending |
| | | | ☐ On appeal |
| _____ | | Number  Street | ☐ Concluded |
| Case number _____ | | City    State  ZIP Code | |
| Case title _____ | | Court Name _____ | ☐ Pending |
| | | | ☐ On appeal |
| _____ | | Number  Street | ☐ Concluded |
| Case number _____ | | City    State  ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☒ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| :Bray & Smith, CEOs, <br> Creditor's Name <br><br> Nationstar/Mr. Cooper/Rushmore <br> Number  Street <br><br> _____ <br> Texas state <br> City   State  ZIP Code | Land: Chestnut Ave. & Oakdate, Lot 1 For LAND belongs to Brother's Estate, where I am Executor 2022 through Jan. 2024. <br><br> **Explain what happened** <br> *For see below for explanation. | | $ Approx. $300,000.00 <br><br> For matter with Superior Court. Sheriff Dept. & Mortgage Companies are Settled in 2023 with Common Law contracts, which are provided to BK courts. For Deed of reconveyance is completed. |
| | | Date | Value of the property |

* For specific written instructions to Burlington County Superior Court and its Agents, the Trustees with Fiduciary Duties, is given to cease and desist its efforts to breach the Common Law Contracts and provide clear title to the Land Chestnut Ave. & Oakdale and copies of its IRS filings against the Estate.                                                                 $_____

For as I innerstand it, the Superior Court Agents SECRETLY and WITHOUT CONSENT AND OUR KNOWLEDGE, declared itself Executor AND Qualified Heirs and Beneficiaries with the I.R.S./Treasury, to my Brothers Estate. For they create a "Tax Bill" for approximately $264,000.00; for this amount is not the same as the mortgage amount. For it appears as the "gift" tax as if the Estate gifted this Land to them.

For during the filing of this Bankruptcy, approximately nine (9) days after my filing for the Stay, :Bray & :Smith and their Agents, the same mortgage company, purchased the property from the Burlington County Sheriff's Dept.,

For the Superior Court, the Sheriff's Dept., and Mortgage co. agents' bad acts are of clear fiduciary duty violations, misappropriation of assets from an Estate, and my family members, theft by deception, misrepresentations, fraud, duress, coercion at a minimum.

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 5

Debtor 1  ANGEL   DAVID   DELGADO  
  First Name    Middle Name    Last Name

Case number (if known) 24-12024

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No  
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number  Street | | | |
| City  State  ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No  
☐ Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No  
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | $ |
| Person to Whom You Gave the Gift | | | $ |
| Number  Street | | | |
| City  State  ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | $ |
| Person to Whom You Gave the Gift | | | $ |
| Number  Street | | | |
| City  State  ZIP Code | | | |
| Person's relationship to you _____ | | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 6

Debtor 1  ANGEL DAVID DELGADO
         First Name    Middle Name    Last Name

Case number (if known) 24-12420

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Church & Goodwill (Charity's Name) | For old furniture and appliances for when I moved out of Chestnut Ave & New York was donated. | | For I do not recall. $_____ $_____ |

Number  Street

City  State  ZIP Code

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost  $_____ |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $_____ |
| Number Street | | | $_____ |
| City  State  ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, If Not You | | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 7

Debtor 1 **ANGEL DAVID DELGADO**
      First Name   Middle Name   Last Name

Case number (if known) **24-12420**

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number  Street | | | $ |
| City  State  ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, If Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number  Street | | | $ |
| City  State  ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Private Living Soul.**<br>Person Who Received Transfer | | | **1/2024** |
| Number  Street | For as beneficiary, I received 1/4 ownership of Land; and therefore, for I sold the 1/4 ownership of Land: Chestnut Ave. & Oakdale, Lot 1 for 1 Pc. of Gold, estimate value of what you call $100.00 fiat money. For it is sold in consideration of a Life Estate to occupy rent free, but responsible for expenses. For a copy of Deed transfer is provided. | | |
| City  State  ZIP Code | | | |
| Person's relationship to you | | | |
| Person Who Received Transfer | | | |
| Number  Street | | | |
| City  State  ZIP Code | | | |
| Person's relationship to you | | | |

Official Form 107      Statement of Financial Affairs for Individuals Filing for Bankruptcy      page 8

Debtor 1 ANGEL DAVID DELGADO
        First Name    Middle Name    Last Name

Case number (if known) 24-12420

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

❏ No
❏ Yes. Fill in the details.

