Official Form 417A.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

:Angel-David :Delgado,
Sui Juris, Authorized Rep.
P.O. Box 664
Hainesport, New Jersey Nation State
Zip exempt.
(609) 301 - 0229

**In Re:**
[Enter the debtor's name(s)]

ANGEL DAVID DELGADO.

Case No.: 24-12420

Chapter: 13

Judge: Christine M. Gravelle

**NOTICE OF APPEAL TO DISTRICT APPELLATE COURT, ARTICLE III COURT, AND STATEMENT OF ELECTION.**

**Part 1: Identify the appellant(s):**

1. Name(s) of appellant(s): :Angel-David :Delgado, sui juris, Authorized Representative.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
___Plaintiff
___Defendant
___Other (describe)

For appeals in a bankruptcy case and not in an adversary proceeding.
_X_ "Debtor", but actually Creditor.
___Trustee
___Other.

**Part 2: Identify the subject of this appeal.**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   **Emergent Application - Interlocutory Appeal on ONE (1) order concerning several OSC/Motion applications:**

Page **1** of **4**

**What was filed:**
1. Entry of Appearance with attached Attorney-in-fact by sister of Bankruptcy applicant due to severe medical circumstances.

2. OSC/Motion with Two (2) binders consisting of 60 exhibits: Relief Sought:

    (A) While not knowing the Status of the Foreclosure Sale, on or by April 15, 2024, he filed an OSC/Motion to ensure Stay is in effect or to re-instate the stay retroactive to March 6, 2024 to prevent the Sheriff's Sale of Home/Occupancy of Land, as his medical condition were preventing him from completing his remaining schedules; or to re-open case in case it had been closed.

    (B) To seal matter due to sensitive material.

    (C) First and Foremost, To establish: Status; Jurisdiction (Propria Persona & Subject Matter; to establish Law being used under Article I and/or Article III, UCC, Law Of Commerce, Common Law, as :Angel-David :Delgado is a NON-14TH Amendment Living soul/man with UCC 1-308/1-207 and UCC-1 filings and was compelled under duress to file this Bankruptcy, as set forth in his initial application because of the Bankruptcy Corporate Color of Laws: statutes, codes, mandate, etc., but he had to file to protect his Land/Home place of occupancy. A land which is NOT on the Government Map/Zip code mail system; he has Legal Title, as the Land is UNREGISTERED with the State of New Jersey; and it has only the Legal Description as per the Deed. For there exists no mail box or number to identify the home/land attached to this land. Filed with two binders and Sixty Exhihits in support of OSC/Motion and Affirmations and legal positions.

    (D) Legal Brief(2) Two.

    (E) An application to Shorten the Time of the OSC/Motion due to the Nature of the pending Sheriff's Sale.

    (F) An application to Extend the filing time of the Schedules and form of Order.

3. State the date on which the judgment—or the appealable order or decree—was entered:

**April 17, 2024.**

**Part 3.  Identify the other parties to the appeal.**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. :Jay :Family of Brey, D/B/A
JAY BREY, CEO AND TRUSTEE
C/O NATIONSTAR MTG/Mr. Cooper, LLC.
8950 Cypress Waters Blvd.
Coppell, Texas   (76019)
EIN 75-2921540.
Tel. 877-888-4606
Fax No. 214-488-1993.

2. :Terry :Smith, CEO
Rushmore Mtg. Servicing, LLC
8950 Cypress Waters Blvd.
Coppell, Texas   (76019)
Tel. 877-888-4606
Fax No. 214-488-1993.

3. :James :Kostoplis.
*Burlington County Sheriff's
Sheriff's Dept.
50 Rancocas Roa
Mount Holly, New Jersey
(08060)
Zip Exempt.                          (It is their tax bill.)
Phone No. 609-265-5767
Fax No. 609-265-5127

4. :Michael :McKeever, CEO           Attorney for Nationstar
*KML Law Firm                         /Mr. Cooper & Rushmore.
Philadelphia, Pennsylvania
701 Market Street
Philadelphia, Pennsylvania (19106)
Phone No. 215-627-1332
Fax. 215-825-8488

5.    :Bruce :Rose, CEO
Carrington Mortgage Co.
1600 S. Douglas Road
Aneheim, California   92806
Tel:  1-800-561-4567

Fax No. 1-949-517-5220.
(made no appearance)

6.   *Albert Russo
Chapter 13 Trustee
101 AAA Bldg. 3,
Robbinsville, New Jersey
(08691)
Phone No. 609 587-6888
Fax No. 609-587-9676.

