UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Angel David Delgado

Case No.: 24-12420-CMG

Hearing Date: 5/15/2024

Judge: Christine M. Gravelle

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER

Motion To Stay Pending Appeal

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____April 22_____, 20 24  by ____Angel David Delgado_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*