

Quantum Parse *Syntax* FLAG                United States Peace Flag                Four Corner Rule Postage.

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND
NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

From:
:Angel-David :Delgado.
Authorized Representative, Sui Juris.
C/O P.O. BOX 664
Hainesport, New Jersey state ZIP EXEMPT
NON-DOMESTIC/NON-US.

5/16/2024

To:

Via:   HAND DELIVERY

Court Clerk to
Christine M. Gravelle, Judge.
Trenton District, Bankrutpcy Court
402 East State Street
Trenton, New Jersey   (08608)
(Non-Domestic/Non-US)
609-858-9333.

> Re:   IN RE:   ANGEL DAVID DELGADO, Bk. Case No. 24-12420;
> FOR MY DECISION ON WHICH COURT TO APPEAL the 4/18/24 & 5/16/24
> DECISIONS AND ENTIRE CASE.

Dear Christine M. Gravelle, Judge,

For my sister communicates with me with the status of the court hearing on May 15, 2024.

**For I now decide to seek an independent view with the 3rd Circuit Court and not the local District Court of Appeals of the entire case. For kindly update your records.**

For kindly consider my reasons.

1

-1.  For as I inform this court on my written applications, I come to Bankruptcy court to protect my home, where I domicile, with written notice that I am under duress and coercion to file the Bankruptcy applications for protection.

-2.  For the Bankruptcy court in a prior court hearing admittedly ignors my FACTS and DOCUMENTS.  For this court TAKES and GIVES my home away, against my unalienable and inalienable **rights to contract** with the mortgage company and Superior Court and with my unalienable and inalienable **rights to sell my ¼ share of land for gold in consideration for a life estate to occupy the land.**  For this court makes this decision with NO written or in person opposition by the parties involved with personal knowledge present in the courtroom.  For this court makes this decision while knowing that no government agency can interfere in written contracts and interstate commerce to contract.

-3.  **For this court's arbitrary acts, failure to act, and breaking the court rules leaves my family and me injured and homeless.  For the court fails to uphold an Oath of Office to provide Equal Protection** in reviewing and processing a complete analysis with the issues of this case against my national origin status as a sovereign living man; against my religious belief as to unalienable and inalienable rights and how it relates to the Supremacy Law of this Land; and, against my race under a Treaty.  For where and when did the court take into account my protected rights and its own additional procedural court rules in its decision?

-4.  For further, this court displays in the court building and courtroom an Admiralty/Maritime Flag, which, as I innerstand, is not authorized by Title 4, U.S.A.C., chapter 1, section 1 & 2 flags, and section 3, which provides that the fringes represent a mutilation of the U.S.A. flag.  For the Admiralty/Maritime Flag says NO NATION and NO CONSITITION.  For there is dual contradiction on what this court

2

claims it uses on its rulings versus what and how the court actually rules.

For my family and me are injured by these violations and rulings. For, hence, we seek to move forward with the Third Circuit, Article III court for a view.

For thank you for your time and consideration. Kindly adjust your records accordingly.

Respectfully,

By: /Angel O. Delgado
AUTHORIZED REPRESENTATIVE.
ALL RIGHTS RESERVED WITHOUT PREJUDICE.

Date: 5/16/2024

3