# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 13 |
| Angel David Delgado | Case Number: | 24-12420-CMG |
| | Civil Number: | |
| | Adversary Number: | |
| | Bankruptcy Judge: | Gravelle |

## TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal    ☒ Order being Appealed    ☐ Designation of Record on Appeal

☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference

☒ Other  Letter in support ecf # 41 Motion for Request for Certification of Direct Appeal to Circuit Court ecf # 16, Motion To Stay Pending Appeal ecf # 17, Order Denying Motion for Certification to Court of Appeals ecf #38, Order Denying Motion To Stay Pending Appeal ecf #39, Support ecf # 24 & #30

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 4/19/24. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | :Dorkas-Iris:Delgado-Schafer | Appellee(s): | Trustee |
| Attorney: | n/a | Attorney: | Albert Russo |
| Address: | P.O. Box 664 | Address: | Standing Chapter 13 Trustee CN 4853 |
| | Hainesport, NJ 08036 | | Trenton, NJ 08650-4853 |

Title of Order Appealed: ORDER ON MOTION TO REINSTATE STAY, EXTEND TIME FOR SCHEDULES AND SEAL DOCUMENTS

Date Entered On Docket: 4/26/24

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

rev. 8/28/17