Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−12420−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angel David Delgado
   PO Box 664
   Hainesport, NJ 08036

Social Security No.:
   xxx−xx−7095

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/6/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: June 6, 2024
JAN: mjb

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 24-12420-CMG

Angel David Delgado      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2

Date Rcvd: Jun 06, 2024      Form ID: 148      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angel David Delgado, PO Box 664, Hainesport, NJ 08036-0664 |
| poa | + | :Dorkas-Iris:Delgado-Schafer, P.O. Box 664, Hainesport, NJ 08036-0664 |
| 520254152 | + | A Great Mortgage Co, 921 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 520254115 | + | Barry Sharer Esq, 75 Livingston Ave, Roseland, NJ 07068-3737 |
| 520255656 | + | Barry Sherer, Esq./Joshua H. Raymond, 75 Livingston Avenue, Roseland, NJ 07068-3737 |
| 520254151 | + | Bruce Rose, CEO, Carrington Mortgage Co., ISAOA/ATIMA, PO Box 692 408, San Antonia, TX 78269-2408 |
| 520254240 | + | Dorkas Iris Delgado Shafer, POB 664, Hainesport, NJ 08036-0664 |
| 520254111 | + | Jay Family of Brey, Nationstar Mr Cooper Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520254112 | + | Jefferson Health, POB 785992, Philadephia, PA 19178-5992 |
| 520255654 | + | NJ Environmental Co., PO Box 420, Trenton, NJ 08646-0001 |
| 520183966 | + | NJ Environmental Protection Agency, Inc., c/o Shawn, M. LaTourette, DBA Commission, PO Box 402, Trenton, NJ 08625-0402 |
| 520183967 | + | NJ Taxation, c/o Marita, Sciarrotta, DBA Director, PO Box 281, Trenton, NJ 08695-0281 |
| 520183969 | + | National Mortgage Bankers, 3 Huntington Quadrangle, Ste 4033 N, Melville, NY 11747-4603 |
| 520183968 | + | Nationwide Mortgage Bankers, Richard Steinberg, DBA Founder & Chairma, 2100 Alt. 19 North, Palm Harber, FL 34683-2620 |
| 520255655 | + | State of NJ, PO Box 002, Trenton, NJ 08625-0002 |
| 520183970 | | TCIF REO GCM LLC, Maria Redin, DBA President & CEO, Corporate Office, 1209 Orange Street Wilmington, New Castle, DE 19801 |
| 520254148 | | Terry Smith CEO, Rushmore Loan Servicing Co, 8950 Cypress Blvd, Coppell, TX 76019 |
| 520254113 | + | UMR Dr Todd Schachteer DO, Virtua Medical Group, POB 30541, Salt Lake City, UT 84130-0541 |
| 520254154 | + | UMR Hospital Stay, POB 30541, Salt Lake City, UT 84130-0541 |
| 520254116 | + | Virtua Hospital, 175 Madison Ave, Mount Holly, NJ 08060-2099 |
| 520183963 | + | Westlake Financial Institution, 3440 Fair Drive, El Monte, CA 91731-2823 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 06 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 06 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520191374 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2024 21:13:43 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520254109 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 06 2024 20:51:00 | Bruce Family of Rose, c/o Carrington Mortgage Services, 1600 S Douglas Rd Ste 200, Anaheim, CA 92806-5951 |
| 520183964 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 06 2024 20:51:00 | Carrington Mortgage Services, 1600 S. Douglas Road, Suite 200, Anaheim, CA 92806 |
| 520183971 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2024 20:51:00 | Nationstar / Mr Cooper Mortgage Co, Agent Rushmore, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520222876 | | Email/Text: EDBKNotices@ecmc.org | | |

| Recip ID | Bypass Reason | Date/Time | Address |
|---|---|---|---|
| | | Jun 06 2024 20:51:00 | U.S. Department of Education, PO BOX 16448, St. Paul, MN, 55116-0448 |
| 520254114 | ^ MEBN | | |
| | | Jun 06 2024 20:52:47 | UMR, Kennedy University Hospital, POB 30541, Salt Lake City, UT 84130-0541 |
| 520254110 | + Email/Text: edbknotices@ecmc.org | | |
| | | Jun 06 2024 20:51:00 | US Dept of Education, 400 Maryland Ave SW, Washington, DC 20202-0008 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520254237 | | Christopher R Shafer Jr |
| 520183965 | | Federal Student Loan |
| 520254238 | | Matthew Shafer |
| 520255653 | | US Department of Education, GS/ATL, PO Box 530212 |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 08, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3