
:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.


:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.


:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
 VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:UNITED-STATES-BANKRUPTCY-COURT-
DISTRICT-OF-the-NEW-JERSEY.

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]

:ANGEL-DAVID-DELGADO.
c/o :Angel-David :Delgado,- Auth.Rep.-or
:Dorkas-Iris :Delgado-Shafer,
:POA-in-fact.
:P.O. Box 664
:Hainesport, New Jersey Nation State/Territory.
:Zip exempt.
-~609-301-0229

:**In-Re**: ANGEL-DAVID-DELGADO.

Case No.: __-~24-12240__ .

Chapter: __-~13__ .

Judge: CHIEF-JUDGE-KAPLAN.

:**APPLICATION-FOR THE-ORDER with the SHORTENING-TIME with the
EMERGENT/OSC-COMPLAINT/CLAIM-FILING.**

:The this APPLICANT:Dorkas-Iris :Delgado-Shafer, Attny-in-Fact, on the behalf of the :Angel-David :Delgado, Auth.Rep./"Debtor" IS with the request that the time period **OF THE OSC** with the **Prevention**-Land/Domicile/Home with the being Foreclose-upon-and/or-Repossess with the No Lien exists,-as require by **For the prevention of the homelessness/re-possession and with the dissipation of Assets/fraud under F.R.C.P.60/Bankruptcy Code** requirements be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

   For the summary: For a shorten time hearing is with the request with the following cause:

     :After the filing of the Bankruptcy with the primarily of the protecting our Land/Home, :Angel-David :Delgado's medical conditions significantly IS with the worse. :He is with the then hospitalize with the Life threatening illnesses.  :He is then with the release from hospital on -

~4/-~8/-~2023 with the require medical tests and treatments. For these illnesses are with the ongoing since on or by 2020, and more significant during the COVID epidemic and has a coma with the inducement for the saving of his life. For the coma IS with the cause of being with the paralize with the neck down.

For as of this date, his major organs are WITH THE deteriorating. For He is with the unable to speak or enunciate. For this COURT IS with the Medical Reports as proof.

For HE is then with the **compelling duress** with the filing of the Bankruptcy on or by March 6, 2024. For the CAUSE of his Land/Home which he occupies IS in Foreclosure and/or Repossession during this Bankruptcy Filing.

For on or by March 6, 2024, with the HAND DELIVERY of a copy of the Bankruptcy Notice IS with the Burlington County Sheriff's Dept. For the shortly thereafter, his medical condition IS with the worse. For he is with the struggling; and he is then with the hospitalization. For as the proofs provides in the prior OSC with exhibits with the date: 4-15-24 with this Court, is the Legal Ownership of the Land as this CLAIMANT and there exists NO LEIN. For a Deed of Conveyance with ZERO Balance IS with this COMPLAINT/CLAIM. For the IN LIGHT OF THE 4/20/24 ORDER with mistakes per FRCP-NUMBER-~60, for this CLAIMANT seek a INJUNCTION-RELIEF/Stay retroactive with the FULL-VIEW OF THE FORENSIC-EVIDENCE with the filing of this Bankruptcy and or a Discharge Injunction until this matter is heard in court.

1. For the hearing date request IS: **-8~/-~29/2024**.
2. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).
3. The CLAIMANT requests entry of the propose order shortening time.

:Angel-David
:Delgado, Auth.Rep./"Debtor".
:By POA-in-fact.
:BY: _/Dulas-Tus :Delgado-Shof_
:AUTOGRAPH/AUTHOR/CLAIMANT
:ALL RIGHTS Is with the RESERVE WITHOUT PREJUDICE.

:Date:-~8/-~22/-~2024.

  

:Quantum Parse Syntax,  
C~S.-S.-C.-P~.S-.G.-FLAG,  
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES  
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE  
:POSTAL-COURT-OF-THE-ONE-  
VENUE=CORRECT-PARSE-GRAMMAR

:UNITED-STATES-BANKRUPTCY-COURT-  
DISTRICT-OF-the-NEW-JERSEY.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**  
[Enter your name, address and telephone number]

:ANGEL-DAVID-DELGADO.  
c/o :Angel-David :Delgado,- Auth.Rep.-or  
:Dorkas-Iris :Delgado-Shafer,  
:POA-in-fact.  
:P.O. Box 664  
:Hainesport, New Jersey Nation State/Territory.  
:Zip exempt.  
-~609-301-0229

:**In-Re**: ANGEL-DAVID-DELGADO.

Case No.: __-~24-12240__ .

Chapter: __-~13__ .

Judge: CHIEF-JUDGE-KAPLAN.

:**APPLICATION-FOR THE-ORDER with the SHORTENING-TIME with the EMERGENT/OSC-COMPLAINT/CLAIM-FILING.**





:Quantum Parse Syntax,                :PEACE-FLAG :UNITED-STATES        :FOUR-CORNER-RULE IS :POSTAGE
C-S.-S.-C.-P-.S-.G.-FLAG,             IS :CLAIM :By: Claimant.          :POSTAL-COURT-OF-THE-ONE-
IS :CLAIM :By :CLAIMANT.                                                 VENUE=CORRECT-PARSE-GRAMMAR

| Name and Address of Party Served | Relationship to Party / Party to the Case. | Mode of Service |
|---|---|---|
| [Enter the name and address of the Party you served.] | [Enter the party's relationship to the case.] | X Hand-delivery<br>☐ Regular mail |
| Court Clerk to<br>**MICHAEL-KAPLAN,-CHIEF-JUDGE**<br>Trenton District, Bankruptcy Court<br>Clarkson S. Fisher Courthouse<br>402 East State Street<br>Trenton, New Jersey  (08608)  (Non-domestic/Non-US)<br>609-858-9333.<br>For with a COPY is WITH THE CHIEF-JUDGE-RENEE-MARIE-BUMB,<br>-CHIEF-JUDGE OF THE U.S.DISTRICT-COURT-OF-THE-APPEAL.<br>:SAME-ADDRESS,-2ND-FLOOR. | | ☐ Certified mail/Return receipt. Overnight Del.<br><br>☐ Other_____. |
| [Enter the name and address of the Party you served.] | [Enter the party's relationship to the case.] | ☐ Hand-deliver<br>☐ Regular mail |
| ALBERT RUSSO,<br>Standing Chapter 13 Trustee<br>P.O. Box  4853<br>Trenton, New Jersey  (08650)<br>(856) 587-6888. | | X Certified mail/Return Receipt Requested Overnight.<br><br>☐ Other_____. |
| [Enter the name and address of the Party you served.] | [Enter the party's relationship to the case.] | ☐ Hand-delivered<br>☐ Regular mail |
| :PARTIES: **KML-LAW-FIRM/NATIONSTAR/MR-COOPER/<br>TRUSTEE/SHERIFF-DEPARTMENT ARE WITH THE SERVICE OF<br>PROCESS AS PER THE AFFIDAVIT<br>OF THE PRESENTMENT WITH THE USPS CERTIFY MAIL<br>RETURN RECEIPT WITH THIS CLAIM BY THIS CLAIMANT.** | | `X Certified mail/Return receipt. |

Notice: A ll status documents submitted in osc and exhibits apply to this application.  [Type text]Page 4