UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on August 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Angel David Delgado

Case No.: 24-12420-CMG

Chapter: 13

Judge: Christine M. Gravelle

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: August 22, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of :Dorkas-Iris:Delgado-Schafer for the reduction of time for a hearing on Motion to Reopen Case, Motion to Vacate Dismissal of Case, and Motion re: Other Relief under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on August 27, 2024 at 10:00 am in the United States Bankruptcy Court, 402 East State Street Trenton NJ 08608 , Courtroom No. 3 .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee and all creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within 1 day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Secured Creditors

☐ on the same day as the date of this Order, or

☒ within 1 day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*