Case 24-12420-CMG    Doc 58    Filed 08/27/24    Entered 08/28/24 09:26:16    Desc Main
Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**In Re:**

Angel David Delgado

Order Filed on August 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 24-12420 |
| Hearing Date: | 8/27/2024 |
| Judge: | Gravelle |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
Motion to Reopen

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 27, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____8/22_____, 20 24  by :Dorkas-Iris:Delgado-Schafer_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*