

:Quantum Parse Syntax,
-C.S.S.-C.-P.-S.-G.-FLAG
IS :CLAIM :By :CLAIMANT

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS
:POSTAL-COURT-OF-THE-ONE-
VENUE-CORRECT-PARSE-GRAMMAR
:- By :CLAIM :CLAIMAINT.

USA

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

:Angel-David: Delgado.
:Post-Office-Box-~664,
:Hainesport,-New-Jersey-Territory
-ZIP-EXEMPT;-NON-DOMESTIC,-U.S.A.
:[E]-MAIL: Angeldel47@yahoo.com

In Re: :ANGEL-DAVID-DELGADO,-CLAIMANT.

:Case-No.: ~24-12420.

:Judge: CHRISTINE-GARVELLE.

:Chapter:-~13.

### :APPLICATION-FOR-REFUND-OF-FILING-FEE.

: On-APRIL-~19,-~2024 with the undersigned filed a with the CLAIM/[AP]LICATION with the ~3rd-CIRCUIT-ARTICLE-III-COURT on-behalf-of the ANGEL-DAVID-DELGADO,- NOM-DE-GUERRE-NAME-ENTITY: CLAIM. :A-fee-concerning-the-filing was paid IS the FILING-FEE- in the amount of the ~307.00 with the MONEY-ORDER: CLAIM. :I-request that the court issue a refund of the filing-fee-for-the-reason set-forth-below: CLAIM.

-~:Applicant-must-describe-in detail-the-circumstances-surrounding the-error:
-~For this CLAMIANT'S-KNOWLEDGE with the MATTER-OF-MY-PAYMENT with the AMOUNT of the $307.00 IS with the [AP]PEAL(sic)-[AP]PLICATION(sic) with the -~3rd-CIRCUIT-ARTICLE-III-COURT: CLAIM.
-~For this CLAIMANT'S-KNOWLEDGE with this MATTER-OF-MY-PAYMENTS with the AMOUNT of the $298.00 IS with the TOTALING of the $605.00 as the FILING-FEE with the -~3rd-CIRCUIT-COURT of the [AP]PEALS(sic)-WHICH-THIS-COURT-APPLIES-INSTEAD-with their DISTRICT-COURTS-AND with the RETURN of the $-~307.00 with the ALTERING/USING/SOLD of this NEGOTIABLE-INSTRUMENT with the CAUSE-of the RENDERING-THE-MONEY-ORDER-USELESS: CLAIM.
-~For this BANKRUPTCY-COURT with its ALTERING/USING/SOLD of this NEGOTIABLE-INTRUMENT ARE with the RETURN-of this MONEY-ORDER with this CLAIMANT-SEEKING-A-REFUND: CLAIMANT.
-~For the SEE-THE-ATTACH-FORENSIC-EVIDENCE of this MATTER: CLAIM.
-~For this CLAIMANT-KNOWLEDGE with the AFFIRMATION IS with the TRUE-STATEMENTS-ABOVE with the ALL-RIGHTS-RESERVE-without the PREJUDICE: CLAIM: CLAIMANT/[AU]THOR(sic).

-~:DATE: AUGUST-~28,-~2024.

:By: _Angel D. Delgado_ TP.
:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM-CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.

new.2/1/16



UNITED STATES BANKRUPTCY COURT
District of New Jersey

# memorandum

☐ P.O. Box 2067
Camden, NJ 08101

☐ P.O. Box 1352
Newark, NJ 07101-1352

☑ 402 East State Street
Trenton, NJ 08608

TO:     :Dorkas-Iris:Delgado-Schafer

FROM:   Clerk's Office

RE:     Angel David Delgado 24-12420-CMG

DATE:   5/20/24

---

Enclosed is your check or money order, number ___28672721212___, i
___$307.00___. It is being returned for the following reason(s):

☐  The court does not accept personal checks. Payment must be in the f
   Cashier's Check or attorney trust account check.

☐  Your check is not signed. Please sign and return to the court.

☐  The check/money order must be made payable to: Clerk, US Bankrup

☐  The case is dismissed or closed.

☐  No fee is required.

☑  Other _Direct Appeal fee due when approved_

UNITED STATES POSTAL SERVICE
POSTAL MONEY ORDER

Serial Number: 28672721212

Date: 24-04-19
Post Office: 080260

U.S. Dollars and Cents: $307.00
Three Hundred Seven Dollars and 00/100 **********

Pay to: U.S. District Court
Address: Trenton, New Jersey
Memo: Filing Fee Case # 24-[illegible]

Clerk: 5

Denkas Shaper for Angel David Delgado

:000000800 2: 28672721212

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

WARNING—CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.
NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

PAY TO THE ORDER OF ANY
FEDERAL RESERVE BANK OR
BRANCH OR GENERAL
DEPOSITORY FOR CREDIT TO
THE UNITED STATES TREASURY
ENDORSEMENT

MAXIMUM VALUE ONE THOUSAND DOLLARS $1000


:Quantum Parse Syntax,
-C.S.S.-C.-P-.S-.G.-FLAG
IS :CLAIM :By :CLAIMANT.


:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.


:FOUR-CORNER-RULE IS
:POSTAL-COURT-OF-THE-ONE-
VENUE-CORRECT-PARSE-GRAMMAR:
:By :CLAIM :CLAIMAINT.

- Money Orders
- FAQs

# Check Money Order Status
Find out the status of a money order that was purchased from the United States Postal Service®.

## Start Your Search
-Serial Number
-Post Office" Number
-Issued Amount
View Status

Money Order # **28672721212** has been sold, but not cashed.

The information received is based upon the most recent information the United States Postal Service® has.

Visit Money Orders to learn more about money order guidelines and tips.

## Contact Us
If you have money order related questions, please email the Accounting Help Desk or call 1-866-974-2733.

**Hours of Operation**

- Monday–Friday: 8 AM–8 PM ET
- Saturdays and Sundays: Closed