UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on August 30, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Chapter: _____

Judge: _____

# ORDER CONCERNING APPLICATION FOR REFUND OF FILING FEE

The relief set forth on the following page is hereby ORDERED.

**DATED: August 30, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

2

An Application for Refund of Filing Fee having been filed by _____

on _____, and the court having reviewed the request, it is hereby

ORDERED that the request is:

☐ Granted. The clerk will issue a refund in the amount of $ _____ to the

applicant.

☐ Denied.

*rev.7/6/18*