

:Quantum Parse Syntax,
C-S.-S.-C.-P.-S.-G.-FLAG,
IS :CLAIM :By :CLAIMANT.



:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

-~:UNITED-STATES-BANKRUPTCY-COURT-
DISTRICT-OF-the-NEW-JERSEY.

**FILED**
JEANNE A. NAUGHTON, CLERK

**OCT 29 2024**

U.S. BANKRUPTCY COURT
TRENTON NJ
BY M_____ DEPUTY

[Caption in Compliance with D.N.J. LBR 9004-1(b)]
[Enter your name, address and telephone number]

:ANGEL-DAVID-DELGADO.
c/o :Angel-David :Delgado,-[AU]TH.-REP.
:P.O.-Box-~664.
:Hainesport,-New-Jersey-Nation State/Territory.
:Zip exempt.
Angeldel47@yahoo.com

:**In-Re:** ANGEL-DAVID-DELGADO,
[Debtor].

:Case No.:    -~24-12240   .
:Chapter:     -~13        .
:Judge: Christine-M. Gravelle.

**:EMERGENT/NOTICE of the MOTION with the FORMAL ORDER of the STAY-~11/-~6/-~2024-
PENDING –WRITS at the THIRD-CIRCUIT.**

-~For the [RE]LIEF(sic) IS with the FOLLOWING:
-~1. :PLACE with a STAY with this CLAIMANT'S-MOTION with the
     SCHEDULE of the NOVEMBER-~6,-~2024 IS with the BASE-UPON-
     WRITS of the THIRD-CIRCUIT: CLAIM.
-~2.:SHORTEN-TIME  with this DECISION with the BASE-[U]PON(sic)-
     THE-PAPERS: CLAIM.

     -~For the :Angel-David :Delgado, a living-man and-Authorize-
Representative of ANGEL DAVID DELGADO-AND with the CONTROL-OF-
HIS-MINOR-ESTATE,-**IS** with the FILING-THIS-[AP]PLICATION(sic)-
SEEKING-[RE]LIEF(sic) with the ON-THE-PAPERS: CLAIM.

     -~For the IF-YOU-DO-NOT-WANT-THIS-COURT with the GRANTING-
THIS-MOTION,-OR-IF-YOU-WANT-THIS-COURT with the CONSIDER-YOUR-
VIEWS,-YOU-ARE with the [RE]QUIREMENT(sic) of the FILING,-with
the CLERK at this COURTHOUSE with a WRITING-[RE]SPONSE(sic) with
the [EX]PLAINING(sic)-YOUR-POSITION with the NO-LATER of the
SEVEN-DAYS-PRIOR of the HEARING-DATE:
     -~HEARING-DATE: -~11/-06/-~24.
     -~HEARING-TIME: -~10:00-AM.
     -~HEARING-LOCATION:-~U.S.-BANKRUPTCY-COURT.
          -~402-EAST-STATE-STREET.
          -~TRENTON,-New-Jersey-Territories,-U.S.A.

-~COURTROOM-#-~317.

-~IF-YOU-MAIL-YOUR-[RE]SPONSE(sic) with the CLERK with the
FILING,-YOU-**ARE** with the [RE]QUIREMENT(sic) of the MAILING-IT,-
with the PERMITING-THIS-COURT with the [RE]CEIVING-IT-BEFORE-THE-
HEARING-DATE: CLAIM.

-~FOR-THE-MAIL-YOUR-[RE]SPONSE(sic) with the:

    -~:U.S.-BANKRUPTCY-COURT.

    -~402-EAST-STATE-STREET.

    -~TRENTON,-New-Jersey-Territories,-U.S.A.

    -~:ATTN: COURT-CLERK.

-~1.With the NO-[OP]POSITION(sic),-CLAIMANT-SEEKS-DECISION with
the PAPERS-AND IF,-with the [RE]QUIRE(sic) of the [AP]PEARING,-
CLAIMANT-SEEKS with the [AP]PEARING(sic)-BY-PHONE: CLAIM.

-~2.NOTE: SPECIAL-[AC]COMMODATIONS(sic)-**ARE** with this CLAIMANT-AS
with the BASE-[U]PON-[RE]LIGIOUS(sic)-BELIEFS-AND-NATIONAL-
[O]RIGIN(sic),-AS-THIS-CLAIMANT **IS** with the COMMUNICATIONS of
the USING of the CORRECT-SENTENCE-STRUCTURE-COMMUNICATIONS-
PARSE-SYNTAX-STRUCTURE-PERFORMANCE with the VOIDANCE of the
FICTICIOUS-FRAUDULENT-COMMUNICATIONS with the VOIDANCE of the
PERJURY-AND with the MEETING of the MINDS with this CLAIM by
this CLAIMANT/[AU]THORITY(sic).

-~3.For the IF-YOU-DO-NOT-TAKE-STEPS,-AS-SET-FORTH-[A]BOVE(sic),-
**IS**-with the THIS-COURT-MAY-DECIDE with that YOU-DO-NOT-
[OP]POSE(sic)-THE-[RE]LIEF(sic),-AND-MAY-GRANT-AN-ORDER with
the [RE]LEIF(sic): CLAIM.

-~DATE:-~10/-~27/-~24.

:By: _Angl D: Dolgals_ :ATP.

:[AU]THORIZE(sic)-PRESENTATIVE(sic) [IS] this CLAIMANT.
:all-RIGHTS with the RESERVATION-T-PREJUDICE of this
DOCUMENT **ARE** FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.



:Quantum Parse Syntax,
C-S.-S.-C.-P.-S.-G.-FLAG,
IS :CLAIM :By :CLAIMANT.



:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE-QUONSETT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT!

**RECEIVED**

**USDC FOR NJ**

-~:UNITED-STATES-BANKRUPTCY-COURT-
DISTRICT-OF-the-NEW-JERSEY.

[Caption in Compliance with D.N.J. LBR 9004-1(b)]
[Enter your name, address and telephone number]

:ANGEL-DAVID-DELGADO.
c/o :Angel-David :Delgado,-[AU]TH.-REP.
:P.O.-Box-~664.
:Hainesport,-New-Jersey-Nation State/Territory.
:Zip exempt.
Angeldel47@yahoo.com

:**In-Re**: ANGEL-DAVID-DELGADO,
        [Debtor].

:Case No.:   -~24-12240   .
:Chapter:       -~13       .
:Judge: Christine-M. Gravelle.

### -~:CERTIFICATION[AF]FIRMATION(sic)-OF-SERVICE: CLAIM.

-~1.:Dorkas-iris :Delgado-Shafer, Living-Woman,-with the BEING
    with the Power-of-the-Attorney-in-fact,-with the BEHALF of
    the :Angel-David :Delgado,-[AU]THORIZE(sic)-
    [RE]PRESENTATIVE(sic) of the MINOR-[ES]TATE(sic) of the
    ANGEL-DAVID-DELGADO,-CLAIMANT/[Debtor] of this CASE: CLAIM.

-~2. With the ON/BY-OCTOBER-~28,-~SENDS of the FOLLOWING-
    DOCUMENTS with the NAME-PARTIES on the LIST-AS-FOLLOWS:
    CLAIM.
        ▪ :LETTER,
        ▪ :NOTICE of this MOTION/SUPPORING-[AF]FIRMATION:-
          ~[EX]HIBIT(sic): CLAIM.
        ▪ :[AF]FIRMATION(sic) of the SERVICE of the PROCESS,
        ▪ [AP]PLICATION(sic) with the SHORTENTING-TIME.

-~3. With the,-THIS-CLAIMANT IS with the [AF]FIRMING(sic) of the
    [A]BOVE(sic)-DOCUMENTS with the BEING-with the SENDING-with
    the METHOD-AS-[IN]DICATING(sic): CLAIM.

-~DATE:-~10/-~27/-~2024. -~:By: _____
    -~:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM: CLAIMANT
    :ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
    DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
    by this CLAIMANT.



:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

-~:UNITED-STATES-BANKRUPTCY-COURT-
DISTRICT-OF-the-NEW-JERSEY.

[Caption in Compliance with D.N.J. LBR 9004-1(b)]
[Enter your name, address and telephone number]

:ANGEL-DAVID-DELGADO.
c/o :Angel-David :Delgado,-[AU]TH.-REP.
:P.O.-Box-~664.
:Hainesport,-New-Jersey-Nation State/Territory.
:Zip exempt.
Angeldel47@yahoo.com

:In-Re: ANGEL-DAVID-DELGADO,
    [Debtor].

:Case No.: _~24-12240_ .
:Chapter: _~13_ .
:Judge: Christine-M. Gravelle.

## -~[AP]PLICATION(sic)-with the ORDER with the SHORTENING-TIME: CLAIM.

-~1. For this [AP]PLICANT(sic),:Angel-David :Delgado,-
    [AU]THORIZE(sic)-[RE]PRESENTATIVE(sic) of the MINOR-[ES]TATE(sic)
    of the ANGEL-DAVID-DELGADO,-IS with the QUEST of the SHORTENING-
    TIME-AS-PER of the FED.-R.-BANKR.P-~9006c1,-with the REASON of the
    THIS-MOTION of the STAY-[IN]VOLVES(sic) with the MOTION of the
    NOVEMBER-~6,-~2024-AND-MATTERS of the DISTRICT-COURT-AND-THIRD-
    CIRCUIT: CLAIM.

-~2. For this [AP]PLICANT(sic)-QUESTS of this [PRO]POSE(sic)-ORDER-
    SHORTENING of the TIME,-AND-on the PAPERS.

-~DATE:-~10/-~27/-~2024.

:By: _Angel O. Delgado_ TP.
:[AUTHORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.

-~:NAME-AND-LOCATION of the PARTIES: CLAIM.
  -~:1.:CERTIFY-MAIL-[RE]TURN(sic)-
     [RE]CEIPT(sic)
     -~:NUMBER-~9589 0710 5270 1975 2089 79.AND-HAND-
     DELIVERY.
     :Georgette :Castner,-d/b/a
     GEORGETTE-CASTNER.
     :U.S.-DISTRICT-COURT-TRENTON,
     -~:C/O-~402-EAST-STATE-STREET,
     -~:TRENTON,-New-Jersey-Territory,
     -~:U.S.A. (08608).
  -~2.CERTIFY-MAIL-[RE]TURN(sic)-
     [RE]CEIPT(sic)-
     -~:NUMBER-~9589 0710 5270 1975 2089 62
     :Christine :Gravelle,-d/b/a
     CHRISTINE-GRAVELLE,
     -d-b-a-BANKRUTPCY-JUDGE.
     :U.S.-BANKRUTPCY-COURT-TRENTON,
     -~:C/O-~402-EAST-STATE-STREET,
     -~:TRENTON,-New-Jersey-Territory,
     -~:U.S.A. (08608).
  -~3.:CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-
     :NUMBER-~9589 0710 5270 1975 2090 68.
     :Albert :Russo,-d-b-a-BANKRUTPCY-
     TRUSTEE-&-:Mary :Krieger,d-b-a-
     ATTORNEY of this TRUSTEE.
     :ALBERT-RUSSO,-STANDING-
     -~CHAPTER-13-TRUSTEE,-COMPANY.
     -~:C/O-~1-AAA-DRIVE-SUITE-101,
     -~:ROBBINSVILLE,-New-Jersey-Territory,
     -~:U.S.A.-~(08691).
  -~4.:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
     :NUMBER-~9589 0710 5270 1975 2090 51.
     :Kathi-F.:Fiamingo,-:d/b/a
     -~:KATHI-F.-FIAMINGO,-P.-J.-T.-C.-&-P.J.,
     -~:General-Equity,-Chancery-Division,
     -~:AND-:Jeanne :Covert,-:d/b/a-
     -~:JEANNE-COVERT,-P.-J.-S.-C.
     :SUPERIOR COURT of the BURLINGTON-COUNTY
     -~:C/O-~49-Rancocas-Road.
     -~:Mount-Holly,-New-Jersey-Territory,
     -~:U.S.A.-~(08060).

:-~5.:CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-
    :NUMBER~9589 0710 5270 1975 2089 86
    :Todd :McManus,-:D/B/A,
    -~:TODD-MCMANUS,-Administration and/or
    -~:Valerie :Frage,-:D/B/A-
    -~:VALERIE-FRAGE,-Financial-Officer,
    -~:Chief-Counsel/Chief-Financial-Officer
    -~:JUDICIARY-COURT-ADMINISTRATION,
    -~:SUPERIOR-COURTS-OF-NEW-JERSEY,
    -~:c/o-~25-Market-Street,
    -~:-P.O.-Box-~985,
    -~:Trenton,-New-Jersey-Territories,
    -~:U.S.A.-~[08625].
:-~6.:CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-
    NUMBER-~9589 0710 5270 1975 2089 93.
    -~:James-H. :Family-of-Kostoplis,
    -~:d/b/a-James-H.-Kostoplis and/or
    -~:JAMES-H.-KOSTOPLIS,-Sheriff and
    -~:[A]gents-thereof:
    -~BURLINGTON-COUNTY-SHERIFF'S-DEPT.
    -~:C/O-~50-Rancocas-Road.
    -~:Mount-Holly,-New-Jersey-
    -~Territories:-~(08060).
:-~7.:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
    ~:NUMBER-~9589 0710 5270 1975 2090 06.
    :Terry :Family of Smith,-:d/b/a-
    -~TERRY-SMITH,-CEO/Trustee,
    -~:RUSHMORE-LOAN-MANAGEMENT-SERVICES,
    -~LLC.-&-RUSHMORE-LOAN-MGT.
    -~:c/o-~8950-Cypress-Waters-Blvd.
    -~:Coppell,-Texas-Territories,
    -~:U.S.A.-~(75019).
:-~8. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
    ~:NUMBER-~9589 0710 5270 1975 2090 20.
    :Jay :Family of Bray,
    -~:D/B/A-JAY-BRAY,-TRUSTEE-AND-CEO:
    -~:Nationstar/Mr-Cooper,-LLC.
    -~:c/o-~8950-Cypress-Waters-Blvd.
    -~:Coppell: Texas-Territories-~(75019).

:-~9. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
~:NUMBER-~9589 0710 5270 1975 2090 37.
:Brian :Moynihan,-:D/B/A-
-~:BRIAN-MOYNIHAN,-CEO,
-~:BANK-OF-AMERICA and,
-~BANK-OF-AMERICA CORPORATION.
:BANK-OF-AMERICA-CORPORATE-CENTER,
-~:100-NORTH-TYRON-STREET,
-~CHARLOTTE,-NORTH-CAROLINA-TERRITORY,
-~U.S.A.-(28255).
:-~10. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
~9589 0710 5270 1407 9129 86.
:MICHAEL-MCKEEVER,-CEO/KML-AND,
-~:[A]GENTS-AND-:KML-LAW-GROUP,-P.C.,
-~701-MARKET-STREET-
-~:PHILADELPHIA,-PENNSYLVANIA-
TERRITORY,-U.S.A.-(19106).
:-~11.:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
~9589 0710 5270 1975 2090 44.
:SERVICELINK,-LLC/CORPORATION,
-~:Chris :Azur and/or :CHRIS-AZUR,
-~Trustee-&-CEO.
-~1355-CHERRINGTON-PARKWAY
-~CORAOPOLIC,-PENNSYLVANIA-~(15108)
(ZIP-EXEMPT).
:-~12.HAND-DELIVERY
-~:COURT-CLERK of the
-~:ASSIGN-JUDGE
-~:THE-THIRD-CIRCUIT-COURT of the
-~COURT-OF-THE-APPEAL-ARTICLE-III-COURT.
-~:JAMES-A.-BYRNE-United-States-Courthouse.
-~:601-Market-Street,
-~:Philadelphia,-Pennsylvania-Territories-~(19106).

  

:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

-~:UNITED-STATES-BANKRUPTCY-COURT-
DISTRICT-OF-the-NEW-JERSEY.

[Caption in Compliance with D.N.J. LBR 9004-1(b)]
[Enter your name, address and telephone number]

:ANGEL-DAVID-DELGADO.
c/o :Angel-David :Delgado,-[AU]TH.-REP.
:P.O.-Box-~664.
:Hainesport,-New-Jersey-Nation State/Territory.
:Zip exempt.
Angeldel47@yahoo.com

:In-Re: ANGEL-DAVID-DELGADO,
    [Debtor].

:Case No.:   -~24-12240   .
:Chapter:       -~13       .
:Judge: Christine-M. Gravelle.

**-~Affirmation of the :Angel-David :Delgado,-[Au]thorize
[Re]presentative(sic) of the ANGEL-DAVID-DELGADO with the
SUPPORT of his MOTION-SEEKING-A-STAY of the NOVEMBER-~6,-
~2024-MOTION-PENDING-WRITS of the THIRD-CIRCUIT: CLAIM.**

-~1. For the :Angel-David :Delgado,-[Au]theorize-
[Re]presentative **IS** with the [AF]FIRMING(sic) as the
CLAIMANT with the CLAIMANT'S-KNOWLEDGE with the BEST of the
HIS-[IN]FORMATION(sic) with the FOLLOWING-STATEMENTS of the
BEING-TRUE with this CLAIM: CLAIMANT/[AU]THOR(sic).

-~2. For this COURT-HAVING-[RE]CEIVE(sic)-NOTICE **IS** with the
HAND-DELIVERY/CERTIFY-MAIL with this CLAIMANT-
[EX]TENDING(sic)-A-COURTESY-QUEST of the STAYING-HIS-MOTION
of the NOVEMBER-~6,-~2024,-[EX]HIBIT(sic),-with the MATTER-
PENDING-with the THIRD-CIRCUIT-COURT of the [AP]PEAL(sic)-
with the WRITS,-with this COURT-TAKES-JURISDICTION-AND-with
the PENDING-THE-DISTRICT-COURT of the [AP]PEALS(sic): CLAIM.

-~DATE:-~10/-~27/-~2024.

RECEIVED

2024 MAR -2 P 12: 20

USDC FOR NJ

**-~[E]XHIBIT(sic)-A.**

NOTICE:  MOTION-SEEKING-STAY-PENDING-THIRD-CIRCUIT-WRITS: CLAIM; CASE-#-~24-12420: CLAIM.

Page 9





:Quantum Parse Syntax,
C-.S.-.S.-.C.-.P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.



:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

USDC FOR NJ    2024 MAR 29    A 9 56    RECEIVED

:UNITED-STATES-BANKRUPTCY-COURT
DISTRICT-OF-NEW-JERSEY.

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]

-~:Angel-David :Delgado,-Living-Man/
-[Au]thorize-[Re]presentative(sic).
-~:P.O.-Box-664.
-~:Hainesport,-New-Jersey-Territory/
-Nation-State,-U.S.A.-~(08036)-Zip-exempt.
-~:Sui-Juris-(Debtor).
-~Angeldel47@yahoo.com.



| | |
|---|---|
| -~:In Re: ANGEL DAVID DELGADO,<br>(Debtor),<br>-~versus, | -~Case No.: -~24-12040.<br>-~Chapter: -~13.<br>-~Judge: Christine-M.-Gravelle.<br>-~Hearing:-~11/-~6/-~24. |

-~:1.:NATIONSTAR/MR-COOPER,-MORTGAGE-
COMPANY,-LLC.,-:Jay :Bray and/or :JAY-
BRAY,-Trustee-AND-CEO,-:(Creditors);
-~:2.:RUSHMORE-LOAN-MANAGEMENT-SERVICES,-
LLC.,:Terry :Smith-and/or-:TERRY-SMITH,-
Founder-Trustee-&-AGENTS-:(Creditors);
-~:3.:KML-LAW-GROUP,-PC.,-~Michael
:McKeever and/or MICHAEL-MCKEEVER,-
Trustee-&-CEO,-:Kristine-G. :Murtha
and/or :KRISTINE-G-MURTHA,-:Denise
:Carlon and/or :DENISE-CARLON,-AGENTS-
:(Creditors);
-~:4.:BANK-OF-AMERICA-CORPORATION,-:Brian
:Moynihan and/or :BRIAN-MOYNIHAN,-
Trustee-&-CEO,-:BANK-OF-AMERICA,-
AGENTS,-(Creditors);
-~:5.:SERVICELINK,-LLC/CORPORATION,-:Chris
:Azur and/or :CHRIS-AZUR,-Trustee-&-CEO-
AGENTS,-:(Creditors);







:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.



:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.



:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-
Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.
:DATE:-~10/-~7/-~2024.
:COURT-CLERK of the
:Georgette Castner
:UNITED STATES DISTRICT COURT
:402-EAST-STATE-STREET
:TRENTON,-NEW-JERSEY-TERRITORIES(08608).

    -~:In-Regard: Angel-David :Delgado,-~BANKRUPTCY-CASE-
    BEFORE-JUDGE-CHRISTINE-GRAVELLE;-CASE-NUMBERS: 24-CV-
    0665-24/24-12420/SWC-F-020340-17: CLAIM.

-~:Dear-Court-Clerk,
-~For the [EN]CLOSE(sic) with the FILING ARE with the FOLLOWING;
    -~1.:MOTION with the SEEKING-[EX]TENTION(sic) with the TIME
    with the FILING of the BRIEFS,AS-THIS-COURT-ARE with
    the [RE]CEIVING-[AP]PELLANT'S-BINDERS with the
    FORENSIC-[E]VIDENCES(sic);
    -~2.:[AL]TERNATIVE(sic),-with the NOT-KNOWING-STATUS of the
    CASE,-with the SEEKING-A-MOTION with the
    [RE]CONSIDERATION(sic) of a [RE]OPENING(sic)-
    [AP]PELLANT'S(sic)-CASE-AND-[EX]TENDING(sic)-TIME with
    the FILINGS,-in-the LIGHT of the FACT: AS-of the
    SEPTEMBER-~17,-~2024,[AP]PELLANT'S(sic)/FAMILY-
    BECOMES-HOMELESS with an [E]MINENT(sic)-DOMAIN-TAKE-
    OVER by the BURLINGTON-COUNTY-SUPERIOR-COURT/SHERIFFS
    with the [RE]SPONDENTS(sic)-HOLDING-
    [AP]PELLANT'S(sic)/FAMILY'S-NINETY-NINE-PERCENT of
    their ASSETS: CLOTHES/MEDICINES/COMPUTERS/WORK-
    PRODUCT-FILES/FURNITURE/[E]VERYTHING, -WHILE-
    [AP]PELLANT'S(sic)/FAMILY'S-LIVE-IN-A-HOTEL;
    -~3.:For the SUCH-[RE]LIEF(sic) IS with this COURT-AS-DEEM-
    JUST, with the [AP]PELLANT'S(sic)-CASE-MOVING-FORWARD;

:DISTRICT COURT MOTION with the EXTENDING FILING TIMES AND/OR MOTION OF THE RECONSIDERATION WITH
THE REOPEN; CASE 24-CV-0665-24 of the BANKRUPTCY-CASE: 24-12420; IN RE :Angel-David :Delgado: CLAIM.
[Type text]                                                                                          Page 1

**UNITED STATES POSTAL SERVICE.**

```
             VILLA PARK
          1137 HAMILTON AVE
        TRENTON, NJ 08629-9998
            (800)275-8777
10/15/2024                        11:26 AM
```

RECEIVED

2024 MAR -2 P 12: 23

USDC FOR NJ

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $10.45 |

Flat Rate Env
Mount Holly, NJ 08060
Flat Rate
Expected Delivery Date
Thu 10/17/2024
Insurance                          $0.00
Up to $100.00 included
Certified Mail®                    $4.85
Tracking #:
9589 0710 5270 1407 9129 48
Return Receipt                     $4.10
Tracking #:
9590 9402 7659 2122 5354 29
Total                             $19.40

Priority Mail®        1            $10.45
Flat Rate Env
Coraopolis, PA 15108
Flat Rate
Expected Delivery Date
Thu 10/17/2024
Insurance                          $0.00
Up to $100.00 included
Certified Mail®                    $4.85
Tracking #:
70222410000112296696
Return Receipt                     $4.10
Tracking #:
9590 9402 7544 2098 2098 04
Total                             $19.40

Priority Mail®        1            $10.45
Flat Rate Env
Coppell, TX 75019
Flat Rate
Expected Delivery Date
Thu 10/17/2024
Insurance                          $0.00
Up to $100.00 included
Certified Mail®                    $4.85
Tracking #:
9589 0710 5270 1407 9129 62
Return Receipt                     $4.10
Tracking #:
9590 9402 8399 3156 9096 35
Total                             $19.40

Priority Mail®        1            $10.45
Flat Rate Env
Trenton, NJ 08608
Flat Rate
Expected Delivery Date
Thu 10/17/2024
Insurance                          $0.00
Up to $100.00 included
Certified Mail®                    $4.85
Tracking #:
9589 0710 5270 1975 2077 81
Return Receipt                     $4.10
Tracking #:
9590 9402 7544 2098 2097 81
Total                             $19.40

Priority Mail®        1            $10.45
Flat Rate Env
Mount Holly, NJ 08060
Flat Rate
Expected Delivery Date
Thu 10/17/2024
$0.00

Priority Mail®        1            $10.45
Flat Rate Env
Robbinsville, NJ 08691
Flat Rate
Expected Delivery Date
Thu 10/17/2024
Insurance                          $0.00
Up to $100.00 included
Certified Mail®                    $4.85
Tracking #:
70202450000076668898
Return Receipt                     $4.10
Tracking #:
9590 9402 7659 2122 5354 12
Total                             $19.40

Priority Mail®        1            $10.45
Flat Rate Env
Trenton, NJ 08608
Flat Rate
Expected Delivery Date
Thu 10/17/2024
Insurance                          $0.00
Up to $100.00 included
Certified Mail®                    $4.85
Tracking #:
9589 0710 5270 1975 2077 98
Return Receipt                     $4.10
Tracking #:
9590 9402 7544 2098 2097 50
Total                             $19.40

Priority Mail®        1            $10.45
Flat Rate Env
Charlotte, NC 28255
Flat Rate
Expected Delivery Date
Fri 10/18/2024
Shipment may be delayed due to weather
conditions.
Insurance                          $0.00
Up to $100.00 included
Certified Mail®                    $4.85
Tracking #:
70222410000112282101
Return Receipt                     $4.10
Tracking #:
9590 9402 8399 3156 9096 28
Total                             $19.40

Priority Mail®        1            $10.45
Flat Rate Env
Coppell, TX 75019
Flat Rate
Expected Delivery Date
Thu 10/17/2024
Insurance                          $0.00
Up to $100.00 included
Certified Mail®                    $4.85
Tracking #:
9589 0710 5270 1407 9129 55
Return Receipt                     $4.10
Tracking #:
9590 9402 8399 3156 9096 11
Total                             $19.40

Priority Mail®        1            $10.45
Flat Rate Env
Trenton, NJ 08625
Flat Rate
Expected Delivery Date
Thu 10/17/2024
Insurance                          $0.00
Up to $100.00 included
Certified Mail®                    $4.85
Tracking #:
9589 0710 5270 1407 9129 79
Return Receipt                     $4.10
Tracking #:
9590 9402 8399 3156 9096 42
Total                             $19.40

Priority Mail®        1            $10.45

Trenton, NJ 08625
Flat Rate
Expected Delivery Date
    Thu 10/17/2024
Insurance                          $0.00
    Up to $100.00 included
Certified Mail®                    $4.85
    Tracking #:
    9589 0710 5270 1407 9129 79
Return Receipt                     $4.10
    Tracking #:
    9590 9402 8399 3156 9096 42
Total                             $19.40

Priority Mail®        1           $10.45
Flat Rate Env
    Philadelphia, PA 19106
    Flat Rate
    Expected Delivery Date
        Thu 10/17/2024
    Insurance                      $0.00
        Up to $100.00 included
Certified Mail®                    $4.85
    Tracking #:
    9589 0710 5270 1407 9129 31
Return Receipt                     $4.10
    Tracking #:
    9590 9402 7784 2152 3290 37
Total                             $19.40

-------------------------------------
Grand Total:                     $213.40
-------------------------------------
Debit Card Remit                 $213.40
    Card Name: VISA
    Account #: XXXXXXXXXXXX8436
    Approval #: 002642
    Transaction #: 042
    Receipt #: 046546
    Debit Card Purchase: $213.40
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Verified
-------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811

    Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
    https://www.usps.com/help/claims.htm
    or call 1-800-222-1811

        Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



    or call 1-800-410-7420.



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Mount Holly, NJ 08060

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $10.45

Total Postage $19.40

Sent To ~:KATHY-F.-FIAMINGO,-P.-J.-S.-C.-&-P.J.,
~:General-Equity,-Chancery-Division;
~:JEANNE-COVERT,-P.-J.-S.-C.
Street and Apt. ~:C/O-~49-Rancocas-Road.
~:Mount-Holly,-New-Jersey-Territory,
City, State, ZIP ~:U.S.A.-~(08060).

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Coraopolis, PA 15108

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $10.45

Total Postage $19.40

Sent To ~:SERVICELINK,-LLC/CORPORATION,
~:Chris-Azur-and/or-CHRIS-AZUR,
~:-Trustee-&-CEO.
~:-1355-CHERRINGTON-PARKWAY
~:CORAOPLIC,-PENNSYLVANIA-~(15108)(ZIP-EXEMPT).

10/15/2024

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Coppell, TX 75019

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $10.45

Total Postage $19.40

Sent To ~:TERRY-SMITH,-CEO/TRUSTEE;
~:RUSHMORE-LOAN-MANAGEMENT-SERVICE
~:LLC.-&-RUSHMORE-LOAN-MGT.
Street and A ~:c/o-~8950-Cypress-Waters-Blvd.
~:Coppell,-Texas-Territories,
City, State, Z ~:U.S.A.-~(75019).

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Trenton, NJ 08608

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $10.45

Total Postage $19.40

Sent To ~:Georgette-Castner-EWG/3/?05
~:GEORGETTE-CASTNER,-JUDGE.
~:UNITED-(sic)-STATES-DISTRICT-
COURT-TRENTON,
Street and Apt. N ~:C/O-~402-EAST-STATE-STREET,
~:TRENTON,-New-Jersey-Territory
~:U.S.A.-(08608).

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Mount Holly, NJ 08060

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $1.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted

Postage $10.45

Total Postage and Fee $19.40

Sent To ~:James-H.-Family-of-Kostoplis,
~:d/b/a-James-H.-Kostoplis-Sheriff
~:JAMES-H.-KOSTOPLIS,-Sheriff-and
Street and Apt. No. ~:[A]gents-thereof:
~:BURLINGTON-COUNTY-SHERIFF'S-DEPT.
~:C/O-~50-Rancocas-Road.
~:Mount-Holly,-New-Jersey-
City, State, ZIP ~:Territories;-~(08060).

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Robbinsville, NJ 08691

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $10.45

Total Postage $19.40

Sent To ~:Albert-Russo,-d-b-a-BANKRUPTCY-TRUSTEE-&
~:Mary-Krieger,-d-b-a-ATTORNEY-of-this-TRUST
~:ALBERT-RUSSO,-STANDING-13-COMPANY.
Street and A ~:C/O-~1-AAA-DRIVE-SUITE-101,
~:ROBBINSVILLE,-New-Jersey-Territory,
City, State, ~:U.S.A.-~(08691).

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Trenton, NJ 08608

| Certified Mail Fee $4.85 | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $0.00 | |
| ☐ Certified Mail Restricted Delivery $0.00 | |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $10.45 | |
| Total Postage and Fees $19.40 | |

Sent To :Christine :Gravelle -10/15/2024
CHRISTINE-GRAVELLE,
-d-b-a-BANKRUTPCY-JUDGE,
-U.S.-BANKRUTPCY-COURT-TRENTON,
-~:C/O-~402-EAST-STATE-STREET,
-~:TRENTON,-New-Jersey-Territory,
-~:U.S.A. (08608).

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1975 2077 98

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL U

| Certified Mail Fee $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | |
| ☐ Certified Mail Restricted Delivery $ | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | |
| Total Postage and Fees $ | |

Sent To :Brian :Moynihan, -:D/B/A-
-:BRIAN-MOYNIHAN,-CEO,
-~BANK-OF-AMERICA CORPORATION.-
BANK-OF-AMERICA-CORPORATE-CENTER,
-~:100-NORTH-TYRON-STREET,
-~CHARLOTTE,-NORTH-CAROLINA-TERRITORY,
-~U.S.A.-(28255).

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 2410 0001 1228 2110

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Trenton, NJ 08625

| Certified Mail Fee $4.85 | $4.10  0234 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $0.00 | |
| ☐ Certified Mail Restricted Delivery $0.00 | |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $10.45 | |
| Total Postage and Fees $19.40 | |

Sent To :Todd :McManus,-:D/B/A- 10/15/2024
Financial-Officer, -Chief-Counsel/Chief
-~:JUDICIARY-COURT-ADMINISTRATION,SUPERIOR
COURTS -~:c/o-~25-Market-Street,
-~:-P.O.-Box-~985,
-~:Trenton,-New-Jersey-Territories,
-~:U.S.A.-~[08625].

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1407 9129 79

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Philadelphia, PA 19105

| Certified Mail Fee $4.85 | $4.10  0234 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $0.00 | |
| ☐ Return Receipt (electronic) $0.00 | |
| ☐ Certified Mail Restricted Delivery $0.00 | |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $0.00 | |
| Postage $10.45 | |
| Total Postage and Fees $19.40 | |

Sent To :MICHAEL-MCKEEVER,-CEO/KML,AND/2024
-~:[A]GENTS(sic)-AND-KML-
LAW-GROUP,-P.C.,
-~701-MARKET-STREET-
-~:PHILADELPHIA,-PENNSYLVANIA-
TERRITORY,-~U.S.A.-~(19106).

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1407 9129 31

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Coppell, TX 75019

| Certified Mail Fee $4.85 | $4.10  0234 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $0.00 | |
| ☐ Certified Mail Restricted Delivery $0.00 | |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $10.45 | |
| Total Postage and Fees $ | |

Sent To :Jay :Family of Bray,
-~:D/B/A-JAY-BRAY,-TRUSTEE-AND-CEO,
-~:Nationstar/Mr-Cooper,-LLC.
-~:c/o-~8950-Cypress-Waters-Blvd.
-~:Coppell: Texas-Territories-~(75019).

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1407 9129 55



RECEIVED
2024 MAR 29 A 10 05
USDC FOR NJ

:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-
Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.
:DATE:-~10/-~10/-~2024.
:COURT-CLERK of the
:Georgette Castner
:UNITED STATES DISTRICT COURT
:402-EAST-STATE-STREET
:TRENTON,-NEW-JERSEY-TERRITORIES(08608).
    -~:In-Regard: Angel-David :Delgado,-~BANKRUPTCY-CASE-BEFORE-JUDGE-
    CHRISTINE-GRAVELLE;-CASE-NUMBERS: 24-CV-0665-24/24-12420/SWC-F-
    020340-17: CLAIM.
-~:Dear-Court-Clerk,
-~For the [EN]CLOSE(sic) with the FILING ARE with the FOLLOWING:
    -~1.:MOTION with the SEEKING of the STAY of the [AP]PEAL(sic) with the
    DISTRICT-COURT-PENDING-3RD-CIRCUIT-WRITS/[AF]FIDAVIT(sic) of the
    SERVICE of the PROCESS/SUPPORTING-[AF]FIRMATION(sic)/LEGAL-BREIF:
    CLAIM.
    -~2.:NO-FILING-FEE of a MOTION IS FOUND-within the FEE-SCHEDULE,-
    ~PLEASE-CONFIRM-by the EMAIL,-IF-A-FEE-IS-DUE: CLAIM.
              -~:RESPECTFULLY,

By:_____:Angel D.:Delgado_____

:[AU]THORIZED(sic)-[RE]PRESENTATIVE(sic).
:ALL-RIGHTS-RESERVED-WITHOUT-PREJUDICE of this
DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.







:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRANMAR;
:By :CLAIM :CLAIMAINT

**RECEIVED**

**MAR 29  A 10: 05**

**USDC FOR NJ**

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-Territories-~(08036).
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.

-~:UNDERLINE-STATES-DISTRICT-COURT of the
APPEAL-TRENTON.
:Docket-Number:-~24-CV-0655-24GC of the
BANKRUPTCY-CASE:-~24-12420CMG.
:CERTIFICATION of the SERVICE of the PROCESS:
NOTICE-OF-THE-MOTION of the
STAY-PENDING-3RD-CIRCUIT-WRITS of the
SWC-F-020340-17/U.S.DISTRICT-TRENTON-DOCKET-
NUMBER:24-CV-0665-24/ 24-12420.

-~**PARTIES:**
-~:Angel-David :Delgado,-SUI-JURIS,-PETITIONER,
-~:**VERSUS**,
    -~:1.:UNITED-STATES-BANKRUPTCY-COURT-TRENTON,
      :RESPONDENTS;
    -~:2.:UNITED-STATES-DISCTICT-COURT-TRENTON,
      :RESPONDENTS;
    -~:3.:SUPERIOR-COURT-OF-THE-BURLINGTON-COUNTY
      :RESPONDENTS;
    -~:4.:FINANCIAL-ADMINISTRATION-OFFICE of the SUPERIOR-
      COURT-OF-THE-NEW-JERSEY,:RESPONDENTS;
    -~:5.:BURLINGTON-COUNTY-SHERIFF'S-DEPARTMENT,-
      :RESPONDENTS;
    -~:6.:NATIONSTAR/MR-COOPER,-MORTGAGE-COMPANY,-LLC.,-
      :Jay :Bray and/or :JAY-BRAY,-Trustee-AND-CEO,-
      :RESPONDENTS;
    -~:7.:RUSHMORE-LOAN-MANAGEMENT-SERVICES,-LLC.,
      :Terry :Smith-and/or-:TERRY-SMITH,-Founder-
      Trustee-&-AGENTS-:RESPONDENTS;
    -~:8.:KML-LAW-GROUP,-PC.,-~Michael :McKeever and/or
      MICHAEL-MCKEEVER,-Trustee-&-CEO,-:Kristine-G.
      :Murtha and/or :KRISTINE-G-MURTHA,-:Denise
      :Carlon and/or :DENISE-CARLON,-AGENTS-
      :RESPONDENTS;





:Quantum Parse Syntax,
C-.S.-.S.-.C.-.P-.S-.G.-FLAG,
IS :CLAIM :By CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-
Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldc147@yahoo.com.
:DATE:-~10/-~27/-~2024.
:COURT-CLERK of the
:ASSIGN-JUDGE
:THE-THIRD-CIRCUIT-COURT of the
COURT-OF-THE-APPEAL-ARTICLE-III-COURT.
:JAMES-A.-BYRNE-United-States-Courthouse.
:601-Market-Street,
:Philadelphia,-Pennsulvania-(19106).
-~215-597-2995.
    -~:In-Regard: Angel-David :Delgado,-Petitioner.-vs. U.S.District-
    Courts/Burlington-County-Superior-Court/Burlington-County
    Sheriff's-Department/Nationstar-Mortgage-Co.-ET-AL/KML-LAW-
    OFFICE,-ET-AL.-~LOWER-COURT-CASE-NUMBERS: 24-CV-0665-24/24-
    12420/SWC-F-020340-17: CLAIM.
-~:Dear-Court-Clerk,
-~For this LETTER-IS the CORRECT-LETTER,-with the CORRECT-DATE,-AND-
    [EN]CLOSE(sic) with the FILING ARE with the FOLLOWING:
-~1.:FILING-FEE with the AMOUNT-of the-~$600.00;
-~2.:MOTION with the SEEKING of the TEMPORARY-STAY/[IN]JUNCTION(sic)-
    AND-[OT]HER(sic)-[RE]-LIEF(sic) with the SUPPORTING-
    [AF]FIDAVIT(sic)/CERTIFICATION-PENDING-WRITS-[DE]CISION(sic);
-~3.:WRITS of the MANDAMUS-AND-PROHIBITION with the FIVE-BINDERS of
    the FORENSIC-[E]VIDENCES(sic);-AND-
-~4.:FORENSIC-[E]VIDENCES(sic) with the FIVE-BINDERS;
-~With this CLAIM/PETITION IS with this CLAIMANT/PETITIONER/[AU]THOR(sic).
                    -~:RESPECTFULLY,

:By: _Angel D. Delgado_

:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM-CLAIMANT,
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.





:Quantum Parse Syntax,
C-.S-.S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

-~CASE-NUMBER:-~_____.

-~IN-THE-COURT-OF-APPEALS-THIRD-CIRCUIT,-
PHILADELPHIA,-PENNSAYLVANIA.

-~IN-RE: Angel-David :Delgado,-Sui-Juris,
-Petitioner.

--------------------

## -~PETITION-of the WRITS of the MANDAMUS/PROHIBITION/EXTRAORDINARY.
## -~EMERGENCY-HEARING-REQUEST: CLAIM.

--------------------

-~Of the Lower-Courts:
U.S.-DISTRICT-COURTS-TRENTION:
:Georgette :Castner,-U.S.D.J.-Case-Number-#-~24-0665-24.
:Christine-M. :Gravelle,-Bankruptcy-Court-Judge. Case-Number-#-~24-
12420.
BURLINGTON-COUNTY-SUPERIOR-COURT.
:Kathi :Fiamingo,-P.J.Equity/Chancery-&-
:Jeanne :Covert,P.J.S.C.,-Case-Number-#-~SWC-F-~020340-17. CLAIM

--------------------

-~Respectfully-with the Submit:
-~BY: Angel-David :Delgado,-SUI-JURIS,-
PETITIONER,-AND,
-~:Dorkas-Iris :Delgado-Shafer,-SUI-JURIS,-
SISTER of the PETITIONER,-ATTORNEY-IN-FACT.
-~C/O: POST-OFFICE-BOX-~664.
-~HAINESPORT,-NEW-JERSEY-TERRITORIES,-ZIP-CODE-
EXEMPT-(08036),-U.S.A.,-~Angeldel47@yahoo.com.

-~For we [RE]QUIRE(sic)-[AC]COMMODATIONS(sic) with the
LANGUAGE/COMMUNICATIONS,-as we ARE with the USE of
the CORRECT-SENTENCE-STRUCTURE-COMMUNICATIONS-PARSE-
SYNTAX-GRAMMAR-PERFORMANCE,-C-S-S-C-P-S-G-P,-with the
BASE-[U]PON(sic)-OUR-RELIGIOUS-AND-NATIONAL-
[O]RIGIN(sic)/RACE-BELIEFS with this CLAIM by this
CLAIMANT/[AU]THOR(sic): Angel-David :Delgado.
-~For the ORAL-ARGUMENTS with this FILING-ARE with our
[RE]QUESTS(sic) with this CLAIM by this
CLAIMANT/[AU]THOR(sic).

-~CASE-NUMBER:-~_____.

-~IN-THE-COURT-OF-APPEALS-THIRD-CIRCUIT,-
PHILADELPHIA,-PENNSAYLVANIA.

------------------------

-~IN-RE: Angel-David :Delgado,-Sui-Juris,
-Petitioner.

---------------------

## -~IDENTITY of the PARTIES :CLAIM.

------------------------

-~For the Petitioner-[Af]firms(sic) of the FOLLOWING **IS** with a
COMPLETE-LIST of the PARTIES-AND with the ANY-[O]THER(sic)-PERSON
with an INTEREST with the OUTCOME of this CASE: CLAIM/CLAIMANT-
PETITIONER/[AU]THOR(sic).

-~**PETITIONER**:
:Angel-David :Delgado,-SUI-JURIS,-PETITIONER,-AND,
-~:Dorkas-Iris :Delgado-Shafer,-SUI-JURIS,
-SISTER of the PETITIONER,-ATTORNEY-IN-FACT.
-~C/O: POST-OFFICE-BOX-~664.
-~HAINESPORT,-NEW-JERSEY-TERRITORIES,-ZIP-CODE-EXEMPT-(08036),-
U.S.A.,-~Angeldel47@yahoo.com.

-------------------------------

-~**[RE]SPONDENTS**:
-~:1.:Georgette :Castner,-d/b/a GEORGETTE-CASTNER.
     :U.S.-DISTRICT-COURT-TRENTON,
     -~:C/O-~402-EAST-STATE-STREET,
     -~:TRENTON,-New-Jersey-Territory,
     -~:U.S.A. (08608).
-~2.:Christine :Gravelle,-d/b/a CHRISTINE-GRAVELLE,
     -d-b-a-BANKRUTPCY-JUDGE.
     :U.S.-BANKRUTPCY-COURT-TRENTON,
     -~:C/O-~402-EAST-STATE-STREET,
     -~:TRENTON,-New-Jersey-Territory,
     -~:U.S.A. (08608).
-~3.:Albert :Russo,-d-b-a-BANKRUTPCY-TRUSTEE-&-
     :Mary :Krieger,d-b-a-ATTORNEY of this TRUSTEE.
     :ALBERT-RUSSO,-STANDING-
     -~CHAPTER-13-TRUSTEE,-COMPANY.
     -~:C/O-~1-AAA-DRIVE-SUITE-101,
     -~:ROBBINSVILLE,-New-Jersey-Territory,
     -~:U.S.A.-~(08691).

RECEIVED
MAR -2 P 12: 21
USDC FOR NJ

-~4.:Kathi-F.:Fiamingo,-:d/b/a
    -~:KATHI-F.-FIAMINGO,-P.-J.-T.-C.-&-P.J.,
    -~:General-Equity,-Chancery-Division,
    -~:<u>AND</u>-:Jeanne :Covert,-:d/b/a-
    -~:JEANNE-COVERT,-P.-J.-S.-C.
    :SUPERIOR COURT of the BURLINGTON-COUNTY
    -~:C/O-~49-Rancocas-Road.
    -~:Mount-Holly,-New-Jersey-Territory,
    -~:U.S.A.-~(08060).
-~5.:Todd :McManus,-:D/B/A,
    -~:TODD-MCMANUS,-Administration and/or
    -~:Valerie :Frage,-:D/B/A-
    -~:VALERIE-FRAGE,-Financial-Officer,
    -~:Chief-Counsel/Chief-Financial-Officer
    -~:JUDICIARY-COURT-ADMINISTRATION,
    -~:SUPERIOR-COURTS-OF-NEW-JERSEY,
    -~:c/o-~25-Market-Street,
    -~:-P.O.-Box-~985,
    -~:Trenton,-New-Jersey-Territories,
    -~:U.S.A.-~[08625].
-~6.-~:James-H. :Family-of-Kostoplis,
    -~:d/b/a-James-H.-Kostoplis and/or
    -~:JAMES-H.-KOSTOPLIS,-Sheriff and
    -~:[A]gents-thereof:
    -~BURLINGTON-COUNTY-SHERIFF'S-DEPT.
    -~:C/O-~50-Rancocas-Road.
    -~:Mount-Holly,-New-Jersey-
    -~Territories:-~(08060).
-~7.:Terry :Family of Smith,-:d/b/a-
    -~TERRY-SMITH,-CEO/Trustee,
    -~:RUSHMORE-LOAN-MANAGEMENT-SERVICES,
    -~LLC.-&-RUSHMORE-LOAN-MGT.
    -~:c/o-~8950-Cypress-Waters-Blvd.
    -~:Coppell,-Texas-Territories,
    -~:U.S.A.-~(75019).
-~8.:Jay :Family of Bray,
    -~:D/B/A-JAY-BRAY,-TRUSTEE-AND-CEO:
    -~:Nationstar/Mr-Cooper,-LLC.
    -~:c/o-~8950-Cypress-Waters-Blvd.
    -~:Coppell: Texas-Territories-~(75019).

                    -~COVER-PAGE-~2-of the-~3: CLAIM.

-~9. :Brian :Moynihan,-:D/B/A-
     -~:BRIAN-MOYNIHAN,-CEO,
     -~:BANK-OF-AMERICA and,
     -~BANK-OF-AMERICA CORPORATION.
     :BANK-OF-AMERICA-CORPORATE-CENTER,
     -~:100-NORTH-TYRON-STREET,
     -~CHARLOTTE,-NORTH-CAROLINA-TERRITORY,
     -~U.S.A.-(28255).
-~10.:MICHAEL-MCKEEVER,-CEO/KML-AND,
     -~:[A]GENTS-AND-:KML-LAW-GROUP,-P.C.,
     -~701-MARKET-STREET-
     -~:PHILADELPHIA,-PENNSYLVANIA-TERRITORY,
     -~-~U.S.A.-(19106).
-~11.:SERVICELINK,-LLC/CORPORATION,
     -~:Chris :Azur and/or :CHRIS-AZUR,
     -~Trustee-&-CEO.
     -~1355-CHERRINGTON-PARKWAY
     -~CORAOPOLIC,-PENNSYLVANIA-~(15108)(ZIP-EXEMPT).

-~COVER-PAGE-~3-of the-~3: CLAIM.

## -~:i.:For the TABLE of the CONTENTS with this CLAIM.

-~:IDENTITY of the PARTIES........................................................-~2,-~3.

-~:TABLE of the CONTENTS......................................... .................-~i.

-~:SPECIAL-NEEDS/[AC]COMODATIONS(sic)...................... .....-~ii.

-~:CONTENTS of the FORENSIC-[E]VIDENCES(sic)
    within the BINDERS.....................................................  .-~iii.

-~:ISSUES with the PRESENT.................................................. ......-~iv.

-~:PARTY-JUDGES.............................................................................-~v.

-~:CERTIFICATION of the SERVICE/[AF]FIRMATION(sic)-
    [PRE]SENTMENT(sic)...................................... ................-~vi.

-~:TABLE of the [AU]THORITIES(sic)............................ ......-~vii.

-~:STATEMENT of the CASE.......................................................-~4,-~5.

-~:STATEMENT of the JURISDICTION........-~1,-~2,-~19,-~20,-~21,-~22,-~23.

-~:STATEMENT of the FACTS/HISTORY.............................-~5,-through-~19.

-~:LEGAL-ARGUMENT.................................. ...-~19,-through-~36.

-~:CONCLUSION...............................................  .....-~32,-through-~35.

-~:PRAYER................................................... ...........-~iv,-~35,-~36.

-~:CERTIFICATION/[AF]FIRMATION(sic)-&-WORD-COUNT................... .......-~37.

-~:HISTORY of the COURT-ORDERS/CONTRACTS:

-~1.:U.S.DISTRICT-COURT/BANKRUPTCY-COURT-ORDERS:

-~A. :DISTRICT-COURT/BANKRUPTCY COURT ORDER:
    -~4-~25-~24-Order-to-Reinstate-Stay-and-Extend-time-for-SCHEDULES.-~FE:
    BINDER-#-~1,-~33.

-~B. :DISTRICT-COURT/BANKRUPTCY-COURT-ORDER:
    -~5-~15-~24-ORDER-OF-CERTIFICATION-OF-THE-DIRECT-APPEAL with the
    CIRCUIT-COURT-DENIAL.-~FE:-BINDER-#-~1,-~36.

-~C. :DISTRICT-COURT/BANKRUPTCY-COURT-ORDER:
    -~5-~16-~24-ORDER-FOR-STAY-PENDING-APPEAL-DENIAL.-~FE:
    BINDER-#-~1,-~35.

-~D. :DISTRICT-COURT/BANKRUPTCY-COURT-ORDER:
    -~6/-~06/-~24-FOR-DISMISSING-CASE-FOR-A-$35.00-FEE-CLAIM-BY-
    BANKRUPTCY-COURT/DISTRICT-COURT/BANKRUPTCY COURT-TRUSTEE'S-
    REPORT with the LACKING-$1.3Mil.-~FE: BINDER-#-~1,-~38.

-~E. :CURRENT-CASE: DISTRICT-COURT-CASE -5/16/24
    TO PRESENT-PENDING-24-cv-06225-GC.-~FE: BINDER-#-~5,-~21.
    -~F. :DISTRICT COURT/BANKRUPTCY-COURT-ORDER:-~8-~27-~28-DENIAL-of the
    REOPEN-CASE with the FRCP#60,-ERROR-OF-LAW-&-FACTS/MIS-APPROPRIATION
    -0F-FEES-&-[AU]THENTIC(SIC)-BIRTH-CERTIFICATE-BOND.-~FE:
    BINDER-#-~2,-~13.

-~2.:BURLINGTON-COUNTY-SUPERIOR-COURT-ORDERS:
   -~A.:April 14, 2023-CONDITIONAL-[AC]CEPTENCE-CONTRACTS.
      BINDER-#-~IN-ITS-[EN]TIRETY(sic).
   -~B.:Writ of the Possession -8/-~28/-24?- SERVICE-DATE.
-~3.:PENDING: DISTRICT-APPELLATE-COURT: STAY-AND-[EX]TENSION(sic) of
      the TIME-PENDING-WRITS-AND-DISTRICT-BANKRUPTCY-COURT:
      [RE]CONSIDERATION(sic)/FRCP-#-~60-MOTION:-~11/-~6/-~24.

-~:ii.:SPECIAL-NEEDS-[AC]COMMODATION(sic) IS WITH THE [RE]QUEST(sic)-
AND-[RE]QUIREMENT with the [RE]SPECTFULLY-[RE]QUESTS: CLAIM.
   -~For the PETITIONER'S-KN0WLEDGE ARE with the FOLLOWING-FACTS of this
   WRIT-PETITION with this CLAIM by this CLAIMANT\[AU]THOR(sic).
-~I.:CONSIDERATION of this PETITIONER/CLAIMANT-AND-FAMILY-CURRENT-DIRE-
   CIRCUMSTANCE-AND-HOMELESSNESS with the CAUSE of the
   [RE]SPONDENTS(sic): CLAIM.
-~1.For this PETITIONER/CLAIMANT with the QUEST of the PLEASE-CONSIDER-
      THAT-OUR-LIMIT of the [RE]SOURCES(sic)/TIMING ARE with the CAUSE of
      our LIVING-IN-A-HOTEL with the ALL-OF-OUR
      POSSESSIONS/CLOTHES/MEDICINES/COMPUTERS/PRINTERS/WORK-PRODUCT-BEING
      in the HANDS of these [RE]SPONDENTS(sic) with their [RE]CENT(sic)-
      LACK OF JURISDICTION/UN-LAWFUL(sic)/[IL]LEGAL(sic)-TAKING-AND-NOW-
      WITHIN-THEIR-POSSESSIONS as of SEPTEMBER-~17,-~2024-with the
      [PRE]SENT(sic),-DURING-THE-[PRE]PARATION(sic) of this PETITION,-AS
      THEIR-[EF]FORTS(sic) with the STOPPING-US-FROM COMING-with this
      THIRD-CIRCUIT-SINCE MAY-~15,-~2024-WHEN-AT-THAT-TIME-WE-PAY-THE
      LOWER-DISTRICT-COURT-THE-3^{RD}-CIRCUITS-FILING-FEE of the $605.00 with
      the THIS-LOWER-COURT-DISSIPATING/MIS-DIRECTING-THOSE-FUNDS-with this
      CLAIM by this PETITIONER/[AU]THORITY(sic).
-~II.:COMMUNICATION-STYLE-AND-[PRE]SENTATION(sic) of this
   [AP]PLICATION(sic)-[EX]CEPTION(sic)-QUEST: CLAIM.
-~2.For this PETITIONER/CLAIMANT-AND-HIS-FAMILY [RE]QUIRE(sic)-
      [AC]COMMODATIONS(sic) with the LANGUAGE/COMMUNICATIONS,-as we ARE
      with the USE of the CORRECT-SENTENCE-STRUCTURE-COMMUNICATIONS-PARSE-
      SYNTAX-GRAMMAR-PERFORMANCE,-C-S-S-C-P-S-G-P,-with the BASE-
      [U]PON(sic)-OUR-RELIGIOUS-AND-NATIONAL-[O]RIGIN(sic)/RACE-BELIEFS
      with these CLAIMS by this PETITIONER/CLAIMANT/[AU]THORITY(sic):
      Angel-David :Delgado.
-~3.For the PETITIONER/CLAIMANT-AND-HIS-FAMILY ARE with the BIBLE-BASE-
      [RE]LIGIOUS(sic)-BELIEFS of the VALUATION/VALUE/BANKING of our
      WORDS/COMMUNICATION with the MONITORING-OURSELVES of our CONDUCT
      with the BEFORE-[OT]HERS(sic) with this CLAIM.
      :-~A.For the PETITIONER/CLAIMANT'S-KNOWLEDGE of the FACTS with the
            VALUATION/VALUE/BANKING-OF-THE-WORDS-AND-CLOSURE-IN-A-CONTRACT
            ARE with the CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-
            SYNTAX-GRAMMAR-PERFORMANCE-MECHANICS of this CLAIM by this
            PETITIONER/[AU]THOR(sic).

                                                              -~ii.

:-~B.For the TERMS-AND-CONDITIONS of this
CONTRACT/[AF]FIRMATION(sic) with the CORRECT-SENTENCE-
STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE-
MATHEMATIC-[IN]TERFACE(sic)-MECHANICS,C-S-S-C-P-S-G-P,-with
the ONE-WORD/ONE-MEANING/ONE-VENUE ARE with the VOIDANCE-OF-
FICTIONAL/FRAUDULENT/MIS-PRESENTATIONS(sic)/PERJURY
of these CLAIMS-WITHIN-THIS-MATTER by this
PETITIONER/[AU]THOR(sic).

:-~C.For this PETITIONER'S-KNOWLEDGE-THAT-SENTENCE-STRUCTIONS
without the [PRE]POSITIONAL(sic)-PHRASES with the BASE-
[UP]ON(sic)-[RE]FERENCES(sic) of the EPTYMOLOGY-
DICTIONARIES/WELL-KNOWN-DICTIONARIES/THESAURUS ARE with the
MIS-PLACING-WORDS within a SENTENCE-AND-THUS-MODIFYING-THE-
WORDS with the CAUSATION-of-a-MULTIPLE-MEANING-AND-THEREFORE-
CREATING-NO-MEETING of the MINDS within any FORM of the
COMMUNICATION with this CLAIM by this
PETITIONER/[AU]THOR(sic).

:-~D.For the [RE]QUIREMENT(sic) of the [PRE]POSITIONAL(sic)-PHRASES
with the VOIDANCE of the FALSE/FICTICIOUS-
COMMUNICATION/PERJURY ARE with the NECESSITY-AND-CAUSE of the
EXTRA-WORDS/LONGER-SENTENCES-STRUCTURES,-WHICH-MAKES-IT-
DIFFICULT of the FOLLOWING-THIS-COURT'S-RULES of the
FORMATING-AND-WORD-COUNT-AND-with the SEEKING-AN-
[EX]CEPTION(sic) with the BASE-[U]PON(sic)-RELIGIOUS-BELIEFS
of the COMMUNICATING-IN-TRUTH/FACTS with this CLAIM by this
PETITIONER/[AU]THOR(sic).

:-~E.For the THUS,-the-VOLITION of this PETITIONER/CLAIMANT-AND-HIS-
FAMILY ARE with the NOW-POSITION with the HONOR and
PEACE/NEUTRALITY-ALWAYS with the PROVISIONS-OF-PETITIONER'S-
CREATOR: KING-JESUS with this CLAIM by this
PETITIONER/[AU]THORITY(sic).

-~4.For this VOLITION IS with the OURS,-NOT-ONLY-with our RELIGIOUS-
CONVICTIONS,-BUT-ALSO-PERTICULARLY,-with the VOIDANCE of the
PERJURY-AS A-[RE]QUIREMENT(sic) of ANY-TRIBUNAL with its
[RE]CORD(sic)-KEEPING with this CLAIM by this
PETITIONER/[AU]THORITY(sic).

-~5.For the USE of the DOUBLE-SPACE-RULE-AND-MARKS,-with the SAMPLE:
QUOTATIONS/BRACKETS/BOXES/EXTRA-SPACING-BETWEEN-WORDS-AND-NUMBERS
ARE with the [IN]TERPRETATION(sic)-AND-MEANING of the
[O]MISSION(sic/VOID/NON-[EX]ISTING(sic)/LACK of the CONTRACT of any
DOCUMENT with this CLAIM by this PETITIONER/[AU]THOR(sic).

-~6. For the USE of the [EX]TRA(sic)-SPACING-**ARE** with the CAUSING-BREAKS
of the CONTINUANCE-of the COMMUNICATION-/[E]VIDENCE(sic) with the
ALTERING-THE-COMMUNICATION-AND-MAKING-IT-FALSE AS per the
[IN]TERNATIONAL(sic)-STYLES-MANUAL with this CLAIM by this
PETITIONER/[AU]THOR(sic).

-~7. For the SINGLE-SPACING with the LACK of the MARKS **ARE** ALSO with the
**VOIDANCE of the PERJERY-AND-MIS-COMMUNICATIONS** with this COURT with
this CLAIM by this PETITIONER/[AU]THOR(sic).

-~8. For this PETITIONER **IS** with the [RE]SPECTFUL(sic)-PRAYER of this
DEVIATION of this COURT'S-WRITING-COMMUNICATIONS-[RE]QUIREMENTS(sic)
with this CLAIM by this PETITIONER/[AU]THOR(sic).

**-~III.:PETITIONER'S-[RE]QUIREMENT of the POWER of the [A]TTORNEY(sic) of
the FACTS: CLAIM.**

-~9. For this PETITIONER/CLAIMANT **IS** with the QUEST of the HAVING-HIS-
SISTER: Dorkas-Iris :Delgado-Shafer with the FILING/[AP]PEARING(sic)
as PETITIONER'S **[AT]TORNEY(sic)-IN-FACT** as with THE-LOWER-COURTS
with the DUE of PETITIONER'S VOCAL-CORD-DAMAGE with the
[IN]ABILITY(sic) of the [E]NUMCIATION(sic)-CORRECTLY-AND-LOSS of the
VOICE-AT-TIMES-AND-SHE-HAS-PERSONAL-KNOWLEDGE of this MATTER-AND-WE-
SHARE-DOMICILE with this CLAIM by this PETITIONER/[AU]THORITY(sic).

### -~iii.FORENSIC-[E]VIDENCES(sic)-BINDERS-CLARIFICATION ARE with the FOLLOWING: CLAIM.

-~For this PETITIONER/CLAIMANT'S-KNOWLEDGE of the CONTENTS of the BINDERS **ARE** with the FOLLOWING: CLAIM/[AU]THORITY(sic).

-~1.For this PETITIONER/CLAIMANT'S-KNOWLEDGE of the [RE]SPONDENTS(sic),-ONE-THROUGH-[E]LEVEN(sic),-[E]XCEPT(sic)-~#9-SERVICE-LINK-CO-within the LIST of the COVER-PAGE-**ARE** with the HAVING-COPIES of these FORENSIC-[E]VIDENCES(sic) WITH THE [EX]CEPTION(sic) OF THE [RE]CENT(sic)-PICTURES/VIDEOS of the LAND/HOUSE/DOMICILE-TAKING-ON-SEPTEMBER-17TH,-2024-AND-THE-BILLS/DAMAGES of this CAUSE with this CLAIM/[AU]THOR(sic).

-~2.For the **BINDER-#-~1-CONTENTS ARE** WITH THE **[EN]TIRE(sic)-2022-2023-CONDITIONAL-[AC]CEPTANCE(sic)**,-NUMBERS-THREE-THROUGH-TEN,-[IN]CLUDING(sic)-SERVICELINK-with the BEING with the [IN]CLUSION(sic)-AS-AN-[A]GENT(sic) of the [O]THERS(sic)-AND-with the PROOFS of the [AF]FIDAVITS(sic) of the MAILING-PRESENTMENTS with this CLAIM/[AU]THOR(sic).

-~3.For the **BINDER-~#2-CONTENTS**,-[E]VIDENCES(sic)-~1-~22,-**ARE** with the U.S.-BANKRUPTCY-COURT-CURRENT-[OR]DERS(sic) with the DENIAL-THREE-TIMES of the QUEST of the VIEW/LEGAL-[A]NALYSIS(sic) of the FACT-&-LAW of a STAY/[IN]JUNCTION(sic)-[RE]LIEF(sic)-[IN]CLUDING(sic)-THE-LAST-HEARING,-~AUGUST-~27,-~2024,-WHILE-AN-[AP]PEAL(sic)-ARTICLE-III-[RE]VIEW(sic)-**IS** with the PENDING-SINCE-MAY--~15,-~2024,-BEFORE-A-SUPERVISING-DISTRICT-COURT-JUDGE-[UN]DER(sic)-24-06225-GC;-AND-with the CURRENT-VIDEO-PICTURES/DAMAGES of the UN-LAWFUL/[IL]LEGAL(sic)-TAKING/[RE]MOVAL(sic),-within a [E]LEVEN(sic)-DAY-[E]VICTION(sic)-PROCESS,-by these [RE]PONDENTS(sic),-of our HOUSE/LAND/DOMICILE with the TAKING of all OUR-POSESSIONS/CLOTHES/MEDICINES/COMPUTERS/PRINTERS/WORK-PRODUCTS,-ON/BY-SEPTEMBER-~17,-~2024 with this CLAIM/[AU]THOR(sic).

-~4.For the BINDER-#2-**IS-ALSO** with the CONTENTS of the **BANKRUPTCY-DOCUMENTS-FORMS-AND-ORDERS;-SUPERIOR-COURT-FILINGS**/ORDERS/[EX]PERT-[A]NALYSIS(sic) of the **CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAC-GRAMMAR-PERFORMANCE with the SHOWING-FICTICIOUS-FRAUDULENT-COMMUNICATION** with the COMPARISON of the EPTYMOLOGY-DICTIONARIES/WELL-KNOWN-DICTIONARIES/[IN]TERNATIONAL(sic)-STYLES-MANUAL with the OUR-[IN]NER(sic)-STANDING of the HAVING-ZERO-VALUE of the [EN]FORCEMENT(sic) with this CLAIM/[AU]THOR(sic).

-~iii.

-~5.For the <u>BINDERS-~#-3-</u> **IS** with the [O]RIGINA(sic)-FORENSIC-
   [E]VIDENCES(sic)-<u>BEFORE-THE-BANKRUPTCY-COURT</u>-SEEKING-
   STAY/[IN]JUNCTION(sic)/[RE]LIEF(sic),-with the NUMBERS-~1
   THROUGH-~31 with the [ES]TABLISHING(sic) with the BANKRUPTCY-
   COURT-PETITIONER-AND-HIS-FAMILY'S-**STATUS**-AS-LIVING-MAN-&-WOMAN
   with the BEING-SOVEREIGN-AMERICAN-CITIZENS with the NOT-BEING
   with the MEANING of a 14th-[A]MENDMENT(sic)-CITIZENS/PERSON/DEAD-
   [EN]TITY(sic)/NOM-DE-GUERRE/CORPORATION-ETC,-AND-with the
   [ES]TABLISHING(sic) of the HAVING-CERTAIN-RELIGIOUS-BELEIFS with
   the UN-ALEINABLE(sic)-AND-IN-ALIENABLE(sic)-RIGHTS with this
   CLAIM/[AU]THOR(sic).
-~6.For the <u>BINDERS-~#-4-</u>**IS** with the [O]RIGINAL(sic)-FORENSIC-
   [E]VIDENCES(sic)-<u>BEFORE-THE-BANKRUPTCY-COURT</u>-SEEKING-
   STAY/[IN]JUNCTION(sic)/[RE]LIEF(sic),-with the NUMBERS-~32
   THROUGH-~60 with the [ES]TABLISHING(sic) with the BANKRUPTCY-
   COURT-SOME of the HISTORY/DOCUMENTS with the LEADING with the
   HAVING-PETITIONER'S-DEED of the [RE]CONVEYANCE(sic)-AND-DEED-of
   the TRANSFER with a BONIFIDE-PURCHASER as of JANUARY-24,-2024
   AND-[OT]HER-DOCUMENTS of the $1.3-MILLION-DOLLAR-[IS]SUE(sic)
   with this CLAIM/[AU]THOR(sic).
-~7.For the <u>**BINDER-~5,-SMALLER-BINDER**</u>,-<u>IS</u> with the PETITIONER'S-
   [O]RIGINAL(sic)[AP]PLICATIONS(sic)/FILINGS-
   AND-PROOF of the FEES-with the PAYING-THE-DISTRICT-COURTS/PROOF
   with the PICTURES/VIDEOS of the [RE]SPONDENTS(sic)-VIOLATIONS of
   their DUTIES/FINANCIAL-STATEMENTS of the CURRENT-DAMAGES of the
   BEING-HOMELESS/COURT-TRANSCRIPT with this CLAIM/[AU]THOR(sic).

### -~iv: PRESENT-[IS]SUES(sic)/PRAYER of the [RE]LIEF(sic): CLAIM.
#### -~:PRESENT-[IS]SUES(sic): CLAIM.

-~I. WHETHER-A-BANRUPTCY-COURT-JUDGE **IS** with the [AU]THORITY(sic)
   of the **DELEGATING-ITS-CONGRESSIONAL-FEDERAL-DUTY**,-AS-A-JUDGE-
   AND-JURISDICTIONAL-POWER without the VIOLATING-DUE-
   PROCESS/CIVIL-RIGHTS:

-~1. of the MAKING-A-FINDING-of the FACTS/LAWS/CONCLUSION with
   the BEING-[IN]DEPENDENT(sic)-AND-[IM]PARTIAL(sic)-on the
   MERRITS of the EACH-CASE,

-~2. -WHERE-THERE-[EX]ISTS(sic)-A-COURT-TRUSTEE-MANAGING-THE-
   [AS]SETS(sic) of a CHAPTER-~13-CASE,

-~3. -WHERE THERE-[EX]ISTS(sic)-A-FEDERAL-MANDATORY-
   [RE]QUIREMENT(sic) of an [AL]LEDGE(sic)-CREDITOR with the
   FILING-A-NOTICE-OF-MOTION of the CONFIRMING-AN-
   [AU]TOMATIC(sic)-STAY-**IS**-not in-[EF]FECT(sic)-before the-
   BANKRUTPCY-COURT,

-~4. -With the [EN]SURING(sic)-DUE-PROCESS/NOTICE-**IS** with the GIVING
   with the ALL-PARTIES-[IN]VOLVE(sic),-[IN]CLUDING(sic)-THE-
   OWNER of the SUCH-[AS]SETS(sic),-with the **VOIDANCE** of the
   VIOLATING-DUE-PROCESS/NOTICE/CIVIL-RIGHTS/[IN]HERIT(sic)-UN-
   ALIENABLE(sic)/IN-ALIENABLE(sic)-RIGHTS,

-~5. -BUT-GIVING-THIS-[AU]THORITY(sic)/POWER-[OV]ER(sic) with an
   [AL]LEDGE(sic)-CREDITOR,-WHO-FAILS with the [AP]PEARING(sic)-
   in   [AF]FIRMATIONS(sic)/FILINGS with the PROOF of a LIEN-
   [A]GAINST(sic)-AN-[AS]SET(sic),-AND/OR-

-~6- GIVING-THIS-[AU]THORITY(sic)/POWER [OV]ER(sic) with an
   [AT]TORNEY(sic)/A-STATE-SUPERIOR-COURT-AND-ITS-STATE-SHERIFF-
   DEPARTMENT,-WHO-DESTROYS/HIDES-A-CLAIMANT/PETITIONER'S-
   SUPERIOR-COURT-FILINGS,-WHICH-PROVES-THE-[AL]LEDGE(sic)-
   CREDITOR-LACKS-STANDING/[IN]JURY(sic)-AND-with this
   [AL]LEDGE(sic)-CREDITOR-FAILS of the [RE]SPONDING(sic)-AND-
   FAILS with the PROVIDING-PROOF-OF-A-LIEN,-at the SUPERIOR-
   COURT-LEVEL-AND-[A]GAIN(sic)-at-this-FEDERAL-BANKRUTPCY-COURT-
   LEVEL;

-~7. With these [RE]SPONDENTS(sic): [AL]LEDGE(sic)-
   CREDITOR/[AT]TORNEY(sic)/SUPERIOR-COURT/SHERIFF-DEPARTMENT-
   with the MAKING-AN-[U]NILATTERAL(sic)/PARTIAL/OFF-THE-
   BANKRUTPCY-COURT'S-[RE]CORD(sic)-DECISION,-without the
   CONDUCTING-A-HEARING without the DUE-PROCES/NOTICE with the
   ALL-PARTIES;

-~iv.

-~8. With these [RE]SPONDENTS(sic)-CONCLUDING-NO-[AU]TOMATIC(sic)-
STAY-[EX]ISTS(sic)-AND-PROCEED with the TAKING-THE-
[AS]SET(sic)-OUT of the BANKRUTPCY-TRUST-AND-of the-
CLAIMANT/PETITIONER,-WHILE-HAVING-A-BANKRUPTCY-CASE-LEGAL-
NOTICE-CLAIMING-A-STAY-IS-IN-[EF]FECT(sic)-AND-
CLAIMANT/PETITIONER-[RE]LIES(sic)-[U]PON(sic)-THIS-BANKRUPTCY-
NOTICE: CLAIM.

-~II.WHETHER-SUPERIOR-COURT-JUDGES **ARE** with the CONGRESSIONAL-
[AU]THORITY(sic) of the DESTROYING/HIDING-A-
CLAIMANT/PETITIONER'S-FILINGS within the COURTHOUSE with the
KNOWLEDGE-AND-PURPOSE of the COVERING-UP with that A-
CLAIMANT/[RE]SPONDENT(sic)-LACKS-STANDING/[IN]JURY(sic) of their
CASE: CLAIM.

-~III.WHETHER-AN-[AT]TORNEY(sic)-AND/OR-SHERIFF-[OF]FICER(sic),-AS-
[OF]FICERS(sic)-of the COURTS,-with the CONGRESSIONAL-OATH of the
[OF]FICE(sic) **ARE** with the [AU]THORITY(sic) of the
[AC]QUIESCE(sic)-AND-PARTICIPATION with the KNOWLEDGE-AND-PURPOSE
of the COVERING-UP/DESTROYING/HIDING-of a CLAIMANT/PETITIONER'S-
COURT-FILINGS with that A-CLAIMANT/[RE]SPONDENT(sic)-LACKS-
STANDING/[IN]JURY(sic) of their CASE: CLAIM.

-~IV.WHETHER-A-LIVING-MAN-/WOMAN **ARE** within their FREEDOM/RIGHTS
within the COMMERCE of the Unity-States of the America of the
[EN]FORCING(sic)-THEIR-CONTRACT with the USE of the COMMON-
[AD]MINISTRATIVE(sic)-PROCESS with the USE of the UNITED-STATES-
POSTAL-SERVICE-CERTIFY-MAIL-[A]GAINST(sic)-ANY-[OT]HER(sic)-
LIVING-MAN/WOMAN,-PERSON,-CORPORATION,-[IN]DIVIDUAL(sic),-WHO-
**ARE**-PART of that BINDING-CONTRACT: CLAIM.

-~V.WHETHER-THIS CLAIMANT/PETITIONER/FAMILY **ARE** within their RIGHTS of
the RETURN of their HOUSE/LAND/DOMICILE with the A-HUNDRED-
PERCENT of their PERSONAL-[AS]SETS(sic) with the
[IM]MEDIATE(sic)-PAYMENT of the [RE]CENT(sic)-FINANCIAL-DAMAGES-
[IN]CUR(sic)-AND-with the DAMAGE-[A]WARD(sic) within the
CONTRACT-TERMS, with the QUIET-TITLE-AND-CLEAR-TITLE,-AS with the
[RE]SULT(sic) of the [UN]LAWFUL(sic)/[IL]LEGAL(sic)-REMOVAL-AND-
TAKING of their PROPERTY: CLAIM.

-~:**PRAYER of the [RE]LIEF(sic): CLAIM.**

-~A. For the CLAIMANT/PETITIONER <u>IS</u> with the <u>PRAYING</u> of this COURT,
with the MY-KING-JESUS'-GRACE,-with the VACATING of the SUPERIOR-
COURT'S-[FORE]CLOSURE(sic)-CASE-in its-[EN]TIRETY(sic),-
[IN]CLUDING(sic)-ALL-ORDERS,-with the 150% of the [RE]STORATION(sic)
of the PETITIONER/FAMILY'S-HOUSE/DOMICILE/LAND-AND-[AS]SETS(sic)
with the CURRENT-MONETARY-DAMAGES-AND-$5,000,000.00 of the EACH-
[RE]SPONDENT(sic)-with the QUIET-TITLE-AND-CLEAR-TITLE of the
LAND/HOUSE/DOMICILE with the [EF]FECTIVE(sic)-[IM]MEDIATELY(sic)
with the BASE-[U]PON(sic):

-~1.PETITIONER'S/FAMILY'S-CONDITIONAL-[AC]CEPTANCES(sic)-CONTRACTS
of the AUGUST-~25-~2022/SEPTEMBER-~30,-~2022/MARCH-APRIL-~2023
with the BASE-UPON-ITS-TERMS-&-CONDITIONS;-AND/OR,

-~2.BASE-UPON-LACK of the STANDING-AND/OR-FRAUD/THEFT/ROBBERY/MIS-
REPRESENTATIONS,-ALL-FRUITS of a POISONOUS-TREE with the NEED of
the TAKING-DOWN;-AND/OR,

-~3.BASE-UPON-THE-COURT'S,-SHERIFF'S-DEPARTMENT,-[AT]TORNEYS(sic),-
ON-GOING-BREACHES/MIS-CONDUCT/FRAUD/THEFT/ROBBERY/[MIS]-
PRESENTATIONS(sic)-BEFORE-THE-TRIBUNALS,-[A]GAINST(sic)-THEIR-
BONDS with a LACK of the [IM]MUNITY(sic) with the VIOLATIONS of
their OATHS of the [OF]FICES(sic) as the PUBLIC-SERVANTS-AND-
[OF]FICERS(sic) of the COURTS,-as the LOYALTY of the
[RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-BANK of the
AMERICA **ARE-NOT**-A-[RE]QUIREMENT(sic) of the
OATH/CONSTITUTION/AMENDMENTS/BILL of the RIGHTS/JUDICIAL-
CANONS/JUDICIAL-[E]THICS(sic)/[AT]TORNEY(sic)-CODE-of the
[E]THICS(sic);

-~B. For the CLAIMANT/PETITIONER **IS** with the PRAYING of this COURT
with the VACATING of the BANKRUPTCY-COURT'S-CASE with the ITS-
[EN]TIRETY(sic),-INCLUDING-ALL-ORDERS with the [RE]FUND(sic) of
the **ALL**-HIS-FILING-FEES without the FILING-TAX-FORMS,-AND-with
the-[EX]CEPT(sic) of the $298.00-WHICH-with the BELONGING of the
DISTRICT-COURT of the [AP]PEAL(sic);-AND with the [RE]TURN(sic)
of his [AU]THENTIC(sic)-BIRTH-CERTIFICATE-BOND-[IN]TACT(sic) with
the [O]RIGINAL(sic)-FIDELITY-BANK-CUSIP-NUMBER with the BASE-
[U]PON(sic):

-~1. THIS-COURT-JUDGE'S-ON-GOING-BREACH/MIS-CONDUCT/[MIS]-
PRESENTATIONS(sic) of her DUTIES-AND-BANKRUPTCY-CODES with the
PARTICIPATION of the FRAUD/THEFT/ROBBERY-BEFORE-THE-TRIBUNALS,-
[A]GAINST(sic)-HER-BOND with a LACK of the [IM]MUNITY(sic) with
the VIOLATIONS of her OATH of the [OF]FICE(sic) as the PUBLIC-
SERVANT-AND-[OF]FICER(sic) of the COURT,-as the LOYALTY of the
[RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-BANK of the
AMERICA **ARE-NOT**-A-[RE]QUIREMENT(sic) of the
OATH/CONSTITUTION/AMENDMENTS/BILL of the RIGHTS/JUDICIAL-
CANONS/JUDICIAL-[E]THICS(sic)/[AT]TORNEY(sic)-CODE-of the
[E]THICS(sic);-AND,-

-~2. THIS-COURT-TRUSTEE-AND-HIS-[AT]TORNEY(sic) with the MIS-
    [AP]PROPRIATION(sic)-of this PETITIONER'S-[AU]THENTIC-BIRTH-
    CERTIFICATE-AND-CUSIP-NUMBER-AND with their-
    PARTICIPATION/ACQUIENSCE of the ON-GOING-BREACH/MIS-
    CONDUCT/[MIS]-PRESENTATIONS(sic) of the COURTS'-DUTIES-AND-
    BANKRUPTCY-CODES with the PARTICIPATION of the
    FRAUD/THEFT/ROBBERY-BEFORE-THE-TRIBUNALS,-[A]GAINST(sic)-THEIR-
    BONDS with a LACK of the [IM]MUNITY(sic) with the VIOLATIONS of
    their OATH of the [OF]FICES(sic) as the PUBLIC-SERVANTS-AND-
    [OF]FICERS(sic) of the COURT,-as the LOYALTY of the
    [RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-BANK of the
    AMERICA **ARE-NOT**-A-[RE]QUIREMENT(sic) of the
    OATH/CONSTITUTION/AMENDMENTS/BILL of the RIGHTS/JUDICIAL-
    CANONS/JUDICIAL-[E]THICS(sic)/[AT]TORNEY(sic)-CODE-of the
    [E]THICS(sic);-AND-,
-~3. BASE-UPON-PETITIONER'S/FAMILY'S-CONDITIONAL-[AC]CEPTANCES(sic)-
    CONTRACTS of the AUGUST-~25-~2022/SEPTEMBER-~30,-~2022/MARCH-
    APRIL-~2023 with the BASE-UPON-ITS-TERMS-&-CONDITIONS;-AND/OR,
-~4. BASE-UPON-LACK of the STANDING/[IN]JURIES(sic)/JURISDICTION-
    AND/OR-FRAUD/THEFT/ROBBERY/MIS-REPRESENTATIONS,-ALL-FRUITS of a
    POISONOUS-TREE with the NEED of the TAKING-DOWN of the
    [RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-[A]GENTS/KML-
    [AT]TORNEYS(sic)/SUPERIOR-COURT/SHERIFF-DEPARTMENT;
-~with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
-~For this PETITIONER **IS** with the PRAYER of this COURT, with the
  KING-JESUS'S-GRACE, of the PROVIDING-SUCH-[O]THER(sic)-AND-FURTHER-
  [RE]LIEF(sic)-AS-JUST with this CLAIM by this
  CLAIMANT/PETITIONER/[AU]THOR(sic).

## -~:v.:LIST of the [RE]SPONDENTS(sic)/PARTIES ARE with the FOLLOWING: CLAIM.

-~:For the CAPTION/COVER-PAGE of this CASE ARE with the LIST of all
   [RE]SPONDENTS(sic)/PARTIES,-with the [EX]CEPTION(sic) of the NAMES
   OF THE JUDGES-AS-FOLLOWS,-[UN]DER(sic)-CONTRACTS, with this
   CLAIM/[AU]THORITY(sic).

-~1.:Georgette :Castner,-d/b/a GEORGETTE-CASTNER,
      -d-b-a-U.S.-DISTRICT-COURT-JUDGE-TRENTON-[OV]ERSEER(sic);

-~2.:Christine :Gravelle,-d/b/a CHRISTINE-GRAVELLE,
      -d-b-a-BANKRUTPCY-JUDGE,:U.S.-DISTRICT-COURT-TRENTON;

-~3.:Kathi-F.:Fiamingo,-:d/b/a-
      :KATHI-F.-FIAMINGO,-P.-J.-T.-C.-&-P.J.,
      -~GENERAL-[E]QUITY(sic)/CHANCERY-DIVISION,-SUPERIOR COURT
       of the BURLINGTON-COUNTY;

-~4.:JEANNE-COVERT,-P.-J.-S.-C.,-SUPERIOR COURT of the
      BURLINGTON-COUNTY.

-~V.

**-~vi.PROOF OF THE CERTIFICATION OF THE SERVICE OF THE PROCESS: CLAIM.**
-~1.[A]FIDAVIT(sic) of the NOTARY-PRESENTMENT of the MAILING of the
    BINDERS/FORENSIC-[E]VIDENCES(sic) with the DATE: SEPTEMBER-~18,-
    ~2024.
-~2.[A]FIDAVIT(sic) of the NOTARY-PRESENTMENT of the MAILING of this
    WRIT of the MANDAMUS/PROHIBITION/[EX]TRAORDINARY(sic) with the
    [O]CTOBER(sic)-~27,-~2024.

-~vi.

**-~:vii.:For the INDEX of the [AU]THORIES(sic) with this CLAIM.**

-~1.:JURISDICTION/POWER of this CIRCUIT-COURT………………….…………-~1,-~20.

-~2.:CONSTITUTION-AND-STATUTORY-[PRO]VISIONS(sic)…………-~1,-~20,-~21.

   -~a.:SUPREMACY-CLAUSE: ARTICLE-VI.-`2.1.1.3…………….…-~1,-~20,-~21.

   -~b.:ART1.S1.1.OVERVIEW-OF-LEGISLATIVE-VESTING-CLAUSE:
     ARTICLE-~1,-SECTION-~1………………………………………………-~1,-~20,-~21.

   -~c.:ARTICLE-VI……………………………………………………………………-~1,-~20,-~21.

   -~:14TH-AMENDMENT: SECTIONS-~3-&-~4……….-~21,-~28,-~29,-~33,-~34.

   -~:28-U.S.C.-§-2072: a,-b,-c……………………………………….………-~1,-~22.

   -~:CANONS: CODES-of-the-JUDGES: CODE-OF-CONDUCT-for
     the-United-StatesJudges……………………………………………………..…-~22.

   -~:MODEL-AND-STATE-RULES of the PROFESSIONAL-CONDUCT of the
   [AT]TORNEYS(sic)…………………………………………………………….……-~22.

-~3.:JURISDICTION…………………………………………………..-~13,-~24,-~28.

-~4.LEGAL-DEFINITION of the STANDING/JURISDICTION……………….…….-~2,-~23.

-~5.WRITS-[AU]THORITY(sic)…………………………………-~2,-~20,-~22,-~23.

-~6.WRITS of the MANDAMUS/PROHIBITION/
    EXTRAORDINARY: RULE-~21……………………………..………-~2,-~22,-~23.

-~7.BIBLE:-KING-JAMES-VERSION: GENESIS:
    CHAPTER:-~1:-~26-SUPREME-LAWS of the
    LAND/AIR/WATERS…..………………………...……………………..-~5.

-~8.LAWS of the [E]QUITY(sic)-~20-MAXIMS……………………………….-~34.

-~9.LAWS of the MAXIMS OF THE COMMERCIAL-~10-MAXIMS……………..……-~34.

-~10.BASIC-CONTRACT-LAW-TERMS/ELEMENTS……….…………………-~8,-~9,-~33,-~34.

-~11.LAWS of the SOBROGATION………………………………………….……-~34.

-~12.LAWS of the SALVAGE-CLAIM……………………………………………-~34.

-~13.LAWS of the [E]QUITY(sic)-HANDYMAN/CARETAKER/MAINTENANCE-
    SALARY of the LAND-~24-PLUS-YEARS……………………….……………………-~34.

-~14.LAWS of the POSTAL-RULES/TREATIES/ADMINISTRATIVE-
    PROCESS……………………………………….…………….……………-~8,-~34.

-~15.LAWS of the CARETAKER-MAINTENANCE.

-~16.FEDERAL-RULE-of the CIVIL-PROCEDURES:-#-~60…
    [E]VIDENCE(sic): BINDER:-~5:SUB-~C……………..……..………-~14,-~18,-~19.

-~17.FEDERAL-BANKRUPTCY-MANDATORY-FORMS…[E]VIDENCE(sic):
    BINDER--~5:SUB.-~A,-~B,-~C…………………………..-~14,-~18,-~19.

-~18.NEW-JERSEY-CODE: [E]VICTION(sic)-PROCESS……………….……………-~7,-~31.

 

 

**-~vii.**

## -~JURISDICTION-STATEMENT: CLAIM.

**-~For the <u>CONSTITUTIONAL-AND-STATUTORY PROVISIONS ARE</u> with the <u>WHERE-COURTS-[RE]CEIVE(sic)-THEIR-[AU]THORITY(sic): CLAIM.</u>**

-~For the FOLLOWING <u>IS</u> with the WHERE-THE-COURTS-[RE]CEIVE(sic) of their CONGRESSIONAL-[AU]THORITY(sic)/DUTIES with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

**-~A.<u>For in GENERAL: SUPREMACY-CLAUSE IS</u> with the <u>ARTICLE-VI.CLAUSE-~2.1.1.3-AS</u> with the FOLLOWING:**

-~For the CONSTITUTION,-AND-THE-LAWS of the United-States,-<u>ARE</u> with the SHALL-BE-MADE-PURSUANT-THEREOF;-AND,-with the ALL-TREATIES-MADE,-OR-WHICH-SHALL-BE-MADE,-with the UNDER-THE-AUTHORITY-of the United-States,-<u>ARE</u> with the SHALL-BE-THE-SUPREME-LAW of the LAND;-AND with the **JUDGES-in the EVERY-State-<u>ARE</u>** with the **SHALL-BE-BOUND-THEREBY,-with the ANY-THING in the CONSTITUTION-OR-LAWS of any STATE of the CONTRARY-<u>ARE</u>** with **the NOTWITHSTANDING.**

**-~B.<u>Art1.S1.1: OVERVIEW-OF-LEGISLATIVE-VESTING-CLAUSE: ARTICLE-1,-SECTION-1:</u>**

-~:ALL-LEGISLATIVE-POWERS-HEREIN-GRANTED-SHALL-BE-VESTED-IN-A-CONGRESS-OF-THE-United-States,-WHICH-SHALL-CONSIST-OF-A-SENATE-AND-HOUSE-OF-REPRESENTATIVES….SCHOLARS-CONTINUE-TO-DEBATE-WHETHER-THE-FRAMERS-OR-OTHERS-PROHIBIT-CONGRESS-FROM-EMPOWERING-THE-OTHER-BRANCHES-OF-GOVERNMENT-OR-PRIVATE-ENTITIES-TO-GOVERN-PRIVATE-CONDUCT.

**-~C.<u>ARTICLE-VI: IN-GENERAL:</u>**

-~For this CONSTITUTION,-AND-THE-LAWS of the United-States,-<u>ARE</u>,-with the WHICH-SHALL-BE-MADE-IN-PURSUANCE-THEREOF;-AND-ALL-TREATIES-MADE,-OR-WHICH-SHALL-BE-MADE,-UNDER-THE-AUTHORITY of the United-States-<u>ARE</u> with the-SHALL-BE-THE-SUPREME-LAW of the LAND;-AND-THE-JUDGES,-IN-EVERY-State-<u>ARE</u> with the SHALL-BE-BOUND-THEREBY;-ANY-THING in the CONSTITUTION-OR-LAWS of any State to the CONTRARY-<u>ARE</u> with the NOTWITHSTANDING.

-~For the SENATORS-AND-REPRESENTATIVES-BEFORE-MENTION,-AND-THE-MEMBERS of the SEVERAL-State-LEGISLATURES,-AND-ALL-EXECUTIVE-AND-JUDICIAL-OFFICERS,-BOTH of the United-States-OF of the SEVERAL-States,-AND-<u>ARE</u> with the <u>SHALL-BE-BOUND-BY-OATH-OR-AFFIRMATION,-TO-SUPPORT-THIS-CONSTITUTION;</u>-BUT-NO-RELIGIOUS-TEST-<u>ARE</u> with the-SHALL-EVER-BE-REQUIRED as a QUALIFICATION-TO-ANY-OFFICE-OR-PUBLIC-TRUST-UNDER-THE-United-States.

**-~D.<u>For the-~28-U.S.CODE-§-~2072: RULES-OF-PROCEDURE-AND-EVIDENCE;-POWER-TO-PRESCRIBE.-~For the IN-GENERAL:</u>**

-~a.:THE-SUPREME-COURT-<u>ARE</u> with the SHALL-HAVE-THE-POWER with the <u>PRESCRIBING-GENERAL-RULES</u> of the PRACTICE-AND-PROCEDURE-AND-RULES of the [E]VIDENCE(sic)-FOR-THE-CASES in the UNITED-STATES-DISTRICT-COURTS with the <u>INCLUDING-PROCEEDINGS-BEFORE-MAGISTRATE-JUDGES-THEREOF,-AND-COURTS-OF-APPEALS.</u>

-~b.:SUCH-RULES-<u>ARE</u> with the SHALL-<u>NOT-ABRIDGE,-ENLARGE-OR-MODIFY-ANY-SUBSTANTIVE-RIGHT.</u>-~ALL-LAWS-IN-CONFLICT with the SUCH-RULES-<u>ARE</u> with the SHALL-BE of no FURTHER-FORCE-OR-EFFECT-AFTER-SUCH-RULES-HAVE-TAKEN-EFFECT.

1

-~c.:SUCH-RULES-MAY-DEFINE-<u>ARE</u>,-WHEN-A-RULING of a DISTRICT-COURT-IS-
FINAL,-for the PURPOSES-OF-APPEAL-UNDER-SECTION-~1291 of this TITLE.

-~E.<u>**For in GENERAL: FEDERAL-RULES**</u> of the APPELLATE-PROCEDURE: RULE-~21:
WRITS of the MANDAMUS-AND-PROHIBITION,-AND-OTHER-EXTRAORDINARY-
WRTIS.

-~a.:MANDAMUS-OR-PROHIBITION-TO-A-COURT: Petition,-Filing,-Service,-
and-Docketing.

-~1.:A-PARTY-PETITIONING-FOR-A-WRIT-OF-MANDAMUS-OR-PROHIBITION-
DIRECTED-TO-A-COURT-<u>IS</u> with the MUST-FILE-A-PETITION with the
CIRCUIT-CLERK-AND-SERVE-IT-ON-ALL-PARTIES-TO-THE-PROCEEDING in the
TRIAL-COURT.-~:THE-PARTY-MUST-ALSO-PROVIDE-A-COPY-TO-THE-TRIAL-
COURT-JUDGE.-~ALL-PARTIES-TO-THE-PROCEEDING in the TRIAL-COURT,-
OTHER-THAN-THE-PETITIONER,-<u>ARE</u>-as the RESPONDENTS-FOR-ALL-
PURPOSES…..

-~c.:OTHER-EXTRA-ORDINARY-WRITS <u>ARE</u> with the: AN-APPLICATION for an
EXTRAORDINARY-WRIT-OTHER-THAN-PROVIDED-FOR-IN-RULE-~21a-MUST-BE-
MADE-BY-FILING-A-PETITION-with the CIRCUIT-CLERK-AND-SERVING-IT-ON-
THE-RESPONDENTS.

-~F.:<u>**For the LEGAL-DETERMINATION of the STANDING**</u>:
For the STANDING <u>IS</u> with the CAPACITY of a PARTY of the BRINGING-
A-LAWSUIT-IN-COURT,-WHICH-[RE]QUIRES(sic)-SHOWING-A-SUFFICIENT-
CONNECTION-with the HARM of the LAW-OR-ACTION-BEING-with the
CHALLENGE with the NEEDING-AN-[IN]JURY(sic)-IN-FACT of an
[IN]TEREST(sic) of the BEING-CONCRETE-AND-PARTICULARIZE-AND-
ACTUAL-OR-[IM]MINENT(sic): CLAIM[1].

<u>-~:PRESENT-[IS]SUES(sic).</u>

-~I. WHETHER-A-BANRUPTCY-COURT-JUDGE <u>IS</u> with the [AU]THORITY(sic) of the
<u>**DELEGATING-ITS-CONGRESSIONAL-FEDERAL-DUTY**</u>,-AS-A-JUDGE-AND-
JURISDICTIONAL-POWER without the VIOLATING-DUE-PROCESS/CIVIL-
RIGHTS:

-~1.of the MAKING-A-FINDING-of the FACTS/LAWS/CONCLUSION with the
BEING-[IN]DEPENDENT(sic)-AND-[IM]PARTIAL(sic)-on the MERRITS of
the EACH-CASE,

-~2.-WHERE-THERE-[EX]ISTS(sic)-A-COURT-TRUSTEE-MANAGING-THE-
[AS]SETS(sic) of a CHAPTER-~13-CASE,

-~3.-WHERE THERE-[EX]ISTS(sic)-A-FEDERAL-MANDATORY-[RE]QUIREMENT(sic)
of an [AL]LEDGE(sic)-CREDITOR with the FILING-A-NOTICE-OF-MOTION
of the CONFIRMING-AN-[AU]TOMATIC(sic)-STAY-<u>IS</u>-not in-
[EF]FECT(sic)-before the-BANKRUTPCY-COURT,

-~4.-With the [EN]SURING(sic)-DUE-PROCESS/NOTICE-<u>IS</u> with the GIVING with
the ALL-PARTIES-[IN]VOLVE(sic),-[IN]CLUDING(sic)-THE-OWNER of the
SUCH-[AS]SETS(sic),-with the <u>**VOIDANCE**</u> of the VIOLATING-DUE-
PROCESS/NOTICE/CIVIL-RIGHTS/[IN]HERIT(sic)-UN-ALIENABLE(sic)/IN-
ALIENABLE(sic)-RIGHTS,

-~5.-BUT-GIVING-THIS-[AU]THORITY(sic)/POWER-[OV]ER(sic) with an
[AL]LEDGE(sic)-CREDITOR,-WHO-FAILS with the [AP]PEARING(sic)-with

---

[1] Wex-Law.com.

the [AF]FIRMATIONS(sic)/FILINGS-OR-IN-PERSON with the PROOF of a
LIEN-[A]GAINST(sic)-AN-[AS]SET(sic),-AND/OR-

-~6- GIVING-THIS-[AU]THORITY(sic)/POWER [OV]ER(sic) with an
[AT]TORNEY(sic)/A-STATE-SUPERIOR-COURT-AND-ITS-STATE-SHERIFF-
DEPARTMENT,-WHO-DESTROYS/HIDES-A-CLAIMANT/PETITIONER'S-SUPERIOR-
COURT-FILINGS,-WHICH-PROVES-THE-[AL]LEDGE(sic)-CREDITOR-LACKS-
STANDING/[IN]JURY(sic)-AND-with this [AL]LEDGE(sic)-CREDITOR-
FAILS of the [RE]SPONDING(sic)-AND-FAILS with the PROVIDING-PROOF-
OF-A-LIEN,-at the SUPERIOR-COURT-LEVEL-AND-[A]GAIN(sic)-at-this-
FEDERAL-BANKRUTPCY-COURT-LEVEL;

-~7. With these [RE]SPONDENTS(sic): [AL]LEDGE(sic)-
CREDITOR/[AT]TORNEY(sic)/SUPERIOR-COURT/SHERIFF-DEPARTMENT-with
the MAKING-AN-[U]NILATTERAL(sic)/PARTIAL/OFF-THE-BANKRUTPCY-
COURT'S-[RE]CORD(sic)-DECISION,-without the CONDUCTING-A-HEARING
without the DUE-PROCES/NOTICE with the ALL-PARTIES;

-~8. With these [RE]SPONDENTS(sic)-CONCLUDING-NO-[AU]TOMATIC(sic)-STAY-
[EX]ISTS(sic)-AND-PROCEED with the TAKING-THE-[AS]SET(sic)-OUT of
the BANKRUTPCY-TRUST-AND-of the-CLAIMANT/PETITIONER,-WHILE-HAVING
-A-BANKRUPTCY-CASE-LEGAL-NOTICE-CLAIMING-A-STAY-IS-IN-
[EF]FECT(sic)-AND-CLAIMANT/PETITIONER-[RE]LIES(sic)-[U]PON(sic)-
THIS-BANKRUPTCY-NOTICE: CLAIM.

-~II.WHETHER-SUPERIOR-COURT-JUDGES **ARE** with the CONGRESSIONAL-
[AU]THORITY(sic) of the DESTROYING/HIDING-A-CLAIMANT/PETITIONER'S-
FILINGS within the COURTHOUSE with the KNOWLEDGE-AND-PURPOSE of
the COVERING-UP with that A-CLAIMANT/[RE]SPONDENT(sic)-LACKS-
STANDING/[IN]JURY(sic) of their CASE: CLAIM.

-~III.WHETHER-AN-[AT]TORNEY(sic)-AND/OR-SHERIFF-[OF]FICER(sic),-AS-
[OF]FICERS(sic)-of the COURTS,-with the CONGRESSIONAL-OATH of the
[OF]FICE(sic) **ARE** with the [AU]THORITY(sic) of the [AC]QUIESCE(sic)-
AND-PARTICIPATION with the KNOWLEDGE-AND-PURPOSE of the COVERING-
UP/DESTROYING/HIDING-of a CLAIMANT/PETITIONER'S-COURT-FILINGS with
that A-CLAIMANT/[RE]SPONDENT(sic)-LACKS-STANDING/[IN]JURY(sic) of
their CASE: CLAIM.

-~IV.WHETHER-A-LIVING-MAN-/WOMAN **ARE** within their FREEDOM/RIGHTS within
the COMMERCE of the Unity-States of the America of the
[EN]FORCING(sic)-THEIR-CONTRACT with the USE of the COMMON-
[AD]MINISTRATIVE(sic)-PROCESS with the USE of the UNITED-STATES-
POSTAL-SERVICE-CERTIFY-MAIL-[A]GAINST(sic)-ANY-[OT]HER(sic)-LIVING-
MAN/WOMAN,-PERSON,-CORPORATION,-[IN]DIVIDUAL(sic),-WHO-**ARE**-PART of
that BINDING-CONTRACT: CLAIM.

-~V.WHETHER-THIS CLAIMANT/PETITIONER/FAMILY **ARE** within their RIGHTS of
the RETURN of their HOUSE/LAND/DOMICILE with the A-HUNDRED-PERCENT
of their PERSONAL-[AS]SETS(sic) with the [IM]MEDIATE(sic)-PAYMENT
of the [RE]CENT(sic)-FINANCIAL-DAMAGES-[IN]CUR(sic)-AND-with the
DAMAGE-[A]WARD(sic) within the CONTRACT-TERMS, with the QUIET-TITLE-
AND-CLEAR-TITLE,-AS with the [RE]SULT(sic) of the [UN]LAWFUL(sic)/
[IL]LEGAL(sic)-REMOVAL-AND-TAKING of their PROPERTY: CLAIM.

3

## -~STATEMENT of the CASE: CLAIM.

-~1. For the,-IN-GENERAL,-**IS** with the LACKING of the ANY-LAWS of the
CONGRESS within a COURT'S-GENERAL-RULE of the PROCEDURES with the
PERMITTING-THE-SUPERIOR-COURTS-AND-DISTRICT-COURTS with the DIS-
TROYING(sic)/MIS-FILING/[O]VER(sic)-LOOKING-AND-FAILING of the COURTS'-
[AD]MINISTRATIVE(sic)-PROCESS of a LITIGANT'S-CLAIMS/PETITIONS with the
BEFORE-ANY-JUDGE without the MAKING-of an-[IM]PARTIAL(sic)-FINDING of
the FACTS/CONCLUSION of the LAWS on the MERITS of the EACH-CASE with
this CLAIM by this CLAIMANT/[AU]THOR(sic).

-~2. For the,-IN-GENERAL,-**IS** with the LACKING of the ANY-LAWS of the
CONGRESS within a COURT'S-GENERAL-RULES of the PROCEDURES with the
PERMITTING-THE-SUPERIOR-COURTS-AND-DISTRICTS with the
[A]BRIDGING(sic),-[EN]LARGING(sic),-OR-MODIFYING-ANY-SUBSTANTIVE-
RIGHT,-PARTICULARLY with the RIGHT-of the DUE-PROCESS/NOTICE/CIVIL-
RIGHTS/[IN]HERIT(sic)-UN-ALIENABLE-AND-IN-ALIENABLE-RIGHTS with this
CLAIM by this CLAIMANT/[AU]THOR(sic).

-~3. For the,-IN-GENERAL,-**IS** with the LACKING of the ANY-LAWS of the
CONGRESS within a COURT'S-GENERAL-RULES of the PROCEDURES with the
GIVING-THE-SUPERIOR-COURT-JUDGES-AND-THE-BANKRUPTCY-COURT-JUDGE within
this CASE-THE-[AU]THORITY(sic) of the:

-~a.-with the GRANTING-[RE]LIEF(sic) with a NON-[RE]SPONSIVE(sic)-
[AL]LEDGE(sic)-CREDITOR-AND-THEIR-ATTORNEY with the **FAILING** of the
[AP]PEARING(sic)-AND-FILING-NOTHING-BEFORE-A-COURT of their
[OP]POSITION(sic)-[A]GAINST(sic)-A-CLAIM,-[OT]HERWISE(sic)-
KNOWN-AS-**[RE]SPONDENTS(sic)-LACKING-**
**STANDING/[IN]JURY(sic)/JURISDICTION;**

-~b.-with the COURT-CHOOSING of the [IN]STEAD(sic) with the VIOLATING-
of the-CLAIMANT'S/PETITIONER'S-LAWS of the [E]QUITY(sic)/DUE-
PROCESS/NOTICE/CODES,-WHICH-[PRO]VIDE(sic)-[PRO]TECTION(sic) of
a CLAIMANT'S-LAND/HOUSE/DOMICILE of the-~24-PLUS-YEARS-AND-
[AS]SETS;

-~c.-with the COURT,-[EI]THER(sic)-DESTROYING/HIDING-THE-CLAIMANT'S-
FILINGS within a MISCELLANEOUS-CATEGORY-AND-NEVER-
[PRO]CESSING(sic)-IT;

-~d.-with the [RE]FUSAL(sic) of the [AD]MINISTRATIVE(sic)-COURT-
PROCESS with the NOT-VIEWING/CONSIDERING-THE-FACTS/MERITS of a
CASE,-WHILE-COLLECTING-as the CONSIDERATION of the COURT-FEES;

-~e.-AND-with the [OR]DERING(sic) with an UN-LAWFUL/[IL]LEGAL(sic)
-TAKING-of the CLAIMANT'S-LAND/HOUSE/DOMICILE-AND-GIVING-IT-
with the [AL]LEGE(sic)-CREDITOR without there
[E]XISTING(sic)-ANY-LEIN;-AND,

-~f.-with the VIOLATING of the CLAIMANT'S-DUE-PROCESS/NOTICE/
CIVIL-RIGHTS/[IN]HERIT(sic)-UN-ALIENABLE(sic)-AND-
IN-ALIENABLE(sic)-RIGHTS without the JUST-COMPENSATION;

-~g.-with the THE-[DIS]-MISSING(sic)-of a-CLAIMANT/PETITIONER'S-
BANKRUPTCY-CASE with the [RE]FUSAL(sic) of the COMPLETING-A-
FORM-WHICH-[RE]QUIRES(sic)-GIVING-UP-ALL-HIS/HER-RIGHTS-AT-

THE-WHIM of a COURT-TRUSTEE,-[IN]CLUDING(sic)-DUE-PROCESS-
NOTICE as it READS within the FORM-#-~106;

-~h.-with the BANKRUPTCY-COURT-AND-TRUSTEE with the MIS-
[AP]PROPRIATING(sic)-A-CLAIMANT/PETITIONER'S-[AU]THENTIC(sic)-
BIRTH-CERTIFICATE-BOND-AND-CUSIP-NUMBER;

-~i.-with the BANKRUTPCY-COURT-with the RIGHT of the
[DE]VIATING(sic)-A-CLAIMANT/PETITIONER'S-CASE-AND-MIS-USE
-of his-FILINGS-FEES with the PURPOSE of the PREVENTING-
HIS-GOING with a HIGHER-COURT-SEEKING-of a REMEDY/PROTECTION;
-~with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~4. For the PETITIONER/FAMILY/PETS of the DIRE-HOMELESSNESS-SITUATION-
**ARE** with the DIRECT-CAUSE of the [UN]LAWFUL(sic)/[IL]LEGAL(sic)—
TAKING of this PETITIONER'S-LAND/HOUSE/DOMICLE with this CLAIM by
this CLAIMANT-PETITIONER/[AU]THOR(sic).

-~5. For the LOWER-COURTS/[RE]SPONDENTS(sic) **ARE** with the HAVING-COPIES of
the FORENSIC-[EV]IDENCES(sic);-AND with these [IS]SUES(sic)-**ARE**-BEING
with the PRESENT/CONTROL within the FEDERAL-DISTRICT-COURTS-PENDING-
HEARINGS with this PETITIONER-LACKING-CONFIDENCE of their LEGAL-
VIOLATIONS-THUS-FAR: CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).

-~6. For the,-IN-SUMMARY,-WITHIN-THIS-PETITIONER'S-FACTS-AND-FORENSIC-
[E]VIDENCES(sic)-**ARE** with the [DE]MONSTRATING(sic) of the <u>LACK of the</u>
<u>GOOD-BEHAVIOR of the LOWER-COURTS,-LACK of the PERFORMING-THEIR-DUTIES</u>
<u>within the PRESCRIPTION of the CODES with the POINT of the CRIMINALITY</u>
with their PURPOSE of the [AS]SISTING(sic)-An-[AL]LEDG(sic)-CREDITOR,-
WHO-LACKS-A-LIEN/STANDING/[IN]JURY(sic) with the FAILING of the
[RE]SPONDING(sic)/FILING-[OP]POSITION(sic)-[AF]FIDAVITS(sic)-AND-
[AP]PEARING(sic)-BEFORE-THE-COURTS with the LOWER-COURTS-
DESTROYING/HIDING-PETITIONER'S-FILINGS-AND/OR-BY-PASSING-STATE-AND-
FEDERAL-COURT-PROCEDURES-AND-CODE of the ETHICS with their
[EF]FORT(sic) of the STEALING-PETITIONER/FAMILY'S-HOUSE/LAND/DOMICILE
of the-~24-PLUS-YEARS,-PARTICULARLY with the MIS-USE of the COLOR of
their LAWS,-which now [RE]QUIRES(sic) of these [EX]TRAORDINARY(sic)-
WRITS with the PROTECTION/[RE]STORATION(sic) of this CLAIM:
CLAIMANT/PETITIONER/[AU]THORITY(sic).

-~<u>:FACTS AND HISTORY: CLAIM.</u>

-~1. For this CLAIMANT/PETITIONER: Angel-David :Delgado,-LIVING-MAN[2], **IS**
with his **CLAIMANT/PETITIONER'S-KNOWLEDGE** with the [AF]FIRMING(sic)/

---

[2] .:SUPREME-LAW of the LAND: With the <u>BIBLE</u>,-<u>KJV</u>,-<u>OLD-TESTAMENT/NEW-TESTAMENTS</u> <u>ARE</u>
with the FOUNDATION of the ARTICLES of the CONFEDERATION/[OR]GANIC(sic)-united states of the AMERICA-REPUBLIC-
CONSTITUTION/BILL of the RIGHTS;:-with the READING of the <u>UN-LIENABLE[sic]-AND-IN-ALIENABLE(sic)-NATURAL-</u>
<u>[IN]HERITANCE(sic) of our RIGHTS</u> with the FINDING within the-BOOK of the <u>GENESIS</u>:-~1:26,-with the [EM]PHASIS(sic)-
with the ADDING of the FOLLOWING-QUOTE:
[26] Then God said: Let Us make man in Our image, according to Our likeness; <u>let them have dominion</u> over the fish of
the <u>sea</u>, over the birds of the <u>air</u>, and over the cattle, over [a]<u>all the earth</u> and over every creeping thing that
creeps on the earth. [27] So God created man in His own image; in the image of God He created him; male and female He
created them. [28] Then God blessed them, and God said to them, Be fruitful and multiply; fill the earth and subdue
it; have dominion over the fish of the sea, over the birds of the air, and over every living thing that [b]moves on
the earth.

CERTIFYING-with the **FACTS** with the SUPPORT-of an [IM]MEDIATE(sic)-
STAY/[IN]JUNCTION(sic)-[RE]LIEF(sic)-AND-[OT]HER(sic)-[RE]LIEF(sic)
with the PENDING of the [DE]CISION(sic) on the **WRITS** with the NOT-
KNOWING-THE-TURN-AROUND-TIME, with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~2. For this **CLAIMANT/PETITIONER'S-KNOWLEDGE IS** with the LACK of any
[OT]HER(sic)-FORM of the [IM]MEDIATE(sic)-[RE]LIEF(sic)-with the BASE-
[U]PON(sic)-AN-[AR]TICLE(sic)-III-COURT,-A-COURT-of the
[E]QUITY(sic),-[EN]FORCING(sic)-LAWS of the [E]QUITY(sic)-CONTRACTS,-
SUBROGATION,-SALVAGE-CLAIM **ARE** with a CLARIFICATION of the WHETHER-
THE-COURTS-[RE]QUIRE(sic)-[AC]KNOWLEDGEMENT(sic) of that LIVING-
MAN/WOMAN-AND-SOVEREIGN-CITIZENS,-AS-HAVING-THE-SAME-FREEDOM/RIGHTS of
the CONTRACTING,-with the USE of the SAME-[AD]MINISTRATIVE(sic)-
PROCESS-[E]VERYONE(sic)-[EL]SE(sic)-USES-IN-BUSINESS-DAILY,-SUCH-AS:
IN-MARRIAGE-CONTRACTS/PRE-NUPS/PROPERTY-SETTLEMENT-AGREEMENTS-BETWEEN-
DIVORCING-COUPLES/BETWEEN-BUSINESSES/PURCHASES/COURT-SETTLEMENTS-
AGREEMENTS,-with this CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).

-~3. For the **CLAIMANT/PETITIONER'S-KNOWLEDGE** of the **WRITS** of the
MANDAMUS/PROHIBITION/[EX]TRAORDINARY(sic) **ARE** with the
[PRE]VENTING(sic) of a JUDICIAL-ORDER of the DISTRICT-BANKRUPTCY-
COURT,-WHICH-MAY-BE-IN-USE,-AT-A-HIGHER COURT'S-DESCRETION: DISTRICT-
COURT-of the [AP]PEAL(sic),-with the [PRE]VENTION(sic) of the LOWER-
BANKRUPTCY-COURT'S-[IN]TERFERING(sic) with the HIGHER-COURT'S
DETERMINATION of a CASE-PENDING-ON-[AP]PEAL(sic) with this CLAIM:
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~4. For the **CLAIMANT/PETITIONER'S-KNOWLEDGE** of the **WRITS** of the
MANDAMUS/PROHIBITION/[EX]TRAORDINARY(sic) **ARE** with the **CEASING** of the
BREACH of the COURTS'-DUTIES-AND-with the COURTS'-VIOLATIONS of the
STATE-AND-FEDERAL-LAWS,-with their PARTICIPATION/COVER-UP with the
[RE]SPONDENTS': NATIONSTAR-ET-AL-AND-[A]GENTS(sic),-WHO-NEVER-
[RE]SPOND(sic)/PROVIDE-FILINGS-OR-[AP]PEAR(sic),-[A]GAINST(sic) of
this CLAIM/[EX]POSURE(sic) of their NO-LIEN/FRAUD/THEFT/ROBBERY with
this CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).

-~5. For the **CLAIMANT/PETITIONER'S-KNOWLEDGE** of the **WRITS** of the
MANDAMUS/PROHIBITION/[EX]TRAORDINARY(sic) **ARE** with the **CEASING** of the
BREACH of the COURTS'-DUTIES-AND-with the COURTS'-BLATENT-VIOLATIONS of
the STATE-AND-FEDERAL-LAWS-[a]gainst(sic) this PETITIONER/FAMILY'S-UN-
ALIENABLE(sic)/IN-ALIEINBLE(sic)-RIGHTS,-which the,-CONTINUES with the
[IN]JURING(sic)-[a]gainst(sic) this PETITIONER/FAMILY with the
[PRE]SENT(sic)-TIME,-AND- with this MATTER-NEEDS-[RE]CTIFYING(sic)-
BEFORE-THE-COURTS'-NEXT-[OR]DERS(sic)/DECISIONS-with this CLAIM:
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~6. For the **CLAIMANT/PETITIONER'S-KNOWLEDGE** of the GRAVITY of the
[RE]SPONDENTS'(sic)-[IR]REPARABLE(sic)-HARM-[A]GAINST(sic)-
PETITIONER/FAMILY/PETS-LIES **ARE** with the FOLLOWING with this CLAIM:
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~I. <u>For the **SUPERIOR-COURT/SHERIFF'S-DEPARTMENT-BREACH of their [OA]THS(sic)
of the [OF]FICE(sic)-AS-PUBLIC-SERVANTS ARE with the [AS]SISTING(sic)-
[RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND [A]GENTS(sic)-AND-KML-
[AT]TORNEYS(sic)-VIOLATING-THEIR-[OA]THS(sic)-AS-[OF]FICERS(sic) of the
COURTS: CLAIM.**</u>

-~A. With the,-DURING-THESE-ON-GOING-CASES-AT-THE-DISTRICT-COURTS,-with
their KNOWLEDGE/NOTICES-ON-HAND,-on/by the SEPTEMBER-~17,-~2024,-
[RE]SPONDENTS'-STEAL/ROB-PETITIONER/FAMILY'S,-WHO-<u>**ARE**</u> in their
SIXTIES,-HOUSE/LAND/DOMICILE of the-~24-PLUS-YEARS,-AND with the
TAKING-NINETY-NINE-PERCENT of PETITIONER/FAMILY'S-[AS]SETS/
CLOTHES/MEDICINES/APPLIANCES/<u>**COMPUTERS,-PRINTERS,-WORK-PRODUCT
of this CASE**</u>/FURNITURE/EVERYTHING with the [RE]SPONDENTS(sic):
SHERIFF-[OF]FICERS'-BREAKING-DOWN-PETITIONER'S-FRONT-DOOR-
AND-[EN]TERING(sic)-WITHOUT-PERMISSION with the THREAT of an
[AR]REST(sic) with the CLAIM of the TRESPASSING-AND [OB]STRUCTION(sic)
-AND-with their THREAT of the PLACING-PETITIONER'S-DOG with the
POUND,-[o]ver a-LAND/DOMICILE/HOUSE,-WHICH-DOES-NOT-BELONG with the
[RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-[A]GENTS(sic)/KML-
ATTORNEYS-AND-with the COURT/SHERIFF'S-DEPARTMENT-<u>**LACKING-
JURISDICTION,**</u>-on an <u>**[EX]PARTE-~11-DAY-[IL]LEGAL(sic)/[UN]LAWFUL(sic
-WRIT of the POSESSION-AND-[E]VICTION(sic)-PROCESS,**</u>-AS-THE-STANDARD
-<u>IS</u>-with the-~30-DAYS-with the [EX]TENSIONS(sic),-THAT-IS-with the
HAVING-JURISDICTION: CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).

-~FORENSIC-[E]VIDENCES: BINDER-~2,-SUB.-~20-~22::PICTURES/VIDEO OF THE
[UN]LAWFUL/[IL]LEGAL(sic)-BREAK-IN-AND-[EN]TERING(sic) with the
TAKING-AS-[E]MINENT(sic)-DOMAIN/STEALING/ROBBING/
[IN]JURING(sic)-PETITIONER/FAMILY/PETS with the MIS-USE
of the COLOR of their LAWS with the PERSONAL-GAIN: with this CLAIM:
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~FORENSIC-[E]VIDENCES: BINDER-~2,-SUB.-~22:[RE]CEIPTS(sic) of the
JUST-THE-HOTEL-BILLS,-with the NEARLY-$8,000.00-IN-DAMAGES,-THUS-
FAR,-with this CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).

-~B.With the [RE]SPONDENTS(sic)-VIOLATIONS <u>**ARE**</u> with the CAUSE of this
PETITION/FAMILY/PETS with the LIVING-in a HOTEL with the BARE-MINIMUM,-
without their,-MEDICINES/CLOTHES/NECESSITIES/COMPUTERS,-PRINTERS,-WORK-
PRODUCT of this CASE with the [RE]SPONDENTS'-[EF]FORTS(sic) of the
STOPPING-PETITIONER-with the BRINGING-THIS-CASE-FORWARD with the-THIRD-
CIRCUIT-SINCE-MAY-~2024: CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).

-~C. With the ALL-[RE]SPONDENTS'-KNOWLEDGE/NOTICE of the FACT of their
FAILURE of the [RE]SPONDING(sic) of the PETITIONER'S-QUESTS of the
DOCUMENTS of an [EX]ISTING(sic)-
LIEN/DEBT/[IN]JURY(sic)/STANDING/JURISDICTION <u>**ARE**</u> with the <u>**CAUSE**</u> of
their CERTIFICATES of the NON-[RE]SPONSE(sic)/DIS-HONORS-AND-THEIR-
KNOWLEDGE of the FACT-that this LAND/HOUSE/DOMICILE <u>**IS**</u>-SOLD-with the
GOLD-COMMODITY,-AS of the JANUARY-~24,-~2024, with an [EX]ISTING(sic)-
QUANTUM: GRANTOR'S-DEED-AND-DEED of the [RE]CONVEYANCE(sic),-with the
CONSIDERATION of a LIFE-[ES]TATE(sic) with the BONIFY-BUYER: Austria
:Castillo,-AND-WITNESS of the THREE-BANKRUPTCY-COURT-HEARINGS,-WHO-

PROVIDES-HER-[AF]FIRMATION(sic)/CERTIFICATION-with this PETITION with
this CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES:BINDER-~1,-SUB.-~26:-A-THROUGH-N: CLAIM.
-~FORENSIC-[E]VIDENCES: BINDER-~1,-SUB.-~27-&-~28: QUANTUM- GRANTOR'S-
DEED-&-QUANTUM-DEED of the [RE]CONVEYANCES(sic): CLAIM.
-~FORENSIC-[E]VIDENCES(SIC): BINDER-~5,-~SUB.-~24: Austria-Castillo's-
[AF]FIRMATION(sic)/CERTIFICATION-AS-the BONIFY-BUYER-AND-WITNESS of
the BANKRUTPCY-COURT-VISITS/FILINGS/HEARINGS: CLAIM.

-~D. With this PETITIONER/FAMILY'S-KNOWLEDGE/[EX]PERIENCES(sic) of the
[PRE]SENT(sic)-CIRCUMSTANCES **ARE** with the **CAUSE** of the
**[A]BUSE(sic)/[EX]CESS(sic)-POWER-of the SUPERIOR-COURT-JUDGES: KATHI-
FIAMINGO-AND-JEANNE-COVERT,**-IN-A-COURT of the [E]QUITY(sic)/CHANCERY-
CASE-#-~SWC-F-020340-17,-**WORKING-with the BANKRUPTCY-COURT-JUDGE:
CHRISTINE-GRAVELLE,**-CASE-#-~24-12420,-WHO KNOWINGLY-CHOOSES with the
**BREACH of their DUTIES of a COVER-UP,** as the [RE]CENT(sic)-
[DIS]COVERY(sic)-SHOW-that the SUPERIOR-COURT-NEVER-
[RE]CORDS(sic)/DESTROYS/HIDES-PETITIONER/FAMILY'S-**FILINGS with the
SPECIAL-[AP]PEARANCES(SIC)-IN-MARCH/APRIL-~2023,**-WHICH-PROVES-NO-LIEN-
[EX]ISTS(sic),-AND-with the,-RATHER-THAN-[RE]CORD(sic)-AND-CONDUCT-A-
HEARING,-THE-SUPERIOR-COURT-CONTINUES-with the [FORE]CLOSURE(sic)-
PROCESS(sic)-[EX]PARTE(sic) with the KNOWLEDGE-AND-[AS]SISTANCE(sic) of
the KML-[AT]TORNEYS/SHERIFF'S-DEPARTMENT with this CLAIM:
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~E. With the [RE]SPONDENTS(sic): SUPERIOR-COURT/KML-[AT]TORNEYS(sic)/
SHERIFF'S-DEPARTMENT/NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-**FAIL** with the
THEIR-[RE]SPONCES(sic)/PERFORMANCES of the PROVING-A-LIEN-
[E]XITS(sic)/[IN]JURY(sic)/STANDING/JURISDICTION-with this PROCESS-
BEGINNING-IN-AUGUST-~2022-THROUGH-APRIL-~2023,-with the ENDING of their
CERTIFICATE of the NON-RESPONSE/DISHONOR as of APRIL-~14,-~2023 with the
**WITNESSES: U.S.A.G.-GARLAND/N.J.A.G./SECRETARY of the N.J.-STATE/U.S.-
TREASURY-INSPECTOR-GENERAL**: CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES:BINDER-~1,-SUB.-~26:-A-THROUGH-N: CLAIM.

-~F. With this PETITIONER/FAMILY **ARE** with the MAILING-ALL-[AF]FIDAVITS(sic)-
[UN]DER(sic)-SPECIAL-[AP]PEARANCES(sic)-VIA-U.S.P.S.-CERTIFY-MAIL-
[RE]TURN(sic)-[RE]CEIPTS(sic)-AND-HAND DELIVERY with the COURT'S-STAMPS,
-WHICH-CONTAIN-PROVISIONS of the: [RE]SPOND(sic) with the PROOF of the
TRUE-BILL/STANDING/[IN]JURY(sic) of an [E]XISTING(sic)-LIEN,-before
this SUPERIOR-COURT-AND/OR with the CONDITIONAL-[AC]CEPTANCES(sic)
of the IF-THEY-HAVE-NO-PROOFS,-then they-LACK-POWER of the SEEKING-
REMEDY with the ANY-COURTS,-IN-CLUDING(sic)-[AD]MIRALTY(sic)/MARITIME
-AND-THEY-GRANT-PETITIONER/FAMILY-THEIR-POWER of the [AT]TORNEY(sic)-
AND-MONETARY-DAMAGES if they FAIL with the PROVIDING-CLEAR-AND-QUIET-
TITLE of the PETITIONER/FAMILY'S-LAND/HOUSE/DOMICILE,-with the
COMMENCEMENT of the **AUGUST-~25,-~2022**-CONDITIONAL-ACCEPTANCE with the
BEING-CORPORATE with the **SEPTEMBER-~30,-~2022**-CONDITIONAL-ACCEPTANCE-
AND-with the BEING-CORPORATE with the **MARCH-~22-&-30TH,-~2023**-
CONDITIONAL-ACCEPTANCE: CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES:BINDER-~1,-SUB.-~26:-A-THROUGH-N: CLAIM.

-~FORENSIC-[E]VIDENCES: BINDER-#-~1:SUB.-~26-A:-AUGUST-~25,-~2022-
CONDITIONAL-[AC]CEPTANCE(sic): PP.-~18-~20:-PG.19-~20,-PARAGRAPH-~3:
-~For further, in order to facilitate our rights under this
Conditional Acceptance and Security Agreement the Trustees and
agents agree that I have your Power of Authority/Attorney to
file anything to bring about payment of this unlawful rejection
and protect me, my property and my rights and that you have no
right of action or recourse in any action at law, action in
equity or Admiralty or any other law herein written or implied
against me or my filings.
-~FORENSIC-[E]VIDENCES: BINDER-#-~1:SUB.-~26-A:-AUGUST-~25,-~2022-
CONDITIONAL-[AC]CEPTANCE(sic): PP.-~18-~20:-PG.-~20,-PARAGRAPH-~6:
-~For further, please note that any attempts to delay without
just cause, not approved by me, will result in legal action and
charges being filed for the federal crimes of Trust Fraud and
all other violations of Federal and State law which apply.
-~FORENSIC-[E]VIDENCES: BINDER-#-~1:SUB.-~26-A:-AUGUST-~25,-~2022-
CONDITIONAL-[AC]CEPTANCE(sic): PP.-~18-~20:-PG.-~19,-PARAGRAPH-~2:
-~For any and all injuries the beneficiary's estate, the Trustees
and their principals are indebted to me for Value of Federal
Violations-~$5,000,000.00 Dollars each in the money of money
account of the United States of America, Constitution for the
United States of America, Article 1, Section 10, and if the money
of account in not available, I am willing to accept, without
prejudice and all rights reserved, payment in lieu of the money of
account of the Federal Reserve-Notes, a Bank Draft, or the like.
-~with this CLAIM: with this CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).
-~G. With the,-NOVEMBER-~13,-~2023,-with the [RE]SPONDENTS(sic): SUPERIOR-
COURT/KML-[AT]TORNEYS(sic)/SHERIFF'S-DEPARTMENT/NATIONSTAR-ET-AL-AND-
[A]GENTS(sic)-CONTINUING-THEIR-[EF]FORTS(sic) of the CONDUCTING-A-
SHERIFF'S-SALE on the BEHALF of the [RE]SPONDENTS: NATIONSTAR-ET-AL **ARE**
with the CAUSE of the PETITIONER'S-SISTER-SENDING-AN-[AF]FIDAVIT(sic),-
with the COPIES of the PETITIONER/FAMILY-SUPERIOR-COURT-FILINGS, as the
[OC]CUPANT(sic) of the [E]XECUTOR'S(sic)-[OF]FICE(sic),-of our BROTHER:
Rafael :Delgado's,-[ES]TATE(sic),-VIA: U.S.P.S.-CERTIFY-MAIL-
[RE]TURN(sic)-[RE]CEIPT(sic)-AND-HAND-DELIVERY,-with the **SEEKING-A-CEASE-
AND-DESIST-with the [IN]TERFERING(sic) with the [AD]MINISTRATION(sic) of
an [ES]TATE(sic)-AND-PROVIDE-CLEAR-TITLE/QUIET-TITLE**,-with the
[RE]SPONDENTS(sic)-CHIEF-FINANCIAL-[OF]FICER(sic),-:Todd :McManus,-et-al,
-at the FINANCIAL-OFFICE-of the NEW-JERSEY-SUPERIOR-COURTS with the
**WITNESSES**: NJ-GOVERNOR/SECRETARY of the STATE/et-al,-with this CLAIM by
this CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES: BINDER-~1,-SUB.-~24:-JUDICIARY-eCOURTS-
SYSTEM-GENERAL-EQUITY-CALENDAR/FILINGS-&-~25:-NOVEMBER-~13,-~2024-
FILING of the [E]XECUTOR'S-LETTER of the [E]STATE(sic): CLAIM.
-~H. With the **NOVEMBER-~13,-~2023**, **IS** with the [RE]SPONDENTS(sic)-CHIEF-
FINANCIAL-[OF]FICER(sic),-:Todd :McManus,-et-al,-DOING-THE-HONORABLE-
PROCESS of the [RE]CORDING(sic)-HIS-STAMP-FILE-COPY of the-PETITIONER/

FAMILY'S-FILINGS on that DAY,-BUT with the FILING-[UN]DER(sic)-
MISCELLANEOUS-AND-THE-SUPERIOR-COURT-JUDGES,-A-SECOND-TIME,-NEVER-
PROCESS-THE-FILINGS-NOR-SCHEDULE-A-HEARING with the VIOLATION of their
DUTIES-AND-[OA]THS(sic) of the [OF]FICES(sic)-BUT-CONTINUE,-with the
[AC]QUIESCE(sic) of the [RE]SPONDENTS: KML-[AT]TORNEYS(sic)/SHERIFF'S-
DEPARTMENT/NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-with their-[EF]FORTS(sic)
of the CONDUCTING-A-SHERIFF'S-SALE,-with this CLAIM:
CLAIMANT/PETITIONER/[AU]THOR(sic).
   -~FORENSIC-[E]VIDENCES: BINDER-~1,-SUB.-~24:-JUDICIARY-eCOURTS-
      SYSTEM-GENERAL-EQUITY-CALENDAR/FILINGS-&-~25:-NOVEMBER-~13,-~2024-
      FILING of the [E]XECUTOR'S-LETTER of the [E]STATE(sic): CLAIM.
-~I. With the EACH-TIME-WE-[RE]CEIVE(sic)-A-NOTICE of a SHERIFF'S-**IS** with
   the PETITIONER'S-SISTER-WRITING-IN-BLUE-OVER-THE-NOTICE:
   [RE]JECT(sic)/[RE]SCIND(sic)/NO-CONTRACT-with a NOTARY-SEAL-AND-with
   the [RE]TURN(sic)-VIA: VIA: U.S.P.S.-CERTIFY-MAIL-[RE]TURN(sic)-
   [RE]CEIPT(sic) within the THREE-DAY-[RE]SCISSION-PERIOD-RULE with the
   COPIES with the ALL-PARTIES with the WITNESSES,-with this CLAIM by
   this CLAIMANT/PETITIONER/[AU]THOR(sic).
   -~FORENSIC-[E]VIDENCES(sic):BINDER-~4,-SUB.-~54: COPY of the MARK-UP-
      SHERIFF-SALE-NOTICE: CLAIM.
-~J. With the [RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-**ARE** with
   the CONTINUING with the SENDING-FALSE-STATEMENTS with their-COMMITTING-
   MAIL-FRAUD with their KNOWLEDGE-THE-LIEN-IS-ZERO-BALANCE-AND with the
   PETITIONER'S-SISTER-[RE]TURNING(sic)-THOSE-MAILINGS-with the SAME-NOTICE:
   [RE]JECT(sic)/[RE]SCIND(sic)/NO-CONTRACT-BACK-with the SENDER-with this
   CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).
      -~FORENSIC-[E]VIDENCES:BINDER-~4,-SUB.-~54: PROOF OF THE RETURNS: CLAIM.
-~K. With the YEARS-2021-2023,-DURING-THIS-[FORE]CLOSURE(sic)-AND-CONDITIONAL-
   [AC]CEPTANCE(sic)-CONTRACTS,-PETITIONER/FAMILY-[EX]PERIENCE(sic)-TWO-
   DEATHS of the OLDER-BROTHERS-LIVING with the PETITIONER-AND-SISTER,-with
   the CAUSE-[RE]LATIVE(sic) of the COVID-~19,-AND-PETITIONER,-HIMSELF-**IS**
   with the STRUCK-DOWN with the COVID-AND-[EX]PERIENCES(sic),-A-COMA-AND-
   PARALYSIS-FROM-NECK-DOWN-LEAVING-PETITIONER-NOT-A-100%,-BUT-THANKS-BE-
   WITH-GOD-ALMIGHTY,-STILL-MOVING-FORWARD with this CLAIM:
   CLAIMANT/PETITIONER/[AU]THOR(sic).
   -~FORENSIC-[E]VIDENCES:BINDER-~4,-SUB-~37: MEDICAL-RECORDS for the IN-
      CAMERA-VIEW: CLAIM.
-~L. With the,-IN-BETWEEN-THE-DEATHS-AND-[IL]LNESSES(sic),-**ARE** with this
   PETITIONER-FILING of the TWO-CHAPTER-~13-BANKRUPTCIES with the SEEKING of
   the TAKING-THIS-MATTER with the FEDERAL-COURT,-BUT-[UN]ABLE(sic) with the
   COMPLETION-as the DEATHS-AND-[RE]COVERY(sic)-PROCESS-CAUSES-PETITIONER
   with the [IN]ABILITY(sic) of the COMPLETING with this CLAIM:
   CLAIMANT/PETITIONER/[AU]THOR(sic).
-~II. **For the BANKRUPTCY-COURT-BREACH of their [OA]THS(sic) of the [OF]FICE(sic)-**
   **AS-PUBLIC-SERVANTS with the [AS]SISTING(sic)-[RE]SPONDENTS(sic):**
   **NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-KML-[AT]TORNEYS(sic)-VIOLATING-**
   **THEIR-[OA]THS(sic)-AS-[OF]FICERS(sic) of the COURTS: CLAIM.**

-~A. For the **PETITIONER/FAMILY'S-KNOWLEDGE** <u>ARE</u> with the ON-GOING-
[EX]PERIENCES(sic) with this CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).

-~B. With the PETITIONER/FAMILY,-RECEIVING-[A]NOTHER(sic)-SHERIFF'S-SALE-
NOTICE,-FILES,-ON/BY-<u>MARCH-~6,-~2024</u>,-with the CHAPTER-~13 with the
PURPOSE of the TAKING-CARE of the [FORE]CLOSURE(sic)-FALSE-CLAIM-AND-
[OT]HER(sic)-MATTERS-AND **with the [IN]FORMING(sic) of the BANKRUTPCY-**
**COURT of the MEDICAL-CIRCUMSTANCES of the PRIOR-FILINGS,** THE-
BANKRUTPCY-COURT-GIVES-PETITIONER-THE-STANDARD-NOTICE of a
[AU]TOMATIC(sic)-STAY with the GIVING-NOTICE with the [CREDITORS],-
WHICH-THE-[CREDITORS]: TRUCK-LOAN AND MEDICAL-BILLS-CEASE-COLLECTING,-
HONORING-THE-BANKRUPTCY-NOTICE,-with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).
  -~FORENSIC-[E]VIDENCES(sic): BINDER-~5,-SUB.-~2.-PETITIONER'S-LETTER
    with the BANKRUPTCY-COURT: CLAIM.
  -~FORENSIC-[E]VIDENCES(sic):BINDER-~5,-SUB.-~6:-PETITIONER'S-MARCH-~6-
    ~2024-STANDARD-NOTICE of the BANKRUPTCY-FILING-~24-12420 with the
    COMPARISON of the NOTICES of the PRIOR-FILINGS,-with the SHOWING-
    NO-DIFFERENCE: CLAIM.

-~C. With the,-ON/BY the MARCH-~6,-~2024,-the PETITIONER-HAND-DELIVERS-A-
COPY of the BANKRUTPCY-NOTICE-with the SHERIFF'S-DEPARTMENT-CLERK,-
WH0-STAMPS-THEIR-COPY AND GIVES A STAMP-COPY-BACK with this
PETITIONER,-with this CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).
  -~FORENSIC-[E]VIDENCE: BINDER-~5,-SUB.-~6: MARCH-06,-~2-24-NOTICE of
    the BANKRUPTCY-COURT-NOTICE with the SHERIFF'S-DEPARTMENT-STAMP-
    RECEIVE: CLAIM.

-~D. With the on/by the <u>MARCH-~21,-~2024</u>,-~15-DAYS-[AF]TER(sic)-THE-
BANKRUTPCY-FILING,-AND-<u>without the PETITIONER'S/BANKRUPTCY-</u>
<u>COURT/TRUSTEE'S-KNOWLEDGE/FEDERAL-MANDATORY-DUE-PROCESS-NOTICE-ARE</u>-
with the [RE]SPONDENTS(sic): SUPERIOR-COURT/SHERIFF'S-DEPARTMENT/
NATIONSTAR-ET-AL-AND-[A]GENTS(sic)/KML-[A]TTORNEYS(sic) with their
KNOWLEDGE of the [AU]TOMATIC(sic)-STAY,-PROCEEDING with the SHERIFF-
SALE,-with the [RE]SPONDENTS: NATIONSTAR PAYING-THEIR-OWN-FRAUDULENT-
STATEMENT-AND-CLAIMING with the BEING-A-SUCCESSFUL-BIDDER of the
[AL]LEDGE(sic)-<u>SALE of the TAX-PROPERTY-KNOWN-AS-1109-MARNE-HIGHWAY-</u>
<u>AND-NOT-THE-LEGAL-LOCATION</u>: CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).

-~E. With this PETITIONER <u>IS</u>,-DURING-MARCH/APRIL-2024,-with the HAVING-
SERIOUS-MEDICAL-COMPLICATIONS-of the COVID-~19-[EF]FECTS(sic) with
this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~F. With the,-on/by the-APRIL-~15th-~2024,-with the PETITIONER-
[EN]SURING(sic)-HE-COMPLETES-THIS-BANKRUPTCY-CASE,-with the CASE-
STILL-OPEN-AND-WAITING on the PETITIONER'S-[RE]MAINING(sic)-
SCHEDULES,-<u>ARE</u>,-WHILE at the BANKRUPTCY-COURT with the PETITIONER'S-
SISTER-AND-:Austria :Castillo,-FILING-HIS-MOTION/OSC,-with the
PETITIONER-<u>FINDING-OUT-THAT-[RE]SPONDENTS(sic): NATIONSTAR-ET-AL-</u>
<u>VIOLATES-THE-FEDERAL-[AU]TOMATIC(sic)-STAY with the SHERIFF'S-</u>
<u>DEPARTMENT-POINTING-THE-FINGER-AT-KML-[AT]TORNEYS(sic),-SAYING-THEY-</u>
<u>[IN]STRUCT(sic)-THE-SHERIFF'S-DEPARTMENT with the PROCEED without a</u>
<u>FEDERAL-MANDATORY-NOTICE of the SEEKING-AN-ORDER of the CONFIRMING-</u>

**STATUS of the STAY-with the GIVING-THE-BANKRUPTCY-COURT/TRUSTEE/PETITIONER-DUE-PROCESS/NOTICE of this [CREDITOR'S]-[IN]TENT(sic)** with the VOIDANCE of the VIOLATING-PETITIONER'S-UN-ALIENABLE(sic)/IN-ALIENABLE(sic)-RIGHTS,-A-GRAVE-ACT,-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~FORENSIC-[E]VIDENCES(sic): BINDER-~5,-SUB.-~9,-~4/-~15/-~24,-PETITIONER'S-MOTION/OSC: [RE]GARDING(sic)-STAY/SCHEDULES: CLAIM.

-~FORENSIC-[E]VIDENCES(sic): BINDER-~5,-SUB.-~10,-~4/-~15/-~24,-PETITIONER'S-LIST of the FORENSIC-[E]VIDENCES(sic) with the GIVING with the MOTION/OSC: CLAIM.

-~FORENSIC-[E]VIDENCES(SIC): BINDER-~5,-~SUB.-~24: Austria-Castillo's-[AF]FIRMATION(sic)/CERTIFICATION-AS-the BONIFY-BUYER-AND-WITNESS of the BANKRUTPCY-COURT-VISITS/FILINGS/HEARINGS: CLAIM.

-~G. With the APRIL-~17-~2024,-BANKRUPTCY-HEARING **ARE** with the HAVING-BEFORE-JUDGE-GRAVELLE,-PETITIONER'S-BINDERS-~3-&-~4 of his FORENSIC-[E]VIDENCES(sic),-with the-APRIL-~17-~2024-TRANSCRIPT-at the FORENSIC-[E]VIDENCES: BINDER-~5,SUB.-~11,-PARTICULARLY with the:

-~1.With the SHOWING of the [RE]SPONDENTS: NATIONSTAR-ET-AL-,-SECURITY-INSTRUMENT-NOTE,-with the PROVING-COUNTRYWIDE-CASHES-THE-NOTE with its BANKER'S-[AC]CEPTANCE(sic)-without the [RE]COURSE(sic) with the [EX]CUTIVES'(sic)-[AU]TOGRAPH(sic),-with the PAY-TO-THE-ORDER of the COUNTRYWIDE-[E]XECUTIVES(sic),-WHICH-ALTERS-THE-TERMS of the DEED of the TRUST-of the-30-YEARS-with the [IM]MEDIATE(sic)-PAID-IN-FULL at the TIME of the CASHING;-HENCE,-THE-LEIN-**IS**-with the SATISFY,-JUST-LIKE-A-CHECK-PAID/CANCEL-ON-DEMAND;-AND-

-~FORENSIC-[E]VIDENCES: BINDER:-~1:-SUB.-~28: JANUARY-~22,-~2024-DEED of the [RE]CONVEYANCE(sic)-[AT]TACHMENTS: CLAIM.

-~2.With the **CONDITIONAL-[AC]CEPTANCE(sic)-CONTRACTS** with the CERTIFICATES of the NON-[RE]SPONCES(sic)/DIS-HONORS(sic) with the ALL-[RE]SPONDENTS: SUPERIOR-COURT/SHERIFF'S-DEPARTMENT/KML-ATTORNEYS(sic)/NATIONSTAR-ET-AL-AND-[A]GENTS(sic) with the USE of the U.S.P.S.CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPTS(sic)-AND-WITNESSES;-AND-

-~FORENSIC-[E]VIDENCES: BINDER:-~1: IN-ITS-[EN]TIRETY(sic): CLAIM.

-~3.With the JANUARY-~24,-~2024-GRANTOR'S-DEED-AND-DEED of the [RE]CONVEYANCES(sic);-AND,

-~FORENSIC-[E]VIDENCES: BINDER:-~1:-SUB.-~27: QUANTUM-JANUARY-~24,-~2024-GRANTOR'S-DEED-[AT]TACHMENTS: CLAIM.

-~FORENSIC-[E]VIDENCES(sic): BINDER:-~1:-SUB.-~28: QUANTUM-JANUARY-~22,-~2024-DEED of the [RE]CONVEYANCE(sic)-[AT]TACHMENTS: CLAIM.

-~4.With the [RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-[A]GENTS(sic) **ARE** with the **NEVER-[AP]PEARING(sic)-AND-NEVER-FILING-ANY-DOCUMENTS-**[OB]JECTING(sic)-or-[OT]HERWISE(sic) with this BANKRUPTCY-COURT,-BUT-SENDS-A-MESSAGE with a KML-[AT]TORNEY(sic)-[AP]PEARING(sic)-BY-PHONE,-NOT-[RE]PRESENING(sic)-NATIONSTAR,-BUT-AN-[UN]KNOWN(sic),-ACTING-AS-A-WITNESS without the PERSONAL-KNOWLEDGE,-with the-CONVEYING-NATIONSTAR-IS-THE-SUCCESSFUL-BIDDER of the TAX-[AD]DRESS(sic),-NOT-THE-LEGAL-

LOCATION,-JUST-1109-MARNE-HIGHWAY: CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).
   -~FORENSIC-[E]VIDENCES: BINDER:-~2:-SUB.-~29: BANKRUPTCY-COURT-
   PACER-CASE-SCHEDULE/FILINGS: CLAIM.
-~5. With the [DE]SPITE(sic)-PETITIONER'S-[OB]JECTIONS(sic) of the WHERE-
ARE-NATIONSTAR'S,-ET-AL-[RE]PRESENTATIVES(sic);-AND-WHERE-ARE-THE-
FILINGS/DOCUMENTS;-AND-that this-[AT]TORNEY(sic)-CANNOT-SPEAK-AS-A-
WITNESS;-ARE with this JUDGE-GRAVELLE-CLAIMING-this is AN-ARTICLE-I-
COURT-AND-NONE of our FILINGS-AND-FORENSIC-[E]VIDENCES(sic): SOVEREIGN-
CITIZEN-DOCUMENTS,-with the NOT-WORTH-VIEWING,-ARE with the JUDGE-
GRAVELLE'S-LACK of the MENTIONING of the VIOLATIONS,-AS with the
FOLLOWING:
   -~FORENSIC-[E]VIDENCES: BINDER:-~5:-SUB.-~11: -~4/-~17/-~24-COURT-
   TRANSCRIPT.-PP.-~1-~11: CLAIM.
   -~FORENSIC-[E]VIDENCES: BINDER:-~5:-SUB.-~11: -~4/-~17/-~24-COURT-
   TRANSCRIPT.-PP.-~1-~33: CLAIM.
-~a.-:FEDERAL-RULES of the CIVIL-PROCESURES-[RE]QUIRE(sic)-MANDATORY-
   FILINGS-of a-[RE]SPONSE(sic) with the FORM of an [AF]FIRMATION(sic)
   of the TRUTH-OR-BE-SWORN-[UN]DER(sic)-OATH of the MATTERS-as-a-
   WITNESS with the PERSONAL-KNOWLEDGE with this CLAIM by this
   CLAIMANT/PETITIONER/[AU]THOR(sic);
-~b.-:RULES of the [E]THICS(sic)-[PRO]HIBIT-[AT]TORNEYS(sic) of the
   ACTING-AS-A-WITNESS of a CLIENT or without the PERSONAL-KNOWLEDGE
   of the MATTER-BEFORE-A-COURT with this CLAIM by this
   CLAIMANT/PETITIONER/[AU]THOR(sic);
-~c. With the BANKRUPTCY-COURT,-JUDGE-GRAVELLE'S,-AND-ALBERT-RUSSO,-
   TRUSTEE'S-KNOWLEDGE that they-ARE-with the ONLY-COURTHOUSE with the
   DUTY/JURISDICTION/[AU]THORITY(sic) with the MAKING-DECISIONS with
   the PETITIONER over his LAND/HOUSE/DOMICILE-CHAPTER-~13-MATTERS
   on/by the MARCH-~21,-~2024 with this CLAIM by this
   CLAIMANT/PETITIONER/[AU]THOR(sic);
-~d. With the JUDGE-GRAVELLE'S-FAILURE of her DUTIES ARE with the
   OVERLOOKING of the THE-[RE]SPONDENTS'(sic): NATIONSTAR-ET-AL-AND-
   [A]GENTS(sic)/KML-[AT]TORNEYS(sic) of the MANDATORY-
   [RE]QUIREMENT(sic) of the FILING-A-NOTICE-OF-MOTION-FOR-CONFIRMING-
   AUTOMATIC-STAY-IS-NOT-IN-[EF]FECT(sic)-AND-NOTICE-OF-OBJECTIONS-
   TO-YOUR-CLAIM With the [EN]SURING(sic)-THIS-PETITIONER'S-GETS-DUE-
   PROCESS/NOTICE with the PREVENTING-A-VIOLATION of the PETITIONER/
   FAMILY'S-/CIVIL-RIGHTS/UN-ALIENABLE(sic)/IN-ALIENABLE(sic)-RIGHTS
   with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
   -~FORENSIC-[E]VIDENCES(sic): BINDER-5:SUB.-~26,-A: MOTION-FOR-
   CONFIRMING-AUTOMATIC-STAY-IS-NOT-IN-EFFECT-AND-SUB.-~26,-B: NOTICE
   of an [OB]JECTION(sic) of your CLAIM: CLAIM.
-~e. With the JUDGE-GRAVELLE'S-FAILURE of her DUTIES ARE also with the
   OVERLOOKING of the THE-[RE]SPONDENTS'(sic): NATIONSTAR-ET-AL-AND-
   [A]GENTS(sic)/KML-[AT]TORNEYS(sic) ARE with the FEDERAL-MANDATORY-
   [RE]QUIREMENT(sic) of the FILING-BEFORE-MARCH-~21,-~2024,-with the
   SEEKING-[RE]LIEF(sic) with the THE-BANKRUPTCY-COURT with an ORDER-

RESOLVING-MOTION-TO-VACATE-STAY-AND/OR-MOTION-TO-DISMISS-WITH-
CONDITIONS-AND with the ORDER-VACATING-STAY with the PURPOSE of the
GIVING-THIS-PETITIONER-DUE-PROCESS/NOTICE without the VIOLATING-
PETITIONER/FAMILY'S-CIVIL-RIGHTS/UN-ALIENABLE(sic)/IN-ALIENABLE(sic)
RIGHTS with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~26,-C: BANKRUPTCY-CODE-
MANDATORY-[RE]QUIREMENT(sic)-FORMS: CLAIM.

-~f.With the JUDGE-GRAVELLE'S-AND-TRUSTEE-RUSSO,-ARE without the
[AU]THORITY(sic) of the DELEGATING-THEIR-DUTIES-AND-JURISDICTION
on/by the MARCH-~21,-~2024 with the THE-SUPERIOR-COURT/SHERIFF-
DEPARTMENT/[RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic)/KML-
ATTORNEYS with the [U]SURPING(sic)-JUDGE-GRAVELLE'S-ROLE of her
DUTY of the [DE]CIDING(sic)-THIS-MATTER on the MERITS of this CASE
with an [IN]DEPENDENT(sic)-AND-[IM]PARTIAL(sic)-FINDING of the
FACTS/[E]VIDENCES(sic)/CONCLUSION of the LAWS,-BEFORE-HER,-with the
DUE-PROCESS/NOTICES with the ALL-PARTIES-[IN]VOLVE(sic)-BEFORE
on/by the MARCH-~21,-~2024 AND with the BEFORE-THIS-COURTROOM on
the RECORD with the VOIDANCE of the VIOLATIONS of the DUE-
PROCESS/NOTICE/CIVIL-RIGHTS/UN-ALIENABLE(sic)/IN-ALIENABLE(sic)-
RIGHTS,-AS-THE-ONLY-COURT-with the HAVING-JURISDICTION on/by the
MARCH-~21,-~2024-LIES with this DISTRICT-BANKRUTPCY-COURT with this
CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~g. With the CONCLUSION of the APRIL-~15,-~2024-HEARING ARE with the
JUDGE-GRAVELLE'S-AND-TRUSTEE-RUSSO'S-VIOLATIONS SET-[A]BOVE(sic)
with the JUDGE-GRAVELLE'S-CONDONING-[RE]SPONDENTS'(sic)-VIOLATIONS-
AND-PERMITING—A-NON-[AP]PEARING(sic)/[NON]-FILING-ANYTHING-BEFORE-
HER-COURT-ON-THE-RECORD with the [RE]SPONDENTS(sic):
NATIONSTAR-ET-AL-AND-[A]GENTS(sic) of the TAKING-PETITIONER/
FAMILY'S-HOUSE/LAND/DOMICILE of the-~24-PLUS-YEARS with her
APRIL ORDER-CONCLUDING-A-LEIN-[EX]ISTS(sic) with the
NO-NEED with the VIEW of the PETITIONER'S-SOVEREIGN-DOCUMENTS
**with the CAUSE-that this-BANKRUPTCY-COURT-BEING-AN-**
**ARTICLE-I-COURT with** this CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCE(sic): BINDER-~2: SUB.-~33: JUDGE-GRAVELLE'S
  -APRIL-~25,-2024-ORDER/DECISION: CLAIM.
-~FORENSIC-[E]VIDENCES(sic): BINDER:-~5:-SUB.-~11:-~4/-~17/-~24
  -COURT-TRANSCRIPT-PP.-~1-~33: CLAIM.

-~h.With the PROVING-JUDGE-GRAVELLE-IS with the MIS-STATING(sic)-ON-THE-
[RE]CORD(sic) of this COURT'S-POWER-LIMITS of the PROTECTING-
PETITIONER'S-LAND/HOUSE/DOMICILE,-while the HAVING-
[AU]THORITY(sic)/[AC]CESS(sic) of the FRCP-#-~60: VOID-SHERIFF-SALE-
BASE-[U]PON(sic)-FRAUD/PROVIDING-SANCTIONS-[A]GAINST(sic)-
[RE]SPONDENTS(sic) of any VIOLATIONS/COMPELL of the [RE]TURN(sic) of
the [PRO]PERTY(sic)/VOID-THE-SHERIFF'S-SALE/COMPELL-THE-(CREDITORS)-
with the PAYING-DAMAGES with the BASE-[U]PON(sic) of the BANKRUTPCY-
CODES with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~26,-C: BANKRUPTCY-CODE-
  MANDATORY-[RE]QUIREMENT(sic)-FORMS: CLAIM.

III. **For the COMMENCEMENT OF THE DISTRICT-COURT-OF-THE-APPEAL-CASE NUMBER-~24-#-~0665-24 with the BANKRUTPCY-[RE]FUSAL(sic) of the STAY of the REMAINDER OF THE BANKRUTPCY-CASE PENDING-APPEAL-AND-COMMENCES-MIS-DIRECTING-PETITIONER'S-CASE-with the BLOCKING of the GOING with the THIRD-CIRCUIT: CLAIM.**

-~A. For the **PETITIONER/FAMILY'S-KNOWLEDGE** ARE with the ON-GOING-[EX]PERIENCES(sic) with this CLAIM:CLAIMANT/PETITIONER/[AU]THOR(sic).

-~B. With the PETITIONER'S-[IM]MEDIATE(sic)-FILING-HIS-APPEAL-SEEKING-ARTICLE-III-COURT ON/BY the **APRIL-19,-~2024**,-with the COMPLETING-FORM-417B with the GOING with the THIRD-CIRCUIT-AND-with the BANKRUTPCY-COURT-[IN]STRUCTIONS(sic)/[RE]QUIREMENT(sic)-that the-NOTICES of the [AP]PEAL(sic)-[AP]PLICATIONS(sic) with the FEES-GO-THROUGH-THE-BANKRUTPCY-COURT with another HEARING-SCHEDULE-on/by the MAY-~15,-~2024 with that DECISION-GIVING-[RE]SPONDENTS(sic)-TIME with the SUPERIOR-COURT with the [EX]PARTE(sic)-BASIS with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~13-THROUGH-~15:-APPEAL-FORMS with the GIVING-FEES with the FORM of the MONEY-[OR]DERS(sic): CLAIM.

-~C. With the **MAY-~15,-~2024**-HEARING,-IN-SUMMARY:

-~1.With the BANKRUPTCY-COURT'S-[RE]FUSAL(sic) with the STATING-WHAT-LAW-SHE-**IS**-PRACTICING within her COURTROOM with the SIGNIFICANT-VIOLATIONS of the LAST-HEARING-AND-[RE]FUSAL(sic) of the VIEWING-HIS-FORENSIC-[E]VIDENCES(sic);

-~2.With the COURT-CLAIMING-THAT-PETITIONER'S-[RE]JECTION(sic) of the FORM-~113 with the X'S-**IS**-NOT-PERMISSABLE-[DES]PITE(sic)-THE-LANGUAGE of the PETITIONER-GIVING-UP-HIS-RIGHTS with the SIGNING-THAT-FORM;

-~3.With the COURT'S-[IN]STRUCTIONS(sic) ARE that he MUST-COMPLETE-A-[RE]PLACEMENT(sic)-FORM-106 with the-~171-BOXES-MEANING-[O]MISSION(sic)-of the PAPER,-WHICH-READS-PETITONER-**IS** with the GIVING-UP-HIS-RIGHTS-[IN]CLUDING(sic)-DUE-PROCESS-AT-THE-WHIM of the BANKRUTPCY-TRUSTEE;

-~4.With the COURT-CLAIMING-THAT-IF-PETITIONER-DID-NOT-COMPLETE-FORM-~106,-SHE-**IS**-[DIS]MISSING(sic)-THE-CASE-WITHOUT-NEGOTIATIONS; AND,

-~5.With the PETITIONER-CLAIMING that he SEEKS-THE-REMOVAL of this [EN]TIRE(sic)-BANKRUPTCY-CASE-with a STAY-PENDING-[AP]PEAL(sic); AND,

-~6.With the COURT-SUGGESTING-PETITIONER-[AP]PEAL(sic) with the DISTRICT-COURT: CLAIM.

-~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~17: PETITIONER'S-FORM-~113 with the X'S: CLAIM.

-~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~18: PETITIONER'S-FORM-~106 with the COURT'S-[RE]PLACEMENT(sic)-FORM: CLAIM.

-~FORENSIC-[E]VIDENCES(sic): BINDER-2:-SUB.-~31: PETITIONER'S-FORM-~106 with the COURT'S-[RE]PLACEMENT(sic)-FORM with the C-S-S-C-P-S-G-P with the-~171-BOXES-and-SHOWING-ZERO-FACTS-AND-~1696-[ER]ORS(sic) of the FICTIONAL-COMMUNICATIONS,-JUST-A-BAD-CONTRACT: CLAIM.

-~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~20,-MAY-~15,-~2024-

15

COURT-TRANSCRIPT: CLAIM.
  -~FORENSIC-[E]VIDENCES(sic): BINDER-2:-SUB.-~35,-MAY-~16,-~2024-
    COURT-ORDER-DENYING-STAY-PENDING-[AP]PEAL(sic).
  -~FORENSIC-[E]VIDENCES(sic): BINDER-2:-SUB.-~36,-MAY-~16,-~2024-
    COURT-ORDER-DENYING-DIRECT-[AP]PEAL(sic) with the CIRCUIT-COURT:
    CLAIM.
-~D. With the **MAY-~2024**,-with the [RE]SPONDENTS(sic): NATIONSTAR-ET-AL-
    AND-[A]GENTS(sic)/KML-[AT]TORNEYS(sic)/JUDGE-GRAVELLE/TRUSTEE-RUSSO
    **ARE** with the FAILING of the [OB]JECTING(sic)/FILING-ANY-
    [OB]JECTIONS(sic) of a CLAIM/of the [PRO]DUCING(sic)-ANY-DOCUMENTS
    with the CONTRARY-AND with their-TACIT-[A]GREEMENTS(sic) of the
    PETITIONER'S-BANKRUTPCY-SCHEDULES: A/B,-D,-H,-J,-106-DECLARATION
    of the SCHEDULES,-AND-107 with the [AF]FIRMATIONS(sic) of the ZERO-
    LIEN-[EX]ISTS(sic) with the [A]GAINST(sic) PETITIONER'S-
    LAND/HOUSE/DOMICILE: CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).
      -~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~25: PETITIONER'S-
        SCHEDULES: CLAIM.
-~E. With the **MAY-~16,-~2024**,-PETITIONER-HAND-DELIVERS-A-LETTER with a
    MONEY-[OR]DER(sic) with the [A]MOUNT(sic) of the $-~298.00 with the
    COMPLETION of the $-~605.00-FILING-FEE with the SEEKING of the GOING
    with the THIRD-CIRCUIT-ARTICLE-III-COURT with the REASONS-SET-FORTH
    with his LETTER with the ATTENTION of the JUDGE-GRAVELLE with this
    CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
      -~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~16,-MAY-~16,-~2024-
        LETTER: CLAIM.
      -~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~14,-$-~605.00-FEES-
        GIVING with the BANKRUTPCY-COURT: CLAIM.
-~F. With the COURT-[IG]NORS(sic)-PETITIONER'S-LETTER/QUEST with the
    COURT-[DE]VIATING-THIS-CASE with the DISTRICT-COURT **ARE** with the
    COURT'S-DOCUMENTS: CERTIFICATE of the SERVICE-CONCERNING-
    [AP]PEAL(sic)-AND-A-VALUELESS-MONEY-[OR]DER(sic) of the $307.00
    with a [RE]TURN(sic) with this PETITIONER,-ON/BY-MAY-~20,-~2024,
    -which the POST-[OF]FICE(sic)-DOES-NOT-[AC]CEPT(sic)-AND-the-BANK
    -DOES-NOT-[AC]CEPT(sic) as the MONEY-[OR]DER(sic)-has a BANKER'S-
    [AC]CEPTANCE(sic)-ON-THE-BACK with an X-AND with the BEING-SOLD-
    on the MARKET-AS-A-NEGOTIABLE-[IN]STRUMENT(sic)-AND-NOW-
    [AP]PEARS(sic)-AS-AN-ALTERING of a NEGOTIABLE-[IN]STRUMENT(sic)
    -AND-PETITIONER-SEEKS-A-[RE]FUND(sic) with this CLAIM by this
    CLAIMANT/PETITIONER/[AU]THOR(sic).
      -~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~15,-MAY-~20,-~2024-
        BANKRUPTCY-COURT-MEMORANDUM with the COPY of the VALUELESS-MONEY-
        [OR]DER(sic): CLAIM.
      -~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~14,-with the BANKRUPTCY-
        COURT-CASHING-THE-$-~298.OO-MONEY-[OR]DER(sic) with the DISTRICT-
        COURT of the [AP]PEAL(sic): CLAIM.
      -~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~21,:CERTIFICATION of
        the SERVICE of the NOTICE of the [AP]PEAL(sic)-by the BANKRUTPCY-
        COURT: CLAIM.

16

-~G. With the,-**MAY-~10,-~2024**,-with the [IN]TERIM(sic) of this BANKRUPTCY-
CASE,-PETITIONER-**IS** with the PROVIDING-A-SETTLEMENT-[OF]FER(sic)
With a TEN-DAY-WINDOW with the USE of the FEDERAL-RULES
of the [E]VIDENCE(sic) with the CONFIDENTIALITY of the SETTLEMENT-
[A]GREEMENTS(sic) with the JUDGE-GRAVELLE-AND-TRUSTEE-RUSSO with
the HANDING-[OV]ER(sic)-PETITIONER'S-[AU]THENTIC(sic)-BIRTH-
CERTIFICATE-BOND-AND-CUSIP-NUMBER with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~19,-[RE]DACT(sic)-COPY
of that CONTRACT-[OF]FER(sic): CLAIM.

-~H. With the RESULT of the PETITIONER'S-SETTLEMENT-[OF]FER(sic) **ARE** with
the BANKRUTPCY-COURT-POSTING-A-COMPLETE-COPY of this SETTLEMENT-
[OF]FER(sic)-ON-MAY-~13,-~2024,-within the PACER-INTERNET-SYSTEM-AS-
DOC-~30,-with the JUDGE-GRAVELLE-AND-TRUSTEE-RUSSO-KEEPING-PETITIONER'S
-[AU]THENTIC(sic)-BOND-AND-CUSIP-NUMBER-AND-NEVER-[RE]SPONDING(sic)
with the SETTLEMENT-[OF]FER(sic),-WHICH-PETITIONER-[RE]QUESTS(sic)
ITS-[RE]TURN(sic) within the AUGUST-~27,-~2024-MOTION-HEARING-FILINGS,
with the JUDGE-GRAVELLE-[RE]FUSING(sic),-ONCE-[A]GAIN(sic),-with the
VIEWING of this PETITIONER'S-FORENSIC-[E]VIDENCES(sic)-AND-MAKING-A-
FINDING of the FACTS-AND-CONCLUSION of the LAWS-[AF]TER(sic)-PAYING-
$-~235.00 as the CONSIDERATION of this COURT-SERVICE-ENDING with the
COURT'S-CLAIM-IT-**IS**-AN-ARTICLE-I-COURT-AND-CANNOT-PERFORM with this
CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~19,-PETITIONER'S-
[RE]DACT(sic)-COPY of that CONTRACT-[OF]FER(sic): CLAIM.
-~FORENSIC-[E]VIDENCES(sic): BINDER-2:-SUB.-~12:-AUGUST-~27,-~2024-
COURT-TRANSCRIPT.

-~I. With the **JUNE-~2024** with the PETITIONER-**IS** with the COMPLETING-ALL-
BANKRUPCY-MANDATORY-COURSES-AND-[RE]CEIVES(sic)-HIS-CERTIFICATES-AND-
FILES-THE-SAME with the BANKRUPTCY-COURT;-AND-PETITIONER-**IS** with the
PROVIDING-ALL-of his FINANCIAL-DOCUMENTS with the TRUSTEE-AND-PAYS-AN-
[AL]LEGE(sic)-~$34.00-MATRIX-FEE with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~J. With the-[RE]MAINING(sic)-BANKRUPTCY-MATTERS-**ARE**: with the [RE]FUND(sic)
of the $-~307.00,-THE-[RE]TURN(sic) of the PETITIONER'S-
[AU]THENTIC(sic)-BIRTH-CERTIFICATE-BOND-AND-CUSIP-NUMBER,-AND-with the
RE-NEGOTIATION(sic) of this FORM:-106,-AS-THERE-[E]XISTS-NO-LEGAL-
[AU]THORITY(sic) with the COMPELLING-THIS-PETITIONER-of the KNOWINGLY-
GIVING-UP-HIS-UN-ALIENABLE(sic)/IN-ALIENABLE(sic)-RIGHTS with a FORM-
BASE-on a CODE/CORPORATE-BY-LAW/COLOR of the LAW with this CLAIM by
this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~K. With this.-**JUNE-~6,-~2024**,-JUDGE-GRAVELLE-**IS** with the
[UN]ILATERALLY(sic)-CHOOSING of the [DIS]MISSING(sic)-PETITIONER'S-
BANKRUTPCY-CASE on the BASIS of this PETITIONER-[RE]FUSAL(sic) of
the GIVING-UP-HIS-RIGHTS-BY-SIGNING-FORM-~106,-with the COURT'S-
FAILURE of the [RE]FUNDING-$-~307.00-AND-BIRTH-CERTIFICATE-BOND
-AND-CUSIP-NUMBER: CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).

-~FORENSIC-[E]VIDENCES(sic): BINDER-2:-SUB.-~37: COURT'S-ORDER
without-the LEGAL-REASONING: CLAIM.

-~L. With the JUNE/JULY-~2024, with the PETITIONER-**IS** with the TRYING-
with the GETTING-THE-BANKRUPTCY-COURT with the [RE]FUNDING(sic)-
HIS-$-~307.00 with the NO-[A]VAIL(sic)-AND-[OR]DERING(sic)-
TRANSCRIPTS-AND-SEEKING-[DIS]COVERY(sic) with the [PRE]PARATION(sic)
of the DISTRICT-COURT of the [AP]PEAL(sic) with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~M. With the JULY-~2024,-with this PETITIONER-CONFIRMING of the SUPERIOR-
COURT-DESTROYING/HINDING-PETITIONER/FAMILY-MARCH/APRIL-2023-FILINGS
**ARE** with the PETITIONER-SENDING-CORRESPONDANCES-and-PROOFS with the
ALL-PARTIES of this MATTER with the [RE]SPONDENTS(sic): KML-
[AT]TORNEYS(sic)/NATIONSTAR-ET-AL-AND-[A]GENTS(sic)/SUPERIOR-
COURT/SHERIFF'S-DEPARTMENT with the <u>CEASE-AND-[DE]SISTS(sic)</u> with the
<u>TRESPASSING/STALKING/HARASSING with the SENDING-STRANGERS</u> with the
<u>TRYING-with the TAKING-PETITIONER'S-LAND/HOUSE/DOMICILE</u> with this
CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
    -~FORENSIC-[E]VIDENCES(sic): BINDER-2:-SUB.-~30:-~1-~6
    COURT'S-ORDER without-the LEGAL-REASONING: CLAIM.

-~N. With the <u>**AUGUST-~22,-~2024**</u>-AND-<u>**AUGUST-~27,-~2024**</u> with the PETITIONER-
FILING-AN-[E]MERGENT(sic)/MOTION with the BANKRUPTCY-COURT with the
FRCP-#-~60 with the SEEKING-A-[RE]FUND(sic) of the MISSING-#-~307.00-
AND-[AU]THENTIC(sic)-BIRTH-CERTIFICATE-BOND with the
[RE]CONSIDER(sic)-AND-VOID-ITS-ORDER of the [AU]TOMATIC(sic)-STAY-
AND-[PRO]VIDE(sic)-[IN]JUNCTION(sic)-[RE]LIEF(sic) with the MAKING-A-
FINDING of the FACTS-AND-CONCLUSION of the LAWS
with the NEW-DISCOVERY-CONCERNING-THE-SUPERIOR-COURT-AND-ALL-
FORENSIC-[E]VIDENCES(sic) **ARE** with this PETITIONER-PAYING-$-~235.00-
AS-CONSIDERATION,-with this COURT-MAKING-THIS-FILING-AN-[IS]SUE(sic)
[A]BOUT(sic)-WHETHER-OR-NOT-with the OPENING-THIS-CASE,-with the
COURT-CHOOSING with the NOT-PERFORMING-HER-DUTY-AND KEEPING-THE
-~$235.00-WINFALL: CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
    -~FORENSIC-[E]VIDENCES(sic): BINDER-2:-SUB.-~1-~8:
    PETITIONER'S-AUGUST-~22,-~2024,-[E]MERGENT(sic)-MOTION: CLAIM.
    -~FORENSIC-[E]VIDENCES(sic): BINDER-2:-SUB.-~13-COURT'S-
    [OR]DER(sic): CLAIM.

-~O. With the <u>**AUGUST-~22,-~2024**</u>,-with the PETITIONER **IS** with the GIVING-
DISTRICT-COURT of the [AP]PEAL(sic)-A-COPY of the BANKRUPTCY-COURT-
MOTION-AND-LETTER with the QUEST of the SEEKING-[EX]TENTION(sic) of
the TIME with the FILING-LEGAL-BRIEFS,-with their GRANTING-'TIL-
OCTOBER-2024 with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
    -~FORENSIC-[E]VIDENCE(sic): BINDER-5:-SUB.-~12-PETITIONER'S-AUGUST-
    ~22-~2024-LETTER with the DISTRICT-COURT: CLAIM.

-~P. With the <u>**IN-SEPTEMBER-2024,**</u>-PETITIONER-RECEIVES-A-LETTER of the
SUPERIOR-COURT-JUDGE-COVERT with the COMMUNICATING-THAT-THE-
BANKRUPTCY-COURT-SENDS-HER-DOCUMENTS-AND-JUDGE-COVERT-NEEDS-A-DOCKET-
NUMBER-**ARE** with the PROVING-[IN]TERFERENCE(sic) of this BANKRUTPCY-
COURT with the FORECLOSURE/SHERIFF-SALE-PROCESS with the PREJUDICE-

AND-[IN]TENT(sic) with the CAUSING-HARM-[A]GAINST(sic)-
PETITIONER/FAMILY with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~Q. With the **AUGUST-~28,-~2024, with the DAY-AFTER-THE-HEARING,-IS** with
the BURLINGTON-COUNTY-COURT/SHERIFF-DEPARTMENT-TAPING-SIX-NOTICES of
an [EX]PARTE(sic) WRIT of the POSESSION with an [UN]USUAL(sic)-**11-DAY-
[E]VICTION(sic)-NOTICE** with the STANDARD BEING-A-~30-DAY-NOTICE with
the [EX]TENSIONS(sic) within their RULES/[RE]GULATIONS(sic)/CODES,
-WHICH this PETITIONER-RETURNS-with the [RE]JECT(sic)/[RE]SCIND(sic)/
NO-CONTRACT/LACK of the JURISDICTION within a THREE-DAY-PERIOD-VIA:
USPS-CERTIFY-[RE]GISTER(sic)-MAIL: CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).
  -~FORENSIC-[E]VIDENCES:-BINDER-#-~5:-~17-~19: PICTURES/NOTICES/
  FAXES-[RE]GARDING(sic) of the PENDING-[AP]PEAL(sic)-AND-SENDING-
  COPIES of the FORENSIC-[E]VIDENCES(sic) with the [RE]SPONDENTS:
  CLAIM.

-~R. With the SEPTEMBER-~2024, with this PETITIONER-RECEIVES-AN-
[AC]COUNTING(sic) of the FEES-HE-PROVIDES-with the DISTRICT-BANKRUPTCY-
COURT-AND-DISTRICT-COURT of the [AP]PEALS(sic) **ARE** with the SHOWING-
BILLING-[ER]RORS(sic) of the MISSING-$-~298.00-with the GIVE-AND-
CASHING,-BACK-IN-MAY,-with the [AP]PELLATE(sic)-COURT-NOW-COLLECTING-
A-SECOND-$307.00 with this DISTRICT-COURT,-with the DIS-APPOINTING-
SHOWING-THE-$307.00-[RE]FUND(sic)-SHOWS-AS-ZERO with the SHOWING-
PETITIONER'S-NO-CONFIDENCE with this DISTRICT-COURTHOUSE-at-this POINT
with this CLAIM by the CLAIMANT/PETITIONER/[AU]THOR(sic).

-~S. With the LEADING with the **SEPTEMBER-~17,-~2024**
[UN]LAWFUL/[IL]LEGAL(sic)-TAKING of this PETITIONER/FAMILY'S-
LAND/HOUSE/DOMICILE with the THREAT-AT-GUN-POINT with the
[RE]SPONDENTS(sic): SUPERIOR-COURT/SHERIFF'S-DEPARTMENT/NATIONSTAR-ET-
AL-AND-[A]GENTS(sic)/KML-[AT]TORNEYS(sic) with the [AS]SISTANCE(sic)
of the DISTRICT-BANKRUPTCY-COURT-TAKING NINETY-NINE-PERCENTS of the
PERSONAL-[AS]SETS(sic) **ARE** with the PETITIONER/FAMILY-LIVING within
a HOTEL with the BARE-MINIMUM-TRYING with the FILING-THIS-PETITION
of the WRITS with this CLAIM by the CLAIMANT/PETITIONER/[AU]THOR(sic).

-~T. With the BANKRUPCY-COURT-HAVING-ANOTHER-MOTION of this MATTER-
BEFORE-IT with the FRCP-#-~60/[RE]CONSIDERATION(sic) with the SCHEDULE
of the NOVEMBER-~6,-~2024-AND with the DISTRICT-COURT of the
[AP]PEAL(sic)-HAVING-TWO-MOTIONS-BEFORE-IT,-ONE SEEKING-AN-
[EX]TENTION(sic) of the TIME-AND-[A]NOTHER(sic)-SEEKING-A-STAY-PENDING-
THESE-WRITS with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

## -~LEGAL-ARGUMENT: CLAIM.

### -~SUMMARY of the ARGUMENT:

-~For the CORE/FOUNDATION of the LAW of the LOWER-COURTS **ARE** with the LACK of
their [AU]THORITY(sic) of the TAKING of this PETITIONER/FAMILY'S-
LAND/HOUSE/DOMICILE-AND-PERSONAL-[AS]SETS(sic)-BY-FORCE/THREATS-AND-without
the JUST-COMPENSATION-AND-JURISDICTION;-**AS-BUT-FOR-THE**-BREACH/BREAK of their
DUTIES-AND-LAWS,- THE-[RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-
[A]GENTS(sic)-AND-KML-[AT]TORNEYS(sic)-**ARE** with the LACK-of the-

POWER/[AU]THORITY(sic) of the DOING-THIS-TAKING-[A]GAINST(sic)-
PETITIONER/FAMILY with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
-~I.For the LEGAL-ARGUMENTS/[AP]PLICABLE(sic)-LAWS ARE AS FOLLOWS: CLAIM.
-~A.For the JURISDICTION/[AU]THORITY(sic) of this CIRCUIT-COURT: CLAIM.
   -~1.For the,-IN-GENERAL,-the JUDICIAL-POWER of this United-States of the
       America IS with the VESTING within the SUPREME-COURT,-and-within
       [IN]FERIOR(sic)-COURTS-AS-CONGRESS-[OR]DAINS(sic)-AND-[ES]TABLISHES.-
       ~For the,-BOTH,-SUPREME-COURT-AND-[IN]FERIOR(sic)-COURTS,-HOLD-THEIR-
       [OF]FICES(sic) with the GOOD-BEHAVIOR with this PETITION:
       PETITIONER/[AU]THOR(sic).
   -~2.For the JUDICIAL-POWER IS with the [EX]TENTION(sic) with the ALL-
       CASES,-with the LAW-AND-[E]QUITY(sic),-[A]RISING(sic)-[UN]DER(sic)-ITS-
       CONSTITUTION,-THE-LAWS of the United-States,-AND-TREATIES-MADE,-
       [UN]DER(sic)-THEIR-[AU]THORITY(sic),-with the ALL-CASES of the
       [AD]MIRALTY(sic)/MARITIME-JURISDICTION,-WHICH-[IN]CLUDE(sic)-CASES-
       BETWEEN-CITIZENS of the DIFFERENT-STATES-AND-SAME-STATES;-AND BETWEEN A
       STATE,-OR-CITIZEN and FOREIGN-CITIZENS-OR-SUBJECTS with this PETITION:
       PETITIONER/[AU]THOR(sic).
   -~3.For the CIRCUIT-COURTS,-ARE with the POWER with the [IS]SUING(sic)-
       WRITS of the MANDAMUS-AND-PROHIBITION,-AND-ALL-WRITS of the NECESSARY-
       OR-PROPER with the COMPLETE-[E]XERCISE(sic) of their JURISDICTION with
       the PURSUANT of their United-States-Code with the [EX]RAORDINARY(sic)-
       CASES with this PETITION: PETITIONER/[AU]THOR(sic).
   -~4.For the CIRCUIT-COURTS-ARE with the-POWER of the DIRECT-[RE]VIEW(sic)
       of the [AD]MINISTRATIVE(sic)-[AC]TION(sic) with the [PRE]SCRIPION(sic)
       of the GENERAL-LAW with this PETITION: PETITIONER/[AU]THOR(sic).
-~For the THEREFORE, this CIRCUIT-COURT-IS-RIPE with the JURISICTIONAL-
   POWER of the VIEWING-PETITIONER'S-CASE-BEFORE-THE-LOWER-COURTS,-AS with
   the [EX]ISTING(sic)-LACK of the GOOD-BEHAVIOR of those COURTS with the
   ONGOING-BREACHES-AND-VIOLATIONS of the LOWER-COURTS-DUTIES-AND-LAWS with
   their PURPOSE of the [AS]SISTING(sic)-[RE]SPONDENTS: NATIONSTAR-ET-AL-
   AND-[A]GENTS(SIC)-COMMIT-FRAUD/THEFT/ROBBERY of this
   PETITIONER/FAMILY'S-HOUSE/LAND/DOMICLE of the-~24-PLUS-YEARS with the
   BASE-[U]PON(sic)-THESE-[RE]PONDENTS(sic)-LACKING-
   STANDING/[IN]JURY(sic)/JURISDICTION with their ON-GOING-LACK of the
   FILING-[RE]SPONSES(sic)/PROOFS-AND-COURT-[AP]PEARANCES(sic),-WHICH-THE-
   LOWER-COURTS-ARE with the COVERING-UP with the EITHER-
   DESTROYING/HIDING/[IG]NORING(sic)-PETITIONER'S-FILINGS-AND-MAKING-
   [AS]SUMPTIONS(sic) of a NON-[E]XITING(sic)-LIEN with this CLAIM by this
   CLAIMANT/PETITIONER/[AU]THOR(sic).
-~B.For the CONSTITUTIONAL-AND-STATUTORY PROVISIONS ARE with the WHERE-
   COURTS-[RE]CEIVE(sic)-THEIR-[AU]THORITY(sic): CLAIM.
   -~For the FOLLOWING IS with the WHERE-THE-COURTS-[RE]CEIVE(sic) of their
       CONGRESSIONAL-[AU]THORITY(sic)/DUTIES with this CLAIM by this
       CLAIMANT/PETITIONER/[AU]THOR(sic).

**-~1.For in GENERAL: SUPREMACY-CLAUSE IS with the ARTICLE-VI.CLAUSE-~2.1.1.3-AS with the FOLLOWING:**
-~For the CONSTITUTION,-AND-THE-LAWS of the United-States,-<u>ARE</u> with the SHALL-BE-MADE-PURSUANT-THEREOF;-AND,-with the ALL-TREATIES-MADE,-OR-WHICH-SHALL-BE-MADE,-with the UNDER-THE-AUTHORITY-of the United-States,-<u>ARE</u> with the SHALL-BE-THE-SUPREME-LAW of the LAND;-AND with the **JUDGES-in the EVERY-**State-<u>ARE</u> with the **SHALL-BE-BOUND-THEREBY,-**with the **ANY-THING in the CONSTITUTION-OR-LAWS of any STATE of the CONTRARY-<u>ARE</u>** with the NOTWITHSTANDING.

**-~C.Art1.S1.1: OVERVIEW-OF-LEGISLATIVE-VESTING-CLAUSE: ARTICLE-1,- SECTION-1:**
-~:ALL-LEGISLATIVE-POWERS-HEREIN-GRANTED-SHALL-BE-VESTED-IN-A-CONGRESS-OF-THE-United-States,-WHICH-SHALL-CONSIST-OF-A-SENATE-AND-HOUSE-OF-REPRESENTATIVES….SCHOLARS-CONTINUE-TO-DEBATE-WHETHER-THE-FRAMERS-OR-OTHERS-PROHIBIT-CONGRESS-FROM-EMPOWERING-THE-OTHER-BRANCHES-OF-GOVERNMENT-OR-PRIVATE-ENTITIES-TO-GOVERN-PRIVATE-CONDUCT.

**-~D.**ARTICLE-VI: IN-GENERAL:
-~For this CONSTITUTION,-AND-THE-LAWS of the United-States,-<u>ARE</u> with the WHICH-SHALL-BE-MADE-IN-PURSUANCE-THEREOF;-AND-ALL-TREATIES-MADE,-OR-WHICH-SHALL-BE-MADE,-UNDER-THE-AUTHORITY of the United-States,-<u>ARE</u> with the-SHALL-BE-THE-SUPREME-LAW of the LAND;-AND-THE-JUDGES-IN-EVERY-State-<u>ARE</u> with the SHALL-BE-BOUND-THEREBY;-ANY-THING in the CONSTITUTION-OR-LAWS of any State to the CONTRARY-<u>ARE</u> with the NOTWITHSTANDING.

-~For the SENATORS-AND-REPRESENTATIVES-BEFORE-MENTION,-AND-THE-MEMBERS of the SEVERAL-State-LEGISLATURES,-AND-ALL-EXECUTIVE-AND-JUDICIAL-OFFICERS,-BOTH of the United-States-AND of the SEVERAL-States,-<u>ARE</u> with the <u>SHALL-BE-BOUND-BY-OATH-OR-AFFIRMATION,-</u><u>TO-SUPPORT-THIS-CONSTITUTION</u>;-BUT-NO-RELIGIOUS-TEST-<u>ARE</u> with the-SHALL-EVER-BE-REQUIRED as a QUALIFICATION-TO-ANY-OFFICE-OR-PUBLIC-TRUST-UNDER-THE-United-States.

**-~E.-~14TH-AMENDMENT: SECTIONS-~3-&-~4 ARE,-IN-GENERAL,-with the FOLLOWING:**
-~3. For the NO-PERSON-SHALL-BE….WHO-HAVING-PREVIOUSLY-TAKEN-AN-OATH,-AS-A-MEMBER….AS-AN-EXECUTIVE-OR-JUDICIAL-OFFICER of any State,-TO-SUPPORT-THE-CONSTITUTION of the United-States,-<u>ARE</u> with the-SHALL-HAVE-ENGAGED-IN-INSURRECTION-OR-REBELLIION-AGAINST-THE-SAME,-OR-GIVEN-AID-OR-CONFORT-TO-THE-ENEMIES-THEREOF.-~BUT-CONGRESS-**IS** with the MAY-BY-VOTE of the TWO-THIRDS of each HOUSE,-REMOVE-SUCH-DISABILITY.

-~4. For the VALIDITY of the PUBLIC-DEBT of the United-States,-AUTHORIZED-BY-LAW,-INCLUDING-DEBTS-INCURRED-FOR-PAYMENT-OF-PENSIONS-AND-BOUNTIES-FOR-SERVICES-IN-SUPPORTING-INSURRECTION-OR-REBELLION,-<u>ARE</u> with the SHALL-NOT-BE-QUESTIONED.-~For the BUT-NEITHER-THE United States-NOR-ANY State-<u>ARE</u> with the SHALL-ASSUME-OR-PAY-ANY-DEBT-OR-OBLIGATION-INCURRED-IN-AID-OF-INSURRECTION-OR-REBELLION-AGAINST-THE United States,-OR-ANY-CLAIM-FOR-THE-LOSS-OR-EMANCIPATION of any SLAVE;-<u>BUT-ALL-SUCH-DEBTS,-OBLIGATIONS-AND-CLAIMS-</u>**ARE** with the <u>SHALL-BE-HELD-ILLEGAL-AND-VOID</u>.

-~F.<u>For the-~28-U.S.CODE-§-~2072: RULES-OF-PROCEDURE-AND- EVIDENCE;-
POWER-TO-PRESCRIBE.-~For the IN-GENERAL:</u>
-~a.:THE-SUPREME-COURT-<u>ARE</u> with the SHALL-HAVE-THE-POWER with the
<u>PRESCRIBING-GENERAL-RULES</u> of the PRACTICE-AND-PROCEDURE-AND-RULES
of the [E]VIDENCE(sic)-FOR-THE-CASES in the UNITED-STATES-
DISTRICT-COURTS with the <u>INCLUDING-PROCEEDINGS-BEFORE-MAGISTRATE-
JUDGES-THEREOF,-AND-COURTS-OF-APPEALS.</u>
-~b.:SUCH-RULES-<u>ARE</u> with the SHALL-<u>NOT-ABRIDGE,-ENLARGE-OR-MODIFY-
ANY-SUBSTANTIVE-RIGHT</u>.-~ALL-LAWS-IN-CONFLICT with the SUCH-RULES-
ARE with the SHALL-BE of no FURTHER-FORCE-OR-EFFECT-AFTER-SUCH-
RULES-HAVE-TAKEN-EFFECT.
-~c.:SUCH-RULES-MAY-DEFINE-<u>ARE</u>,-WHEN-A-RULING of a DISTRICT-COURT-
IS-FINAL,-for the PURPOSES-OF-APPEAL-UNDER-SECTION-~1291 of this
TITLE.
-~G.<u>CODES of the CONDUCT of the JUDGES/ATTORNEYS: CLAIM.</u>
-~With the <u>Code of Conduct-for-United-States-Judges</u> <u>ARE</u> with the
<u>CANONS</u> with the DUTY of the MAKING-LEGAL-DECISIONS with the BASIS
of the [RE]VIEWING(sic)-DOCUMENTS,-HEARING-[AR]GUMENTS(sic),-
WEIGHING-THE-FACTS-AND-[IS]SUES(sic) with an [IM]PARTIAL(sic)-
RULING,-while the [AS]SURING(sic)-ALL-PARTIES-[IN]VOLVE(sic) of
the BEING-with the TREATMENT of the FAIRNESS,-AND-with the
MAINTAING-PUBLIC-TRUST within the JUSTICE-SYSTEM.-~For the
JUDGE'S-DUTY <u>IS</u> with the BEING-[IN]DEPENDENT(sic),-JUST,-AND-
FAIR.-~For the JUDGE'S-DUTY <u>IS</u> with the DECIDING-EACH-CASE on its
OWN-MERITS with the USING-ONLY-LEGAL-[AU]THORITY(sic) of the
STATUTES/CODES with that <u>ARE</u> with the PASSING-BY-the-CONGRESS-
AND-CONSTITUTIONAL-PROVISIONS.-~For the JUDGE'S-DUTY <u>IS</u> with the
PROHIBITION of the RULING on the BASIS of the WHAT-THEY-BELIEVE
<u>IS</u> with the MAKING-THE-LAW-BETTER-OR-HOW-IT-[AF]FECTS(sic)-
HIM/HER-PERSONALLY-OR-POLITICALLY.
-~H:With the <u>MODEL</u>-AND-<u>STATE-RULES of the PROFESSIONAL-CONDUCT</u> <u>ARE</u>
with the [AT]TORNEYS(sic):
-[AT]TORNEYS(sic) <u>ARE</u> with the DUTY of the CANDOR,-AND-
-[AT]TORNEYS(sic) <u>ARE</u> with the DUTY of the NOT-[AC]TINGS(sic)-AS
A-CLIENT'S-WITNESS of the FACTS.
-[AT]TORNEYS(sic) <u>ARE</u> with the DUTY of the NOT-AILING/AIDING-AND-
[A]BETTING-CLIENTS-with the COMMISSION of a CRIME.
-~I.<u>For in GENERAL: FEDERAL-RULES</u> of the APPELLATE-PROCEDURE: RULE-~21:
WRITS of the MANDAMUS-AND-PROHIBITION,-AND-OTHER-EXTRAORDINARY-
WRITS.
-~a.:MANDAMUS-OR-PROHIBITION-TO-A-COURT: Petition,-Filing,-Service,
-and-Docketing.
-~1.:A-PARTY-PETITIONING-FOR-A-WRIT-OF-MANDAMUS-OR-PROHIBITION-
DIRECTED-TO-A-COURT-<u>IS</u> with the MUST-FILE-A-PETITION with the
CIRCUIT-CLERK-AND-SERVE-IT-ON-ALL-PARTIES-TO-THE-PROCEEDING in the
TRIAL-COURT.-~:THE-PARTY-MUST-ALSO-PROVIDE-A-COPY-TO-THE-TRIAL-
COURT-JUDGE.-~ALL-PARTIES-TO-THE-PROCEEDING in the TRIAL-COURT,-

OTHER-THAN-THE-PETITIONER,-<u>ARE</u>-as the RESPONDENTS-FOR-ALL-
PURPOSES…..

-~c.:OTHER-EXTRA-ORDINARY-WRITS <u>ARE</u> with the: AN-APPLICATION for an
EXTRAORDINARY-WRIT-OTHER-THAN-PROVIDED-FOR-IN-RULE-~21a-MUST-BE-MADE-
BY-FILING-A-PETITION-with the CIRCUIT-CLERK-AND-SERVING-IT-ON-THE-
<u>RESPONDENTS.</u>

-~J.:<u>For the LEGAL-DETERMINATION of the STANDING:</u>
For the STANDING <u>IS</u> with the CAPACITY of a PARTY of the BRINGING-
A-LAWSUIT-IN-COURT,-WHICH-[RE]QUIRES(sic)-SHOWING-A-SUFFICIENT-
CONNECTION-with the HARM of the LAW-OR-ACTION-BEING-with the
CHALLENGE with the NEEDING-AN-[IN]JURY(sic)-IN-FACT of an
[IN]TEREST(sic) of the BEING-CONCRETE-AND-PARTICULARIZE-AND-
ACTUAL-OR-[IM]MINENT(sic): CLAIM[3].

-~II.<u>For the LEGAL-ANALYSIS/ARGUMENT-ARE AS FOLLOWS: CLAIM.</u>

-~1. For the,-IN-GENERAL,-<u>IS</u> with the LACKING of the ANY-LAWS of the
CONGRESS within a COURT'S-GENERAL-RULE of the PROCEDURES with the
PERMITTING-THE-SUPERIOR-COURTS-AND-DISTRICT-COURTS with the DIS-
TROYING(sic)/MIS-FILING/[O]VER(sic)-LOOKING-AND-FAILING of the
COURTS'-[AD]MINISTRATIVE(sic)-PROCESS of a LITIGANT'S-
CLAIMS/PETITIONS with the BEFORE-ANY-JUDGE without the MAKING-of
an-[IM]PARTIAL(sic)-FINDING of the FACTS/CONCLUSION of the LAWS on
the MERITS of the EACH-CASE with this CLAIM by this
CLAIMANT/[AU]THOR(sic).

-~2. For the,-IN-GENERAL,-<u>IS</u> with the LACKING of the ANY-LAWS of the
CONGRESS within a COURT'S-GENERAL-RULES of the PROCEDURES with the
PERMITTING-THE-SUPERIOR-COURTS-AND-DISTRICTS with the
[A]BRIDGING(sic),-[EN]LARGING(sic),-OR-MODIFYING-ANY-SUBSTANTIVE-
RIGHT,-PARTICULARLY with the RIGHT-of the DUE-
PROCESS/NOTICE/CIVIL-RIGHTS/[IN]HERIT(sic)-UN-ALIENABLE-AND-IN-
ALIENABLE-RIGHTS with this CLAIM by this CLAIMANT/[AU]THOR(sic).

-~3. For the,-IN-GENERAL,-<u>IS</u> with the LACKING of the ANY-LAWS of the
CONGRESS within a COURT'S-GENERAL-RULES of the PROCEDURES with the
GIVING-THE-SUPERIOR-COURT-JUDGES-AND-THE-BANKRUPTCY-COURT-JUDGE
within this CASE-THE-[AU]THORITY(sic) of the:

-~a.-with the GRANTING-[RE]LIEF(sic) with a NON-[RE]SPONSIVE(sic)-
[AL]LEDGE-CREDITOR(sic)-AND-THEIR-ATTORNEY with the <u>**FAILING**</u> of
the [AP]PEARING(sic)-AND-FILING-NOTHING-BEFORE-A-COURT of
their [OP]POSITION(sic)-[A]GAINST(sic)-A-CLAIM,-
[OT]HERWISE(sic)-**KNOWN-AS-<u>[RE]SPONDENTS(sic)-LACKING-
STANDING/[IN]JURY(sic)/JURISDICTION;</u>**

-~b.-with the COURT-CHOOSING of the [IN]STEAD(sic) with the VIOLATING-
of the-CLAIMANT'S/PETITIONER'S-LAWS of the [E]QUITY(sic)/DUE-
PROCESS/NOTICE/CODES,-WHICH-[PRO]VIDE(sic)-[PRO]TECTION(sic) of
a CLAIMANT'S-LAND/HOUSE/DOMICILE of the-~24-PLUS-YEARS;

---

[3] Wex-Law.com.

-~c.-with the COURT,-[EI]THER(sic)-DESTROYING/HIDING-THE-CLAIMANT'S-
   FILINGS within a MISCELLANEOUS-CATEGORY-AND-NEVER-
   [PRO]CESSING(sic)-IT;
-~d.-with the [RE]FUSAL(sic) of the [AD]MINISTRATIVE(sic)-COURT-
   PROCESS with the NOT-VIEWING/CONSIDERING-THE-FACTS/MERITS of a
   CASE,-WHILE-COLLECTING-as the CONSIDERATION of the COURT-FEES;
-~e.-AND-with the [OR]DERING(sic) with an UN-LAWFUL/[IL]LEGAL(sic)-
   TAKING-of the CLAIMANT'S-LAND/HOUSE/DOMICILE-AND-GIVING-IT-
   with the [AL]LEDGE(sic)-CREDITOR without there
   [E]XISTING(sic)-ANY-LEIN;-AND,
-~f.-with the VIOLATING of the CLAIMANT'S-DUE-PROCESS/NOTICE/CIVIL-
   RIGHTS/[IN]HERIT(sic)-UN-ALIENABLE(sic)-AND-IN-ALIENABLE(sic)
   -RIGHTS without the JUST-COMPENSATION;
-~g.-with the THE-[DIS]-MISSING(sic)-of a-CLAIMANT/PETITIONER'S-
   BANKRUPTCY-CASE with the [RE]FUSAL(sic) of the COMPLETING-A-
   FORM-WHICH-[RE]QUIRES(sic)-GIVING-UP-ALL-HIS/HER-RIGHTS-AT-
   THE-WHIM of a COURT-TRUSTEE,-[IN]CLUDING(sic)-DUE-PROCESS-
   NOTICE as it READS within the FORM-#-~106;
-~h.-with the BANKRUPTCY-COURT-AND-TRUSTEE with the MIS-
   [AP]PROPRIATING(sic)-A-CLAIMANT/PETITIONER'S-[AU]THENTIC(sic)
   -BIRTH-CERTIFICATE-BOND-AND-CUSIP-NUMBER;
-~i.-with the BANKRUTPCY-COURT-with the RIGHT of the
   [DE]VIATING(sic)-A-CLAIMANT/PETITIONER'S-CASE-AND-MIS-USE-of
   his-FILINGS-FEES with the PURPOSE of the PREVENTING-HIS-
   GOING with a HIGHER-COURT-SEEKING-with the
   REMEDY/PROTECTION;-~with this CLAIM by this
   CLAIMANT/PETITIONER/[AU]THOR(sic).
-~4.For the PETITIONER/FAMILY/PETS of the DIRE-HOMELESSNESS-SITUATION-
   **ARE** with the DIRECT-CAUSE of the [UN]LAWFUL(sic)/[IL]LEGAL(sic)
   TAKING of this PETITIONER'S-LAND/HOUSE/DOMICLE with this CLAIM by
   this CLAIMANT-PETITIONER/[AU]THOR(sic).
-~5.For the LOWER-COURTS/[RE]SPONDENTS(sic) **ARE** with the HAVING-COPIES of
   the FORENSIC-[EV]IDENCES(sic);-AND with these [IS]SUES(sic)-**ARE**-BEING
   with the PRESENT/CONTROL within the FEDERAL-DISTRICT-COURTS-PENDING-
   HEARINGS with this PETITIONER-LACKING-CONFIDENCE of their LEGAL-
   VIOLATIONS-THUS-FAR: CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).
-~6.For the,-IN-SUMMARY,-WITHIN-THIS-PETITIONER'S-FACTS-AND-FORENSIC-
   [E]VIDENCES(sic)-**ARE** with the [DE]MONSTRATING(sic) of the <u>LACK of the
   GOOD-BEHAVIOR of the LOWER-COURTS,-LACK of the PERFORMING-THEIR-DUTIES
   within the PRESCRIPTION of the CODES with the POINT of the CRIMINALITY</u>
   with their PURPOSE of the [AS]SISTING(sic)-A-MORTGAGE-COMPANY,-WHO-LACKS-
   A-LIEN/STANDING/[IN]JURY(sic)/JURISDICTION with the FAILING of the
   [RE]SPONDING(sic)/FILING-[OP]POSITION(sic)-[AF]FIDAVITS(sic)-AND-
   [AP]PEARING(sic)-BEFORE-THE-COURTS with the LOWER-COURTS-
   DESTROYING/HIDING-PETITIONER'S-FILINGS-AND/OR-BY-PASSING-STATE-AND-
   FEDERAL-COURT-PROCEDURES-AND-CODE of the ETHICS with their [EF]FORT(sic)
   of the STEALING-PETITIONER/FAMILY'S-HOUSE/LAND/DOMICILE of the-~24-PLUS-
   YEARS,-PARTICULARLY with the MIS-USE of the COLOR of their LAWS,-which

now [RE]QUIRES(sic) of these [EX]TRAORDINARY(sic)-WRITS with the
PROTECTION/[RE]STORATION(sic):CLAIM:CLAIMANT/PETITIONER/[AU]THORITY(sic).
-~7.With the COMMENCING of the PAST with the PRESENT-ARE-AS-FOLLOWINGS:
CLAIM.
-~:I.:CLAIMS-[A]GAINST(sic)-THE-SUPERIOR-COURT of the BURLINGTON-
COUNTY/SHERIFF-DEPARTMENT ARE with the FOLLOWING: CLAIMS.
-~A.With the [RE]CENT(sic)-DISCOVERY of the BURLINGTON-COUNTY-SUPERIOR-
COURT,-A-COURT-of the [E]QUITY(sic)-AND-CHANCERY/SHERIFF-DEPARTMENT
with their [DES]TROYING(sic)/HIDING of this PETITIONER'S/FAMILY-
FILINGS with the [UN]DER(sic)-SPECIAL-[AP]PEARANCE(sic) with the
DATES: MARCH-APRIL-2023,-with the SHOWING-NO-LIEN-[EX]ISTS(sic)-AND-
[RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-KML-
[AT]TORNEYS(sic)-with their FAILING of their [RE]SPONSIVE(sic)-
PLEADINGS/[AF]FIDAVITS(sic) ARE with this SUPERIOR-COURT-AND-THE-
SHERIFF'S-DEPARTMENT-[PRO]CEEDING(sic) with the
FORECLOSURE/SHERIFF'S-SALE-PROCESS with the [UN]DER(sic)-FALSE-
[PRE]TENSES(sic)-AND-FALSE-DOCUMENTS with the USE of their COLOR of
the LAWS,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE-NOR-DOES-IT-
FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES: BINDER-#-~1,-SUB.-#-~24-&-~25: eCOURT-
JUDICIARY-AND-with the CHIEF-FINANCIAL-[OF]FICER'S(sic)-
NOVEMBER-~13,-~2024-COPY-of this PETITIONER/FAMILY'S-
MARCH/APRIL-2023-FILINGS: CLAIM.
-~B.With the SUPERIOR-COURT with this DATE-ARE with the LACKING:
PERSONAM-JURISDICTION of this PETITIONER/FAMILY with the
[ES]TABLISHING(sic) with the MARCH/APRIL-2023-FILINGS with the
SPECIAL-[AP]PEARANCES(sic)-AND with the [RE]SPONDENTS(sic)-LACK-
STANDING/[IN]JURY(sic)-AND-CASE-MANDATES-[DIS]MISSAL(sic),-BUT-THE-
COURT-FAILS WITH THE DOING,-WHICH-FAILS with the GOOD-BEHAVIOR-
DOCTRINE NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by
this CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES(sic): BINDER-#-~1:-SUB.-~26-A-through-N:
CONDITIONAL-[AC]CEPTANCE(sic)-CONTRACTS/DIS-HONORS(sic)-AND-
SUB.-~27-&-~28: JANUARY-~24,-&-~2024,-QUANTUM-GRANTOR'S-DEED-AND-
QUANTUM-DEED of the [RE]CONVEYANCE(sic): CLAIM.
-~C.With the SUPERIOR-COURT-'TIL this CURRENT-DATE,-ARE with the
LACKING: SUBJECT-MATTER-JURISDICTION of this PETITIONER/FAMILY'S-
LAND/HOUSE/DOMICILE-with the FORENSIC-[E]VIDENCES:-~BINDERS:-~3-&-
~4,-with this LAND/HOUSE/DOMICILE-with the BEING-UN-
[RE]GISTERING(sic) with the NEW-JERSEY-STATE with the
GOVERNOR/SECRETARY of the STATE/AG-[RE]CEIVING(sic)-NOTICE in the
2023,-without the [OB]JECTIONS(sic);-AND with the HOUSE-TAX-NUMBER-
[RE]MOVAL(sic)-AND-MAILBOX-[RE]MOVAL(sic) off the
LAND/HOUSE/DOMICILE-SINCE-2023,-with the SEVERAL-Unity-State-TITLE-
~4-COMPLIANCE-PEACE-FLAGS-[A]ROUND(sic)-THE-LAND/HOUSE/DOMICILE,-AND
with the [IS]SUE(sic) of the LACK of the STANDING/[IN]JURY(SIC)-

SHOWS-LACK of the JURISDICTION,-WHICH-FAILS with the GOOD-BEHAVIOR-
DOCTRINE NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM:
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~D.With the LAND/HOUSE/DOMICILE of the SUPERIOR-COURT-AND-
[RE]SPONDENTS(sic)-CLAIM <u>ARE</u> of a <u>NON-[EX]ISTING(sic)-TAX-NUMBER-
AND-NON-LEGAL-DESCRIPTION</u> with a <u>FICTION-WRITING/COMMUNICATION
within their FICTICIOUS-ADVERB-VERB-ADJECTIVE-PRONOUN-NON-FACTUAL-
DOCUMENTS-MAKING-THE-DOCUMENTS-NON-BINDING-BECAUSE-IT-CONVEYS-
NOTHING,-WHICH-FAILS</u> with the GOOD-BEHAVIOR-DOCTRINE-NOR-DOES-IT-
FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~FORENSIC-[E]VIDENCES(sic): BINDER-#-~2:SUB.-~30-~45-DOCUMENTS
with the SYNTAXING with the CORRECT-SENTENCE-STRUCTURE-PARSE-
SYNTAX-GRAMMAR-PERFORMANCE-AND-WHAT-MISTAKES-<u>ARE</u> with the
[RE]VEAL(sic),-A-MATTER with a DIFFERENT-[AD]MISTRATIVE(sic)-
HEARING-AND-MERELY-SHOWING-WHAT-[EX]ISTS(sic)-BEFORE-THE-COURTS:
CLAIM.

-~E. With the ON/BY-THE-MARCH-~6,-~2024,-[RE]SPONDENTS(sic): BURLINGTON-
COUNTY-SUPERIOR-COURT/SHERIFF-DEPARTMENT/KML-
[AT]TORNEY(sic)/NATIONSTAR-ET-AL-AND-[A]GENTS(sic) <u>ARE</u> with their
<u>HAVING-NOTICE</u> of the <u>HOUSE/LAND/DOMICILE-MATTER-BEING-BEFORE-THE-
DISTRICT-BANKRUPTCY-COURT</u>-with this-<u>FEDERAL-COURT-HAVING-
JURISDICTION</u>,-BUT-<u>CHOOSE</u> with the <u>[IG]NORING(sic)-THIS-MATERIAL-
FACT-AND-SEEK with the VIOLATING-THESE-LAWS</u>,-WHICH-FAILS with the
GOOD-BEHAVIOR-DOCTRINE NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS with
this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~FORENSIC-[E]VIDENCES(sic): BINDER-~5,-~6-&-~7: BANKRUPTCY-
COURT'S-NOTICE-AND-THE-SHERIFF'S-DEPARTMENT-COPY with their
STAMP-RECEIPT: CLAIM.
-~FORENSIC-[E]VIDENCES: BINDER:-~5:-SUB.-~11:-~4/-~17/-~24-COURT-
TRANSCRIPT.-PP.-~1-~11-AND-~1-~33: CLAIM.

-~F. With the ON/BY-MARCH-~21,-~2024,-[RE]SPONDENTS(sic): BURLINGTON-COUNTY-
SUPERIOR-COURT/SHERIFF-DEPARTMENT/KML-[AT]TORNEY(sic)/NATIONSTAR-ET-
AL-AND-[A]GENTS(sic) with their KNOWLEDGE of the <u>LACK of the HAVING-
THE-MANDATORY-FEDERAL-BANKRUPTCY-COURT-ORDER-CONFIRMING-THE-STATUS of
the [AU]TOMATIC(sic)-STAY on/by the MARCH-~21,-~2024</u>-<u>ARE</u> with the
[AC]CEPTING(sic)-[RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-
AND-KML-[AT]TORNEYS'(sic)-<u>MIS-[RE]PRESENTATIONS(sic) of the IT-IS-OKAY</u>
with the PROCEEDING with the [IN]TENTIONAL(sic)-FEDERAL-CODE-
VIOLATIONS-AND-HAVE-THE-SHERIFF-SALE with the [RE]SPONDENTS:
NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-BEING-THE-BIDDER of their OWN-
FRAUDULENT-PAYOFF-STATEMENT,-without the GIVING-THE-FEDERAL-
BANKRUPTCY-COURT/TRUSTEE/PETITIONER'S-with the-DUE-PROCESS/NOTICE of
their <u>[IN]TENT(sic)</u> of the [U]SURPING(sic)-THE-FEDERAL-COURT'S-
JURISDICTION/[AU]THORITY(sic) of the MAKING-ITS- FINDING of the
FACTS/CONCLUSION of the LAW on the MERITS of this CASE in the
[RE]GARD(sic) of this [AS]SET(sic)-AND-[A]BILITY(sic) of the
CONSULTING with the COURT'S-TRUSTEE,-WHO-IS-MANAGING-THIS-CHAPTER-~13-

CASE,-with the VOIDANCE of the <u>VIOLATING-PETITIONER/FAMILY'S-</u>
<u>[IN]HERIT(sic)-UN-ALIENABLE(sic)/IN-ALIENABLE(sic)-RIGHTS</u>,-WHICH-FAILS
with the GOOD-BEHAVIOR-DOCTRINE NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS
with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
    -~FORENSIC-[E]VIDENCES: BINDER:-~5:-SUB.-~26:-~4/-~17/-~24-
    COURT-TRANSCRIPT-PP.-~1-~11: CLAIM.
    -~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~26,-A: <u>MOTION-</u>
    <u>FOR-CONFIRMING-AUTOMATIC-STAY-IS-NOT-IN-EFFECT</u>-AND-SUB.-
    ~26,-B: <u>NOTICE-OF-OBJECTIONS-TO-YOUR</u>-CLAIM.
    -~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~26,-C BANKRUPTCY-
    CODE-MANDATORY-[RE]QUIREMENT(sic)-FORMS: CLAIM.
-~II.<u>:CLAIMS-[A]GAINST(sic)-THE-DISTRICT-COURTS ARE with these CLAIMS.</u>
 -~A.With the DISTRICT-BANKRUPTCY-COURT-with the APRIL-~17,-~2024,
   -~MAY-~15,-~2024,-AND-AUGUST-~27,-~2024-HEARINGS <u>ARE</u> with the
   FOLLOWING: HAVING-THE-PETITIONER'S-FORENSIC-[E]VIDENCES(sic)-BEFORE-
   IT,-AND,
 -~B.With the <u>COURT'S-KNOWLEDGE-AND-[AC]CEPTANCE(sic)</u>-THAT-
   [RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-THEIR
   [AT]TORNEY(sic)-<u>ARE</u> with their FAILURE-of the [AP]PEARING(sic)-BEFORE-
   THE-BANKRUPTCY-COURT-at the EACH-HEARING,-WHICH-FAILS with the GOOD-
   BEHAVIOR-DOCTRINE-NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS with this
   CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
   -~FORENSIC-[E]VIDENCES: BINDER-~2:SUB.-~29:-BANKRUPTCY-COURT-PACER-
    CASE-FILE/CALENDAR: CLAIM.
-~C.With the <u>COURT'S-KNOWLEDGE-AND-[AC]CEPTANCE(sic)</u>-THAT-[RE]SPONDENTS(sic):
   NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-THEIR-[AT]TORNEY(sic)-<u>ARE</u> with
   the FILING-NOTHING-before this COURT of the CONTESTING/[OB]JECTING(sic)
   of the PETITIONER'S-CLAIMS-THAT-NO-LIEN-[EX]ISTS(sic)-AND-LAND-BELONGS
   with a BONIFY-PURCHASER-with the GOLD-COMMODITY as of JANUARY-~24,-
   ~2024,-WHICH-THIS-COURT-CONTINUOUSLY-[IG]NORS(sic)-THESE-MATERIAL-
   FACTS,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE-NOR-DOES-IT-FOLLOW-
   ITS-PROCEDURAL-LAWS with this CLAIM by this
   CLAIMANT/PETITIONER/[AU]THOR(sic);
     -~FORENSIC-[E]VIDENCES: BINDER-~2:SUB.-~29: BANKRUPTCY-
     COURT-PACER-CASE-FILE/CALENDAR: CLAIM.
     -~FORENSIC-[E]VIDENCES: BINDER:-~5:-SUB.-~11:-~4/-~17/-~24-
     COURT-TRANSCRIPT-PP.-~1-~33: CLAIM.
     -~FORENSIC-[E]VIDENCES: BINDER:-~5:-SUB.-~20:-~5/-~15/-~24-
     COURT-TRANSCRIPT-PP.-~1-~19: CLAIM.
     -~FORENSIC-[E]VIDENCES: BINDER:-~2:-SUB.-~12:-~8/-~27/-~24-
     COURT-TRANSCRIPT-PP.-~1-~19: CLAIM.
 -~D.With the <u>COURT'S-KNOWLEDGE-AND-[AC]CEPTANCE(sic)</u>-THAT-
   [RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-<u>ARE</u> with the
   SENDING-A-KML-[AT]TORNEY(sic),-WHILE-[RE]PRESENTING(sic)-A-THIRD-
   [UN]KNOWN(sic),-with the CONVEYING-A-MESSAGE-AS-A-WITNESS without the
   PERSONAL-KNOWLEDGE,-THAT-NATIONSTAR-IS-THE-SUCCESSFUL-BIDDER of the
   PETITIONER/FAMILY'S of the LAND/HOUSE/DOMICILE of the-~24-PLUS-YEARS,-

27

ON/BY-MARCH-~21-~2024,-with their VIOLATING-FEDERAL-LAWS,-while-
[U]SURPING(sic)-THIS-FEDERAL-COURT-JUDGE'S/TRUSTEE'S-ROLES-AND-
JURISDICTION-AND-VIOLATING: DUE-PROCESS/NOTICE/STANDING/FEDERAL-RULES
of the CIVIL-PROCEEDURES/CODE of the ETHICS,-as an [AT]TORNEY(sic)-
CANNOT-ACT-AS-A-WITNESS-AND-with the AILING-IN-A-FRAUD/THEFT-AND-
LACKING-CANDOR-with the KNOWLEDGE-NO-LIEN-[E]XISTS(sic),-WHICH-FAILS
with the GOOD-BEHAVIOR-DOCTRINE-NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS
with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic);

    -~FORENSIC-[E]VIDENCES: BINDER-~2:SUB.-
    ~32:[AT]TORNEY(sic): DENISE-CARLON'S-[EN]TRY(sic) of the
    [AP]PEARANCE(sic),-WHICH-[AP]PEARS(sic)-SHE-IS-
    CONFLICTING-CLIENTS: CLAIM.
    -~FORENSIC-[E]VIDENCES: BINDER:-~5:-SUB.-~11: -~4/-~17/-
    ~24-COURT-TRANSCRIPT-PP.-~1-~11: CLAIM.

-~E.With the **COURT'S-KNOWLEDGE-AND-[AC]CEPTANCE(sic)**-at-the APRIL-~17,
  -~2024-HEARING,-AS-SET-FORTH within her COURT-ORDER/DECISION of the
  APRIL-~25-~2024-that the:
-~1.[RE]SPONDENTS(sic): SUPERIOR-COURT/SHERIFFS/KML-
  [AT]TORNEY(sic)/NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-HAVE-THIS,
-~2.FEDERAL-COURT-**JUDGE'S-[AP]PROVAL(sic)** of the **DELEGATING-HER-
  ROLE/JURISDICTION-AS-WELL of the THE-COURT'S-TRUSTEE**,-WHO-MANAGES-
  PETITIONER'S-CHAPTER-~13-CASE of the BANKRUPTCY-COURT-
  JUDGE'S/[AU]THORITY(sic) of her-DECISION-MAKING-PROCESS-ON/BY-MARCH-
  ~21,-~2024;
-~3.-at the HANDS of these [RE]SPONDENTS(sic),-HAVING-ONLY-STATE-
  JURISDICTION;
-~4.-WHO-MAKE-THEIR-PARTIAL-[U]NILATERAL(sic)-DECISION,-with the
  [RE]SPONDENTS'-LACK of the FILING-ANYTHING-BEFORE-THIS-BANKRUPTCY-
  COURT-AND-FAILS of the COURT-[AP]PEARANCES(sic);
-~5.-with the [RE]SPONDENTS'LACK-of the DUE-PROCESS/NOTICES with the
  **VOIDANCE** of the [IN]TERFERING(sic) with a FEDERAL-CASE-AND-MEANT with
  the **VOIDANCE** of the VIOLATING-PETITIONER'S-CIVIL-
  RIGHTS/[IN]HERIT(sic)-UN-ALIENABLE(sic)/IN-ALEINABLE(sic)
  -AND-[E]QUITY(sic);
-~6.-with this JUDGE'S-CLAIM of that PETITIONER/FAMILY'S-FORENSIC-
  [E]VIDENCES(sic) with the SHOWING-NO-LIEN-[E]XISTS(sic)-with the
  [RE]MARKS(sic) of the NOT-WORTH-VIEWING-PETITIONER'S-SOVEREIGN-
  CITIZEN-DOCUMENTS;
-~7.with the JUDGE'S-KNOWLEDGE of the MANDATORY-COURT-ORDER-CONFIRMING-A-
  STAY-IS-NOT-IN-[E]FFECT(sic)-PURSUANT with the BANKRUTPCY-CODE of the
  [AU]TOMATIC(sic)-STAY-PROVISIONS;-**ARE,**
-~8. With the DIRECT-CAUSE of this PETITIONER/FAMILY with the
  [EX]PERIENCING(sic)-THIS-FRAUD/THEFT/ROBBERY of his
  HOUSE/LAND/DOMICILE-AND-~99% of his [AS]SETS(sic);-AND-
-~9. With this JUDGE'S-LOSS of her [IM]MUNITY(sic)-AND-POSSIBLY-PENSION-
  AND-SALARY with the-~14-AMENDMENT-SECTION-~3-&-~4-PROVISIONS,-WHICH-
  DEMONSTRATES the FAILURE with the GOOD-BEHAVIOR-DOCTRINE-NOR-DOES-IT-

FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).
  -~FORENSIC-[E]VIDENCES: BINDER-~2: SUB.-~33:-~4.-~25,-~2024
  COURT-DECISION/[OR]DER(sic).
-~F.With the **COURT'S-KNOWLEDGE** of the PETITIONER'S-SEEKING-AN-ARTICLE-
  III-COURT with an [AP]PEAL(sic) **ARE** with this BANKRUTPCY-COURT-JUDGE-
  DENYING-A-STAY-PENDING-[AP]PEAL(sic)-AND-DENYING-DIRECT-[AP]PEAL(sic)
  of the THIRD-CIRCUIT-AND-THEN-MIS-DIRECTING-PETITIONER'S-$605.00-
  FILING-FEES-MEANT with the THIRD-CIRCUIT-[AP]PEAL(sic),-WHICH-
  DEMONSTRATES the FAILURE with the GOOD-FAITH-AND-GOOD-BEHAVIOR-
  DOCTRINE-NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by
  this CLAIMANT/PETITIONER/[AU]THOR(sic).
    -~FORENSIC-[E]VIDENCES: BINDER-~2:-SUB.-~35:-~5.-~16,-~2024-COURT-
    DECISION/[OR]DER(sic): DENIAL of the STAY-PENDING-[AP]PEAL(sic)-
    AND-SUB.-~36: DENIAL of the DIRECT-APPEAL with the THIRD-CIRCUIT:
    CLAIM.
    -~FORENSIC-[E]VIDENCES: BINDER: 5:-SUB:-~13-~16: PROOF of the
    PETITIONER'S-APRIL-~19,-~2024,-NOTICE of the [AP]PEAL(sic)-FILING
    with the PAYMENT of the $605.00 with the BANKRUPTCY-COURT: CLAIM.
    -~FORENSIC-[E]VIDENCES: BINDER: 5:-SUB:-~21: BANKRUPTCY-COURT-
    CERTIFICATE of the SERVICE-SENDING-PETITIONER'S-CASE with the
    DISTRICT-COURT of their [AP]PEAL(sic)-BASICALLY-AN-
    [IN]TERMEDIARY(sic)-AND-JUDGE-GRAVELLE'S-SUPERVISOR: CLAIM.
-~G. **With the** **MAY-~2024**,-with the COURT'S-KNOWLEDGE-AND-[AC]CEPTANCE(sic)-
  with the THIS-COURT/TRUSTEE/[RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-
  [A]GENTS(sic)-**ARE** with the [AC]CEPTANCE(sic),-_without any_
  _[OB]JECTIONS(sic)_ of the _NON-[EX]ISTING(sic)-of a LIEN-[A]GAINST(sic)-_
  PETITIONER'S-LAND/HOUSE/DOMICILE **ARE** with the [RE]SPONDENTS(sic)-
  FAILING of the [OB]JECTING(sic)/FILING-ANY-[OB]JECTIONS(sic) of a
  CLAIM-FORM/of the [PRO]DUCING(sic)-ANY-DOCUMENTS with the CONTRARY-AND
  with their-TACIT-[A]GREEMENTS(sic) of the PETITIONER'S-BANKRUPCY-
  SCHEDULES: A/B,-D,-H,-J,-106-DECLARATION of the SCHEDULES,-AND-107
  with the [AF]FIRMATIONS(sic) of the ZERO-LIEN-[EX]ISTS(sic) with the
  [A]GAINST(sic) PETITIONER'S-LAND/HOUSE/DOMICILE,-AND with this-COURT-
  FAILING with the [IN]CLUDING(sic)-THIS-MATERIAL-FACT within-her-
  DECISION-MAKING,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE-NOR-DOES-
  IT-FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by this
  CLAIMANT/PETITIONER/[AU]THOR(sic);
    -~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~25: PETITIONER'S-
    SCHEDULES: CLAIM.
-~H. With this PETITIONER-COMPLETION with the COMPLETING of the
  BANKRPUPTCY-PROCESS-AND-CERTIFICATIONS with the [EX]CEPTION(sic) of
  a FORM-#-~106,-with the READING that this PETITIONER-MUST-
  [RE]LINGUISH(sic)-ALL-HIS-RIGHTS with the [IN]CLUDING(sic)-HIS-DUE-
  PROCESS-NOTICE with the BEING-TOTALLY-[UN]CONSTITUTIONAL(sic) **ARE**
  with the VIOLATING-A-JUDGE'S-AND-TRUSTEE'S-OATH of their
  [OF]FICES(sic),-WHICH-THIS-COURT-[RE]FUSES(sic) of the NEGOTIATING-
  AND-THREATENS-AND-DOES,-with her DISMISSAL of this PETITIONER'S-CASE

without their COMPLETING-THE-COURT'S-PUBLIC-SERVANT-PROCESS,-WHICH-
PETITIONER-PAYS-FOR,-**WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE-
NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS: CLAIM by this**
**CLAIMANT/PETITIONER/[AU]THOR(sic);**

-~I. With this.-__JUNE-~6,-~2024__,-JUDGE-GRAVELLE-__IS__ with the
[UN]ILATERALLY(sic)-CHOOSING of the [DIS]MISSING(sic)-PETITIONER'S-
BANKRUTPCY-CASE on the BASIS of this PETITIONER-[RE]FUSAL(sic) of
the GIVING-UP-HIS-RIGHTS-BY-SIGNING-FORM-~106,-with the COURT'S-
FAILURE of the [RE]FUNDING-$-~307.00-AND-BIRTH-CERTIFICATE-BOND-AND-
CUSIP-NUMBER,-**WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE-NOR-DOES-
IT-FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by this**
**CLAIMANT/PETITIONER/[AU]THOR(sic);**

> -~FORENSIC-[E]VIDENCES(sic): BINDER-2:-SUB.-~37: COURT'S-ORDER
> without-the LEGAL-REASONING: CLAIM.
> -~FORENSIC-[E]VIDENCES(sic): BINDER-5:-SUB.-~17-&-~18: COURT'S-
> FORMS: -~113-&-106: CLAIM.
> -~FORENSIC-[E]VIDENCES: BINDER:-~5:-SUB.-~20: -~5/-~15/-~24
> COURT-TRANSCRIPT-PP.-~1-~19: CLAIM.

-~J. With the __AUGUST-~22,-~2024__-AND-__AUGUST-~27,-~2024__ with the
PETITIONER-FILING-AN-[E]MERGENT(sic)/MOTION with the BANKRUPTCY-COURT
with the FRCP-#-~60 with the SEEKING-A-[RE]FUND(sic) of the MISSING-#-
~307.00-AND-[AU]THENTIC(sic)-BIRTH-CERTIFICATE-BOND with the
[RE]CONSIDER(sic)-AND-VOID-ITS-ORDER of the [AU]TOMATIC(sic)-STAY-AND-
[PRO]VIDE(sic)-[IN]JUNCTION(sic)-[RE]LIEF(sic) with the MAKING-A-
FINDING of the FACTS-AND-CONCLUSION of the LAWS with the NEW-
DISCOVERY-CONCERNING-THE-SUPERIOR-COURT-AND-ALL-FORENSIC-
[E]VIDENCES(sic) __ARE__ with this PETITIONER-PAYING-$-~235.00-AS-
CONSIDERATION,-with this COURT-TURNING-THE-[IS]SUE(sic) [A]BOUT(sic)-
WHETHER-OR-NOT-OPENING-THIS-CASE,-with the COURT-CHOOSING with the
NOT-PERFORMING-HER-DUTY with the CONTRARY of the JUDICIAL-CANONS-AND-
OATH of the [OF]FICE(sic)-AND-KEEPING-THE-$235.00-WINFALL,-WHICH-**FAILS
with the GOOD-BEHAVIOR-DOCTRINE-NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS
with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).**

> -~FORENSIC-[E]VIDENCES(sic): BINDER-2:-SUB.-~1-~8: PETITIONER'S-
> AUGUST-~22,-~2024,-[E]MERGENT(sic)-MOTION: CLAIM.
> -~FORENSIC-[E]VIDENCES(sic): BINDER-2:-SUB.-~13-COURT'S-[OR]DER(sic)
> without a LEGAL-REASONING: CLAIM.
> -~FORENSIC-[E]VIDENCES(sic): BINDER-2:-SUB.-~12: COURT-TRANSCRIPT
> with this COURT-CLAIMING-ITS-AN-ARTICLE-I-COURT,-[IM]PLYING(sic)-
> SHE-DOES-NOT-HAVE-THIS-DUTY-AS-A-JUDGE,-with the CONTRARY of the
> JUDICIAL-CANONS-AND-OATH of the [OF]FICE(sic): **CLAIM.**

-~K. With the __AUGUST-~22,-~2024__,-with the PETITIONER __IS__ with the GIVING-
DISTRICT-COURT of the [AP]PEAL(sic)-A-COPY of the BANKRUPTCY-COURT-
MOTION-AND-LETTER with the QUEST of the SEEKING-[EX]TENTION(sic) of the
TIME with the FILING-LEGAL-BRIEFS,-with their GRANTING-'TIL-OCTOBER-2024-
AND-with the [AN]OTHER(sic)-MOTION-CURRENTLY-PENDING-SEEKING-AN-
[EX]TENTION(sic)-with the [UN]DER(sic)-THESE-CIRCUMSTANCES with the ALL-

of the DISTRICT-BANKRUPTCY-COURT-TAKING NINETY-NINE-PERCENTS of the
PERSONAL-[AS]SETS(sic) **ARE** with the PETITIONER/FAMILY-LIVING within a
HOTEL with the BARE-MINIMUM-TRYING with the PREPARING-THIS-PETITION of
the WRITS,-WHICH-**FAILS with the GOOD-BEHAVIOR-DOCTRINE**-NOR-DOES-IT-
FOLLOW-ITS-PROCEDURAL-LAWS **with this CLAIM by this** by the
CLAIMANT/PETITIONER/[AU]THOR(sic).

   -~FORENSIC-[E]VIDENCES: BINDER-~2:-SUB.-~22,-[RE]CEIPTS with the
     SPENDING-[AP]PROXIMATELY(sic)-~8,000.00-CURRENTLY with the
     DAMAGES: CLAIM.

-~P. With the BANKRUTPCY-COURT-NOW-HAVING-ANOTHER-MOTION of this MATTER-
BEFORE-IT with the FRCP-#-~60/[RE]CONSIDERATION(sic) with the
SCHEDULE of the NOVEMBER-~6,-~2024-AND with the DISTRICT-COURT of
the [AP]PEAL(sic)-HAVING-TWO-MOTIONS-BEFORE-IT,-ONE SEEKING-AN-
[EX]TENTION(sic) of the TIME-AND-[A]NOTHER(sic)-SEEKING-A-STAY-
PENDING-THESE-WRITS,-with the [RE]SPONDENTS(sic):LOWER-COURTS-AND-
[RE]MAINING(sic)-PARTIES-FEELING-CONFIDENT of their VIOLATING-THEIR-
OATHS of the [OF]FICES(sic)/BREACHES/BREAKING-LAWS,-WHICH-**FAILS with
the GOOD-BEHAVIOR-DOCTRINE**-NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS
**with this CLAIM**: CLAIMANT/PETITIONER/[AU]THOR(sic).

-~:**CONCLUSION: CLAIM.**

-~**1.**For the WITH-THE-KEEPING-IN-MIND of the FACT-that-[RE]SPONDENTS:
NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-LACK-POWER/[AU]THORITY(sic) with
the LEGALLY-TAKING-of this-PETITIONER'S-HOUSE/LAND/DOMICILE-AND-~99%
of the [AS]SETS(sic)-**BUT-FOR**-THE-TRENTON-DISTRICT-COURT-JUDGE:
CHRISTINE-GRAVELLE-AND-BURLINGTON-COUNTY-SUPERIOR-COURT-JUDGES:
FIAMINGO-AND-COVERT/SHERIFF-DEPARTMENT: LEAD-[OF]FICER(sic)-JAMES-H.-
KOSTOPLIS-AND-with the MIS-[RE]PRESENTATIONS(sic) of the KML-
[AT]TORNEYS(sic): DENISE-CARLON-,-ET-AL,-AND-THEIR-MINISTERIAL-of
their DUTY-VIOLATIONS,-[A]MONG(sic)-[O]THER(sic)-SIGNIFICANT-
VIOLATIONS with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~**2.**For the SUPERIOR-COURT,-BEING-A-COURT of the-[E]QUITY(sic)-AND-
CHANCERY-HAS-KNOWLEDGE-of the PETITIONER/FAMILY-[EN]FORCEABLE(sic)-
CONTRACTS: AUGUST-~25,-~2022-CONDITIONAL-ACCEPTANCE with the BEING-
CORPORATE with the SEPTEMBER-~30,-~2022-CONDITIONAL-ACCEPTANCE-AND-
with the BEING-CORPORATE with the MARCH-~22-&-30TH,-~2023-
CONDITIONAL-ACCEPTANCE-TERMS-AND-CONDITIONERS-with the READ,-  IN-
PART,-AS-FOLLOWINGS: CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).

  -~FORENSIC-[E]VIDENCES:BINDER-~1,-SUB.-~26:-A-THROUGH-N: CLAIM.
  -~FORENSIC-[E]VIDENCES: BINDER-#-~1:SUB.-~26-A:-AUGUST-~25,-
  ~2022 CONDITIONAL-[AC]CEPTANCE(sic): PP.-~18-~20:-PG.19-~20,
  -PARAGRAPH-~3:

   -~For further, in order to facilitate our rights under this
   Conditional Acceptance and Security Agreement the Trustees and
   agents agree that I have your Power of Authority/Attorney to
   file anything to bring about payment of this unlawful
   rejection and protect me, my property and my rights and that
   you have no right of action or recourse in any action at law,

action in equity or Admiralty or any other law herein written
or implied against me or my filings.
-~FORENSIC-[E]VIDENCES: BINDER-#-~1:SUB.-~26-A:-AUGUST-~25,-~2022-
CONDITIONAL-[AC]CEPTANCE(sic): PP.-~18-~20:-PG.-~20,-PARAGRAPH-~6:
-~For further, please note that any attempts to delay without
just cause, not approved by me, will result in legal action
and charges being filed for the federal crimes of Trust Fraud
and all other violations of Federal and State law which apply.
-~FORENSIC-[E]VIDENCES: BINDER-#-~1:SUB.-~26-A:-<u>AUGUST-~25,-~2022-
CONDITIONAL-[AC]CEPTANCE(sic): PP.-~18-~20:-PG.-~19,-PARAGRAPH-~2</u>:
-~For any and all injuries the beneficiary's estate, the
Trustees and their principals are indebted to me for Value of
Federal Violations-~$5,000,000.00 Dollars each in the money of
money account of the United States of America, Constitution
for the United States of America, Article 1, Section 10, and
if the money of account in not available, I am willing to
accept, without prejudice and all rights reserved, payment in
lieu of the money of account of the Federal Reserve-Notes, a
Bank Draft, or the like.
-~For the WHICH-IT-[AP]PEARS(sic)-WHY this SUPERIOR-COURT-DESTROYS/
HIDES with their FAILURE of their MINISTERIAL-DUTIES of the
PROCESSING-ITS PROOFS/CLAIMS <u>ARE</u> with this CLAIM: CLAIMANT/
PETITIONER/[AU]THOR(sic).
-~3.For the-ALL-of the PARTIES-with the [O]BLIGATIONS(sic) of the TERMS-&-
CONDITIONS of these CONDITIONAL-[AC]CEPTANCE(sic)-CONTRACTS-<u>ARE-</u>
[RE]SPONDENTS(sic): JUDGE-FIAMINGO,-JUDGE-COVERT,-BURLINGTON-COUNTY-
SUPERIOR-COURT of the NEW-JERSEY;-BURLINGTON-COUNTY-SHERIFF-DEPARTMENT-
AND-OFFICERS;-KML-[AT]TORNEYS(sic)-AND-KML-[OF]FICE(sic);-NATIONSTAR-
ET-AL-AND-[A]GENTS(sic)/SUCESSORS-AND-<u>NONE-CAN-COME-with the ANY-COURTS-
SEEKING-[RE]LIEF(sic)-[A]GAINST(sic) with this PETITIONER/FAMILY-AND-
[AS]SETS(sic)-as per THE-TERMS of the CONTRACTS</u>:
CLAIM:CLAIMANT/PETITIONER/[AU]THOR(sic).
-~4.THE-TRENTON-DISTRICT-COURT-JUDGE: CHRISTINE-GRAVELLE-AND-BURLINGTON-
COUNTY-SUPERIOR-COURT-JUDGES: FIAMINGO-AND-COVERT/SHERIFF-
DEPARTMENT:<u>ARE</u> with their ON-GOING-<u>MINISTERIAL-CODE-VIOLATIONS,-
FEDERAL-AND-STATE-PROCEDURAL-CODES/-VIOLATING of their OATH'S of the
[OF]FICES(sic)/JUDICIAL-CANONS-VIOLATIONS/[AT]TORNEY(sic)-
[E]THICS(sic)-VIOLATIONS</u> with the [AS]SISTING(sic)-NATIONSTAR-ET-AL-
AND-[A]GENTS(sic) with a FRAUDULENT-LEIN-COVER-UP with the
DETRIMENT/[IN]JURY(sic) of this PETITIONER/FAMILY,-who are IN-THEIR-
SIXTIES,-with a HOUSE/LAND/DOMICILE-of the-~24-PLUS-YEARS-AND-TAKING-
of the-99%-of their [AS]SETS(sic)-with the [A]BUSE(sic) of their
PUBLIC-[OF]FICE(sic)-POWERS,-WHICH-THEY-HAVE-[IL]LEGALLY(sic)-
<u>ABRIDGE,-ENLARGE-AND MODIFY-THE-SUBSTANTIVE-RIGHTS</u> with the FORENSIC-
[E]VIDENCES(sic)-BEFORE-THESE-PUBLIC-SERVANTS with their KNOWLEDGE-
AND-WILFUL-CHOOSING with their KNOWLEDGE of the-~14TH-AMENDEMENT-
PROVISIONS,-SECTIONS-~3-&-~4,-of the STEPPING-DOWN with the
FORFEITING-THEIR-OATHS of the [OF]FICES(sic) with the

PARTIES-BEING-with the SERVICE of the PROCESS with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).

--~FORENSIC-[E]VIDENCE(sic): BINDER-5:-SUB.-~12-
PETITIONER'S-AUGUST-~22-~2024-LETTER with the DISTRICT-
COURT: CLAIM.

-~L. With the **IN-SEPTEMBER-2024**,-PETITIONER-[RE]CEIVES(sic)-A-LETTER of
the SUPERIOR-COURT-JUDGE-COVERT with the COMMUNICATING-THAT-THE-
BANKRUPTCY-COURT-SENDS-HER-DOCUMENTS-AND-JUDGE-COVERT-NEEDS-A-
DOCKET-NUMBER-<u>ARE</u> with the <u>PROVING-[IN]TERFERENCE(sic) of this</u>
<u>BANKRUTPCY-COURT with the FORECLOSURE/SHERIFF-SALE-PROCESS with the</u>
<u>PREJUDICE-AND-[IN]TENT(sic) with the CAUSING-HARM-[A]GAINST(sic)-</u>
<u>PETITIONER/FAMILY</u>,-WHICH-**FAILS with the GOOD-BEHAVIOR-DOCTRINE** NOR-
DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS **with this CLAIM by this**
**CLAIMANT/PETITIONER/[AU]THOR(sic).**

-~M. With the **AUGUST-~28,-~2024**, **with the DAY-AFTER-THE-HEARING,-<u>IS</u>** with
the BURLINGTON-COUNTY-COURT/SHERIFF-DEPARTMENT-TAPING-SIX-NOTICES of
an [EX]PARTE(sic)-WRIT of the POSESSION with an [UN]USUAL(sic)-**11-DAY-**
**[E]VICTION(sic)-NOTICE** with the STANDARD BEING-A-~30-DAY-NOTICE with
the [EX]TENSIONS(sic) within their RULES/[RE]GULATIONS(sic)/CODES,-
WHICH this PETITIONER-RETURNS-with the [RE]JECT(sic)/[RE]SCIND(sic)/NO-
CONTRACT/LACK of the JURISDICTION within a THREE-DAY-PERIOD-VIA: USPS-
CERTIFY-[RE]GISTER(sic)-MAIL,-**with the SUPERIOR-COURTS/SHERIFF'S-**
**PARTICIPATION with the MIS-USE of their CODES with the**
**FRAUD/THEFT/TAKING of this PEITIONER'S-LAND/HOUSE/DOMICILE with their**
**KNOWLEDGE-NO-LIEN-[E]XISTS(sic),-WHICH-FAILS with the GOOD-BEHAVIOR-**
**DOCTRINE-NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by this**
**CLAIMANT/PETITIONER/[AU]THOR(sic).**

-~FORENSIC-[E]VIDENCES:-BINDER-#-~5:-~17-~19: PICTURES/NOTICES/FAXES-
[RE]GARDING(sic) of the PENDING-[AP]PEAL(sic)-AND-SENDING-COPIES
of the FORENSIC-[E]VIDENCES(sic) with the [RE]SPONDENTS: CLAIM.

-~N.With the SEPTEMBER-~2024,-with this PETITIONER-RECEIVES-AN-
[AC]COUNTING(sic) of the FEES-HE-PROVIDES-with the DISTRICT-
BANKRUPTCY-COURT-AND-DISTRICT-COURT of the [AP]PEALS(sic) <u>ARE</u> with the
SHOWING-BILLING-[ER]RORS(sic) of the MISSING-$-~298.00-with the PAY-
AND-THEIR-CASHING,-BACK-IN-MAY,-with the [AP]PELLATE(sic)-COURT-NOW-
COLLECTING-A-SECOND-$307.00,-with the DIS-APPOINTING-SHOWING-of the-
$307.00-[RE]FUND(sic)-AS-ZERO with the PROVING-NO-CONFIDENCE with this
DISTRICT-COURTHOUSE-at-this POINT,-WHICH-**FAILS with the GOOD-BEHAVIOR-**
**DOCTRINE** NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS **with this CLAIM by**
**this** by the CLAIMANT/PETITIONER/[AU]THOR(sic).

-~FORENSIC-[E]VIDENCES:-BINDER-#-~2:-~15:-BANKRUPTCY-COURT-
STATEMENT with the FAILURE of the SHOWING-ALL-FEES-PETITIONER-
PROVIDES with this COURT: CLAIM.

-~O. With the LEADING with the **SEPTEMBER-~17,-~2024**
[UN]LAWFUL/[IL]LEGAL(sic)-TAKING of this PETITIONER/FAMILY'S-
LAND/HOUSE/DOMICILE with the THREAT-AT-GUN-POINT with the
[RE]SPONDENTS(sic): SUPERIOR-COURT/SHERIFF'S-DEPARTMENT/NATIONSTAR-ET-
AL-AND-[A]GENTS(sic)/KML-[AT]TORNEYS(sic) with the [AS]SISTANCE(sic)

-~For the SALVAGE **IS** with the [RE]WARD(sic)-GIVING-with the PERSONS,-
WHO-VOLUNTARILY-[AS]SIST(sic) with the A-SHIP-OR-CARGO of the
[IM]PENDING(sic)-OR-[AC]TUAL(sic)-PERIL-OR-LOSS with this CLAIM.
-~E.For the HANDYMAN-MAINTENANCE/CARETAKER-FEES of the MAINTAINING-THE-
LAND/HOUSE/DOMICILE of the-~24-YEARS by the PETITIONER/FAMILY-ARE-with
the [EN]TITLEMENT(sic) of the JUST-COMPENSATION with this CLAIM **with
the** by this **by the CLAIMANT/PETITIONER/[AU]THOR(sic).**

-~:<u>PRAYER: CLAIM.</u>

-~A. For the CLAIMANT/PETITIONER **IS** with the <u>PRAYING</u> of this COURT, with
the MY-KING-JESUS'-GRACE,-with the VACATING of the SUPERIOR-COURT'S-
[FORE]CLOSURE(sic)-CASE-in its-[EN]TIRETY(sic),-[IN]CLUDING(sic)-ALL-
ORDERS,-with the 150% of the [RE]STORATION(sic) of the
PETITIONER/FAMILY'S-HOUSE/DOMICILE/LAND-AND-[AS]SETS(sic) with the
CURRENT-MONETARY-DAMAGES-AND-$5,000,000.00 of the EACH-
[RE]SPONDENT(sic)-with the QUIET-TITLE-AND-CLEAR-TITLE of the
LAND/HOUSE/DOMICILE with the [EF]FECTIVE(sic)-[IM]MEDIATELY(sic) with
the BASE-[U]PON(sic):

-~1.PETITIONER'S/FAMILY'S-CONDITIONAL-[AC]CEPTANCES(sic)-CONTRACTS of
the AUGUST-~25-~2022/SEPTEMBER-~30,-~2022/MARCH-APRIL-~2023 with the
BASE-UPON-ITS-TERMS-&-CONDITIONS;-AND/OR,

-~2.BASE-UPON-LACK of the STANDING-AND/OR-FRAUD/THEFT/ROBBERY/MIS-
REPRESENTATIONS,-ALL-FRUITS of a POISONOUS-TREE with the NEED of the
TAKING-DOWN;-AND/OR,

-~3.BASE-UPON-THE-COURT'S,-SHERIFF'S-DEPARTMENT,-[AT]TORNEYS(sic),-ON-
GOING-BREACHES/MIS-CONDUCT/FRAUD/THEFT/ROBBERY/[MIS]-
PRESENTATIONS(sic)-BEFORE-THE-TRIBUNALS,-[A]GAINST(sic)-THEIR-BONDS
with a LACK of the [IM]MUNITY(sic) with the VIOLATIONS of their OATHS
of the [OF]FICES(sic) as the PUBLIC-SERVANTS-AND-[OF]FICERS(sic) of
the COURTS,-as the LOYALTY of the [RE]SPONDENTS: NATIONSTAR-ET-AL-AND-
[AG]ENTS(sic)-AND-BANK of the AMERICA **ARE-NOT**-A-[RE]QUIREMENT(sic) of
the OATH/CONSTITUTION/AMENDMENTS/BILL of the RIGHTS/JUDICIAL-
CANONS/JUDICIAL-[E]THICS(sic)/[AT]TORNEY(sic)-CODE-of the
[E]THICS(sic);

-~B. For the CLAIMANT/PETITIONER **IS** with the PRAYING of this COURT with the
VACATING of the BANKRUPTCY-COURT'S-CASE with the ITS-[EN]TIRETY(sic),-
INCLUDING-ALL-ORDERS with the [RE]FUND(sic) of the **ALL**-HIS-FILING-FEES
without the FILING-TAX-FORMS,-AND-with the-[EX]CEPT(sic) of the
$298.00-WHICH-with the BELONGING of the DISTRICT-COURT of the
[AP]PEAL(sic);-AND with the [RE]TURN(sic) of his [AU]THENTIC(sic)-
BIRTH-CERTIFICATE-BOND-[IN]TACT(sic) with the [O]RIGINAL(sic)-
FIDELITY-BANK-CUSIP-NUMBER with the BASE-[U]PON(sic):

-~1. THIS-COURT-JUDGE'S-ON-GOING-BREACH/MIS-CONDUCT/[MIS]-
PRESENTATIONS(sic) of her DUTIES-AND-BANKRUPTCY-CODES with the
PARTICIPATION of the FRAUD/THEFT/ROBBERY-BEFORE-THE-TRIBUNALS,-
[A]GAINST(sic)-HER-BOND with a LACK of the [IM]MUNITY(sic) with the
VIOLATIONS of her OATH of the [OF]FICE(sic) as the PUBLIC-SERVANT-AND-
[OF]FICER(sic) of the COURT,-as the LOYALTY of the [RE]SPONDENTS:

NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-BANK of the AMERICA **ARE-NOT**-A-
[RE]QUIREMENT(sic) of the OATH/CONSTITUTION/AMENDMENTS/BILL of the
RIGHTS/JUDICIAL-CANONS/JUDICIAL-[E]THICS(sic)/[AT]TORNEY(sic)-CODE-of
the [E]THICS(sic);-AND,-

-~2. THIS-COURT-TRUSTEE-AND-HIS-[AT]TORNEY(sic) with the MIS-
[AP]PROPRIATION(sic)-of this PETITIONER'S-[AU]THENTIC-BIRTH-
CERTIFICATE-AND-CUSIP-NUMBER-AND with their-PARTICIPATION/ACQUIENSCE
of the ON-GOING-BREACH/MIS-CONDUCT/[MIS]-PRESENTATIONS(sic) of the
COURTS'-DUTIES-AND-BANKRUPTCY-CODES with the PARTICIPATION of the
FRAUD/THEFT/ROBBERY-BEFORE-THE-TRIBUNALS,-[A]GAINST(sic)-THEIR-BONDS
with a LACK of the [IM]MUNITY(sic) with the VIOLATIONS of their OATH
of the [OF]FICES(sic) as the PUBLIC-SERVANTS-AND-[OF]FICERS(sic) of
the COURT,-as the LOYALTY of the [RE]SPONDENTS: NATIONSTAR-ET-AL-AND-
[A]GENTS(sic)-AND-BANK of the AMERICA **ARE-NOT**-A-[RE]QUIREMENT(sic) of
the OATH/CONSTITUTION/AMENDMENTS/BILL of the RIGHTS/JUDICIAL-
CANONS/JUDICIAL-[E]THICS(sic)/[AT]TORNEY(sic)-CODE-of the
[E]THICS(sic);-AND-,

-~3.BASE-UPON-PETITIONER'S/FAMILY'S-CONDITIONAL-[AC]CEPTANCES(sic)-
CONTRACTS of the AUGUST-~25-~2022/SEPTEMBER-~30,-~2022/MARCH-APRIL-
~2023 with the BASE-UPON-ITS-TERMS-&-CONDITIONS;-AND/OR,

-~4.BASE-UPON-LACK of the STANDING/[IN]JURIES(sic)/JURISDICTION-AND/OR-
FRAUD/THEFT/ROBBERY/MIS-REPRESENTATIONS,-ALL-FRUITS of a POISONOUS-
TREE with the NEED of the TAKING-DOWN of the [RE]SPONDENTS(sic):
NATIONSTAR-ET-AL-AND-[A]GENTS/KML-[AT]TORNEYS(sic)/SUPERIOR-
COURT/SHERIFF-DEPARTMENT;

-~with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-For this PETITIONER **IS** with the PRAYER of this COURT, with the KING-
JESUS'S-GRACE, of the PROVIDING-SUCH-[O]THER(sic)-AND-FURTHER-[RE]LIEF(sic)
AS-JUST with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~With the [RE]SPECTFULLY(sic)-SUBMIT:

:By: _Angel D. Delgado_

:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM-CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.

:Angel-David :Delgado,-and-
:Dorkas-Iris :Delgado-Shafer,
-AS-ATTORNEY of the FACT.
P.O.-BOX-664,
HAINESPORT,-New-Jersey-Territories,
U.S.A. (08036)-ZIP-[EX]EMPT(sic).
Angeldel47@gmail.com.

NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-BANK of the AMERICA **ARE-NOT**-A-
[RE]QUIREMENT(sic) of the OATH/CONSTITUTION/AMENDMENTS/BILL of the
RIGHTS/JUDICIAL-CANONS/JUDICIAL-[E]THICS(sic)/[AT]TORNEY(sic)-CODE-of
the [E]THICS(sic);-AND,-

-~2. THIS-COURT-TRUSTEE-AND-HIS-[AT]TORNEY(sic) with the MIS-
[AP]PROPRIATION(sic)-of this PETITIONER'S-[AU]THENTIC-BIRTH-
CERTIFICATE-AND-CUSIP-NUMBER-AND with their-PARTICIPATION/ACQUIENSCE
of the ON-GOING-BREACH/MIS-CONDUCT/[MIS]-PRESENTATIONS(sic) of the
COURTS'-DUTIES-AND-BANKRUPTCY-CODES with the PARTICIPATION of the
FRAUD/THEFT/ROBBERY-BEFORE-THE-TRIBUNALS,-[A]GAINST(sic)-THEIR-BONDS
with a LACK of the [IM]MUNITY(sic) with the VIOLATIONS of their OATH
of the [OF]FICES(sic) as the PUBLIC-SERVANTS-AND-[OF]FICERS(sic) of
the COURT,-as the LOYALTY of the [RE]SPONDENTS: NATIONSTAR-ET-AL-AND-
[A]GENTS(sic)-AND-BANK of the AMERICA **ARE-NOT**-A-[RE]QUIREMENT(sic) of
the OATH/CONSTITUTION/AMENDMENTS/BILL of the RIGHTS/JUDICIAL-
CANONS/JUDICIAL-[E]THICS(sic)/[AT]TORNEY(sic)-CODE-of the
[E]THICS(sic);-AND-,

-~3.BASE-UPON-PETITIONER'S/FAMILY'S-CONDITIONAL-[AC]CEPTANCES(sic)-
CONTRACTS of the AUGUST-~25-~2022/SEPTEMBER-~30,-~2022/MARCH-APRIL-
~2023 with the BASE-UPON-ITS-TERMS-&-CONDITIONS;-AND/OR,

-~4.BASE-UPON-LACK of the STANDING/[IN]JURIES(sic)/JURISDICTION-AND/OR-
FRAUD/THEFT/ROBBERY/MIS-REPRESENTATIONS,-ALL-FRUITS of a POISONOUS-
TREE with the NEED of the TAKING-DOWN of the [RE]SPONDENTS(sic):
NATIONSTAR-ET-AL-AND-[A]GENTS/KML-[AT]TORNEYS(sic)/SUPERIOR-
COURT/SHERIFF-DEPARTMENT;

-~with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
 -For this PETITIONER **IS** with the PRAYER of this COURT, with the KING-
JESUS'S-GRACE, of the PROVIDING-SUCH-[O]THER(sic)-AND-FURTHER-[RE]LIEF(sic)
AS-JUST with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
                    -~With the [RE]SPECTFULLY(sic)-SUBMIT:

:By: _Angel D.; Delgado_

:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.

    :Angel-David :Delgado,-and-
    :Dorkas-Iris :Delgado-Shafer,
    -AS-ATTORNEY of the FACT.
    P.O.-BOX-664,
    HAINESPORT,-New-Jersey-Territories,
    U.S.A. (08036)-ZIP-[EX]EMPT(sic).
    Angeldel47@gmail.com

## -:CERTIFICATION: CLAIM.
### -~:PAGE-NUMBER-COUNT with the BASE-UPON: Pa.-CODE: 2173.

-~1.For the :Angel-David :Delgado,-**IS** with the AGE-OVER-~18-AND-COMPETENT of the COMPLETING-THIS-CERTIFICATION with this CLAIM: by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~2.For the MY-SISTER: Dorkas-Iris :Delgado-Shafer,-AS-THE-ATTORNEY-IN-FACT,-AND-I,-**ARE** with the FILING of the WRITS of the MANDAMUS/PROHIBITION/[EX]TRAORDINARY(sic)-AND-MOTION,-IF-NECESSARY-with the NEED of the [EM]ERGENT(sic)-[RE]LIEF(sic),-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~3.For the WE-HAVE-THE-VIEW of this PETITION/MOTION-AND-FORENSIC-[E]VIDENCES(sic): BINDERS-~1-THROUGH-~5,-AND-CONCLUDE with that THESE-FILINGS-**ARE** with the FACTUAL with the BEST of our KNOWLEDGE-AND-[A]BILITY(sic) with the USE of the CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-GRAMMAR-PERFORMANCE,-C-S-S-C-P-S-G-P, with the NOW-TIME-AND-PEACE-AND-TRANQUILITY with the VOIDANCE of the PURGERY-AND-FICTICIOUS-COMMUNICATION-AND with the FACTS-PRESENT-BEING with the SUPPORT of the FORENSIC-[E]VIDENCES(sic) with the [IN]CLUDING(sic) of the [AP]PENDIX(sic)-OR-RECORD-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~4.For the [AP]PENDIX(sic)-AND-[RE]CORD(sic)-**ARE** with the CONTAINING-A-TRUE-AND-CORRECT-COPY of the [E]VERY(sic)-DOCUMENT with that-WE-BELIEVE of the BEING-MATERIAL of this PETITIONER'S/FAMILY-STATUS-AS-LIVING-MAND/WOMAN with the BEING-SOVEREIGN-CITIZENS-AND-CLAIM of the [RE]LIEF(sic)/PRAYERS-AND with the FILINGS within the [UN]DERLYING(sic)-[PRO]CEEDINGS(sic),-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~5.For this CLAIMANT/PETITIONER **IS** with the CERTIFYING of the ORDERS of the COURTS with this PETITION-with the BEING-A-TRUE-AND-CORRECT-COPY of the BANKRUPTCY-COURT'S-COURTS-AND-FILINGS of the SUPERIOR-COURT,-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~6.For the HEREWITH,-AS-PART of the [RE]CORD(sic) **IS** with the PROPERLY-[AU]THENTIC(sic)-TRANSCRIPT of the [RE]LAVENT-COURT-HEARINGS: APRIL-~17,-~2024/MAY-~15,-~2024/AUGUST-~22,-~2024, with the FORENSIC-[E]VIDENCES(sic)-with the PROVIDING-AT-THOSE-HEARINGS with the COURT'S-CONSIDERATION within the BINDERS,-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~7.For this CLAIMANT/PETITIONER-CERTIFIES of this PETITION-with the [EX]CLUSION(sic) of the [AP]PENDIXES(sic)-AND-[AU]TOGRAPH(sic)-BELOW, of the PAGE-NUMBERS,-~1-~37,-**ARE** with the CONTAINING-~**7,670-WORDS** with the USING-WORD-PERFECT-X,-CONSOLAS-~12-POINT-FONT,-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

:By:   : _Angel D. Delgado_    RTP.

:[AU]THORIZE(sic)- PRESENTATIVE(sic) **IS**: CLAIMANT.

:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this DOCUMENT **ARE**: FULL-FORCE-AND-EFFECT with this CLAIM by this CLAIMANT.

## -:CERTIFICATION: CLAIM.
### -~:PAGE-NUMBER-COUNT with the BASE-UPON: Pa.-CODE: 2173.

-~1.For the :Angel-David :Delgado,-**IS** with the AGE-OVER-~18-AND-COMPETENT of the COMPLETING-THIS-CERTIFICATION with this CLAIM: by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~2.For the MY-SISTER: Dorkas-Iris :Delgado-Shafer,-AS-THE-ATTORNEY-IN-FACT,-AND-I,-**ARE** with the FILING of the WRITS of the MANDAMUS/PROHIBITION/[EX]TRAORDINARY(sic)-AND-MOTION,-IF-NECESSARY-with the NEED of the [EM]ERGENT(sic)-[RE]LIEF(sic),-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~3.For the WE-HAVE-THE-VIEW of this PETITION/MOTION-AND-FORENSIC-[E]VIDENCES(sic): BINDERS-~1-THROUGH-~5,-AND-CONCLUDE with that THESE-FILINGS-**ARE** with the FACTUAL with the BEST of our KNOWLEDGE-AND-[A]BILITY(sic) with the USE of the CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-GRAMMAR-PERFORMANCE,-C-S-S-C-P-S-G-P, with the NOW-TIME-AND-PEACE-AND-TRANQUILITY with the VOIDANCE of the PURGERY-AND-FICTICIOUS-COMMUNICATION-AND with the FACTS-PRESENT-BEING with the SUPPORT of the FORENSIC-[E]VIDENCES(sic) with the [IN]CLUDING(sic) of the [AP]PENDIX(sic)-OR-RECORD-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~4.For the [AP]PENDIX(sic)-AND-[RE]CORD(sic)-**ARE** with the CONTAINING-A-TRUE-AND-CORRECT-COPY of the [E]VERY(sic)-DOCUMENT with that-WE-BELIEVE of the BEING-MATERIAL of this PETITIONER'S/FAMILY-STATUS-AS-LIVING-MAND/WOMAN with the BEING-SOVEREIGN-CITIZENS-AND-CLAIM of the [RE]LIEF(sic)/PRAYERS-AND with the FILINGS within the [UN]DERLYING(sic)-[PRO]CEEDINGS(sic),-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~5.For this CLAIMANT/PETITIONER **IS** with the CERTIFYING of the ORDERS of the COURTS with this PETITION-with the BEING-A-TRUE-AND-CORRECT-COPY of the BANKRUPTCY-COURT'S-COURTS-AND-FILINGS of the SUPERIOR-COURT,-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~6.For the HEREWITH,-AS-PART of the [RE]CORD(sic) **IS** with the PROPERLY-[AU]THENTIC(sic)-TRANSCRIPT of the [RE]LAVENT-COURT-HEARINGS: APRIL-~17,-~2024/MAY-~15,-~2024/AUGUST-~22,-~2024, with the FORENSIC-[E]VIDENCES(sic)-with the PROVIDING-AT-THOSE-HEARINGS with the COURT'S-CONSIDERATION within the BINDERS,-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~7.For this CLAIMANT/PETITIONER-CERTIFIES of this PETITION-with the [EX]CLUSION(sic) of the [AP]PENDIXES(sic)-AND-[AU]TOGRAPH(sic)-BELOW, of the PAGE-NUMBERS,-~1-~37,-**ARE** with the CONTAINING-~**7,670-WORDS** with the USING-WORD-PERFECT-X,-CONSOLAS-~12-POINT-FONT,-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

:By:   _Angel D. Delgado_   RTP.

:[AU]THORIZE(sic)- PRESENTATIVE(sic) **IS**: CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this DOCUMENT **ARE**: FULL-FORCE-AND-EFFECT with this CLAIM by this CLAIMANT.

  

:Quantum Parse Syntax,
C-S.-S.-E.-P.-S.-G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMANT.

FOR THIS <u>PRIVATE-COMMUNICATION-BETWEEN-THE-PARTIES</u> IS WITH THE
<u>KNOWLEDGE-FOR-THE-PRINCIPAL-AND/OR-[A]GENT(SIC)-AND-VICE/VERSA</u> OF
THIS <u>CLAIM</u> BY THIS <u>CLAIMANT.</u>

:[AF]FIDAVIT(sic): NOTARY-PRESENTMENT IS: CLAIM :CLAIMANT.

-~For this CLAIMANT'S-KNOWLEDGE with this <u>CERTIFICATION-OF-
MAILING</u> with the [AU]THORIZATION(sic) of the
[RE]PRESENTATIVE(sic)-:Austria :Castillo,-LIVING-
WOMAN/WITNESS <u>IS</u> with the FOLLOWING with this CLAIM by this
CLAIMANT.

-~For this CLAIMANT'S-KNOWLEDGE on this DAY-~28th,-OCTOBER-~2024-
~2024,-with the :Angel-David :Delgado's,-
[AU]THORIZATION(sic) of HIS <u>WRITS-&-LEGAL-BRIEF/MOTION-
FILINGS/DOCUMENTS/BINDERS</u> ARE with the [PRE]SENCE(sic)-
BEFORE-ME with the FOLLOWING-DOCUMENTS-IN-THE-LIST-BELOW
with this CLAIM by this CLAIMANT.

-~For this CLAIMANT'S-KNOWLEDGE with the PERSONAL-VERIFICATION-
THAT-THESE-DOCUMENTS-ARE-IN-PLACE with its [AS]SIGN(sic)-
LABELS-AND-[EN]VELOPES(sic) with the SEALS <u>IS</u> with my
[AU]THOGRAPH(sic) with the [A]FIRMATION(sic) with this
CLAIM by this CLAIMANT.

-~For the CLAIMANT'S-KNOWLEDGE with these [EN]VELOPES(sic) with
its SEAL <u>ARE</u> with the MAILINGS with the UNITED-STATES-POST-
OFFICE-VIA-REGISTER-MAIL-RETURN-RECEIPT AND-ONE with the
HAND-DELIVERY/FACSIMILE with the LIST-AS-FOLLOWS with this
CLAIM by this CLAIMANT.

-~:<u>SECTION-I</u>. For the FORENSIC-[E]VIDENCES(sic)-with the
BINDERS <u>ARE</u>-with the PREVIOUS-MAILINGS with the FOLLOWING-
PARTIES;-AND, the APPELLATE-FILINGS/DOCUMENTS within the
SEAL/[EN]VELOPES(sic) <u>ARE</u> with the FOLLOWING-
[DE]LIVERY(sic): CLAIM by this CLAIMANT.

-~:1.:<u>CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-</u>
-~:<u>NUMBER-~9589 0710 5270 1975 2089 79.</u>
:Georgette :Castner,-d/b/a GEORGETTE-CASTNER.
:U.S.-DISTRICT-COURT-TRENTON,
-~:C/O-~402-EAST-STATE-STREET,
-~:TRENTON,-New-Jersey-Territory,
-~:U.S.A. (08608).

1

-~2.CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
  -~:NUMBER-~9589 0710 5270 1975 2089 62
  :Christine :Gravelle,-d/b/a CHRISTINE-GRAVELLE,
  -d-b-a-BANKRUTPCY-JUDGE.
  :U.S.-BANKRUTPCY-COURT-TRENTON,
  -~:C/O-~402-EAST-STATE-STREET,
  -~:TRENTON,-New-Jersey-Territory,
  -~~:U.S.A. (08608).
-~3.:CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-
  :NUMBER-~9589 0710 5270 1975 2090 68.
  :Albert :Russo,-d-b-a-BANKRUTPCY-TRUSTEE-&-
  :Mary :Krieger,d-b-a-ATTORNEY of this TRUSTEE.
  :ALBERT-RUSSO,-STANDING-
  -~CHAPTER-13-TRUSTEE,-COMPANY.
  -~:C/O-~1-AAA-DRIVE-SUITE-101,
  -~:ROBBINSVILLE,-New-Jersey-Territory,
  -~:U.S.A.-~(08691).
-~4.:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
  :NUMBER-~9589 0710 5270 1975 2090 51.
  :Kathi-F.:Fiamingo,-:d/b/a
  -~:KATHI-F.-FIAMINGO,-P.-J.-T.-C.-&-P.J.,
  -~:General-Equity,-Chancery-Division,
  -~:AND-:Jeanne :Covert,-:d/b/a-
  -~:JEANNE-COVERT,-P.-J.-S.-C.
  :SUPERIOR COURT of the BURLINGTON-COUNTY
  -~:C/O-~49-Rancocas-Road.
  -~:Mount-Holly,-New-Jersey-Territory,
  -~:U.S.A.-~(08060).
:-~5.:CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-
  :NUMBER~9589 0710 5270 1975 2089 86
  :Todd :McManus,-:D/B/A,
  -~:TODD-MCMANUS,-Administration and/or
  -~:VALERIE-FRAGE,-Financial-Officer,
  -~:Chief-Counsel/Chief-Financial-Officer
  -~:JUDICIARY-COURT-ADMINISTRATION,
  -~:SUPERIOR-COURTS-OF-NEW-JERSEY,
  -~:c/o-~25-Market-Street,
  -~:-P.O.-Box-~985,
  -~:Trenton,-New-Jersey-Territories,
  -~:U.S.A.-~[08625].

2

:-~6. :CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-
   NUMBER-~9589 0710 5270 1975 2089 93.
   -~:James-H. :Family-of-Kostoplis,
   -~:d/b/a-James-H.-Kostoplis and/or
   -~:JAMES-H.-KOSTOPLIS,-Sheriff and
   -~:[A]gents-thereof:
   -~BURLINGTON-COUNTY-SHERIFF'S-DEPT.
   -~:C/O-~50-Rancocas-Road.
   -~:Mount-Holly,-New-Jersey-
   -~Territories:-~(08060).
:-~7. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
   ~:NUMBER-~9589 0710 5270 1975 2090 06.
   :Terry :Family of Smith,-:d/b/a-
   -~TERRY-SMITH,-CEO/Trustee,
   -~:RUSHMORE-LOAN-MANAGEMENT-SERVICES,
   -~LLC.-&-RUSHMORE-LOAN-MGT.
   -~:c/o-~8950-Cypress-Waters-Blvd.
   -~:Coppell,-Texas-Territories,
   -~:U.S.A.-~(75019).
:-~8. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
   ~:NUMBER-~9589 0710 5270 1975 2090 20.
   :Jay :Family of Bray,
   -~:D/B/A-JAY-BRAY,-TRUSTEE-AND-CEO:
   -~:Nationstar/Mr-Cooper,-LLC.
   -~:c/o-~8950-Cypress-Waters-Blvd.
   -~:Coppell: Texas-Territories-~(75019).
:-~9. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
   ~:NUMBER-~9589 0710 5270 1407 9129 86.
   :Brian :Moynihan,-:D/B/A-
   -~:BRIAN-MOYNIHAN,-CEO,
   -~:BANK-OF-AMERICA and,
   -~BANK-OF-AMERICA CORPORATION.
   :BANK-OF-AMERICA-CORPORATE-CENTER,
   -~:100-NORTH-TYRON-STREET,
   -~CHARLOTTE,-NORTH-CAROLINA-TERRITORY,
   -~U.S.A.-(28255).
:-~10. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
   ~9589 0710 5270 1975 2090 37.
   :MICHAEL-MCKEEVER,-CEO/KML-AND-
   -~:[A]GENTS-AND-:KML-LAW-GROUP,-P.C.,
   -~701-MARKET-STREET-
   -~:PHILADELPHIA,-PENNSYLVANIA-TERRITORY,
   -~-~U.S.A.-(19106).

Coraopolis, PA 15108
Flat Rate
Expected Delivery Date
        Wed 10/30/2024

| | |
|---|---|
| Insurance | $0.00 |
| Up to $100.00 included | |
| Certified Mail® | $4.85 |
| Tracking #: | |
| 9589 0710 5270 1975 2090 44 | |
| Return Receipt | $4.10 |
| Tracking #: | |
| 9590 9402 7544 2098 2095 21 | |
| al | $19.40 |

| | | |
|---|---|---|
| rity Mail® | 1 | $10.45 |
| Rate Env | | |

Mount Holly, NJ 08060
Flat Rate
Expected Delivery Date
        Wed 10/30/2024

| | |
|---|---|
| Insurance | $0.00 |
| Up to $100.00 included | |
| Certified Mail® | $4.85 |
| Tracking #: | |
| 9589 0710 5270 1975 2089 93 | |
| Return Receipt | $4.10 |
| Tracking #: | |
| 9590 9402 7544 2098 2094 60 | |
| | $19.40 |

| | | |
|---|---|---|
| ity Mail® | 1 | $10.45 |
| Rate Env | | |

Trenton, NJ 08608
Flat Rate
Expected Delivery Date
        Wed 10/30/2024

| | |
|---|---|
| Insurance | $0.00 |
| Up to $100.00 included | |
| ertified Mail® | $4.85 |
| Tracking #: | |
| 9589 0710 5270 1975 2089 62 | |
| etu n Receipt | $4.10 |
| Tracking #: | |
| 9590 9402 7544 2098 2094 46 | |
| | $19.40 |

| | | |
|---|---|---|
| ity Mail® | 1 | $10.45 |
| Rate Env | | |

obbinsville, NJ 08691
at Rate
pected Delivery Date
        Wed 10/30/2024

| | |
|---|---|
| Insurance | $0.00 |
| Up to $100.00 included | |
| rtified Mail® | $4.85 |
| Tracking #: | |
| 9589 0710 5270 1975 2090 68 | |
| turn Receipt | $4.10 |
| Tracking #: | |
| 9590 9402 7544 2098 2094 53 | |
| | $19.40 |

| | | |
|---|---|---|
| ty Mail® | 1 | $10.45 |
| ate Env | | |

enton, NJ 08608
t Rate
ected Delivery Date
        Wed 10/30/2024

| | |
|---|---|
| surance | $0.00 |
| Up to $100.00 included | |
| tified Mail® | $4.85 |
| Tracking #: | |
| 9589 0710 5270 1975 2089 79 | |
| un eceipt | $4.10 |
| Tr cking #: | |
| 9590 9402 7544 2098 2094 91 | |
| | $19.40 |

| | | |
|---|---|---|
| Mail® | 1 | $10.45 |
| e Env | | |

tte, NC 28255
Pate

---

UNITED STATES
POSTAL SERVICE.

MARLTON
123 E MAIN ST
MARLTON, NJ 08053-9998
(800)275-8777

10/28/2024                                    09:19 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $10.45 |
| Flat Rate Env | | | |

Mount Holly, NJ 08060
Flat Rate
Expected Delivery Date
        Wed 10/30/2024

| | |
|---|---|
| Insurance | $0.00 |
| Up to $100.00 included | |
| Certified Mail® | $4.85 |
| Tracking #: | |
| 9589 0710 5270 1975 2090 51 | |
| Return Receipt | $4.10 |
| Tracking #: | |
| 9590 9402 7544 2098 2094 77 | |
| Total | $19.40 |

| | | |
|---|---|---|
| Priority Mail® | 1 | $10.45 |
| Flat Rate Env | | |

Philadelphia, PA 19106
Flat Rate
Expected Delivery Date
        Wed 10/30/2024

| | |
|---|---|
| Insurance | $0.00 |
| Up to $100.00 included | |
| Certified Mail® | $4.85 |
| Tracking #: | |
| 9589 0710 5270 1975 2090 37 | |
| Return Receipt | $4.10 |
| Tracking #: | |
| 9590 9402 7544 2098 2097 74 | |
| Total | $19.40 |

| | | |
|---|---|---|
| Priority Mail® | 1 | $10.45 |
| Flat Rate Env | | |

Trenton, NJ 08625
Flat Rate
Expected Delivery Date
        Thu 10/31/2024

| | |
|---|---|
| Insurance | $0.00 |
| Up to $100.00 included | |
| Certified Mail® | $4.85 |
| Tracking #: | |
| 9589 0710 5270 1975 2089 86 | |
| Return Receipt | $4.10 |
| Tracking #: | |
| 9590 9402 7544 2098 2094 84 | |
| Total | $19.40 |

| | | |
|---|---|---|
| Priority Mail® | 1 | $10.45 |
| Flat Rate Env | | |

Coppell, TX 75019
Flat Rate
Expected Delivery Date
        Wed 10/30/2024

| | |
|---|---|
| Insurance | $0.00 |
| Up to $100.00 included | |
| Certified Mail® | $4.85 |
| Tracking #: | |
| 9589 0710 5270 1975 2090 20 | |
| Return Receipt | $4.10 |
| Tracking #: | |
| 9590 9402 7544 2098 2095 07 | |
| Total | $19.40 |

Writ + Motion
+ Mtn. Presentment

RECEIVED
2024 MAR 12 P 12:22

```
Priority Mail®            1           $10.45
Flat Rate Env
    Charlotte, NC 28255
    Flat Rate
    Expected Delivery Date
        Thu 10/31/2024
    Insurance                         $0.00
        Up to $100.00 included
    Certified Mail®                   $4.85
        Tracking #:
            9589 0710 5270 1407 9129 86
    Return Receipt                    $4.10
        Tracking #:
            9590 9402 7764 2152 3290 44
Total                                $19.40

5c Grapes                20   $0.05   $1.00


Grand Total:                        $214.40

Debit Card Remit                    $214.40
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8430
    Approval #: 081911
    Transaction #: 630
    Receipt #: 038357
    Debit Card Purchase: $214.40
    AID: A0000000980840              Chip
    AL: US DEBIT
    PIN: Verified
```

In a hurry? Self-service kiosks offer
quick and easy check out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 334876-0053
Receipt #: 840-50800054-2-6953528-2
Clerk: 23



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage
Total Postage and Fees

Sent To  :Brian :Moynihan, -CEO/A-
~: BRIAN-MOYNIHAN, -CEO,
--BANK-OF-AMERICA CORPORATION
--BANK-OF-AMERICA-CORPORATE-CENTER
Street and Apt.  ~: 100-NORTH-TYRON-STREET,
~CHARLOTTE, -NORTH-CAROLINA-TERRITORY,
City, State, ZIP  -~U.S.A.-(28255).

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

:Christine :Gravelle, -d/b/a CHRISTINE-GRAVELLE,
-d-b-a-BANKRUTPCY-JUDGE,
:U.S.-BANKRUTPCY-COURT-TRENTON,
~:C/O~402-EAST-STATE-STREET,
~:TRENTON, -New-Jersey-Territory,
~:U.S.A. (08608)

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage
Total Postage and Fees

Sent To  :Georgette :Castner, -d/b/a
GEORGETTE-CASTNER,
:U.S.-DISTRICT-COURT-TRENTON,
~:C/O~402-EAST-STATE-STREET,
Street and Apt. No.  ~:TRENTON, -New-Jersey-Territory,
City, State, ZIP+4  ~:U.S.A. (08608).

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

:Albert :Russo, -d-b-a-BANKRUPTCY-TRUSTEE,
:Mary :Krieger,d-b-a-ATTORNEY FOR-TRUSTEE,
:ALBERT-RUSSO, -STANDING-
--CHAPTER-13-TRUSTEE, -COMPANY,
~:C/O~1-AAA-DRIVE-SUITE-101,
~:ROBBINSVILLE, -New-Jersey-Territory,
~:U.S.A.~(08691).

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage
Total Postage and Fees

Sent To  ~:James-H. :family-of-Kostoplis,
~:d/b/a-James-H.-Kostoplis Assessor,
:JAMES-H.-KOSTOPLIS, -Sheriff and
~:[A]gents-thereof:
~:BURLINGTON-COUNTY-SHERIFF'S-DEPT.
Street and Apt.  ~:C/O~50-Rancocas-Road,
City, State, ZIP+4  :Mount-Holly, -New-Jersey-
~Territories:~(08060).

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage
Total Postage and Fees

:SERVICELINK, -LLC/CORPORATION,
~:Chris :Azur and/or :CHRIS-AZUR,
--Trustee-&-CEO.
~:1355-CHERRINGTON-PARKWAY
~CORAOPOLIC, -PENNSYLVANIA-~(15108)(ZIP-EXEMPT).

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage
$

Total Post
$

Sent To :Terry :Family of Smith, -:d/b/a-
~~TERRY-SMITH,-CEO/Trustee,
~~:RUSHMORE-LOAN-MANAGEMENT-SERVICES,
~~LLC.-&-RUSHMORE-LOAN-MGT.

Street and :c/o-~8950-Cypress-Waters-Blvd.
~~Coppell,-Texas-Territories-

City, State ~~:U.S.A.-~ (75019).

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1975 2090 14

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Post
$

Sent To :Jay :Family of Bray,
~~:D/B/A-JAY-BRAY,-TRUSTEE-AND-CEO
~~:Nationstar/Mr-Cooper,-LLC
.-:c/o-~8950-Cypress-Waters-Blvd.
~~:Coppell: Texas-Territories-~ (75019).

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1975 2090 28

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage
$

Tot :Todd :McManus,-:D/B/A,-Administration and/or
Ser ~~:Valerie :Frage,-:D/B/A-Financial-Officer,
~~:Chief-Counsel/Chief-Financial-Officer
Str ~~:JUDICIARY-COURT-ADMINISTRATION,
~~:SUPERIOR-COURTS-OF-NEW-JERSEY,
Ci ~~:c/o-~25-Market-Street,-~:-P.O.-Box-~985,
~~:Trenton,-New-Jersey-Territories.-~:U.S.A.-~[0862

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1975 2090 98

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery $

Postage

Total Postage and Fees
$

:MICHAEL-MCKEEVER,-CEO/NJ-AND,
~~:-:[A]GENTS-AND-:KML-LAW-GROUP,-P.C.,
~~:701-MARKET-STREET,
~~:PHILADELPHIA,-PENNSYLVANIA-TERRITORY,
~~~~-U.S.A.- (19106).

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1975 2090 37

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage
$

Total Postage and Fees
$

Sent To :Kathi-F.-Fiamingo,-:d/b/a-~-&-P.J.,
~~:KATHI-F.-FIAMINGO,-P.-J.-,-&-P.J.,
~~:General-Equity,-Chancery-Division,
~~:AND-:Jeanne :Covert,-:d/b/a-
~~:JEANNE-COVERT,-P.-J.-S.-C.

Street and A :SUPERIOR COURT of the BURLINGTON-COUNTY

City, State, Z

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1975 2090 51



:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-
Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angelde147@yahoo.com.
:DATE:-~10/-~18/-~2024.
:COURT-CLERK of the
:ASSIGN-JUDGE
:THE-THIRD-CIRCUIT-COURT of the
COURT-OF-THE-APPEAL-ARTICLE-III-COURT.
:JAMES-A.-BYRNE-United-States-Courthouse.
:601-Market-Street,
:Philadelphia,-Pennsulvania-(19106).
-~215-597-2995.
         -~:In-Regard: Angel-David :Delgado,-Petitioner.-vs. U.S.District-
         Courts/Burlington-County-Superior-Court/Burlington-County
         Sheriff's-Department/Nationstar-Mortgage-Co.-ET-AL/KML-LAW-
         OFFICE,-ET-AL.
         -~LOWER-COURT-CASE-NUMBERS: 24-CV-0665-24/24-12420/SOC-F-020300-
         17: CLAIM.
-~:Dear-Court-Clerk,
-~For the [EN]CLOSE(sic) with the FILING ARE with the FOLLOWING:
-~1.:FILING-FEE with the AMOUNT-of the-~$600.00;
-~2.:MOTION with the SEEKING of the TEMPORARY-STAY/[IN]JUNCTION(sic)-AND-
     [OT]HER(sic)-[RE]-LIEF(sic) with the SUPPORTING-
     [AF]FIDAVIT(sic)/CERTIFICATION-PENDING-WRITS-[DE]CISION(sic);
-~3.:WRITS of the MANDAMUS-AND-PROHIBITION with the FIVE-BINDERS of the
     FORENSIC-[E]VIDENCES(sic);-AND-
-~4.:FORENSIC-[E]VIDENCES(sic) with the FIVE-BINDERS;
-~With this CLAIM/PETITION IS with this CLAIMANT/PETITIONER/[AU]THOR(sic).
         -~:RESPECTFULLY,

By:    : Angel D. :Delgado





:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.

-~:In the **THIRD-CIRCUIT-COURT** of the
**APPEAL**-of the
**UNITED-STATES-of-the-AMERICA**: CLAIM.
:Docket-Number:-~_____.
**:CERTIFICATION of the SERVICE of the PROCESS:**
**NOTICE-OF-THE-MOTION** of the
**STAY/INJUNCTION-RELIEF** of the
SWC-F-020340-17/U.S.DISTRICT-TRENTON-DOCKET-
NUMBER:24-CV-0665-24/ 24-12420.

-~**PARTIES:**
-~:Angel-David :Delgado,-SUI-JURIS,-PETITIONER,
-~:**VERSUS,**
   -~:1.:UNITED-STATES-BANKRUPTCY-COURT-TRENTON,
        :RESPONDENTS;
   -~:2.:UNITED-STATES-DISCTICT-COURT-TRENTON,
        :RESPONDENTS;
   -~:3.:SUPERIOR-COURT-OF-THE-BURLINGTON-COUNTY
        :RESPONDENTS;
   -~:4.:FINANCIAL-ADMINISTRATION-OFFICE of the SUPERIOR-
        COURT-OF-THE-NEW-JERSEY,:RESPONDENTS;
   -~:5.:BURLINGTON-COUNTY-SHERIFF'S-DEPARTMENT,-
        :RESPONDENTS;
   -~:6.:NATIONSTAR/MR-COOPER,-MORTGAGE-COMPANY,-LLC.,-
        :Jay :Bray and/or :JAY-BRAY,-Trustee-AND-CEO,-
        :RESPONDENTS;
   -~:7.:RUSHMORE-LOAN-MANAGEMENT-SERVICES,-LLC.,
        :Terry :Smith-and/or-:TERRY-SMITH,-Founder-
        Trustee-&-AGENTS-:RESPONDENTS;
   -~:8.:KML-LAW-GROUP,-PC.,-~Michael :McKeever and/or
        MICHAEL-MCKEEVER,-Trustee-&-CEO,-:Kristine-G.
        :Murtha and/or :KRISTINE-G-MURTHA,-:Denise
        :Carlon and/or :DENISE-CARLON,-AGENTS-
        :RESPONDENTS;

*RECEIVED
2024 MAR -2 P 12: 22
USDC FOR NJ*

     -~:9.:SERVICELINK,-LLC/CORPORATION,-:Chris :Azur
          and/or :CHRIS-AZUR,-Trustee-&-CEO-AGENTS,-
          :RESPONDENTS;
     -~10.:BANK-OF-AMERICA-CORPORATION,-:Brian :Moynihan
          and/or :BRIAN-MOYNIHAN,-Trustee-&-CEO,-:BANK-OF-
          AMERICA,-AGENTS,-RESPONDENTS;
     -~11.:ALBERT-RUSSO-STANDING-CHAPTER-13-COMPANY;-
          :Albert :Russo and/or ALBERT-RUSSO,-TRUSTEE;-AND-
          :Mary :Kreiger and/or MARY-KREIGER,-
          [AT]TORNEY(sic)-:RESPONDENTS;
   -~**CERTIFICATION/[AF]FIRMATION of the SERVICE of the PROCESS by this**
                **PETITIONER/[AU]THOR(sic).**
-~A.For the on the -~10/-~18/-~24, **IS** with the PETITIONER/FAMILY-
     SENDING:
-~B.For the COPY of this MOTION/[AF]FIDAVIT(sic)/LEGAL-
     BREIF on/by OCTOBER-~18,-~2024 AND with the COPIES of
     the BINDERS-[PRE]SUBMIT(sic) ON/BY with the SEPTEMBER-
     ~18-~20$^{th}$,-~2024,-VIA: USPS-CERTIFY-MAIL-
     [RE]TURN(sic)/[RE]CEIPT(sic)-with the SAME-METHOD-AS-
     FOLLOWS-AND-AS per the [AF]FIDAVIT(sic) of the
     PRESENTMENT-[AT]TACH(sic) with this
     CLAIM/[AU]THOR(sic).
-~:1.:**CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-**
     -~:**NUMBER-~9589 0710 5270 1975 2089 79.**
     :Georgette :Castner,-d/b/a GEORGETTE-CASTNER.
     :U.S.-DISTRICT-COURT-TRENTON,
     -~:C/O-~402-EAST-STATE-STREET,
     -~:TRENTON,-New-Jersey-Territory,
     -~:U.S.A. (08608).
-~2.**CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-**
     -~:**NUMBER-~9589 0710 5270 1975 2089 62**
     :Christine :Gravelle,-d/b/a CHRISTINE-GRAVELLE,
     -d-b-a-BANKRUTPCY-JUDGE.
     :U.S.-BANKRUTPCY-COURT-TRENTON,
     -~:C/O-~402-EAST-STATE-STREET,
     -~:TRENTON,-New-Jersey-Territory,
     -~:U.S.A. (08608).
-~3.:**CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-**
     :**NUMBER-~9589 0710 5270 1975 2090 68.**
     :Albert :Russo,-d-b-a-BANKRUTPCY-TRUSTEE-&-
     :Mary :Krieger,d-b-a-ATTORNEY of this TRUSTEE.
     :ALBERT-RUSSO,-STANDING-
     -~CHAPTER-13-TRUSTEE,-COMPANY.
     -~:C/O-~1-AAA-DRIVE-SUITE-101,
     -~:ROBBINSVILLE,-New-Jersey-Territory,-~:U.S.A.-~(08691).

-~**4.**:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
    :NUMBER-~9589 0710 5270 1975 2090 51.
    :Kathi-F.:Fiamingo,-:d/b/a
    -~:KATHI-F.-FIAMINGO,-P.-J.-T.-C.-&-P.J.,
    -~:General-Equity,-Chancery-Division,
    -~:AND-:Jeanne :Covert,-:d/b/a-
    -~:JEANNE-COVERT,-P.-J.-S.-C.
    :SUPERIOR COURT of the BURLINGTON-COUNTY
    -~:C/O-~49-Rancocas-Road.
    -~:Mount-Holly,-New-Jersey-Territory,
    -~:U.S.A.-~(08060).
:-~**5.**:CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-
    :NUMBER~9589 0710 5270 1975 2089 86
    :Todd :McManus,-:D/B/A,
    -~:TODD-MCMANUS,-Administration and/or
    -~:Valerie :Frage,-:D/B/A-
    -~:VALERIE-FRAGE,-Financial-Officer,
    -~:Chief-Counsel/Chief-Financial-Officer
    -~:JUDICIARY-COURT-ADMINISTRATION,
    -~:SUPERIOR-COURTS-OF-NEW-JERSEY,
    -~:c/o-~25-Market-Street,
    -~:-P.O.-Box-~985,
    -~:Trenton,-New-Jersey-Territories,
    -~:U.S.A.-~[08625].
:-~**6.**:CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-
    NUMBER-~9589 0710 5270 1975 2089 93.
    -~:James-H. :Family-of-Kostoplis,
    -~:d/b/a-James-H.-Kostoplis and/or
    -~:JAMES-H.-KOSTOPLIS,-Sheriff and
    -~:[A]gents-thereof:
    -~BURLINGTON-COUNTY-SHERIFF'S-DEPT.
    -~:C/O-~50-Rancocas-Road.
    -~:Mount-Holly,-New-Jersey-
    -~Territories:-~(08060).
:-~**7.**:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
    ~:NUMBER-~9589 0710 5270 1975 2090 06.
    :Terry :Family of Smith,-:d/b/a-
    -~TERRY-SMITH,-CEO/Trustee,
    -~:RUSHMORE-LOAN-MANAGEMENT-SERVICES,
    -~LLC.-&-RUSHMORE-LOAN-MGT.
    -~:c/o-~8950-Cypress-Waters-Blvd.
    -~:Coppell,-Texas-Territories,
    -~:U.S.A.-~(75019).

:-~8. <u>:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-</u>
    <u>~:NUMBER-~9589 0710 5270 1975 2090 20.</u>
    :Jay :Family of Bray,
    -~:D/B/A-JAY-BRAY,-TRUSTEE-AND-CEO:
    -~:Nationstar/Mr-Cooper,-LLC.
    -~:c/o-~8950-Cypress-Waters-Blvd.
    -~:Coppell: Texas-Territories-~(75019).

:-~9. <u>:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-</u>
    <u>~:NUMBER-~9589 0710 5270 1407 9129 86.</u>
    :Brian :Moynihan,-:D/B/A-
    -~:BRIAN-MOYNIHAN,-CEO,
    -~:BANK-OF-AMERICA and,
    -~BANK-OF-AMERICA CORPORATION.
    :BANK-OF-AMERICA-CORPORATE-CENTER,
    -~:100-NORTH-TYRON-STREET,
    -~CHARLOTTE,-NORTH-CAROLINA-TERRITORY,
    -~U.S.A.-(28255).

:-~10. <u>:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-</u>
    <u>~9589 0710 5270 1975 2090 37.</u>
    :MICHAEL-MCKEEVER,-CEO/KML-AND,
    -~:[A]GENTS-AND-:KML-LAW-GROUP,-P.C.,
    -~701-MARKET-STREET-
    -~:PHILADELPHIA,-PENNSYLVANIA-TERRITORY,
    -~-~U.S.A.-(19106).

:-~11. <u>:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-</u>
    <u>~9589 0710 5270 1975 2090 44.</u>
    :SERVICELINK,-LLC/CORPORATION,
    -~:Chris :Azur and/or :CHRIS-AZUR,
    -~Trustee-&-CEO.
    -~1355-CHERRINGTON-PARKWAY
    -~CORAOPOLIC,-PENNSYLVANIA-~(15108)(ZIP-EXEMPT).
  -~DATE: -~10/-~17/-~24.

                                        -~:[RE]SPECFULLY,

:By:  _Angel D. :Delgado_          RTP.
:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM: CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.

[RE]LINQUISHING(sic)-of their POSITIONS/SALARY/PENSIONS with this
[EX]POSURE(sic)-AND-with the [E]VERYTHING(sic)-they did with the
COMPROMISING-THEIR-ROLES of the BEING-PUBLIC-SERVANTS with this CLAIM
by this by the CLAIMANT/PETITIONER/[AU]THOR(sic).

-~5. For the 14^TH-AMENDMENT-PROVIDES-THE-VOIDANCE of these
ACTS/PRODUCT/ORDERS-[A]GAINST(sic) their OATHS of the
[OF]FICES(sic)/DUTIES,-SO-WHAT-THESE-PUBLIC-SERVANTS-PRODUCE,-
[IN]CLUDING(sic)-with the FAVORS-ON-BEHALF of the NATIONSTAR-ET-AL-
AND-[A]GENTS(sic)/SUCCESSORS with the DETRIMENT-[A]GAINST(sic)-
THIS-PETITIONER/FAMILY-AND-THEIR-[AS]SETS(sic)-ARE-NULL-AND-VOID-
AS-FRAUD-VITIATES-[E]VERYTHING(sic) with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~6. For this PETITIONER-BELIEVES with the ONLY-REMEDIES-ARE with the
DISTRICT-COURT of the [AP]PEALS: JUDGE-GEORGETTE-CASTNER with the
[AP]PLYING(sic) with the TREATIES: LAWS of the [E]QUITY(sic) within the
SNELL'S-[E]QUITY-TREATIES with the GOAL of the RIGHTING-A-WRONG-AND
with the DOING-WHAT-OUGHT with the HAVING-BEEN-DONE without the
VIOLATIONS of the SUPERIOR-COURT-AND-BANKRUTPCY-COURT in the FIRST-
PLACE with the PUTTING-PETITIONER/FAMILY-BACK-INTO-THEIR-HOME with
their [AS]SETS(sic)-[IM]MEDIATELY(sic)-AND-with the JUST-COMPENSATION
with the CLEAR-TITLE/QUIET-TITLE with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~A.: Maxims of the-~20-LAWS of the [E]QUITY(sic), which ARE with the
GENERAL-PRINCIPLES-FOUND within the SNELL'S-[E]QUITY(sic),-AN-ENGLISH-
TREATISE,-WHICH-PERMIT-COURTS with the USE of the DEVIATION with a
JUST-DECISION within the SPECIFIC-CASES,-WHICH-THIS-PETITIONER-CANNOT-
[DES]CRIBE(sic) with the LACK of the SPACE: PAGE-COUNT/NUMBER of the
WORDS,-with the [EN]FORCING(sic)-with the TERMS-&-CONDITIONS of his
CONTRACTS-[A]GAINST(sic)-[RE]SPONDENTS(sic) with the MAKING-
PETITIONER/FAMILY with the WHOLE-AND-with the JUST-COMPENSATION with
this CLAIM by this by the CLAIMANT/PETITIONER/[AU]THOR(sic).

-~B For the-TEN-MAXIMS of the LAW of the COMMERCIAL-LAW:-~For these TEN-
ESSENTIAL-MAXIMS ARE with the COMMERCIAL-LAW AND with the
[AD]MINISTRATIVE(sic)-[PRO]CESS(sic),-WHICH-THIS-PETITIONER-CANNOT-
[DES]CRIBE(sic) with the SPACE with the LACK of the PAGE-
COUNT/NUMBER of the WORDS,-BUT with the SAME-REASONING-with the
NUMBER-~1-[A]BOVE(sic): CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).

-~C. For the LAW of the SUBROGATION: CLAIM.-~For the SUBROGATION IS with
the PROCESS-WHERE-ONE-PARTY-[AS]SUMES(sic) of the LEGAL-RIGHTS of
the [A]NOTHER(sic) with the TYPICAL of the ONE-CREDITOR-over the
[A]NOTHER(sic).-~For the SUBROGATION with the ALSO-with the
[OC]CURENCE(sic)-IF-A-PARTY IS with the TAKING-[OV]ER(sic)-
[AN]OTHER'S-RIGHT with the SUING with this DEFINITION by the WEX-
DEFINITIONS-TEAM: CLAIM: CLAIMANT/PETITIONER/[AU]THOR(sic).

-~D. For the LAW of the SALVAGE-CLAIM IS with the WEX-DEFINITIONS-TEAM:
CLAIM.

**-~FOR-THE-PETITIONER'S-[AF]FIRMATIONS(sic) of the FOLLOWING-TABLE of the CONTENT-AND-PAGE/WORD-COURT,IF-A-[RE]QUIREMENT of this MOTION with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).**

-~I.:TABLE of the CONTENTS:                                    -~:PAGES:CLAIM.
-~1.:LETTER-AND-CERTIFICATION of the SERVICE of the PROCESS.........,.-~1-~5.
  -~With the [AF]FIDAVIT(sic) of the PRESENTMENT-[AT]TACH(sic).
-~2.:NOTICE of the MOTION with the PRAYOR of the [RE]LIEF(sic)..-~6-~11.
-~3.:SPECIAL-NEEDS/[AC]COMMODATIONS(sic)...................................-~12-~15.
-~4.:PETITIONER'S-[AF]FIRMATION(sic)/CERTIFICATION-IN-SUPPORT....-~16-~25.
-~5.:PETITIONER'S-LEGAL-BRIEF-IN-SUPPORT................................-~26-~35.
-~II.:WORD-COUNT of the CONTENTS:            ~:NUMBER of the WORDS:CLAIM.
-~1.:LETTER-AND-CERTIFICATION of the SERVICE of the PROCESS.........,.-~444.
   -~With the [AF]FIDAVIT(sic) of the PRESENTMENT-[AT]TACH(sic).
-~2.:NOTICE of the MOTION with the PRAYOR of the [RE]LIEF(sic)..-~687.
-~3.:SPECIAL-NEEDS/[AC]COMMODATIONS(sic)...................................-~506.
-~4.:PETITIONER'S-[AF]FIRMATION(sic)/CERTIFICATION-IN-SUPPORT.....-~1492.
-~5.:PETITIONER'S-LEGAL-BRIEF-IN-SUPPORT................................-~1715.
-~TABLE of the [AU]THORITY(sic):                          -~:PAGE:CLAIM.
-~1.:JURISDICTION/POWER of this CIRCUIT-COURT.....................-~26,-~29-~33.
-~2.:CONSTITUTION-AND-STATUTORY-[PRO]VISIONS(sic)....................-~27.
   -~a.:SUPREMACY-CLAUSE: ARTICLE-VI.-`2.1.1.3.....................-~27.
   -~b.:ART1.S1.1.OVERVIEW-OF-LEGISLATIVE-VESTING-CLAUSE:
   ARTICLE-~1,-SECTION-~1........................................-~27.
   -~c.:ARTICLE-VI...............................................-~27.
   -~14^{TH}-AMENDMENT: SECTIONS-~3-&-~4.......................-~27-28,-~33.
   -~28-U.S.C.-§-2072: a,-b,-c..................................-~28.
   -~CANONS: CODES-of-the-JUDGES: CODE-OF-CONDUCT-FOR-United-States-Judges.........................................................-~28.
   -~MODEL-AND-STATE-RULES of the PROFESSIONAL-CONDUCT of the
   [AT]TORNEYS(sic)..............................................-~28.
-~3. WRITS of the MANDAMUS/PROHIBITION/EXTRAORDINARY: RULE-~21...-~29
-~3.FEDERAL-RULE-of the CIVIL-PROCEDURES:-#-~60......[E]VIDENCE(sic)-~H.
-~4.FEDERAL-BANKRUPTCY-MADATORY-FORMS....................[E]VIDENCE(sic)-~A,-B,-H.
-~For this CLAIMANT/PETITIONER IS with the [A]BOVE(sic)-PAGE-COUNT-AS-TRUE
with the BEST of his KNOWLEDGE with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THORITY(sic).
-~DATE:-~10/-~18/-~2024.    _Angel D Delgado_          RTP.
                :By:
                :[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIMANT/CLAIMANT.
                :ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this DOCUMENT
                ARE: FULL-FORCE-AND-EFFECT with this CLAIM
                by this CLAIMANT.



:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.



:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.



:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

FOR THIS PRIVATE-COMMUNICATION-BETWEEN-THE-PARTIES IS WITH THE
KNOWLEDGE-FOR-THE-PRINCIPAL-AND/OR-[A]GENT(SIC)-AND-VICE/VERSA OF
THIS CLAIM BY THIS CLAIMANT.

:[AF]FIDAVIT(sic): NOTARY-PRESENTMENT IS: CLAIM :CLAIMANT.
-~For this CLAIMANT'S-KNOWLEDGE with this CERTIFICATION-OF-
MAILING with the [AU]THORIZATION(sic) of the
[RE]PRESENTATIVE(sic)-:Austria :Castillo,-LIVING-
WOMAN/WITNESS IS with the FOLLOWING with this CLAIM by this
CLAIMANT.
-~For this CLAIMANT'S-KNOWLEDGE on this DAY-~17th,-OCTOBER-~2024-
~2024,-with the :Angel-David :Delgado's,-
[AU]THORIZATION(sic) of HIS WRITS-&-LEGAL-BRIEF/MOTION-
FILINGS/DOCUMENTS/BINDERS ARE with the [PRE]SENCE(sic)-
BEFORE-ME with the FOLLOWING-DOCUMENTS-IN-THE-LIST-BELOW
with this CLAIM by this CLAIMANT.
-~For this CLAIMANT'S-KNOWLEDGE with the PERSONAL-VERIFICATION-
THAT-THESE-DOCUMENTS-ARE-IN-PLACE with its [AS]SIGN(sic)-
LABELS-AND-[EN]VELOPES(sic) with the SEALS IS with the
[AU]THOGRAPH(sic) with the [A]FIRMATION(sic) with this
CLAIM by this CLAIMANT.
-~For the CLAIMANT'S-KNOWLEDGE with these [EN]VELOPES(sic) with
its SEAL ARE with the MAILINGS with the UNITED-STATES-POST-
OFFICE-VIA-REGISTER-MAIL-RETURN-RECEIPT AND-ONE-with the
HAND-DELIVERY/FACSIMILE with the LIST-AS-FOLLOWS with this
CLAIM by this CLAIMANT.
-~:SECTION-I. For the FORENSIC-[E]VIDENCES(sic)-within the
BINDERS ARE-with the PREVIOUS-MAILINGS with the FOLLOWING-
PARTIES;-AND, the APPELLATE-FILINGS/DOCUMENTS within the
SEAL/[EN]VELOPES(sic) ARE with the FOLLOWING-
[DE]LIVERY(sic): CLAIM by this CLAIMANT.
-~:1.:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
-~:NUMBER-~9589 0710 5270 1975 2089 79.
:Georgette :Castner,-d/b/a GEORGETTE-CASTNER.
:U.S.-DISTRICT-COURT-TRENTON,
-~:C/O-~402-EAST-STATE-STREET,
-~:TRENTON,-New-Jersey-Territory,
-~:U.S.A. (08608).

1

--~2.<u>CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-</u>
  -~:<u>NUMBER-~9589 0710 5270 1975 2089 62</u>
  :Christine :Gravelle,-d/b/a CHRISTINE-GRAVELLE,
  -d-b-a-BANKRUTPCY-JUDGE.
  :U.S.-BANKRUTPCY-COURT-TRENTON,
  -~:C/O-~402-EAST-STATE-STREET,
  -~:TRENTON,-New-Jersey-Territory,
  -~:U.S.A. (08608).
--~3.:<u>CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-</u>
  :<u>NUMBER-~9589 0710 5270 1975 2090 68.</u>
  :Albert :Russo,-d-b-a-BANKRUTPCY-TRUSTEE-&-
  :Mary :Krieger,d-b-a-ATTORNEY of this TRUSTEE.
  :ALBERT-RUSSO,-STANDING-
  -~CHAPTER-13-TRUSTEE,-COMPANY.
  -~:C/O-~1-AAA-DRIVE-SUITE-101,
  -~:ROBBINSVILLE,-New-Jersey-Territory,
  -~:U.S.A.-~(08691).
--~4.:<u>CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-</u>
  :<u>NUMBER-~9589 0710 5270 1975 2090 51.</u>
  :Kathi-F.:Fiamingo,-:d/b/a
  -~:KATHI-F.-FIAMINGO,-P.-J.-T.-C.-&-P.J.,
  -~:General-Equity,-Chancery-Division,
  -~:<u>AND</u>-:Jeanne :Covert,-:d/b/a-
  -~:JEANNE-COVERT,-P.-J.-S.-C.
  :SUPERIOR COURT of the BURLINGTON-COUNTY
  -~:C/O-~49-Rancocas-Road.
  -~:Mount-Holly,-New-Jersey-Territory,
  -~:U.S.A.-~(08060).
:-~5.:<u>CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-</u>
  :<u>NUMBER~9589 0710 5270 1975 2089 86</u>
  :Todd :McManus,-:D/B/A,
  -~:TODD-MCMANUS,-Administration and/or
  -~:VALERIE-FRAGE,-Financial-Officer,
  -~:Chief-Counsel/Chief-Financial-Officer
  -~:JUDICIARY-COURT-ADMINISTRATION,
  -~:SUPERIOR-COURTS-OF-NEW-JERSEY,
  -~:c/o-~25-Market-Street,
  -~:-P.O.-Box-~985,
  -~:Trenton,-New-Jersey-Territories,
  -~:U.S.A.-~[08625].

2

:-~6. :CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-
    NUMBER-~9589 0710 5270 1975 2089 93.
    -~:James-H. :Family-of-Kostoplis,
    -~:d/b/a-James-H.-Kostoplis and/or
    -~:JAMES-H.-KOSTOPLIS,-Sheriff and
    -~:[A]gents-thereof:
    -~BURLINGTON-COUNTY-SHERIFF'S-DEPT.
    -~:C/O-~50-Rancocas-Road.
    -~:Mount-Holly,-New-Jersey-
    -~Territories:-~(08060).
:-~7. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
    ~:NUMBER-~9589 0710 5270 1975 2090 06.
    :Terry :Family of Smith,-:d/b/a-
    -~TERRY-SMITH,-CEO/Trustee,
    -~:RUSHMORE-LOAN-MANAGEMENT-SERVICES,
    -~LLC.-&-RUSHMORE-LOAN-MGT.
    -~:c/o-~8950-Cypress-Waters-Blvd.
    -~:Coppell,-Texas-Territories,
    -~:U.S.A.-~(75019).
:-~8. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
    ~:NUMBER-~9589 0710 5270 1975 2090 20.
    :Jay :Family of Bray,
    -~:D/B/A-JAY-BRAY,-TRUSTEE-AND-CEO:
    -~:Nationstar/Mr-Cooper,-LLC.
    -~:c/o-~8950-Cypress-Waters-Blvd.
    -~:Coppell: Texas-Territories-~(75019).
:-~9. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
    ~:NUMBER-~9589 0710 5270 1407 9129 86.
    :Brian :Moynihan,-:D/B/A-
    -~:BRIAN-MOYNIHAN,-CEO,
    -~:BANK-OF-AMERICA and,
    -~BANK-OF-AMERICA CORPORATION.
    :BANK-OF-AMERICA-CORPORATE-CENTER,
    -~:100-NORTH-TYRON-STREET,
    -~CHARLOTTE,-NORTH-CAROLINA-TERRITORY,
    -~U.S.A.-(28255).
:-~10. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
    ~9589 0710 5270 1975 2090 37.
    :MICHAEL-MCKEEVER,-CEO/KML-AND,
    -~:[A]GENTS-AND-:KML-LAW-GROUP,-P.C.,
    -~701-MARKET-STREET-
    -~:PHILADELPHIA,-PENNSYLVANIA-TERRITORY,
    -~-U.S.A.-(19106).

3

:-~11.:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
~9589 0710 5270 1975 2090 44.
:SERVICELINK,-LLC/CORPORATION,
-~:Chris :Azur and/or :CHRIS-AZUR,
-~Trustee-&-CEO.
-~1355-CHERRINGTON-PARKWAY
-~CORAOPOLIC,-PENNSYLVANIA-~(15108)(ZIP-EXEMPT).

-~:SECTION-II. For the COPIES of the LIST-OF-THE-DOCUMENTS within
the SEAL/ENVELOPES ARE with the FOLLOWING with this CLAIM by
this CLAIMANT.
:-~1.:COPY of the [AF]FIDAVIT(sic) of the PRESENTMENT/MAILINGS
IS AS-THE-SERVICE-OF-[PRO]CESS(sic)-[AF]FIRMATION(sic) with
this CLAIM by this CLAIMANT.
:-~2.:COPY of the LETTER/WRITS/LEGAL-FILINGS with the
FORENSIC(sic)-[E]VIDENCE(sic)-of the BANKRUPTCY-MATTER:
ANGEL-DAVID-DELGADO,-CASE-NUMBER-24-12420/CV-06225-
GC/BURLINGTON-COUNTY-SUPERIOR-COURT-MATTER-F-020340-17
ARE with this CLAIM by this CLAIMANT.

-~:SECTION-III. [O]RIGINALS(sic)/COPIES of the LIST-OF-THE-
DOCUMENTS within the BOXES ARE with the FOLLOWING with this
CLAIM by this CLAIMANT.
:-~1.:[AF]FIDAVIT(sic) of the PRESENTMENT/MAILINGS IS AS-THE-
SERVICE-OF-[PRO]CESS(sic)-[AF]FIRMATION(sic) with this
CLAIM by this CLAIMANT.
:-~2.:[O]RIGINAL(sic)-FILINGS/WRITS-AND COPY of the FORENSIC-
[E]VIDENCES(sic)/FIVE-Binders ARE with the UNITED-
STATES-3$^{RD}$-CIRCUIT-CONCERNING-THE-BANKRUPTCY-MATTER:
ANGEL-DAVID-DELGADO,-CASE-NUMBER-~24-~12420/CV-~06225-
GC/BURLINGTON-COUNTY-SUPERIOR-COURT-MATTER-F-~020340-~17
with this CLAIM by this CLAIMANT.
:-~3.:[O]RIGINAL(sic)-AND/OR-COPY of the COURT-FEE with the
$-~600.00 with the FORM of a MONEY-[OR]DER(sic) as the
FILING-FEE UNITED-STATES-~3$^{rd}$-CIRCUIT with this CLAIM by
this CLAIMANT.
:-~4.:COPIES of the [O]RIGINALS(sic)-ARE with the TRENTON-
UNITED-STATES-BANKRUPTCY-COURT,-with the TRENTON-
UNITED-STATES-DISTRICT-COURT-AND-ALL-PARTIES-AS-PER-THE-
LIST-[A]BOVE(sic) with this CLAIM by this CLAIMANT.
:-~5.:COPIES of the BINDERS/BOXES with the [DE]LIVERY(sic) ARE
with the PREVIOUS-HAND-DELIVERY/USPS-CERTIFY-MAIL-
[RE]TURN-[RE]CEIPT(sic)-with the PARTIES with this
CLAIM: CLAIMANT.
-~For this CLAIMANT'S-KNOWLEDGE with the [AF]FIRMATION(sic) of
the [A]BOVE(sic)-CERTIFICATION IS with my
[AU]TOGRAPH(sic)/[AU]THORITY(sic)·

-~:_____ RTP
-~:[AU]TOGRAPH (sic)- PRESENTATION(sic) IS:
CLAIM: CLAIMANT.
-~:ALL-RIGHTS with the RESERVE-WITHOUT-
PREJUDICE of this DOCUMENT with FULL-FORCE-
AND-EFFECT with this CLAIM by this CLAIMANT.

4



:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.

-~:In the **THIRD-CIRCUIT-COURT** of the
**APPEAL**-of the
**UNITED-STATES-of-the-AMERICA**: CLAIM.
:Docket-Number:-~_____.
:**NOTICE-OF-THE-MOTION** of the
**STAY/INJUNCTION-RELIEF** of the
SWC-F-020340-17/U.S.DISTRICT-TRENTON-DOCKET-
NUMBER:24-CV-0665-24/ 24-12420.

-~**PARTIES:**
-~:Angel-David :Delgado,-SUI-JURIS,-PETITIONER,
-~:**VERSUS,**
  -~:1.:UNITED-STATES-BANKRUPTCY-COURT-TRENTON,
     :RESPONDENTS;
  -~:2.:UNITED-STATES-DISCTICT-COURT-TRENTON,
     :RESPONDENTS;
  -~:3.:SUPERIOR-COURT-OF-THE-BURLINGTON-COUNTY
     :RESPONDENTS;
  -~:4.:FINANCIAL-ADMINISTRATION-OFFICE of the SUPERIOR-
        COURT-OF-THE-NEW-JERSEY,:RESPONDENTS;
  -~:5.:BURLINGTON-COUNTY-SHERIFF'S-DEPARTMENT,-
        :RESPONDENTS;
  -~:6.:NATIONSTAR/MR-COOPER,-MORTGAGE-COMPANY,-LLC.,-
        :Jay :Bray and/or :JAY-BRAY,-Trustee-AND-CEO,-
        :RESPONDENTS;
  -~:7.:RUSHMORE-LOAN-MANAGEMENT-SERVICES,-LLC.,
        :Terry :Smith-and/or-:TERRY-SMITH,-Founder-
        Trustee-&-AGENTS-:RESPONDENTS;
  -~:8.:KML-LAW-GROUP,-PC.,-~Michael :McKeever and/or
        MICHAEL-MCKEEVER,-Trustee-&-CEO,-:Kristine-G.
        :Murtha and/or :KRISTINE-G-MURTHA,-:Denise
        :Carlon and/or :DENISE-CARLON,-AGENTS-
        :RESPONDENTS;

-~:9.:SERVICELINK,-LLC/CORPORATION,-:Chris :Azur
    and/or :CHRIS-AZUR,-Trustee-&-CEO-AGENTS,-
    :RESPONDENTS;
-~10.:BANK-OF-AMERICA-CORPORATION,-:Brian :Moynihan
    and/or :BRIAN-MOYNIHAN,-Trustee-&-CEO,-:BANK-OF-
    AMERICA,-AGENTS,-RESPONDENTS;
-~11.:ALBERT-RUSSO-STANDING-CHAPTER-13-COMPANY;-
    :Albert :Russo and/or ALBERT-RUSSO,-TRUSTEE;-AND-
    :Mary :Kreiger and/or MARY-KREIGER,-
    [AT]TORNEY(sic)-:RESPONDENTS.
-~:For the:
-~:1.:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
    -~:NUMBER-~9589 0710 5270 1975 2089 79.
    :Georgette :Castner,-d/b/a GEORGETTE-CASTNER.
    :U.S.-DISTRICT-COURT-TRENTON,
    -~:C/O-~402-EAST-STATE-STREET,
    -~:TRENTON,-New-Jersey-Territory,
    -~:U.S.A. (08608).
-~2.:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
    -~:NUMBER-~9589 0710 5270 1975 2089 62
    :Christine :Gravelle,-d/b/a CHRISTINE-GRAVELLE,
    -d-b-a-BANKRUTPCY-JUDGE.
    :U.S.-BANKRUTPCY-COURT-TRENTON,
    -~:C/O-~402-EAST-STATE-STREET,
    -~:TRENTON,-New-Jersey-Territory,
    -~:U.S.A. (08608).
-~3.:CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-
    :NUMBER-~9589 0710 5270 1975 2090 68.
    :Albert :Russo,-d-b-a-BANKRUTPCY-TRUSTEE-&-
    :Mary :Kreiger,d-b-a-ATTORNEY of this TRUSTEE.
    :ALBERT-RUSSO,-STANDING-
    -~CHAPTER-13-TRUSTEE,-COMPANY.
    -~:C/O-~1-AAA-DRIVE-SUITE-101,
    -~:ROBBINSVILLE,-New-Jersey-Territory,
    -~:U.S.A.-~(08691).
-~4.:CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
    :NUMBER-~9589 0710 5270 1975 2090 51.
    :Kathi-F.:Fiamingo,-:d/b/a
    -~:KATHI-F.-FIAMINGO,-P.-J.-T.-C.-&-P.J.,
    -~:General-Equity,-Chancery-Division,
    -~:AND-:Jeanne :Covert,-:d/b/a-
    -~:JEANNE-COVERT,-P.-J.-S.-C.
    :SUPERIOR COURT of the BURLINGTON-COUNTY
    -~:C/O-~49-Rancocas-Road.
    -~:Mount-Holly,-New-Jersey-Territory,
    -~:U.S.A.-~(08060).

:-~5. :CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-
       :NUMBER~9589 0710 5270 1975 2089 86
       :Todd :McManus,-:D/B/A,
       -~:TODD-MCMANUS,-Administration and/or
       -~:Valerie :Frage,-:D/B/A-
       -~:VALERIE-FRAGE,-Financial-Officer,
       -~:Chief-Counsel/Chief-Financial-Officer
       -~:JUDICIARY-COURT-ADMINISTRATION,
       -~:SUPERIOR-COURTS-OF-NEW-JERSEY,
       -~:c/o-~25-Market-Street,
       -~:-P.O.-Box-~985,
       -~:Trenton,-New-Jersey-Territories,
       -~:U.S.A.-~[08625].
:-~6. :CERTIFY-MAIL-[RE]TURN-[RE]CEIPT-
       NUMBER-~9589 0710 5270 1975 2089 93.
       -~:James-H. :Family-of-Kostoplis,
       -~:d/b/a-James-H.-Kostoplis and/or
       -~:JAMES-H.-KOSTOPLIS,-Sheriff and
       -~:[A]gents-thereof:
       -~BURLINGTON-COUNTY-SHERIFF'S-DEPT.
       -~:C/O-~50-Rancocas-Road.
       -~:Mount-Holly,-New-Jersey-
       -~Territories:-~(08060).
:-~7. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
       ~:NUMBER-~9589 0710 5270 1975 2090 06.
       :Terry :Family of Smith,-:d/b/a-
       -~TERRY-SMITH,-CEO/Trustee,
       -~:RUSHMORE-LOAN-MANAGEMENT-SERVICES,
       -~LLC.-&-RUSHMORE-LOAN-MGT.
       -~:c/o-~8950-Cypress-Waters-Blvd.
       -~:Coppell,-Texas-Territories,
       -~:U.S.A.-~(75019).
:-~8. :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
       ~:NUMBER-~9589 0710 5270 1975 2090 20.
       :Jay :Family of Bray,
       -~:D/B/A-JAY-BRAY,-TRUSTEE-AND-CEO:
       -~:Nationstar/Mr-Cooper,-LLC.
       -~:c/o-~8950-Cypress-Waters-Blvd.
       -~:Coppell: Texas-Territories-~(75019).

-~:MOTION OF THE STAY,Etc with the 3^RD-CIRCUIT:CLAIM/[AU]THOR(sic): Angel-David :Delgado.

:-~9.  :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
       ~:NUMBER-~9589 0710 5270 1407 9129 86.
       :Brian :Moynihan,-:D/B/A-
       -~:BRIAN-MOYNIHAN,-CEO,
       -~:BANK-OF-AMERICA and,
       -~BANK-OF-AMERICA CORPORATION.
       :BANK-OF-AMERICA-CORPORATE-CENTER,
       -~:100-NORTH-TYRON-STREET,
       -~CHARLOTTE,-NORTH-CAROLINA-TERRITORY,
       -~U.S.A.-(28255).
:-~10.  :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
        ~9589 0710 5270 1975 2090 37.
        :MICHAEL-MCKEEVER,-CEO/KML-AND,
        -~:[A]GENTS-AND-:KML-LAW-GROUP,-P.C.,
        -~701-MARKET-STREET-
        -~:PHILADELPHIA,-PENNSYLVANIA-TERRITORY,
        -~-~U.S.A.-(19106).
:-~11.  :CERTIFY-MAIL-[RE]TURN(sic)-[RE]CEIPT(sic)-
        ~9589 0710 5270 1975 2090 44.
        :SERVICELINK,-LLC/CORPORATION,
        -~:Chris :Azur and/or :CHRIS-AZUR,
        -~Trustee-&-CEO.
        -~1355-CHERRINGTON-PARKWAY
        -~CORAOPOLIC,-PENNSYLVANIA-~(15108)(ZIP-EXEMPT).
        -~NOTICE-OF-THE-MOTION: MANDATE/PROHIBITION of the TEMPORARY-
            STAY/[IN]JUNCTION(sic)-RELIEF-AND-[OT]HER(sic) with the
            [UN]TIL(sic)-FURTHER-[OR]DER(sic) of this COURT: CLAIM.
-~For the PLEASE-TAKE-NOTICE with the PETITIONER with the MOVING with this
    THIRD-CIRCUIT-APPELLATE-COURT-IS with the SEEKING-A-TEMPORARY-
    [OR]DER(sic) with the [UN]TIL(sic)-THIS-COURT'S-FINAL-DETERMINATION of
    the WRITS with the CONSIDERATION of this PETITIONER'S-DIRE CIRCUMSTANCES
    with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
-~1. For the MANDATE/PROHIBITION of a TEMPORARY-STAY/[IN]JUNCTION(sic)-
    [RE]LIEF(sic)-[A]GAINST(sic)-ALL-COURTS/[A]GENTS(sic) with these
    [RE]SPONDENTS(sic) of the ANY-TRANSACTIONS of our LAND/HOUSE/DOMICILE of
    the TWENTY-FOUR,-~24-YEARS,-with the LEGAL-DESCRIPTION: CHESTNUT-AVENUE-
    &-OAKDALE-ROAD,-LOTS-~1-&-~2,-HAINESPORT,-NEW-JERSEY with the FORMER-
    TAX-MAP-NUMBER: 1109-MARNE-HIGHWAY,-HAINESPORT,-NEW-JERSEY,-AS-WE-HOLD-
    LEGAL/LAWFUL-CORRECT-TITLE-SINCE-~2005-AND-with the PRESENT-AND-NOW in
    the FORM of the CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-
    GRAMMAR-PERFORMANCE-with a BONIFIED-PURCHASER with the CONSIDERATION of
    the GOLD-COMMODITY-AND-LIFE-[ES]TATE(sic)-as of JANUARY-~24,-~2024 with
    a DEED-of the-[RE]CONVEYANCE(sic) as of JANUARY-~22,-~2024,-BINDER-#-
    ~1,-SUB.-#-~27-&-~28 ARE with the FACTS-AND-FORENSIC-[E]VIDENCES(sic)
    within the SUPPORTING-[AF]FIRMATION(sic)/CERTIFICATION with the SUPPORT
    of this MOTION with the CLAIM by the CLAIMANT/PETITIONER/[AU]THOR(sic).

-~2. For the MANDATE of a TEMPORARY-STAY/[IN]JUNCTION(sic)-[RE]LIEF(sic) with
the DISTRICT-COURT/BANKRUPTCY-COURT with the COMPELLING-of the
[RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic) with the FINANCIALLY-
PAYING of the ON-GOING-[PRE]SERVATION(sic)/MAINTAINANCE of the ALL-of
the PETITIONER'S-AND-HIS-FAMILY'S-PERSONAL-[AS]SETS(sic)-IN-TACT-AS-THE-
[RE]SPONDENTS-[UN]LAWFULLY-AND-[IL]LEGALLY(sic)-NOW-HOLD-THESE-
[AS]SETS(sic)-with the CAUSE/REASONING within the-~1.-[A]BOVE(sic) ARE
with the BASE-[U]PON(sic) the FACTS-AND-FORENSIC-[E]VIDENCES(sic) within
the SUPPORTING-[AF]FIRMATION(sic)/CERTIFICATION/BINDERS with this CLAIM
by the CLAIMANT/PETITIONER/[AU]THOR(sic).
-~3. For the MANDATE -THE-DISTRICT-COURT/BANKRUPTCY-COURT with the
COMPELLING-[RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-
[A]GENTS(sic) with the [RE]INBURSING(sic)-PETITIONER'S-SHELTER-
HOTEL/PET-[EX]SPENSES(sic) of the-~$6,000.00,-BINDER-~2,SUB-#-
~22-[RE]CEIPTS(sic),-AS of this FILING-with the BASE-
[U]PON(Sic)-PETITIONER'S-[AF]FIRMATION(sic)/CERTIFICATION ARE
with the BANKRUPTCY-COURT-HAVING-LEGAL-[AU]THORITY(sic) within
its CODES of the GRANTING-SUCH-[RE]LIEF(sic)-BASE-[U]PON(sic)
the FACTS-AND-FORENSIC-[E]VIDENCES(sic) within the SUPPORTING-
[AF]FIRMATION(sic)/CERTIFICATION/BINDERS with this CLAIM by the
CLAIMANT/PETITIONER/[AU]THOR(sic).
-~4.For the TEMPORARY-MANDATE of the DISTRICT-COURT/BANKRUPTCY-COURT
with the COMPELLING-[RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-
[A]GENTS(sic) with the PAYING-FOR-PETITIONER'S-SHELTER-
HOTEL/PET-ON-GOING-[EX]SPENSES(sic) with the [A]VERAGE(sic) of
the $2,000.00-per-week,-with the CAUSE/REASONING within the-~1.-
[A]BOVE(sic)-AND-SUPPORTING-[AF]FIRMATION(sic)/CERTIFICATION ARE
with the BANKRUPTCY-COURT-HAVING-LEGAL-[AU]THORITY(sic) within
its CODES of the GRANTING-SUCH-[RE]LIEF(sic)-BASE-[U]PON(sic)
the FACTS-AND-FORENSIC-[E]VIDENCES(sic) within the SUPPORTING-
[AF]FIRMATION(sic)/CERTIFICATION/BINDERS with the [UN]TIL(sic)-
FURTHER-ORDER of this COURT with this CLAIM by the
CLAIMANT/PETITIONER/[AU]THOR(sic).
-~5. For the SUCH-[OT]HER(sic)-[RE]LIEF(sic) of this COURT-DEEMS-
[E]QUITABLE(sic)-AND-JUST with this CLAIM by the
CLAIMANT/PETITIONER/[AU]THOR(sic).
-~For the NOTICE IS with the YOUR-RIGHTS-MAY-BE-with an [AF]FECT(sic)
with this CLAIM by the CLAIMANT/PETITIONER/[AU]THOR(sic).
-~For this CLAIMANT/PETITIONER IS with the FILING-THIS-MOTION-SEEKING-
TEMPORARY-[RE]LIEF(sic)-PENDING-THE WRITS'-DECISION with this
THIRD-CIRCUIT-COURT of the [AP]PEALS,-ARTICLE-III-COURT with the
PRAYOR of the [RE]LIEF(sic),-~1-~5-[A]BOVE(sic).

-~For the IF-YOU-DO-NOT-WANT-THIS-COURT of the GRANTING-THIS-MOTION,·
OR-with the,-IF-YOU-WANT-THIS-COURT-with the CONSIDERING-YOUR-VIEWS
ARE with the [RE]QUIREMENT(sic) of the FILING,-BY-YOU-OR-YOUR-
[AT]TORNEY(sic),-A-[RE]SPONSE(sic) with the FORM of a WRITING-
[EX]PLAINING(sic)-YOUR-POSITION within the SEVEN-DAYS-PRIOR of the
HEARING-DATE:

> -~HEARING-DATE: _____·
> -~HEARING-TIME: _____·
> -~HEARING-LOCATION:_____·
> -~COURT-ROOM:_____·

-~For the MAIL-YOUR-[RE]SPONSE(sic) with the COURT-CLERK with the
FILING,-with the RECEIVING-IT with the ON/BY-SEVEN-DAYS-PRIOR of
the HEARING-DATE.
-~For the YOU-MUST-MAIL-A-COPY of your [RE]SPONSE(sic) at the
FOLLOWING-LOCATION:

> :COURT-CLERK of the
> :ASSIGN-JUDGE/JUDGES.
> :THE-THIRD-CIRCUIT-COURT of the
> COURT-OF-THE-APPEAL-ARTICLE-III-COURT.
> :JAMES-A.-BYRNE-United-States-Courthouse.
> :601-Market-Street,
> :Philadelphia,-Pennsulvania-(19106).
> -~215-597-2995.

-~For the IF-YOU/YOUR-[AT]TORNEY(sic), ARE-NOT-with the TAKING-STEPS
AS-SET-FORTH-[A]BOVE(sic),-THIS-COURT-MAY-[DE]CIDE(sic) of this
MATTER-BEING—[UN]OPPOSE(sic) of the PRAYORS of the [RE]LIEF(sic)-
AND-GRANT-SUCH-[RE]LIEF(sic) with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).
-~DATE: 10/-~18/-~2024.

:By:_____*Angel D. Delgado*_____ RTP.
:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.






:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.

-~:In the **THIRD-CIRCUIT-COURT** of the
**APPEAL**-of the
**UNITED-STATES-of-the-AMERICA**: CLAIM.
:Docket-Number:-~_____.
:SPECIAL-NEEDS/[RE]QUIREMENTS(sic) with the
SUPPORT of the **NOTICE-OF-THE-MOTION** of the
**STAY/INJUNCTION-RELIEF** of the
SWC-F-020340-17/U.S.DISTRICT-TRENTON-DOCKET-
NUMBER:24-CV-0665-24/ 24-12420.

-~**PARTIES**:
-~:Angel-David :Delgado,-SUI-JURIS,-PETITIONER,
-~:**VERSUS**,
   -~:1.:UNITED-STATES-BANKRUPTCY-COURT-TRENTON,
     :RESPONDENTS;
   -~:2.:UNITED-STATES-DISCTICT-COURT-TRENTON,
     :RESPONDENTS;
   -~:3.:SUPERIOR-COURT-OF-THE-BURLINGTON-COUNTY
     :RESPONDENTS;
   -~:4.:FINANCIAL-ADMINISTRATION-OFFICE of the SUPERIOR-
     COURT-OF-THE-NEW-JERSEY,:RESPONDENTS;
   -~:5.:BURLINGTON-COUNTY-SHERIFF'S-DEPARTMENT,-
     :RESPONDENTS;
   -~:6.:NATIONSTAR/MR-COOPER,-MORTGAGE-COMPANY,-LLC.,-
     :Jay :Bray and/or :JAY-BRAY,-Trustee-AND-CEO,-
     :RESPONDENTS;
   -~:7.:RUSHMORE-LOAN-MANAGEMENT-SERVICES,-LLC.,
     :Terry :Smith-and/or-:TERRY-SMITH,-Founder-
     Trustee-&-AGENTS-:RESPONDENTS;
   -~:8.:KML-LAW-GROUP,-PC.,-~Michael :McKeever and/or
     MICHAEL-MCKEEVER,-Trustee-&-CEO,-:Kristine-G.
     :Murtha and/or :KRISTINE-G-MURTHA,-:Denise
     :Carlon and/or :DENISE-CARLON,-AGENTS-
     :RESPONDENTS;

-~:9.:SERVICELINK,-LLC/CORPORATION,-:Chris :Azur
        and/or :CHRIS-AZUR,-Trustee-&-CEO-AGENTS,-
        :RESPONDENTS;
-~10.:BANK-OF-AMERICA-CORPORATION,-:Brian :Moynihan
        and/or :BRIAN-MOYNIHAN,-Trustee-&-CEO,-:BANK-OF-
        AMERICA,-AGENTS,-RESPONDENTS;
-~11.:ALBERT-RUSSO-STANDING-CHAPTER-13-COMPANY;-
        :Albert :Russo and/or ALBERT-RUSSO,-TRUSTEE;-AND-
        :Mary :Kreiger and/or MARY-KREIGER,-
        [AT]TORNEY(sic):-RESPONDENTS.
-~:SPECIAL-NEEDS-[AC]COMMODATION(sic) IS WITH THE [RE]QUEST(sic)-AND-
    [RE]QUIREMENT(sic) with the [RE]SPECTFULLY(sic)-[RE]QUESTS: CLAIM.
-~For the CLAIMANT'S/PETITIONER-KN0WLEDGE ARE with the FOLLOWING-FACTS of
    this MOTION/[AF]FIDAVIT(sic)/FORENSIC-[E]VIDENCE(sic)(sic) with this
    CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
-~I.:COMMUNICATION-STYLE-AND-[PRE]SENTATION(sic) of this
    [AP]PLICATION(sic)-[EX]CEPTION(sic)-QUEST: CLAIM.
-~1.For this CLAIMANT/PETITIONER-AND-HIS-FAMILY [RE]QUIRE(sic)-
    [AC]COMMODATIONS(sic) with the LANGUAGE/COMMUNICATIONS,-as we ARE
    with the USE of the CORRECT-SENTENCE-STRUCTURE-COMMUNICATIONS-PARSE-
    SYNTAX-GRAMMAR-PERFORMANCE,-C-S-S-C-P-S-G-P,-with the BASE-
    [U]PON(sic)-OUR-RELIGIOUS-AND-NATIONAL-[O]RIGIN(sic)/RACE-BELIEFS
    with these CLAIMS by this CLAIMANT/PETITIONER/[AU]THORITY(sic):
    Angel-David :Delgado.
-~2.For the CLAIMANT/PETITIONER-AND-HIS-FAMILY ARE with the BIBLE-BASE-
    [RE]LIGIOUS(sic)-BELIEFS of the VALUATION/VALUE/BANKING of our
    WORDS/COMMUNICATION with the MONITORING-OURSELVES of our CONDUCT
    with the BEFORE-[OT]HERS(sic) with this CLAIM.
        :-~A.For the CLAIMANT/PETITIONER'S-KNOWLEDGE of the FACTS with the
            VALUATION/VALUE/BANKING-OF-THE-WORDS-AND-CLOSURE-IN-A-CONTRACT
            ARE with the CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-
            SYNTAX-GRAMMAR-PERFORMANCE-MECHANICS of this CLAIM by this
            CLAIMANT/[AU]THOR(sic).
        :-~B.For the TERMS-AND-CONDITIONS of this
            CONTRACT/[AF]FIRMATION(sic) with the CORRECT-SENTENCE-
            STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE-
            MATHEMATIC-[IN]TERFACE(sic)-MECHANICS,C-S-S-C-P-S-G-P,-with the
            ONE-WORD/ONE-MEANING/ONE-VENUE ARE with the VOIDANCE-OF-
            FICTIONAL/FRAUDULENT/MIS-PRESENTATIONS(sic)/PERJURY
            of these CLAIMS-WITHIN-THIS-MATTER by this
            CLAIMANT/[AU]THOR(sic).
        :-~C.For this CLAIMANT/PETITIONER'S-KNOWLEDGE-THAT-SENTENCE-
            STRUCTIONS without the [PRE]POSITIONAL(sic)-PHRASES with the
            BASE-[UP]ON(sic)-[RE]FERENCES(sic) of the EPTYMOLOGY-
            DICTIONARIES/WELL-KNOWN-DICTIONARIES/THESAURUS ARE with the
            MIS-PLACING-WORDS within a SENTENCE-AND-THUS-MODIFYING-THE-

WORDS with the CAUSATION-of-a-MULTIPLE-MEANING-AND-THEREFORE-CREATING-NO-MEETING of the MINDS within any FORM of the COMMUNICATION with this CLAIM by this CLAIMANT/[AU]THOR(sic).

:-~D.For the [RE]QUIREMENT(sic) of the [PRE]POSITIONAL(sic)-PHRASES with the VOIDANCE of the FALSE/FICTICIOUS-COMMUNICATION/PERJURY <u>ARE</u> with the NECESSITY-AND-CAUSE of the <u>**EXTRA-WORDS/LONGER-SENTENCES-STRUCTURES**</u>,-WHICH-MAKES-IT-DIFFICULT of the FOLLOWING-THIS-COURT'S-RULES of the FORMATING-AND-WORD-COUNT-AND-with the SEEKING-AN-<u>**[EX]CEPTION(sic)**</u> with the **<u>BASE-[U]PON(sic)-RELIGIOUS-BELIEFS of the COMMUNICATING-IN-TRUTH/FACTS</u>** with this CLAIM by this CLAIMANT/[AU]THOR.(sic).

:-~E.For the THUS,-the-<u>VOLITION</u> of this CLAIMANT/PETITIONER-AND-HIS-FAMILY <u>ARE</u> with the <u>NOW-POSITION</u> with the HONOR and PEACE/NEUTRALITY-ALWAYS with the PROVISIONS-OF-<u>PETITIONER'S-CREATOR</u>: <u>KING-JESUS</u> with this CLAIM by this CLAIMANT/[AU]THORITY(sic).

-~3.For this <u>VOLITION</u> <u>IS</u> with the OURS,-NOT-ONLY-with our RELIGIOUS-CONVICTIONS,-BUT-ALSO-PERTICULARLY,-with the VOIDANCE of the PERJURY-AS A-[RE]QUIREMENT(sic) of ANY-TRIBUNAL with its [RE]CORD(sic)-KEEPING with this CLAIM by this CLAIMANT/[AU]THORITY(sic).

-~4.For the USE of the DOUBLE-SPACE-RULE-AND-MARKS,-with the SAMPLE: QUOTATIONS/BRACKETS/BOXES/EXTRA-SPACING-BETWEEN-WORDS-AND-NUMBERS <u>ARE</u> with the [IN]TERPRETATION(sic)-AND-MEANING of the [O]MISSION(sic/VOID/NON-[EX]ISTING(sic)/LACK of the CONTRACT of any DOCUMENT with this CLAIM by this CLAIMANT/[AU]THOR(sic).

-~5.For the USE of the [EX]TRA(sic)-SPACING-<u>ARE</u> with the CAUSING-BREAKS of the CONTINUANCE-of the COMMUNICATION/[E]VIDENCE(sic)(sic) with the ALTERING-THE-COMMUNICATION-AND-MAKING-IT-FALSE AS per the [IN]TERNATIONAL(sic)-STYLES-MANUAL with this CLAIM by this CLAIMANT/[AU]THOR(sic).

-~6.For the SINGLE-SPACING with the LACK of the MARKS <u>ARE</u> ALSO with the **<u>VOIDANCE of the PERJERY-AND-MIS-COMMUNICATIONS</u>** with this COURT with this CLAIM by this CLAIMANT/[AU]THOR(sic).

-~7.For this CLAIMANT/PETITIONER <u>IS</u> with the [RE]SPECTFUL(sic)-PRAYER of this DEVIATION of this COURT'S-WRITING-COMMUNICATIONS-[RE]QUIREMENTS(sic) with this CLAIM by this CLAIMANT/[AU]THOR(sic).

<u>-~II.:PETITIONER'S-[RE]QUIREMENT of the POWER of the [A]TTORNEY(sic) of
the FACTS: CLAIM.</u>

-~8. For this CLAIMANT/PETITIONER <u>IS</u> with the QUEST of the HAVING-HIS-
SISTER: Dorkas-Iris :Delgado-Shafer with the FILING/[AP]PEARING(sic)
as PETITIONER'S <u>[AT]TORNEY(sic)-IN-FACT</u> as with THE-LOWER-COURTS
with the DUE of CLAIMANT'S VOCAL-CORD-DAMAGE with the
[IN]ABILITY(sic) of the [E]NUMCIATION(sic)-CORRECTLY-AND-LOSS of the
VOICE-AT-TIMES-AND-SHE-HAS-PERSONAL-KNOWLEDGE of this MATTER-AND-WE-
SHARE-DOMICILE with this CLAIM by this CLAIMANT/[AU]THORITY(sic).

:DATE:-~10/-~18/-~2024.

:By: _Angel D. :Delgado_ RTP.
:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS of CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
- DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.





:Quantum Parse Syntax,
C-S.-S.-C.-P-S.-G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.

-~:In the THIRD-CIRCUIT-COURT of the
APPEAL-of the
UNITED-STATES-of-the-AMERICA: CLAIM.
:Docket-Number:-~_____.
:[AF]FIRMATION(sic)/CERTIFICATION-AND-LEGAL-
BRIEF with the SUPPORT of the NOTICE-OF-THE-
MOTION of the
STAY/INJUNCTION-RELIEF of the
SWC-F-020340-17/U.S.DISTRICT-TRENTON-DOCKET-
NUMBER:24-CV-0665-24/ 24-12420.

-~PARTIES:
-~:Angel-David :Delgado,-SUI-JURIS,-PETITIONER,
-~:VERSUS,
    -~:1.:UNITED-STATES-BANKRUPTCY-COURT-TRENTON,
        :RESPONDENTS;
    -~:2.:UNITED-STATES-DISCTICT-COURT-TRENTON,
        :RESPONDENTS;
    -~:3.:SUPERIOR-COURT-OF-THE-BURLINGTON-COUNTY
        :RESPONDENTS;
    -~:4.:FINANCIAL-ADMINISTRATION-OFFICE of the SUPERIOR-
        COURT-OF-THE-NEW-JERSEY,:RESPONDENTS;
    -~:5.:BURLINGTON-COUNTY-SHERIFF'S-DEPARTMENT,-
        :RESPONDENTS;
    -~:6.:NATIONSTAR/MR-COOPER,-MORTGAGE-COMPANY,-LLC.,-
        :Jay :Bray and/or :JAY-BRAY,-Trustee-AND-CEO,-
        :RESPONDENTS;
    -~:7.:RUSHMORE-LOAN-MANAGEMENT-SERVICES,-LLC.,
        :Terry :Smith-and/or-:TERRY-SMITH,-Founder-
        Trustee-&-AGENTS-:RESPONDENTS;

-~:8.:KML-LAW-GROUP,-PC.,-~Michael :McKeever and/or
      MICHAEL-MCKEEVER,-Trustee-&-CEO,-:Kristine-G.
      :Murtha and/or :KRISTINE-G-MURTHA,-:Denise
      :Carlon and/or :DENISE-CARLON,-AGENTS-
      :RESPONDENTS;
-~:9.:SERVICELINK,-LLC/CORPORATION,-:Chris :Azur
      and/or :CHRIS-AZUR,-Trustee-&-CEO-AGENTS,-
      :RESPONDENTS;
-~10.:BANK-OF-AMERICA-CORPORATION,-:Brian :Moynihan
      and/or :BRIAN-MOYNIHAN,-Trustee-&-CEO,-:BANK-OF-
      AMERICA,-AGENTS,-RESPONDENTS;
-~11.:ALBERT-RUSSO-STANDING-CHAPTER-13-COMPANY;-
      :Albert :Russo and/or ALBERT-RUSSO,-TRUSTEE;-AND-
      :Mary :Kreiger and/or MARY-KREIGER,-
      [AT]TORNEY(sic)-:RESPONDENTS.
:[AF]FIRMATION(sic)/CERTIFICATION-AND-LEGAL-BRIEF with the SUPPORT of the NOTICE-OF-THE-
                MOTION of the STAY/[IN]JUNCTION(sic)-[RE]LIEF(sic).
-~For this CLAIMANT/PETITIONER: Angel-David :Delgado IS with his
   CLAIMANT/PETITIONER'S-KNOWLEDGE with the
   [AF]FIRMING(sic)/CERTIFYING-with the FACTS with the SUPPORT-of an
   [IM]MEDIATE(sic)-STAY/[IN]JUNCTION(sic)-[RE]LIEF(sic) with the
   PENDING of the [DE]CISION(sic) on the WRITS with this CLAIM by this
   CLAIMANT/PETITIONER/[AU]THOR(sic).
-~For this CLAIMANT/PETITIONER IS with the LACK of any [OT]HER(sic)-
   FORM of the [IM]MEDIATE(sic)-[RE]LIEF(sic)-with the BASE-
   [U]PON(sic)-AN-[AR]TICLE(sic)-III-COURT,-A-COURT-of the
   [E]QUITY(sic),-SUBROGATION,-SALVAGE-CLAIM,-WHILE:
-~A. With the CLAIMANT/PETITIONER'S-PENDING-CASES: DISTRICT-TRENTON:
      BANKRUPTCY-COURT-#-~24-12420/DISTRICT-COURT of the
      [AP]PEAL(sic)-#-~24-CV-06550-24, with the LACK of the
      TRUST/CONFIDENCE,-[af]ter(sic) their MIS-DIRECTING/MIS-
      [AP]PROPRIATING(sic)-PETITIONER'S-~$840.00 of the FILING-FEES-
      AND-BIRTH-CERTIFICATE-BOND-while the [AB]SOLUTE(sic)-
      [RE]FUSAL(sic) with the [RE]VIEWING(sic)-
      FACTS/DOCUMENTS/CONCLUSION of the [AP]PLICABLE(sic)-LAWS-AS-
      [E]VIDENT(sic) of the COURT-TRANSCRIPTS-AND-with the MIS-
      DIRECTING-PETITIONER'S-CASE of the COMING-BEFORE-THIS-THIRD-
      CIRCUIT-ARTICLE-III-COURT,-WASTING-PETITIONER'S-TIME/MONEY with
      this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
      -~FORENSIC-[E]VIDENCES(sic): BINDER-#-~5:-SUB-#-~13-16: CLAIM.

-~B. With the,-SHOWING,-without the [RE]SPONDENTS'(sic)-
CONTEST/[OP]POSITION(sic)-FILINGS,-of the PETITIONER'S-JANUARY-~22,-
~2024,-DEED of the [RE]CONVEYANCE(sic) with a ZERO-BALANCE/ZERO-LEIN,-
AND-A-JANUARY-~24,-~2024,-DEED of the TRANSFER with the CONSIDERATION
of the COMMODITY-GOLD with a LIFE-[ES]TATE(sic),-**~FORENSIC-**
**[E]VIDENCES: I-AND-J**,-BEFORE-THIS-COURTHOUSE,-**IS** with their CLAIM-
THAT-ARTICLE-I-COURTS-DO-NOT-DO-THIS-[AD]MINISTRATIVE(sic)-PROCESS-OR-
THE-MATTER-IS-NOT-BEFORE-IT,-WHILE-HAVING-THE-
[AP]PLICATIONS(sic)/PROOFS-BEFORE-IT,-with the **COURT'S-DIS-DAIN(sic)-**
**TREATMENT**,-AS-IF-PETITIONER'S-[AP]PEARANCE(sic)-**ARE**-with the IN-
[AP]PROPRIATE(sic) with the COURT'S-LIKING-that it CANNOT-STATE-WHAT-
LAW-IT-IS-PRACTICING,-IN-[AD]DITION(sic) of the BANKRUPTCY-CODE with
this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES: BINDER-#-~1:-SUB-#-~27-28: CLAIM.
-~C. With the COURTS/TRUSTEE of the COURT/[RE]SPONDENTS: NATIONSTAR-
ET-AL-AND-[A]GENTS(sic) **ARE** with the TACIT-[A]GREEMENT(sic) with
the TIL-THIS-DATE with the CLAIMANT'S/PETITIONER/(debtor)-
BANKRUPTCY-SCHEDULE-FILINGS with the SHOWING-THAT **NO-LIEN-**
**[EX]ISTS(sic)-[A]GAINST(sic)-PETITIONER'S-LAND/DOMICILE/HOUSE**,-
with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES: G:-PETITIONER'S-BANKRUPTCY-SCHEDULES:
CLAIM.
-~D. With the [RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic) **ARE**
With the TIL-THIS-DATE with the FAILING of the [AP]PEARING(sic)-
AS-SELF/[RE]PRESENTATIVE(sic) with the-BEFORE-THIS-COURT-AND-
FAILING with the FILING-ANY-[AF]FIDAVITS(sic)/FILINGS/PROOFS
with any CLAIMS-[A]GAINST(sic)-THIS-PETITIONER/FAMILY-MEMBER-
with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
-~E. With the **JULY-~2024**-DISCOVERY of the BURLINGTON-COUNTY-SUPERIOR-
COURT with the [AC]QUIESCE(sic) of the [RE]SPONDENTS: KML-
[AT]TORNEYS/SHERIFF'S-DEPARTMENT of the **DESTROYING/FAILURE of**
**the [RE]CORDING(sic)/PROCESSING** with this **SUPERIOR-COURT** of the
**PETITIONER/FAMILY'S-MARCH/APRIL-~2023-COURT-FILINGS** with the
[UN]DER(sic)-SPECIAL-[AP]PEARANCES(sic) **ARE** with the
[AS]SISTING(sic)-[RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-
[A]GENTS(sic)-**PROCEEDING with the [FORE]CLOSURE(sic)-SHERIFF-**
**SALE-WHERE-NO-LIEN-[EX]ISTS(sic)** with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES:-~BINDER-#-~1:SUB-~24-&-~25: JUDICIARY-
COURT of the [E]QUITY(sic)/CHANCERY-eCOURT-[IN]TERNET(sic)-
FILINGS/CALENDAR-AND-PROOF of our COURT-FILE-STAMP-FILINGS:
CLAIM.

-~F. With the DISTRICT-BANKRUPTCY-COURT/TRUSTEE of the
COURT/[A]GENTS(sic) ARE with the [AL]LOWING(sic)-THE-SUPERIOR-
COURT/SHERIFF-DEPARTMENT/[RE]SPONDENTS: NATIONSTAR-ET-AL-AND-
[A]GENTS(sic)/KML-ATTORNEYS with the [U]SURPING(sic)-the-
JUDGE'S-ROLE with the BREACHING/VIOLATING-FEDERAL-BANKRUTPCY-
CODE of the [AU]TOMATIC(sic)-STAY-IN-PLACE with their FAILURE of
the FILING-THE MANDATORY-[RE]QUIREMENT(sic) of the: MOTION-FOR-
CONFIRMING-AUTOMATIC-STAY-IS-NOT-IN-[EF]FECT(sic)-AND-NOTICE-OF-
OBJECTIONS-TO-YOUR-CLAIM With the GIVING-THIS-PETITIONER
-DUE-PROCESS/NOTICE with the VIOLATING-PETITIONER/FAMILY-UN-
LIENABLE(sic)/IN-ALIENABLE(sic)-RIGHTS with their BELIEFS-THAT-
SOVEREIGN-CITIZENS with the RELIGIOUS-BELEIFS of the BEING-
LIVING-MAN/WOMAN-LACK-RIGHTS of the OWNING-LAND-AND-CONTRACTING-
USING-THE-ADMINISTRATIVE-PROCESS,-THE-VERY-SAME-PROCESS-
[RE]SPONDENTS(sic)/COURTS-USE-DAILY with their BUSINESS-PRACTICE
with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES:-~A: MOTION-FOR-CONFIRMING-AUTOMATIC-
STAY-IS-NOT-IN-EFFECT-AND-B: NOTICE-OF-OBJECTIONS-TO-YOUR-CLAIM:
CLAIM.
-~FORENSIC-[E]VIDENCES:-~E: BANKRUPTCY-COURT-NOTICE with the
DATE: MARCH-~06,-~2024,-CASE-#-~24-12420: CLAIM.
-~G. With the [RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-ARE with
the FEDERAL-MANDATORY-[RE]QUIREMENT(sic) of the FILING-with the
SEEKING-[RE]LIEF(sic) with the BEFORE-THE-BANKRUPTCY-COURT with an
ORDER-RESOLVING-MOTION-TO-VACATE-STAY-AND/OR-MOTION-TO-DISMISS-WITH-
CONDITIONS-AND with the ORDER-VACATING-STAY with the PURPOSE of the
GIVING-THIS-PETITIONER-DUE-PROCESS/NOTICE without the VIOLATING-
PETITIONER/FAMILY-UN-LIENABLE/IN-ALIENABLE-PROTECTION of those-
RIGHTS,-BUT-[RE]SPONDENTS-FILE-NOTHING-BEFORE-THE-BANKRUPTCY-COURT
with the CURRENT-DATE with the BANKRUPTCY-COURT/TRUSTEE-BREACHING-
THEIR-DUTIES of their [OA]THS(sic) of the [OF]FICE(sic) with their
[IG]NORING(sic)-THESE-MATERIAL-FACTS of the LACK-of the DUE-
PROCESS/NOTICE-FACTORS with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES:-~H: BANKRUPTCY-CODE-MANDATORY-
[RE]QUIREMENT(sic)-FORMS: CLAIM.

-~H. With the [RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic) with
the CREATING/FILING-A-FRAUDULENT-STATEMENT of a LEIN-with the
SUPERIOR-COURT,-A-COURT of the [E]QUITY(sic)/CHANCERY/SHERIFF'S-
DEPARTMENT,-with their-KNOWLEDGE of their DESTROYING-OUR-
FILINGS/FAILING of the PROCESSING,-**ARE** with these [RE]SPONDENTS-
PROCEEDING with a SHERIFF'S-SALE,-DURING-THE-MARCH-~06,-~2024-
[AU]TOMATIC(sic)-STAY, with the NATIONSTAR-ET-AL-PURCHASE-on/by
the MARCH-~21,-~2024,-**without the DUE-PROCESS-NOTICE-MANDATORY-**
**FEDERAL-BANKRUPTCY-CODE** with this CLAIM by this
CLAIMANT/PETITIONER/[AU]THOR(sic).

-I. With the [RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-with a
CLAIM of the BEING-THE-SUCCESSFUL-BIDDER of its OWN-FRAUDULENT-
STATEMENT,-**IS** with the SENDING-THIS-MESSAGE-with a NON-
[RE]PRESENTING(sic)-THIRD-PARTY,-NON-WITNESS: KML-ATTORNEY,-with
the [RE]SPONDENTS(sic): NATIONSTAR-ET-AL-NEVER-[AP]PEARING(sic)-
before the **APRIL-~2024-BANKRUPTCY-COURT-HEARING**-AND/OR-FILING-
ANYTHING with this COURT,-THEN-AND with this CURRENT-DATE,-with
the BANKRUPTCY-COURT-JUDGE-CLAIMING-SHE-**IS**-AN-ARTICLE-I-COURT-
AND-[AC]CEPTS(sic)-THIS-[RE]PRESENTATION(sic)-without-any-
PROOFS-AND-with the VIOLATING-PETITIONER'S-DUE-PROCESS/NOTICE-
RIGHTS/UN-LIENABLE(sic)/IN-ALIENABLE(sic)-RIGHTS with this CLAIM
by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~J.With this PETITIONER'S-[OB]JECTIONS(sic)-AND with the FILING with
the [AP]PELLATE(sic)-ARTICLE-III-COURT-SEEKING-3^{RD}-CIRCUIT,-on
the APRIL-~18-~2024/-AND-PAYING-~$605.00-THEREAFTER with the
PROCESS-GOING-THROUGH with this BANKRUPTCY-COURT-AS-A-
[RE]QUIREMENT(sic)-AND with the WAITING-with this COURT-'TIL-
MAY-~15,-~2024 with its DECISION **ARE** with this COURT-DEVIATING-
THOSE-FEES with its DISTRICT-COURT of the [AP]PEALS(sic): A-
COURT-THIS-JUDGE-CLAIMS-SHE-SPOKE-WITH-ON-THE-EX-PARTE-BASIS-
AND-THEY-SAY-SHE-DID-NOTHING-WRONG,-with the NOW-DISTRICT-CASE-
NUMBER-~24-CV-0665-24-AND with the TAKING/USING-THE-REMAINING-
~$307.00 of the $605.00-FEES-LEAVING-PETITIONER-with the AUGUST-
-~27,-~2024-HEARING with the [AT]TEMPT(sic) of the
[AD]DRESSING(sic)-THIS-[IS]SUE(sic) with the NO-[A]VAIL(sic)
with this CLAIM by the CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES:-BINDER-~5,-SUB-~13-16: FORMS/FILINGS/PAYMENTS:
CLAIM.
-~FORENSIC-[E]VIDENCES:-BINDER-~5,-SUB-~21: BANKRUPTCY-COURT-NOTICE
CLAIM.

Page 20

-~:MOTION OF THE STAY,Etc with the 3^{RD}-CIRCUIT:CLAIM/[AU]THOR(sic): Angel-David :Delgado.

-~K. With the PETITIONER-[AT]TENDING(sic)-THE-MAY-~2024-HEARING with
   the [RE]SPONDENTS(sic) ARE with the FAILING of the
   [AP]PEARING(sic) AND with this JUDGE'S-PURGERY on the RECORD
   with the [RE]PRESENING(sic)-that this-COURT,-AS-AN-ARTICLE-I-
   COURT,-HAS-NO-POWER-[o]ver the PETITIONER'S-LAND-HOUSE-DOMICILE-
   MATTER with the KNOWING-IT-HAS-THE POWER of the USING-FRCP-#-
   ~60,-MOTION of the [RE]CONSIDER(sic),-MOTION with the TURN-OVER-
   PROPOERTY,-MOTION-TO-COMPEL,-MOTION-FOR-SANCTIONS,-MOTION-FOR-
   DAMAGES-FOR-CREDITOR-MISCONDUCT,-MOTION-FOR-CONTEMPT,-with the
   POWER of the VOIDING-SHERIFF-SALE,-AN-[AS]SET(sic) within the
   CONTROL of the TRUSTEE,-WHICH-VIOLATES-DUE-PROCESS/NOTICE with
   this CLAIM by the CLAIMANT/PETITIONER/[AU]THOR(sic).
   -~FORENSIC-[E]VIDENCES:-H: BANKRUPTCY-FORMS of the SHOWING-WHAT-A-
   BANKRUPTCY-COURT-has the POWER of the [RE]CTIFYING(sic)-A-VIOLATION of
   its COURT-AND-AN-[IN]JUSTICE(sic): CLAIM.
-~L. With the AUGUST-~27,-~2024,-PEITIONER-FILING-ANOTHER-MOTION of
   the RECONSIDER/FRCP-#-~60-with the BANKRUPTCY-COURT with a COPY
   of this MATTER with this DISTRICT-APPEALLATE-COURT-on/by-the
   AUGUST-~22,-~2024,-with the [RE]SPONDENTS(sic): NATIONSTAR-ET-
   AL-AND-[AT]TORNEY(sic) with the FAILING of the
   [AP]PEARANCE(sic)-AND/OR-FILING-ANY-FILINGS with this COURT ARE
   with the SHOWING-HOW-THE-SUPERIOR-COURT-DESTROYS-
   PETITIONER/FAMILY-FILINGS with the SPECIAL-[AP]PEARANCE(sic),-
   AND-NOW-SEEKING of this COURT with the MAKING-A-FINDING-of the
   FACTS/CONCLUSION of the LAW with the PAYING-~$235.00 of this
   SERVICE,-AND with this COURT-BLATENTLY-[RE]FUSING(sic),-BUT-
   KEEPS-PETITIONER'S-$235.00 with this CLAIM by the
   CLAIMANT/PETITIONER/[AU]THOR(sic).
   -~FORENSIC-[E]VIDENCES:-C: COURT-ORDER/PAYMENT.
   -~FORENSIC-[E]VIDENCES:-BINDER-~5,-SUB-~12: LETTER with the DISTRICT-
   COURT-of the APPEAL-[EX]TENDING(sic)-TIME with the GIVING-A-COPY of
   this MOTION-AND-REASONS-AND with this COURT-GRANTING with the BRIEFS-
   DUE with the OCTOBER-~2024: CLAIM.
-~M. With this SEPTEMBER-~2024,-with this PETITIONER-[RE]CEIVING(sic)-
   A-LETTER of the BURLINGTON-COUNTY-SUPERIOR-COURT-JUDGE-COVERT
   with a CLAIM of the RECEIVING-DOCUMENTS of the BANKRUPTCY-COURT-
   AND-JUDGE-COVERT-NEEDS-A-DOCKET-NUMBER-ARE with the SHOWING-THE-
   BANKRUPTCY-COURT-[IN]VOLVING(sic)-ITSELF with the
   [AS]SISTING(sic)-[RE]SPONDENTS(sic): NATIONSTAR-ET-AL with the
   [UN]LAWFUL/[IL]LEGAL(sic)-TAKING of this PETITIONER/FAMILY'S-
   LAND/HOUSE/DOMICILE of the-~24-PLUS-YEARS with the PREJUDICE
   with this CLAIM by the CLAIMANT/PETITIONER/[AU]THOR(sic).

-~N. With the **AUGUST-~28,-~2024, with the DAY-AFTER-THE-HEARING,-IS** with the
BURLINGTON-COUNTY-COURT/SHERIFF-DEPARTMENT-TAPING-SIX-NOTICES of an
[EX]PARTE(sic) WRIT of the POSESSION with an [UN]USUAL(sic)-**11-DAY-**
**[E]VICTION(sic)-NOTICE** with the STANDARD BEING-A-~30-DAY-NOTICE with
the [EX]TENSIONS(sic) within their RULES/[RE]GULATIONS(sic)/CODES,-
WHICH this PETITIONER-RETURNS-with the [RE]JECT(sic)/[RE]SCIND(sic)/NO-
CONTRACT/LACK of the JURISDICTION within a THREE-DAY-PERIOD-VIA: USPS-
CERTIFY-[RE]GISTER(sic)-MAIL with this CLAIM by the
CLAIMANT/PETITIONER/[AU]THOR(sic).
  -~FORENSIC-[E]VIDENCES:-BINDER-#-~5:-~17-~19: PICTURES/NOTICES/FAXES-
[RE]GARDING(sic) of the PENDING-[AP]PEAL(sic)-AND-SENDING-COPIES of the
FORENSIC-[E]VIDENCES(sic) with the [RE]SPONDENTS: CLAIM.

-~O. With the **SEPTEMBER-~17,-~2024** with the [RE]SPONDENTS: SUPERIOR-COURT-
SHERIFFS with the [AD]MIRALTY(sic)-LAW-FLAGS on their [UN]IFORMS(sic)
with the LOCAL-SHERIFF'S-**ARE** with them BREAKING-DOWN-PETITIONER'S-
FRONT-DOOR-with the PETITIONER'S-SISTER-SAYING-CHECK-YOUR-FAXES-AND-
YOU-HAVE-NO-PERMISSION with the ENTERING with the UNITED-STATES-PEACE-
FLAG-HANGING on the PORCH-DURING-PEACE-TIME with this CLAIM by the
CLAIMANT/PETITIONER/[AU]THOR(sic).
  -~FORENSIC-[E]VIDENCES:-BINDER-#-~2:-~20-~21: PICTURES/VIDEO
within the FLASH-DRIVE[RE]SPONDENTS: CLAIM.
  -~FORENSIC-[E]VIDENCES: D: PICTURES.

-~P. With this PETITIONER/FAMILY/PETS with the BEING-with the FORCE-
THREATS of the BEING-with the [AR]REST(sic)-AND-PLACING-DOG
within a DOG-POUND with the BASIS of the
TRESPASS/[OB]STRUCTION(sic) of the VERY-HOUSE/LAND/DOMICLE with
the RIGHTFULLY-BELONGING with this FAMILY of the-~24-PLUS-YEARS
with the **HAVING-OWNERSHIP-NOW of a BONIFY-PURCHASER: Austria**
**:Castillo** with the CONSIDERATION of the GOLD-COMMIDITY-AND-LIFE-
[ES]TATE(sic) as of **JANUARY-24,-~2024**, with the VERY-SAME-
LIVING-WOMAN-WHO-[AP]PEARS(sic)-BEFORE-THE-BANKRUPTCY-COURT-AT-
ALL-THREE-HEARINGS-AND-with the :Austria :Castillo with the
PROVIDING-HER-[AF]FIRMATION(sic) with this COURT-**AS-A-FACT-**
**WITNESS** of this [EN]TIRE(sic)-THEFT of these [RE]SPONDENTS(sic)
with their MIS-USE of their COLOR of the LAWS with the
TRICKERY/MIS-[RE]PRESENTATIONS(sic)/[O]MISSION(sic)-BEFORE-THE-
COURTS with the COURTS'-BREACH of their [OA]TH(sic)-of the
[O]FFICES(sic)-with the [IN]TENTIONAL(sic)-VIOLATIONS of the
DUE-PROCESS/NOTICE with the [DIS]CRIMINATIONS(sic)-
[A]GAINST(sic)-PETITIONER/FAMILY/:Austria :Castillo with the
BEING-SOVEREIGN-LIVING-MAN/WOMAN of this NATION with the HAVING-
RELIGIOUS-BELIEFS of the WHOSE'-WE-ARE: KING-JESUS,-with this
CLAIM by the CLAIMANT/PETITIONER/[AU]THOR(sic).

-~FORENSIC-[E]VIDENCES:-BINDER-#-~2:-~20-~21: PICTURES/VIDEO within the FLASH-DRIVE[RE]SPONDENTS: CLAIM.
-~FORENSIC-[E]VIDENCES:-BINDER-#-~5:-~24: Austria :Castillo's-[AF]FIRMATION(sic)-as a FACT-WITNESS/TRUE-OWNER of the LAND/DOMICILE/HOUSE with the DEED of the TRANSFER with the C-S-S-C-P-S-G-P-LANGUAGE: CLAIM.
-~FORENSIC-[E]VIDENCE: I-&-J: JANUARY-~24,-~2024,-DEED of the TRANSFER-AND-JANUARY-~22,-~2024,-DEED of the [RE]CONVEYANCE(sic) with the C-S-S-C-P-S-G-P-LANGUAGE: CLAIM.   -~legal=

-~Q. With the RESULT at the HANDS of these [RE]SPONDENTS(sic) with the TAKING-HOLDING-NINETY-NINE-PERCENT of the PETTIONER'S-PERSONAL-[AS]SETS(sic): MEDICINES/CLOTHES/FURNITURE/APPLIANCES/COMPUTERS/PRINTERS/WORK-PRODUCT of this CASE/EVERYTHING-as of SEPTEMBER-~17,-~2024-AND-with the PRESENT ARE with the DISABLING-THIS-PETITIONER/FAMILY-WHO-ARE-IN-THEIR-MID-SIXTIES,-with the BEING-with the COMPELLING-of the RESIDING-in a HOTEL with the BARE-MINIMUM of the CLOTHES/NECESSITIES with the [RE]CEIPTS(sic) of the SPENDING-[AP]PROXIMATELY(sic)-$6000.00-with the PRESENT-DATE of the BEING-CURRENTLY-HOMELESS with the PRAYOR of the [RE]LIEF(sic) with this FILING with the [UN]TIL(sic)-THIS-COURT'S-VIEW/[DE]CISION(sic) of its MANDAMUS/PROHIBITION with this CLAIM by the CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCE: F: RECEIPTS.

-~R. With these MATTERS ARE with the CORRENTLY-BEFORE with the BANKRUPTCY-COURT with a COURT-DATE of the NOVEMBER-~6,-~2024 with the [RE]SPONDENTS(sic)-ALREADY-BEING with that SERVICE of the PROCESS with this CLAIM by the CLAIMANT/PETITIONER/[AU]THOR(sic).

-~S. With these MATTERS ARE with the SEEKING-AN-[EX]TENTION(sic) of the TIME/STAY with the PENDING with this COURT'S-[DE]CISION(sic)/[IN]STRUCTIONS(sic) with this CLAIM by the CLAIMANT/PETITIONER/[AU]THOR(sic).

-~T. With this PETITIONER with the BANKRUTPCY-COURT-GIVING-THE-[IM]PRESSION(sic)-of this DISTRICT-COURT-CONDONING-of the BANKRUTPCY-COURT'S-BREACH of her DUTIES of the VIEWING/FINDING of the FACTS with the PROVIDING-A-CONCLUSION of the LAWS-IT-PRACTICES-OR-LACK-THEREOF,-AND-with the MIS-[AP]PROPRIATION(sic) of the PETITIONER'S-FEES-AND-BIRTH-CERTIFICATE-BOND,-AS-AN-[IN]SIGNIFICANT(sic)-MATTER,-WHILE-TAKING-THE-TIME-of the CONTACTING-THE-SUPERIOR-COURT-JUDGE-COVERT with the [EX]PIDITING(sic) of the TAKING of this PETITIONER'S-LAND/HOUSE/DOMICILE-DURING-THESE-COURT-CASES ARE with the LACK of the CONFIDENCE/TRUST-WORTHINESS of this DISTRICT-COURTHOUSE with this CLAIM by the CLAIMANT/PETITIONER/[AU]THOR(sic).

-~U. With this MOTION IS with the SEEKING-RE-[IN]BURSEMENT(sic) of
these HOTEL-BILLS-AND-PENDETE-LITE PAYMENT of the
[AP]PROXIMATE(sic) of the $6000.00-PER-MONTH with the
[UN]TIL(sic)-PETITIONER/FAMILY ARE with the BACK within their
LAND/HOUSE/DOMICILE with the ALL-THEIR-[AS]SETS(sic)-
[IN]TACT(sic) with the CLEAR-TITLE/QUIET-TITLE PURSUANT with the
PARTIES-AUGUST-~25,-~2022-CONTRACTS with this CLAIM by the
CLAIMANT/PETITIONER/[AU]THOR(sic).
-~FORENSIC-[E]VIDENCES:-BINDER-#-~1:ENTIRETY.

-~V. With this PETITIONER'S-POSITION IS with these COURTS/TRUSTEE/KML-
[AT]TORNEYS(sic)-VIOLATIONS of their [OA]TH(sic) of the
[OF]FICES(sic),-WHICH-THEY-SWORE with the [UP]HOLDING(sic)-
WHILE-COLLECTING-GOVERNMENT-PAYCHECKS/PENSIONS,-with the
[RE]QUIREMENT(sic) of the [PRE]SENTING(sic)-
[E]VIDENCE(sic)/FINDING of the FACTS/CONCLUSION of the CODES
with the PROPER-DUE-PROCESS/NOTICE with the MERITS of this
CASE,-[IN]STEAD(sic) of the DESTROYING-HINDING-[RE]FUSING(sic)
of the PROCESS,-WHILE-[AS]SISTING(sic)-[RE]SPONDENTS(sic):
NATIONSTAR-ET-AL(sic)-FRAUDULENTLY-STEAL-of the PETITIONER'S-
LAND/HOUSE/DOMICILE with the MIS-USE of the COLOR of the LAW;-
WE-WOULD-NOT-BE-BEFORE-THIS-COURT-HAD-THESE-SERVANTS-PERFORM
within their CODES/LEGAL-RESPONSIBILITIES with this CLAIM by the
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~W. With the MANDATING/PROHIBITION of this COURT'S-GUIDANCE of THE
CORRECTING-THESE-COURT-VIOLATIONS with the DISMISSING-THE-
SHERIFF'S-SALE-AND-[RE]TURNING(sic)-PETITIONER'S-
LAND/HOUSE/DOMICILE-AND-100% of the PERSONAL-[AS]SETS(sic)-
[IN]TACT(sic)-AS-IF-THESE-COURT/ATTORNEY/SHERIFFS-VIOLATIONS ARE
NOT with the [OC]CURRANCE(sic) with the [EN]FORCING(sic)-QUIET-
TITLE/CLEAR-TITLE-AS-PER-THE-AUGUST-~25,-~2022/SEPTEMBER-~30,-
~2022/MARCH-~22-&-30,-~2023/APRIL-~14,-~2023-CONTRACTS-
[a]gainst(sic) the [RE]SPONDENTS(sic)-[IN]VOLVE(sic) with the
MONETARY-DAMAGES with this CLAIM by the
CLAIMANT/PETITIONER/[AU]THOR(sic).

-~For the PETITIONER/CLAIMANT-IS with the [AF]FIRMING(sic)-of the
[A]BOVE(sic)-CLAIMS with the BASE-[U]PON(sic)-HIS-KNOWLEDGE-AND-
[EX]PERIENCES(sic) with this CLAIM by the
CLAIMANT/PETITIONER/[AU]THOR(sic).
-~:DATE:-~10/-~17/-~24.        -~RESPECTFULLY with the SUBMIT CLAIM.

:By:_____ P.
:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM/CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.

## ~FOR-THE-PETITIONER'S-LEGAL-BRIEF IS with the SUPPORT of his MOTION-SEEKING STAY/INJUNCTION(sic)/[OT]HER(sic)-AS-PART-HIS-FILING of his WRITS of the MANDAMUS/[PRO]HIBITION(sic)/EXTRAORDINARY with the NOT-KNOWING-HOW-LONG-THIS-PROCESS-TAKES: CLAIM.

-~I.For the SUMMARY: CLAIM.

-~For the **REASON of this MOTION** with the SEEKING-A-STAY/[IN]JUNCTION(sic)-[RE]LIEF(sic)-AND-OTHER-TEMPORARY-[RE]LIEF(sic)-PENDING of the DECISION of the WRITS of the MANDAMUS/PROHIBITION/EXTRAORDINARY **ARE** with the NOT-KNOWING-HOW-LONG-THIS-PROCESS-TAKES with the FOLLOWING with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~For the IN-GENERAL, **IS** with the LACKING of the ANY-LAWS of the CONGRESS with the PERMITTING-THE-SUPERIOR-COURTS-AND-DISTRICT-COURTS with the DIS-TROYING/MIS-FILING/FAILING of the COURTS'-[AD]MINISTRATIVE(sic)-PROCESS/[RE]FUSING of the COURT'S-[AD]MINISTRATIVE(sic)-PROCESS of a PAID-FOR-LITIGANT'S-CLAIMS/PETITIONS with the BEFORE-ANY-COURT-JUDGE without an AN-[IM]PARTIAL(sic)-FINDING of the FACTS/CONCLUSION of the LAWS on the MERITS of the EACH-CASE with this CLAIM by this CLAIMANT/[AU]THOR(sic).

-~For the IN-GENERAL, **IS** with the LACKING of the ANY-LAWS of the CONGRESS with the PERMITTING-THE-SUPERIOR-COURTS-AND-DISTRICTS with the [A]BRIDGING(sic),-[EN]LARGING(sic),-OR-MODIFYING-ANY-SUBSTANTIVE-RIGHT,-PARTICULARLY with the RIGHT-OF-THE-DUE-PROCESS/NOTICE/CIVIL-RIGHTS/[IN]HERIT(sic)-UN-ALIENABLE-AND-IN-ALIENABLE-RIGHTS with this CLAIM by this CLAIMANT/[AU]THOR(sic).

-~For the IN-GENERAL, **IS** with the LACKING of the ANY-LAWS of the CONGRESS with the GIVING-ANY-COURT with the [AU]THORITY(sic) of the:

-~1.:PERMITTING-A-NON-[RE]SPONSIVE(sic)-MORTGAGE/BANKER-COMPANY-AND-THEIR-ATTORNEY with the **FAILING** of the [AP]PEARING(sic)-AND-FILING-ANYTHING-BEFORE-A-COURT with their [OP]POSITION(sic)-[A]GAINST(sic)-A-CLAIM-[OT]HERWISE(sic)-KNOWN-AS-**[RE]SPONDENTS(sic)-LACK-STANDING/[IN]JURY(sic)**-BEFORE-A-COURT;

-~2.-:AND with the COURT-CHOOSING of the [IN]STEAD(sic) with the VIOLATING-of the-CLAIMANT'S/PETITIONER'S-LAWS of the [E]QUITY(sic)/DUE-PROCESS/NOTICE/CODES,-WHICH-[PRO]VIDE(sic)-[PRO]TECTION(sic) of a CLAIMANT'S-LAND/HOUSE/DOMICILE of the-~24-PLUS-YEARS;

-~3.-with the COURT,-[EI]THER(sic): BLATENTLY-DESTROYING/HIDING-THE-CLAIMANT'S-FILINGS within a MISCELLANEOUS-CATEGORY-AND-NEVER-[PRO]CESSING(sic)-IT;

-~4.-with the [RE]FUSAL(sic) of the [AD]MINISTRATIVE(sic)-COURT-PROCESS with the NOT-VIEWING/CONSIDERING-THE-FACTS/MERITS of a CASE,-WHILE-COLLECTING-of the CONSIDERATION of the COURT-FEES;

-~5.-AND-with the [OR]DERING(sic) with an UN-LAWFUL/[IL]LEGAL(sic)-TAKING-of the CLAIMANT'S-LAND/HOUSE/DOMICILE-AND-GIVING-IT-with the MORTGAGE/BANKER without there [E]XISTING(sic)-ANY-LEIN;-AND,

-~6.-with the VIOLATION of the CLAIMANT'S-DUE-PROCESS/NOTICE/CIVIL-
    RIGHTS/[IN]HERIT(sic)-UN-ALIENABLE-AND-IN-ALIENABLE-RIGHTS without
    the JUST-COMPENSATION,
-~with this CLAIM by this CLAIMANT/[AU]THOR(sic).
-~For the PETITIONER/FAMILY/PETS of the DIRE-HOMELESSNESS-SITUATION **ARE** with
    the DIRECT-CAUSE of the [UN]LAWFUL(sic)/[IL]LEGAL(sic)—[RE]CENT(sic)-
    TAKING of this PETITIONER'S-LAND/HOUSE/DOMICLE with this CLAIM by this
    CLAIMANT-PETITIONER/[AU]THOR(sic).
-~For the LOWER-COURTS/[RE]SPONDENTS(sic) **ARE** with the HAVING-COPIES of the
    FORENSIC-[EV]IDENCES(sic) with this CLAIM by this CLAIMANT-
    PETITIONER/[AU]THOR(sic).
-~For with these [IS]SUES(sic)-**ARE**-BEING with the PRESENT/CONTROL within the
    FEDERAL-DISTRICT-COURTS-PENDING-HEARINGS with this PETITIONER-LACKING-
    CONFIDENCE of their LEGAL-VIOLATIONS-THUS-FAR with this CLAIM by this
    CLAIMANT/PETITIONER/[AU]THOR(sic).
II.**For the CORE/FOUNDATION of the LAWS of the LOWER-COURTS-ARE with this
    LACK of their [AU]THORITY(sic) of the TAKING of this PETITIONER'S-
    LAND/HOUSE/DOMICILE-AND-PERSONAL-[AS]SETS(sic)-BY-FORCE/THREATS-AND
    without the JUST-COMPENSATION with this CLAIM by this
    CLAIMANT/PETITIONER/[AU]THOR(sic).**
-~A.:**JURISDICTION/POWER of this CIRCUIT-COURT: CLAIM.**
    -~1.For the,-IN-GENERAL,-the JUDICIAL-POWER of this United-States of
        the America **IS** with the VESTING within the SUPREME-COURT,-and-
        within [IN]FERIOR(sic)-COURTS-AS-CONGRESS-[OR]DAINS(sic)-AND-
        [ES]TABLISHES.-~For the,-BOTH,-SUPREME-COURT-AND-[IN]FERIOR(sic)-
        COURTS,-HOLD-THEIR-[OF]FICES(sic) with the GOOD-BEHAVIOR with this
        PETITION: PETITIONER/[AU]THOR(sic).
    -~2.For the JUDICIAL-POWER **IS** with the [EX]TENTION(sic) with the ALL-
        CASES,-with the LAW-AND-[E]QUITY(sic),-[A]RISING(sic)-
        [UN]DER(sic)-ITS-CONSTITUTION,-THE-LAWS of the United-States,-AND-
        TREATIES-MADE,-[UN]DER(sic)-THEIR-[AU]THORITY(sic),-with the ALL-
        CASES of the [AD]MIRALTY(sic)/MARITIME-JURISDICTION,-WHICH-
        [IN]CLUDE(sic)-CASES-BETWEEN-CITIZENS of the DIFFERENT-STATES-AND-
        SAME-STATES;-AND BETWEEN A STATE,-OR-CITIZEN and FOREIGN-CITIZENS-
        OR-SUBJECTS with this PETITION: PETITIONER/[AU]THOR(sic).
    -~3.For the CIRCUIT-COURTS,-**ARE** with the POWER with the [IS]SUING(sic)-
        WRITS of the MANDAMUS-AND-PROHIBITION,-AND-ALL-WRITS of the
        NECESSARY-OR-PROPER with the COMPLETE-[E]XERCISE(sic) of their
        JURISDICTION with the PURSUANT of their United-States-Code with
        the [EX]RAORDINARY(sic)-CASES with this PETITION:
        PETITIONER/[AU]THOR(sic).
    -~4.For the CIRCUIT-COURTS-**IS** with the-POWER of the DIRECT-
        [RE]VIEW(sic) of the [AD]MINISTRATIVE(sic)-[AC]TION(sic) with the
        [PRE]SCRIPION(sic) of the GENERAL-LAW with this PETITION:
        PETITIONER/[AU]THOR(sic).

-~B.For the **CONSTITUTIONAL-AND-STATUTORY PROVISIONS: CLAIM.**
-~1.For in GENERAL: SUPREMACY-CLAUSE **IS** with the ARTICLE-VI.CLAUSE-
~2.1.1.3-AS with the FOLLOWING:
-~For the CONSTITUTION,-AND-THE-LAWS of the United-States,-**ARE**
with the SHALL-BE-MADE-PURSUANT-THEREOF;-AND,-with the ALL-
TREATIES-MADE,-OR-WHICH-SHALL-BE-MADE,-with the UNDER-THE-
AUTHORITY-of the United-States,-**ARE** with the SHALL-BE-THE-SUPREME-
LAW of the LAND;-AND with the JUDGES-in the EVERY-State-**ARE** with
the SHALL-BE-BOUND-THEREBY,-with the ANY-THING in the
CONSTITUTION-OR-LAWS of any STATE of the CONTRARY-**ARE** with the
NOTWITHSTANDING.
-~C.Art1.S1.1: OVERVIEW-OF-LEGISLATIVE-VESTING-CLAUSE: ARTICLE-1,-
SECTION-1:
ALL-LEGISLATIVE-POWERS-HEREIN-GRANTED-SHALL-BE-VESTED-IN-A-
CONGRESS-OF-THE-United-States,-WHICH-SHALL-CONSIST-OF-A-SENATE-
AND-HOUSE-OF-REPRESENTATIVES….SCHOLARS-CONTINUE-TO-DEBATE-WHETHER-
THE-FRAMERS-OR-OTHERS-PROHIBIT-CONGRESS-FROM-EMPOWERING-THE-OTHER-
BRANCHES-OF-GOVERNMENT-OR-PRIVATE-ENTITIES-TO-GOVERN-PRIVATE-
CONDUCT.
-~D.ARTICLE-VI: IN-GENERAL:
-~For this CONSTITUTION,-AND-THE-LAWS of the United-States,-**ARE**
with the WHICH-SHALL-BE-MADE-IN-PURSUANCE-THEREOF;-AND-ALL-
TREATIES-MADE,-OR-WHICH-SHALL-BE-MADE,-UNDER-THE-AUTHORITY of the
United-States,-**ARE** with the-SHALL-BE-THE-SUPREME-LAW of the LAND;-
AND-THE-JUDGES-IN-EVERY-State-**ARE** with the SHALL-BE-BOUND-
THEREBY;-ANY-THING in the CONSTITUTION-OR-LAWS of any State to the
CONTRARY-**ARE** with the NOTWITHSTANDING.
-~For the SENATORS-AND-REPRESENTATIVES-BEFORE-MENTION,-AND-THE-
MEMBERS of the SEVERAL-State-LEGISLATURES,-AND-ALL-EXECUTIVE-AND-
JUDICIAL-OFFICERS,-BOTH of the United-States-AND of the SEVERAL-
States,-**ARE** with the SHALL-BE-BOUND-BY-OATH-OR-AFFIRMATION,-TO-
SUPPORT-THIS-CONSTITUTION;-BUT-NO-RELIGIOUS-TEST-**ARE** with the-
SHALL-EVER-BE-REQUIRED as a QUALIFICATION-TO-ANY-OFFICE-OR-PUBLIC-
TRUST-UNDER-THE-United-States.
-~E.-~14^TH-AMENDMENT: SECTIONS-~3-&-~4 ARE,-IN-GENERAL,-with the
FOLLOWING:
-~3. For the NO-PERSON-SHALL-BE….WHO-HAVING-PREVIOUSLY-TAKEN-AN-
OATH,-AS-A-MEMBER….AS-AN-EXECUTIVE-OR-JUDICIAL-OFFICER of any
State,-TO-SUPPORT-THE-CONSTITUTION of the United-States,-**ARE** with
the-SHALL-HAVE-ENGAGED-IN-INSURRECTION-OR-REBELLIION-AGAINST-THE-
SAME,-OR-GIVEN-AID-OR-CONFORT-TO-THE-ENEMIES-THEREOF.-~BUT-
CONGRESS-**IS** with the MAY-BY-VOTE of the TWO-THIRDS of each HOUSE,-
REMOVE-SUCH-DISABILITY.

-~4. For the VALIDITY of the PUBLIC-DEBT of the United-States,-
AUTHORIZED-BY-LAW,-INCLUDING-DEBTS-INCURRED-FOR-PAYMENT-OF-
PENSIONS-AND-BOUNTIES-FOR-SERVICES-IN-SUPPORTING-INSURRECTION-OR-
REBELLION,-<u>ARE</u> with the SHALL-NOT-BE-QUESTIONED.-~For the BUT-
NEITHER-THE United States-NOR-ANY State-<u>ARE</u> with the SHALL-ASSUME-
OR-PAY-ANY-DEBT-OR-OBLIGATION-INCURRED-IN-AID-OF-INSURRECTION-OR-
REBELLION-AGAINST-THE United States,-OR-ANY-CLAIM-FOR-THE-LOSS-OR-
EMANCIPATION of any SLAVE;-<u>BUT-ALL-SUCH-DEBTS,-OBLIGATIONS-AND-
CLAIMS-ARE with the SHALL-BE-HELD-ILLEGAL-AND-VOID</u>.

-~F.<u>For the-~28-U.S.CODE-§-~2072</u>: RULES-OF-PROCEDURE-AND-EVIDENCE;-
POWER-TO-PRESCRIBE.-~For the IN-GENERAL:
-~a.:THE-SUPREME-COURT-<u>ARE</u> with the SHALL-HAVE-THE-POWER with the
PRESCRIBING-GENERAL-RULES of the PRACTICE-AND-PROCEDURE-AND-
RULES of the [E]VIDENCE(sic)-FOR-THE-CASES in the UNITED-STATES-
DISTRICT-COURTS with the INCLUDING-PROCEEDINGS-BEFORE-
MAGISTRATE-JUDGES-THEREOF,-AND-COURTS-OF-APPEALS.
-~b.:SUCH-RULES-<u>ARE</u> with the SHALL-<u>NOT-ABRIDGE</u>,-<u>ENLARGE-OR-MODIFY-
ANY-SUBSTANTIVE-RIGHT</u>.-~ALL-LAWS-IN-CONFLICT with the SUCH-
RULES-<u>ARE</u> with the SHALL-BE of no FURTHER-FORCE-OR-EFFECT-AFTER-
SUCH-RULES-HAVE-TAKEN-EFFECT.
-~c.:SUCH-RULES-MAY-DEFINE-<u>ARE</u>,-WHEN-A-RULING of a DISTRICT-COURT-
IS-FINAL,-for the PURPOSES-OF-APPEAL-UNDER-SECTION-~1291 of this
TITLE.

-~G.<u>CODES of the CONDUCT of the JUDGES/ATTORNEYS: CLAIM.</u>
-~With the <u>Code of Conduct-for-United-States-Judges</u> ARE with the
<u>CANONS</u> with the DUTY of the MAKING-LEGAL-DECISIONS with the BASIS of
the [RE]VIEWING(sic)-DOCUMENTS,-HEARING-[AR]GUMENTS(sic),-WEIGHING-
THE-FACTS-AND-[IS]SUES(sic) with an [IM]PARTIAL(sic)-RULING,-while
the [AS]SURING(sic)-ALL-PARTIES-[IN]VOLVE(sic) of the BEING-with the
TREATMENT of the FAIRNESS,-AND-with the MAINTAING-PUBLIC-TRUST
within the JUSTICE-SYSTEM.-~For the JUDGE'S-DUTY <u>IS</u> with the BEING-
[IN]DEPENDENT(sic),-JUST,-AND-FAIR.-~For the JUDGE'S-DUTY <u>IS</u> with
the DECIDING-EACH-CASE on its OWN-MERITS with the USING-ONLY-LEGAL-
[AU]THORITY(sic) of the STATUTES/CODES with that <u>ARE</u> with the
PASSING-BY-the-CONGRESS-AND-CONSTITUTIONAL-PROVISIONS.-~For the
JUDGE'S-DUTY <u>IS</u> with the PROHIBITION of the RULING on the BASIS of
the WHAT-THEY-BELIEVE <u>IS</u> with the MAKING-THE-LAW-BETTER-OR-HOW-IT-
[AF]FECTS(sic)-HIM/HER-PERSONALLY-OR-POLITICALLY.

-~H:With the <u>MODEL</u>-AND-<u>STATE-RULES of the PROFESSIONAL-CONDUCT</u> ARE with
the [AT]TORNEYS(sic):
-[AT]TORNEYS(sic) <u>ARE</u> with the DUTY of the CANDOR,-AND-
-[AT]TORNEYS(sic) <u>ARE</u> with the DUTY of the NOT-[AC]TINGS(sic)-AS A-
CLIENT'S-WITNESS of the FACTS.
-[AT]TORNEYS(sic) <u>ARE</u> with the DUTY of the NOT-AILING/AIDING-AND-
[A]BETTING-CLIENTS-with the COMMISSION of a CRIME.

-~I. <u>For in GENERAL: FEDERAL-RULES</u> of the APPELLATE-PROCEDURE: RULE-~21:
WRITS of the MANDAMUS-AND-PROHIBITION,-AND-OTHER-EXTRAORDINARY-
WRTIS.
 -~a. :MANDAMUS-OR-PROHIBITION-TO-A-COURT: Petition,-Filing,-Service,-
 and-Docketing.
 -~1.:A-PARTY-PETITIONING-FOR-A-WRIT-OF-MANDAMUS-OR-PROHIBITION-DIRECTED-
 TO-A-COURT-<u>IS</u> with the MUST-FILE-A-PETITION with the CIRCUIT-
 CLERK-AND-SERVE-IT-ON-ALL-PARTIES-TO-THE-PROCEEDING in the TRIAL-
 COURT.-~:THE-PARTY-MUST-ALSO-PROVIDE-A-COPY-TO-THE-TRIAL-COURT-
 JUDGE.-~ALL-PARTIES-TO-**THE-PROCEEDING in the TRIAL-COURT,-OTHER-
 THAN-THE-PETITIONER,-ARE**-as the RESPONDENTS-FOR-ALL-PURPOSES…..
 -~c.:OTHER-EXTRAORDINARY-WRITS **ARE** with the: AN-APPLICATION for an
 EXTRAORDINARY-WRIT-OTHER-THAN-PROVIDED-FOR-IN-RULE-~21a-MUST-BE-
 MADE-BY-FILING-A-PETITION-with the CIRCUIT-CLERK-AND-SERVING-IT-
 ON-THE-RESPONDENTS.
-~For the,-IN-SUMMARY,-WITHIN-THIS-PETITIONER'S-FACTS-AND-FORENSIC-
[E]VIDENCES(sic)-<u>ARE</u> with the [DE]MONSTRATING(sic) of the <u>BLATENT-LACK
of the GOOD-BEHAVIOR of the LOWER-COURTS,-LACK of the PERFORMING-THEIR-
DUTIES within the PRESCRIPTION of the CODES with the POINT of the
CRIMINALITY</u> with their PURPOSE of the [AS]SISTING(sic)-A-
BANKER/MORTGAGE-COMPANY,-WHO-LACKS-A-LIEN/STANDING/[IN]JURY(sic) with
the FAILING of the [RE]SPONDING(sic)/FILING-[OP]POSITION(sic)-
[AF]FIDAVITS(sic)-AND-[AP]PEARING(sic)-BEFORE-THE-COURTS with the LOWER-
COURTS-DESTROYING/HIDING-PETITIONER'S-FILINGS-AND/OR-BY-PASSING-STATE-
AND-FEDERAL-COURT-PROCEDURES-AND-CODE of the ETHICS with their
[EF]FORT(sic) of the STEALING-PETITIONER/FAMILY'S-HOUSE/LAND/DOMICILE of
the-~24-PLUS-YEARS,-PARTICULARLY with the MIS-USE of the COLOR of their
LAWS which now [RE]QUIRES these [EX]TRAORDINARY-WRITS with the
PROTECTION of this CLAIMANT/PETITIONER/[AU]THORITY(sic).
 -~:<u>SUPERIOR-COURT of the BURLINGTON-COUNTY/SHERIFF-DEPARTMENT ARE with
 these CLAIMS.</u>
-~A.With the [RE]CENT(sic)-DISCOVERY of the BURLINGTON-COUNTY-SUPERIOR-
 COURT,-<u>A-COURT-of the [E]QUITY(sic)-AND-CHANCERY</u>/SHERIFF-DEPARTMENT with
 their <u>[DES]TROYING(sic)/HIDING of this PETITIONER'S/FAMILY-FILINGS with
 the [UN]DER(sic)-SPECIAL-[AP]PEARANCE(sic) with the DATES: MARCH-APRIL-
 2023,</u>-with the SHOWING-NO-LIEN-[EX]ISTS(sic)-AND-[RE]SPONDENTS(sic):
 NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-KML-[AT]TORNEYS(sic)-with their
 <u>FAILING of their [RE]SPONSIVE(sic)-PLEADINGS/[AF]FIDAVITS(sic)</u> **ARE** with
 this SUPERIOR-COURT-AND-THE-SHERIFF'S-DEPARTMENT-[PRO]CEEDING(sic) with
 the FORECLOSURE/SHERIFF'S-SALE-PROCESS with the [UN]DER(sic)-FALSE-
 [PRE]TENSES(sic)-AND-FALSE-DOCUMENTS with the USE of their COLOR of the
 LAWS,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE-NOR-DOES-IT-FOLLOW-
 ITS-PROCEDURAL-LAWS with this CLAIM by this
 CLAIMANT/PETITIONER/[AU]THOR(sic).

-~B. With the SUPERIOR-COURT with this DATE-**ARE** with the LACKING: PERSONAM-JURISDICTION of this PETITIONER/FAMILY with the [ES]TABLISHING(sic) with the MARCH/APRIL-2023-FILINGS,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).
    -~FORENSIC-[E]VIDENCES(sic): BINDER-#-~1: ENTIRETY: CLAIM.

-~C. With the SUPERIOR-COURT-'TIL this CURRENT-DATE,-**ARE** with the LACKING: SUBJECT-MATTER-JURISDICTION of this PETITIONER/FAMILY'S-LAND/HOUSE/DOMICILE-with the FORENSIC-[E]VIDENCES:-~BINDERS:-~3-&-~4,-with this LAND/HOUSE/DOMICILE-with the BEING- UN-[RE]GISTERING(sic) with the NEW-JERSEY-STATE with the GOVERNOR/SECRETARY of the STATE/AG-[RE]CEIVING(sic)-NOTICE in the 2023,-without the [OB]JECTIONS(sic);-AND with the HOUSE-TAX-NUMBER-[RE]MOVAL(sic)-AND-MAILBOX-[RE]MOVAL(sic) off the LAND/HOUSE/DOMICILE-SINCE-2023,-with the SEVERAL-Unity-State-TITLE-~4-COMPLIANCE-PEACE-FLAGS-[A]ROUND(sic)-THE-LAND/HOUSE/DOMICILE,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~D. With the LAND/HOUSE/DOMICILE of the SUPERIOR-COURT-AND-[RE]SPONDENTS(sic)-CLAIM **ARE** of a NON-[EX]ISTING(sic)-TAX-NUMBER-AND-NON-LEGAL-DESCRIPTION with a FICTION-WRITING/COMMUNICATION within their FICTICIOUS-ADVERB-VERB-ADJECTIVE-PRONOUN-NON-FACTUAL-DOCUMENTS-MAKING-THE-DOCUMENTS-NON-BINDING-BECAUSE-IT-CONVEYS-NOTHING,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~E. With the [RE]CENT(sic)-DISCOVERY of this BURLINGTON-COUNTY-SUPERIOR-COURT/SHERIFF-DEPARTMENT **ARE** with their HAVING-NOTICE of these MATTERS-BEING-BEFORE-THE-DISTRICT-BANKRUPTCY-COURT **ARE** with their LACK of the HAVING-THE-MANDATORY-FEDERAL-BANKRUPTCY-COURT-ORDER-CONFIRMING-THE-STATUS of the [AU]TOMATIC(sic)-STAY on/by the MARCH-~21,-~2024, -WHEN-THEY-[AC]CEPT(sic)-[RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-KML-[AT]TORNEYS'(sic)-MIS-[RE]PRESENTATIONS(sic) of the IT-IS-OKAY with the PROCEEDING with the [IN]TENTIONAL(sic)-FEDERAL-CODE-VIOLATIONS-AND-HAVE-THE-SHERIFF-SALE with the [RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-BEING-THE-BUYER of their OWN-FRAUDULENT-PAYOFF-STATEMENT,-with their LACK of the GIVING-THE-BANKRUPTCY-COURT/TRUSTEE/PETITIONER'S-ITS'-DUE-PROCESS/NOTICE of their [IN]TENT(sic) with the VIOLATING-PETITIONER/FAMILY'S-[IN]HERIT(sic)-UN-ALIENABLE(sic)/IN-ALIENABLE(sic)-RIGHTS,-with the USE of their COLOR of the LAWS,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE **NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS** with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

**-~:DISTRICT-COURTS ARE with these CLAIMS.**

-~A.With the DISTRICT-BANKRUPTCY-COURT-with the APRIL-~17,-~2024,-~MAY-~15,-~2024,-AND-AUGUST-~27,-~2024-HEARINGS **ARE** with the FOLLOWING: HAVING-THE-PETITIONER'S-FORENSIC-[E]VIDENCES(sic)-BEFORE-IT,-AND,

-~B.With the COURT'S-KNOWLEDGE-AND-[AC]CEPTANCE(sic)-THAT-[RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-THEIR-[AT]TORNEY(sic)-**ARE** with their FAILURE-of the [AP]PEARING(sic) BEFORE-THE-BANKRUPTCY-COURT-at the EACH-HEARING,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~C.With the COURT'S-KNOWLEDGE-AND-[AC]CEPTANCE(sic)-THAT-[RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-AND-THEIR-[AT]TORNEY(sic)-**ARE** with the FILING-NOTHING-before this COURT of the CONTESTING/[OB]JECTING(sic) of the PETITIONER'S-CLAIMS: NO-LIEN-[EX]ISTS(sic)-AND-LAND-BELONGS with a BONIFY-PURCHASER-with the GOLD-COMMODITY as of JANUARY-~24,-~2024,-WHICH-THIS-COURT-CONTINUOUSLY-[IG]NORS(sic)-THESE-MATERIAL-FACTS,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~D.With the COURT'S-KNOWLEDGE-AND-[AC]CEPTANCE(sic)-THAT-[RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-**ARE** with the SENDING-A-KML-[AT]TORNEY(sic),-WHILE-[RE]PRESENTING(sic)-A-THIRD-[UN]KNOWN(sic),-with the CONVEYING-A-MESSAGE-AS-A-WITNESS without the PERSONAL-KNOWLEDGE,-THAT-NATIONSTAR-IS-THE-SUCCESSFUL-BIDDER of the-~24-PLUS-YEARS,-PETITIONER'S/FAMILY of the LAND/HOUSE/DOMICILE of the-~24-PLUS-YEARS,-WHICH-VIOLATE: DUE-PROCESS/NOTICE/STANDING/FEDERAL-RULES of the CIVIL-PROCEEDURES/CODE of the ETHICS,-as an [AT]TORNEY(sic)-CANNOT-ACT-AS-A-WITNESS,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE **NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS** with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic);

-~E.-With this COURT'S-KNOWLEDGE-AND-[AC]CEPTANCE(sic)-THAT-[RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-VIOLATES-THE-BANKRUTPCY-MANDATORY-CODE-[RE]QUIREMENTS(sic)-of a (CREDITOR),-WHO-MUST-COME-BEFORE-THIS-COURT-FIRST with the [OB]TAINING(sic)-A-CONFIRMING-STAY-STATUS-ORDER,-BASE-[U]PON(sic)-THE-MERITS of the EACH-CASE with the GIVING-PETITIONER-DUE-PROCESS/NOTICE-AND-GIVING-THIS-COURT-AND-TRUSTEE-NOTICE of a CREDITOR'S-[IN]TENT(sic)-**ARE** with the COURT-[DIS]MISSING(sic)-AND-[O]MITTING(sic)-THESE-FACTS within its ORDER-[AR]BITRARILY(sic)-GRANTING--[RE]SPONDENTS(sic) with the TAKING-PETITIONER'S-LAND/HOUSE/DOMICILE,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE **NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS** with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic);

-~FORENSIC-[E]VIDENCES(sic): A: BANKRUPTCY-FORM: MOTION-FOR-ORDER-CONFIRMING-AUTOMATIC-STAY-IS-NOT-IN-EFFECT;-B.NOTICE-OF-OBJECTION-TO-YOUR-CLAIM;-H-OTHER-FORM-[RE]QUIREMENTS(sic) of the [AU]TOMATIC(sic)-STAY: CLAIM.

-~F. With this COURT'S-KNOWLEDGE-AND-[AC]CEPTANCE(sic)-THAT
THIS-COURT-AND-TRUSTEE-AND-[RE]SPONDENTS: NATIONSTAR-ET-AL-AND-
[A]GENTS(sic)-<u>ARE with the [AC]CEPT(sic),-without any</u>
<u>[OB]JECTIONS(sic) of the NON-[EX]ISTING(sic)-of a LIEN-[A]GAINST(sic)-</u>
PETITIONER'S-LAND/HOUSE/DOMICILE-AS-with the [AF]FIRMATION(sic) within
the PETITIONER'S-BANKRUPTCY-SCHEDULES,-BUT-THE-COURT-AND-TRUSTEE-
[IG]NORS(sic)-THIS-MATERIAL-FACT,-WHICH-FAILS with the GOOD-BEHAVIOR-
DOCTRINE **NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS** with this CLAIM by
this CLAIMANT/PETITIONER/[AU]THOR(sic);

-~G. With this COURT'S-KNOWLEDGE-AND-[AC]CEPTANCE(sic)-on the AUGUST-~27.-
~2024,-THAT-PETITIONER-PAYS-$235.00 of the VIEW/MAKING of the FINDING
of the FACTS-AND-CONCLUSION of the LAW with the NEW-DISCOVERY-AND-
FORENSIC-[E]VIDENCES(sic)-BEFORE-IT with the MATTER of the
PETITIONER'S-LAND/HOUSE/DOMICILE <u>ARE</u> with the <u>[AD]DRESSING(sic) of the</u>
<u>COURT'S-VIOLATIONS with this COURT-[AC]CEPTING(sic) of the $235.00-</u>
<u>with the DENYING-THE-SERVICE with a CLAIM-IT-IS-AN-ARTICLE-I-COURT-</u>
<u>AND-with the CONFIDENCE-IT-WILL-[PRE]-VAIL(sic) with the DISTRICT-</u>
<u>COURT of the APPEAL</u>,-WHICH-SHOWS-[PRE]JUDICE(sic)-AND-PETITIONER'S-
LACK of the CONFIDENCE with the DISTRICT-COURTHOUSE-AND-NEED of the
[IN]TERVENTION(sic),-AS-THIS-COURT'S-ACTS FAIL with the GOOD-BEHAVIOR-
DOCTRINE **NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS** with this CLAIM by
this CLAIMANT/PETITIONER/[AU]THOR(sic);
-~FORENSIC-[E]VIDENCES(sic): C: ORDER/PAYMENT.

-~H. With this PETITIONER'S-KNOWLEDGE of the RECEIVING-A-LETTER-IN-
SEPTEMBER-~2024,-of the JUDGE-COVERT of the BURLINGTON-COUNTY-COURT
with the CLAIM-THAT-THE-<u>BANKRUPTCY-COURT-SUBMITS-DOCUMENTS-with the</u>
<u>JUDGE-COVERT</u>-AND-JUDGE-COVERT-SEEKS-A-DOCKET-NUMBER <u>ARE</u> <u>with the</u>
<u>SHOWING-THE-BANKRUPTCY-COURT'S-[PRE]JUDICE(sic)-[A]GAINST(sic)-</u>
<u>PETITIONER</u>,-with the <u>[IN]VOLVING(sic)-ITS-SELF with the</u>
<u>[AS]SISTING(sic) of the SUPERIOR-COURT'S/SHERIFF'S-DEPARTMENT-AND-</u>
<u>[RE]SPONDENTS: NATIONSTAR-ET-AL-AND-[A]GENTS(sic) with the UN-</u>
<u>LAWFUL/[IL]LEGAL(sic)-TAKING of this PETITIONER/FAMILY'S-</u>
<u>LAND/HOUSE/DOMICILE of the-~24-PLUS-YEARS</u>,-WHICH-FAILS with the GOOD-
BEHAVIOR-DOCTRINE **NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS** with this
CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic);

-~I. With this PETITIONER'S-KNOWLEDGE of the DAY-AFTER,-AUGUST-~28,-~2024, of the BANKRUPTCY-HEARING **ARE** with the SHERIFF'S-DEPARTMENT-TRESPASSING on the PETITIONER'S-LAND/DOMICILE/HOUSE with the TAPING-SIX-WRITS of the POSESSION, with the NOTHING-BEING-A-COINCIDENCE of the-[UN]USUAL(sic)-SHORT-NOTICE-[E]VICTION(sic)-PROCESS of the 11-DAYS,-ON-SEPTEMBER-~17,-~2024,-with the SUPERIOR-COURT/SHERIFF'S-DEPARTMENT-VIOLATING-ITS-OWN-COLOR-OF-LAW-[E]VICTION(sic)-[PRO]CESS(sic),-with the KNOWLEDGE of the PENDING-DISTRICT-APPEAL-PROCESS-BEING-[UN]DERWAY(sic)-within the WEEKS-AND with the COURTS-RUSH of the CLAIMING-9/10TH of the LAW-IS-POSESSION-BY-A-LAWLESS-TAKING-AT-GUN-POINT-[O]VER(sic)-ELDERS within their SIXTIES-BY-A-DEN of the THEIVES-WHO-LACK-[AU]THORITY(sic)/RIGHTS-of the TAKING-PETITIONER'S-LAND/HOUSE/DOMICILE with the VIOLATIONS/MIS-USE of the COLOR of their LAWS,-WHICH-FAILS with the GOOD-BEHAVIOR-DOCTRINE **NOR-DOES-IT-FOLLOW-ITS-PROCEDURAL-LAWS** with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~J.With this PETITIONER'S-QUESTIONS ARE with the WHAT-LAWS of the CONGRESS-PERMIT of the [AU]THORITY(sic) of the FRAUDSTERS/THEIFS with the KEEPING-STOLEN-GOODS-AT-GUN-POINT with the FAILING of the PROVIDING-[RE]STITUTION(sic)-AND-WITHOUT-SERVING-TIME with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~K.With the AMENDMENT-~14-SECTIONS-~3-&-~4,-**ARE** with the [RE]QUIREMENT(sic)-of these LOWER-COURT-JUDGES-and-[AT]TORNEYS(sic) with the SELF-[E]LIMINATION(sic)/FORFEITURE of their POSITIONS/SALARIES/PENSIONS with the SERVING-[OT]HER(sic)-[A]GENDAS(sic),-NOT-within their DUTIES-AND-[OA]THS(sic) of the [OF]FICES(sic),-with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

## -~CONCLUSION: CLAIM.

-~L. For the COURTS'-AND-[RE]SPONDENTS(sic)-ON-GOING-MINISTERIAL-VIOLATIONS
of their OWN-CODES-AND-PROCESURES-AND-[AS]SOCIATIONS(sic) since the
[RE]SPONDENTS(sic): NATIONSTAR-ET-AL-AND-[A]GENTS(sic)-ONLY-HAVE-POWER
of what THESE-COURTS/[AT]TORNEYS(sic)-ARE-DOING/FAILING of the DOING-
ON-BEHALF of the [RE]SPONDENTS(sic),-ARE with the CAUSE of this
PETITIONER/FAMILY'S-NEED of the STAYS/[IN]JUNCTION(sic)-RELIEF-AND-
FINANCIAL-SUPPORT of the [RE]SPONDENTS: NATIONSTAR-ET-AL-AND-
[A]GENTS(sic) with the GIVING-THIS-COURT-TIME with the VIEW of the
WRITS with this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

-~For these COURTS ARE with the PENDING-DECISIONS-BEFORE-THEM with a
CHANCE of the CORRECTING-THESE-WRONGS-AND-THEY-NEED-SUPERVISION/GUIDANCE
with their BREACHES of their FUNDAMENTAL-LAWFUL-DUTIES at this time with
this CLAIM by this CLAIMANT/PETITIONER/[AU]THOR(sic).

:DATE:-~10/-~18/-~24.        -~RESPECTFULLY-with the SUBMIT: CLAIM.


:By: _Angel D. Delgado_                      RTP.
:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM/CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this DOCUMENT
ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.







:Quantum Parse Syntax,
-C.S.S.-C.-P.-S-.G.-FLAG
IS :CLAIM :By :CLAIMAINT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS
:POSTAL-COURT-OF-THE-ONE-
VENUE-CORRECT-PARSE-GRAMMAR:
By :CLAIM :CLAIMAINT.

**FOR THIS <u>PRIVATE-COMMUNICATION-BETWEEN-THE-PARTIES</u> IS WITH THE
<u>KNOWLEDGE-FOR-THE-PRINCIPAL-AND/OR-[A]GENT(SIC)-AND-VICE/VERSA</u> OF THIS <u>CLAIM</u>
BY THIS <u>CLAIMANT.</u>**

**-~:<u>HAND-DELIVERY-[RE]CEIPT(sic) with this DOCUMENT/FILING with this
COURT with this CLAIM by this CLAIMANT.</u>**

 :-~1.:**CHRISTINE-GRAVELLE**
   -JUDGE of the
   U.S.-BANKRUTPCY-COURT-TRENTON,
   -~:C/O-~402-EAST-STATE-STREET,
   -~:TRENTON,-New-Jersey-Territory,
   -~:U.S.A.
 :-~2.:**GEORGETTE-CASTNER,**-JUDGE of the
   -~:UNITED-STATES-DISTRICT-COURT of the [AP]PEALS(sic)-
   TRENTON,
   -~:C/O-~402-EAST-STATE-STREET,
   -~:TRENTON,-New-Jersey-Territory,
   -~:U.S.A.


-~:COPIES of the LIST-OF-THE-DOCUMENTS:
:-~1,:HAND DELIVERY RECEIPT.
:-~2.:COPY OF THE MOTION AND WRITS of the 3$^{RD}$ CIRCUIT

  -~[AC]CEPT-BY:
  :Date-~10.-~22-~24 TIME:

RECEIVED
2024 MAR -2 P 12: 20
USDC FOR NJ



:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

FOR THIS <u>PRIVATE-COMMUNICATION-BETWEEN-THE-PARTIES</u> IS WITH THE
<u>KNOWLEDGE-FOR-THE-PRINCIPAL-AND-OR-[A]GENT(SIC)-AND-VICE/VERSA</u> OF
<u>THIS CLAIM BY THIS CLAIMANT</u>.

:Angel-David: Delgado.
:Post-Office-Box-~664,-
:Hainesport,-Territory-New-Jersey-ZIP-EXEMPT.
:SUI-JURIS,[debtor].


-~28-OCTOBER-~2024.
-~:HAND-DELIVERY: CLAIM: CLAIMANT.
:**COURT-CLERK**
C/O :**JUDGE-CHRISTINE-GRAVELLE-**
OF-THE-BANKRUPTCY-COURT OF THE TRENTON
:C/O-Court-Clerk
U.S. Bankruptcy Court.
-~402 East State Street.
:Trenton,-New-Jersey-Territory,-U.S.A.
      -~IN-THE-MATTER-OF: **ANGEL-DAVID-DELGADO,**-**CHAPTER**-13
      **CLAIM-NUMBER**-~24-12420;-**MOTION-ON-SHORT-NOTICE-SEEKING-**
      **STAY-PENDING-THIRD-CIRCUIT-WRITS.**
-~:Dear-Court-Clerk:
-~For the [EN]CLOSE(sic) **IS** with this NOTICE OF MOTION ON SHORT
   NOTICE-SEEKING-STAY of the NOVEMBER-~6,-~2024-MOTION.
-~ENCLOSE-PLEASE-FIND:
-~1. NOTICE-OF-MOTION/[AF]FIRMATION(sic)/CERTIFICATION of the
   SERVICE/[AP]PLICATION(sic) of the SHORTENING-TIME with the
   [EX]HIBITS: CLAIM.
  CC:  JUDGE-CASTNER,-DISTRICT-COURT of the APPEAL-HAND-
   DELIVERY.

                    :By: _Angel D. Delgado_     **RTP.**
                    :[AU]THORIZE(sic)- PRESENTATIVE(sic) **IS**: **CLAIM**: **CLAIMANT**.
                    :ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
                    DOCUMENT <u>ARE:</u> FULL-FORCE-AND-EFFECT with this CLAIM
                    by this CLAIMANT.