Description and value of the property transferred

Date transfer was made

Name of trust _____

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
❏ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or Instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | XXXX-__ __ __ __ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other_____ | _____ | $_____ |
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | XXXX-__ __ __ __ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other_____ | _____ | $_____ |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☒ No
❏ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | Name<br>Number Street<br>City State ZIP Code | | ❏ No<br>❏ Yes |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 9

24-12420

Debtor 1 **ANGEL DAVID DELGADO**  Case number (if known) _____
First Name   Middle Name   Last Name

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?
☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | Name | | ☐ No |
| Number Street | Number Street | | ☐ Yes |
| City State ZIP Code | City State ZIP Code | | |

### Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.
☒ No
☐ Yes. Fill in the details.

| Owner's Name | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $_____ |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:
- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?
☒ No      Notwithstanding, I am being mistaken for someone else. See list of "debts".
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Number Street | Governmental unit | | |
| | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

Official Form 107   Statement of Financial Affairs for Individuals Filing for Bankruptcy   page 10

Debtor 1 ANGEL DAVID DELGADO
First Name   Middle Name   Last Name

Case number (if known) 24-12420

**25. Have you notified any governmental unit of any release of hazardous material?**    N/A.

☐ No
☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |

Name of site

Governmental unit

Number   Street

Number   Street

City   State   ZIP Code

City   State   ZIP Code

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No    Notwithstanding the Environmental Agency in New Jersey mistaken me for a Mr. H.  For I do not recall
☐ Yes. Fill in the details.  his/her name.  See list of "debts".

| Court or agency | Nature of the case | Status of the case |

Case title _____

Court Name

☐ Pending
☐ On appeal
☐ Concluded

Number   Street

Case number

City   State   ZIP Code

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

Business Name

Number   Street

Describe the nature of the business

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ - __ __ __ __ __ __ __

Dates business existed

From _____ To _____

City   State   ZIP Code

Business Name

Number   Street

Describe the nature of the business

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ - __ __ __ __ __ __ __

Dates business existed

From _____ To _____

City   State   ZIP Code

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 11

Debtor 1 **ANGEL DAVID DELGADO**
First Name    Middle Name    Last Name

Case number (if known) **24-12420**

Describe the nature of the business

Business Name

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ ___ - ___ ___ ___ ___ ___ ___

Number   Street

Name of accountant or bookkeeper

Dates business existed

From _____ To _____

City    State    ZIP Code

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No             N/A.
☐ Yes. Fill in the details below.

Name

Date Issued
MM / DD / YYYY

Number   Street

City    State    ZIP Code

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, For I do not waive any of my rights and with no prejudice. For I affirm that I provide the information with the questions herewith. For this form is written in Adverb-Verb syntax grammar with multiple meanings. For I do not agree with the use of this grammar, as there is no meeting of the minds. For I affirm all my rights are in reserve with no prejudice.

X ___: Angel D.; Delgado_____
Signature of Debtor 1    AUTHORIZED REPRESENTATIVE.    / Debtor 2
FOR ALL RIGHTS ARE IN RESERVE
WITH NO PREJUDICE.

Date **5/14/24.**         Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

Debtor 1: ANGEL DAVID DELGADO
First Name / Middle Name / Last Name

Debtor 2:  _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: New Jersey District of Trenton

Case number (if known): 24-12420

By: /s/ Angel D. Delgado
AUTHORIZED REPRESENTATIVE.
ALL RIGHTS RESERVED WITHOUT PREJUDICE.

Check one box only as directed in this form
Form 122A-1Supp:

☒ 1. There is no presumption of abuse.
☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).
☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A-1                                                    12/19

## Chapter 7 Statement of Your Current Monthly Income

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form. For I will complete this form to the best of my innerstanding. For this form is written in Adverb-Verb syntax grammar which provides multiple meanings. For I do not agree with the use of this grammar. For it prevents a meeting of the minds.

### Part 1: Calculate Your Current Monthly Income

1. What is your marital and filing status? Check one only.
   ☒ Not married. Fill out Column A, lines 2-11.
   ☐ Married and your spouse is filing with you. Fill out both Columns A and B, lines 2-11.
   ☐ Married and your spouse is NOT filing with you. You and your spouse are:
      ☐ Living in the same household and are not legally separated. Fill out both Columns A and B, lines 2-11.
      ☐ Living separately or are legally separated. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|    | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $ 3836.84 | $ _____ |
| 3. | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ _____ |
| 4. | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ _____ |

5. Net income from operating a business, profession, or farm

|   | Debtor 1 | Debtor 2 |   |   |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | $ _____ | Copy here ➔ $ 0.00 | $ _____ |