*Only three appeared, Albert Russo, Trustee, attorney of Nationstar, and attorney for Burlington County Sheriff's Dept.

**Part 4: Optional election to have appeal heard by District Court** (applicable only in certain districts).

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.

_____Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

**For we seek an ARTICLE III APPELLATE COURT in Trenton District.**

**Part 5: Sign below.**

Date:  4/18/2024.

:Angel-David :Delgado,Auth.Rep./"Debtor".
:By POA-in-fact.

_:Dorkas-Iris :Delgado-Shafer_
Signature (of person who served the documents.)

:Angel-David :Delgado, sui juris,
AUTHORIZED REPRESENTATIVE.
c/o P.O. Box  664
Hainesport, New Jersey state
Zip Exempt.   NON-DOMESTIC.
NON U.S.

**ALL RIGHTS RESERVED WITHOUT PREJUDICE.**

  

Quantum Parse *Syntax* FLAG        United States Peace Flag        Four Corner Rule Postage.

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND
NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

From:

:Angel-David :Delgado.
Authorized Representative, Sui Juris.
C/O P.O. BOX 664
Hainesport, New Jersey state ZIP EXEMPT
NON-DOMESTIC/NON-US.

4/19/2024

To:

Via:   HAND DELIVERY

Court Clerk to
Christine M. Gravelle, Judge.
Trenton District, Bankrutpcy Court
402 East State Street
Trenton, New Jersey   (08608)
(Non-Domestic/Non-US)
609-858-9333.

    Re:   IN RE: ANGEL DAVID DELGADO, Bk. Case No. 24-12420.

Dear Court Clerk,

    For enclosed please find the following for an DISTRICT COURT Art III Court Appeal of a Bankruptcy Court Order, matter heard on April 17, 2024.

    1. The required filing fee $307.00
    2. Notice of Appeal form 417A.
    3. Optional Appellee Statement of election to Proceed in District court, and Article III Court, form 417B.
    4. Motion of Stay of Bankruptcy Court's 4/17/2024 Order it is entirety pending Appellate Review.

For thank you for your time and consideration.

:Angel-David
:Delgado,Auth.Rep./"Debtor".

Date: 4/19/2024.        :By POA-in-fact.

_:Dorkas-Iris : Delgado-Shafer_

**ALL RIGHTS RESERVED WITHOUT PREJUDICE.**

Official Form 417B (12/15)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

:Angel-David :Delgado,
Sui Juris, Authorized Rep.
P.O. Box 664
Hainesport, New Jersey Nation State
Zip exempt.
(609) 301 - 0229

**In Re:**
[Enter the debtor's name(s)]

ANGEL DAVID DELGADO.

Case No.: 24-12040  24-12420

Chapter: 13

Judge: Christine M. Gravelle

# OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT, AN ARTICLE III COURT.

This form should be filed only if all of the following are true:

- this appeal is pending in a district served by a Bankruptcy Appellate Panel,
- the appellant(s) did not elect in the Notice of Appeal to proceed in the District Court rather than in the Bankruptcy Appellate Panel,
- no other appellee has filed a statement of election to proceed in the district court, and
- **you elect to proceed in the District Court.**

**Part 1: Identify the appellee(s) electing to proceed in the District Court.**

1. Name(s) of appellant(s): :Angel-David :Delgado, sui juris, Authorized Representative.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

___ Plaintiff

___ Defendant

___ Other (describe)

For appeals in a bankruptcy case and not in an adversary proceeding.

_X_ "Debtor", but actually Creditor.

___ Trustee

___ Other.

**Part 2: Election to have this appeal heard by the District Court (applicable only in certain districts).**

I (we) elect to have the appeal heard by the **Article III United States District Court** rather than by the Bankruptcy Appellate Panel.

**Part 3: Sign below.**

Date: 4/18/2024.

:Angel-David :Delgado, Auth.Rep./"Debtor".
:By POA-in-fact.

_:Dukes-Iris :Delgado-Shafer_
Signature (of person who served the documents.)

:Angel-David :Delgado, sui juris,
AUTHORIZED REPRESENTATIVE.
c/o P.O. Box 664
Hainesport, New Jersey state
Zip Exempt.   NON-DOMESTIC.
NON U.S.

**ALL RIGHTS RESERVED WITHOUT PREJUDICE.**