6. Net income from rental and other real property

|   | Debtor 1 | Debtor 2 |   |   |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | $ _____ | Copy here ➔ $ 0.00 | $ _____ |

7. Interest, dividends, and royalties       $ _____    $ _____

page 1

Official Form 122A-1       Chapter 7 Statement of Your Current Monthly Income

Debtor 1 ANGEL DAVID DELGADO

Case number (if known) 24-12420

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| | $ 0.00 | $ |

8. **Unemployment compensation**
   Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ⬇

   For you ............................................. $ 0.00
   For your spouse .................................. $ n/a

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

   $ 0.00    $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

    $ 0.00    $
    $_____    $_____
    + $ 0.00    + $_____

    Total amounts from separate pages, if any.

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

    $ 3836.84    +  $_____    = $ 3836.84
    Total current monthly income

---

**Part 2: Determine Whether the Means Test Applies to You**

12. Calculate your current monthly income for the year. Follow these steps: .......... Copy line 11 here ➡ $ 3836.84

    12a. Copy your total current monthly income from line 11 ...........................

    Multiply by 12 (the number of months in a year).                                     x 12

    12b. The result is your annual income for this part of the form.               12b. $ 46036.56

13. Calculate the median family income that applies to you. Follow these steps:

    Fill in the state in which you live.  | New Jersey |

    Fill in the number of people in your household.  | 1 |

    Fill in the median family income for your state and size of household. ......................... 13. $ 71,064.00

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☒ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
    Go to Part 3. Do NOT fill out or file Official Form 122A-2

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
    Go to Part 3 and fill out Form 122A-2.

Official Form 122A-1          Chapter 7 Statement of Your Current Monthly Income          page 2

Debtor 1 ANGEL DAVID DELGADO
First Name   Middle Name   Last Name

Case number (if known) 24-12420

## Part 3: Sign Below

For I affirm to the best of my innerstanding that the information on this statement and in any attachments is true and correct.

X : Angel D. Delgado

Signature of Debtor 1
AUTHORIZED REPRESENTATIVE.
FOR ALL RIGHTS RESERVE AND
WITH NO PREJUDICE.

Date 5/14/2024
MM / DD / YYYY

Signature of Debtor 2

Date
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

## HAND DELIVERY RECEIPT

### NOTICE TO PRINCIPLE IS A NOTICE TO AGENT AND NOTICE TO AGENT IS AS NOTICE TO PRINCIPLE.

To:

Via:  HAND DELIVERY

Court Clerk to
Christine M. Gravelle, Judge.
Trenton District, Bankrutpcy Court
402 East State Street
Trenton, New Jersey  (08608)
(Non-Domestic/Non-US)
609-858-9333.


From:

:Dorkas-Iris :Delgado-Shafer,
C/O P.O. BOX 664
Hainesport, New Jersey state ZIP EXEMPT
NON-DOMESTIC/NON-US.


Re:  IN RE:  ANGEL DAVID DELGADO, Bk. Case No.   24-12420.
  1. LETTER
     BALANCE OF FORMS:  FORM 122, 107, CHPTER 13 PLAN.


RECEIVED & SIGNED BY: *Austria; Castillo Bene/trustr.*

Date:  5/14/24

   TIME:



ALL RIGHTS RESERVED WITHOUT PREJUDICE.





Quantum Parse Syntax FLAG    United States Peace Flag    Four Corner Rule Postage.

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND
NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

From:
:Angel-David :Delgado.
Authorized Representative, Sui Juris.
C/O P.O. BOX 664
Hainesport, New Jersey state ZIP EXEMPT
NON-DOMESTIC/NON-US.

5/14/2024

To:

Via: HAND DELIVERY

Court Clerk to
Christine M. Gravelle, Judge.
Trenton District, Bankrutpcy Court
402 East State Street
Trenton, New Jersey  (08608)
(Non-Domestic/Non-US)
609-858-9333.

    Re: IN RE: ANGEL DAVID DELGADO, Bk. Case No. 24-12420;
    SCHEDULES.

Dear Court Clerk,

    For enclosed please find the following:

    1. Letter
    2. FORM 107
    3. FORM 122
    4. CHPTER 13 PLAN

    For thank you for your time and consideration.

    By: :Angel D. :Delgado
    AUTHORIZED REPRESENTATIVE.
    ALL RIGHTS RESERVED WITHOUT PREJUDICE.

Date: 5/14/2024.

Cc: A. Russo VIA FACSIMILE.