

:Quantum Parse Syntax,
C-S.-S.-C.-P-.S.-G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-
Territories-~(08036)
-~ZIP-[EX]EMPT(sic), -~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.
:DATE: -~11/-~19/-~2024.
:COURT-CLERK of the
:Georgette Castner
:UNITED STATES DISTRICT COURT
:402-EAST-STATE-STREET
:TRENTON,-NEW-JERSEY-TERRITORIES(08608).

**FILED**
JEANNE A. NAUGHTON, CLERK

NOV 2 1 2024

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

-~:In-Regard: Angel-David :Delgado,-~BANKRUPTCY-CASE-BEFORE-JUDGE-
CHRISTINE-GRAVELLE;-CASE-NUMBERS: 24-CV-0665-24/24-12420/SWC-F-
020340-17: CLAIM.
-~:Dear-Court-Clerk,
-~For the [EN]CLOSE(sic) with the FILING ARE with the FOLLOWING:
  -~1.:MOTION with the [RE]CONSIDERATION(sic) of its-~11/-~7-~2024-TEXT-
      ORDER??? of the MOTION with the DATE: 11/07/2024 with the SEEKING-
      [EX]TENTION of the FILING-TIMES-AND-SEEKING of the STAY of the
      [AP]PEAL(sic) with the DISTRICT-COURT-PENDING-3RD-CIRCUIT-
      WRITS/[AF]FIDAVIT(sic) of the SERVICE of the PROCESS/SUPPORTING-
      [AF]FIRMATION(sic): CLAIM.
  -~2.:NO-FILING-FEE of a MOTION IS FOUND-within the FEE-SCHEDULE,-
      ~PLEASE-CONFIRM-by the EMAIL,-IF-A-FEE-IS-DUE: CLAIM.
                          -~:RESPECTFULLY,

By: ___:Angel D. :Delgado_____ RTP.
:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS : CLAIM :CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.





:Quantum Parse Syntax,
C-S.-S.-C.-P.-S.-G.-FLAG,
IS :CLAIM :By :CLAIMANT.



:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-Territories-~(08036).
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel147@yahoo.com.

-~:UNITED-STATES-DISTRICT-COURT Of the
APPEAL-TRENTON.
:Docket-Number:-~24-CV-0655-24GC of the
BANKRUPTCY-CASE:-~24-12420CMG.
:CERTIFICATION of the SERVICE of the PROCESS:
NOTICE-OF-THE-MOTION of the
STAY/[EX]TENSION(sic)-of the FILING-TIME-
PENDING-3RD-CIRCUIT-WRITS of the
SWC-F-020340-17/U.S.DISTRICT-TRENTON-DOCKET-
NUMBER:24-CV-0665-24/ 24-12420.

-~**PARTIES:**
-~:Angel-David :Delgado,-SUI-JURIS,-PETITIONER,
-~:**VERSUS,**
  -~:1.:UNITED-STATES-BANKRUPTCY-COURT-TRENTON,
     :RESPONDENTS;
  -~:2.:UNITED-STATES-DISCTICT-COURT-TRENTON,
     :RESPONDENTS;
  -~:3.:SUPERIOR-COURT-OF-THE-BURLINGTON-COUNTY
     :RESPONDENTS;
  -~:4.:FINANCIAL-ADMINISTRATION-OFFICE of the SUPERIOR-
     COURT-OF-THE-NEW-JERSEY,:RESPONDENTS;
  -~:5.:BURLINGTON-COUNTY-SHERIFF'S-DEPARTMENT,-
     :RESPONDENTS;
  -~:6.:NATIONSTAR/MR-COOPER,-MORTGAGE-COMPANY,-LLC.,-
     :Jay :Bray and/or :JAY-BRAY,-Trustee-AND-CEO,-
     :RESPONDENTS;
  -~:7.:RUSHMORE-LOAN-MANAGEMENT-SERVICES,-LLC.,
     :Terry :Smith-and/or-:TERRY-SMITH,-Founder-
     Trustee-&-AGENTS-:RESPONDENTS;
  -~:8.:KML-LAW-GROUP,-PC.,-~Michael :McKeever and/or
     MICHAEL-MCKEEVER,-Trustee-&-CEO,-:Kristine-G.
     :Murtha and/or :KRISTINE-G-MURTHA,-:Denise

```
              :Carlon and/or :DENISE-CARLON,-AGENTS-
              :RESPONDENTS;
    -~:9.:SERVICELINK,-LLC/CORPORATION,-:Chris :Azur
          and/or :CHRIS-AZUR,-Trustee-&-CEO-AGENTS,-
          :RESPONDENTS;
    -~10.:BANK-OF-AMERICA-CORPORATION,-:Brian :Moynihan
          and/or :BRIAN-MOYNIHAN,-Trustee-&-CEO,-:BANK-OF-
          AMERICA,-AGENTS,-RESPONDENTS;
    -~11.:ALBERT-RUSSO-STANDING-CHAPTER-13-COMPANY;-
          :Albert :Russo and/or ALBERT-RUSSO,-TRUSTEE;-AND-
          :Mary :Kreiger and/or MARY-KREIGER,-
          [AT]TORNEY(sic)-:RESPONDENTS.
    -~12.COURT-CLERK/CASE-MANAGER.
          UNITED-STATES-COURT of the APPEALS-3RD-CIRCUIT-
          ARTICLE-III-COURT.-~:COPY.
```

-~<u>CERTIFICATION/[AF]FIRMATION of the SERVICE of the PROCESS by this</u>
<u>PETITIONER/[AU]THOR(sic).</u>

-~For the on the -~11/-~19/-~24, <u>IS</u> with the PETITIONER/FAMILY-SENDING:

-~For the [O]RIGINAL(sic)-OR-COPY of this
        MOTION/[AF]FIDAVIT(sic) of the PRESENTMENT/SUPPORTING-
        [AF]FIDAVIT(sic) with the FORENSIC-[E]VIDENCES(sic)
        <u>ARE</u> with the SENDING with the ALL-PARTIES-VIA: USPS-
        REGULAR-MAIL-AND/OR-HAND-DELIVERY with this
        CLAIM/[AU]THOR(sic).

```
:-~1.:USPS-REGULAR-MAIL AND HAND DELIVERY.
      :Georgette :Castner,-d/b/a GEORGETTE-CASTNER.
      :U.S.-DISTRICT-COURT-TRENTON,
      -~:C/O-~402-EAST-STATE-STREET,
      -~:TRENTON,-New-Jersey-Territory,
      -~:U.S.A. (08608).
:-~2. :USPS-REGULAR-MAIL AND HAND DELIVERY.
      :Christine :Gravelle,-d/b/a CHRISTINE-GRAVELLE,
      -d-b-a-BANKRUTPCY-JUDGE.
      :U.S.-BANKRUTPCY-COURT-TRENTON,
      -~:C/O-~402-EAST-STATE-STREET,
      -~:TRENTON,-New-Jersey-Territory,
      -~:U.S.A. (08608).
:-~3.:USPS-REGULAR-MAIL.
      :Albert :Russo,-d-b-a-BANKRUTPCY-TRUSTEE-&-
      :Mary :Krieger,d-b-a-ATTORNEY of this TRUSTEE.
      :ALBERT-RUSSO,-STANDING-
      -~CHAPTER-13-TRUSTEE,-COMPANY.
      -~:C/O-~1-AAA-DRIVE-SUITE-101,
      -~:ROBBINSVILLE,-New-Jersey-Territory,
      -~:U.S.A.-~(08691).
```

:-~4.:USPS-REGULAR-MAIL.
   :Kathi-F.:Fiamingo,-:d/b/a
   -~:KATHI-F.-FIAMINGO,-P.-J.-T.-C.-&-P.J.,
   -~:General-Equity,-Chancery-Division,
   -~:AND-:Jeanne :Covert,-:d/b/a-
   -~:JEANNE-COVERT,-P.-J.-S.-C.
   :SUPERIOR COURT of the BURLINGTON-COUNTY
   -~:C/O-~49-Rancocas-Road.
   -~:Mount-Holly,-New-Jersey-Territory,
   -~:U.S.A.-~(08060).
:-~5.:USPS-REGULAR-MAIL.
   :Todd :McManus,-:D/B/A,
   -~:TODD-MCMANUS,-Administration and/or
   -~:Valerie :Frage,-:D/B/A-
   -~:VALERIE-FRAGE,-Financial-Officer,
   -~:Chief-Counsel/Chief-Financial-Officer
   -~:JUDICIARY-COURT-ADMINISTRATION,
   -~:SUPERIOR-COURTS-OF-NEW-JERSEY,
   -~:c/o-~25-Market-Street,
   -~:-P.O.-Box-~985,
   -~:Trenton,-New-Jersey-Territories,
   -~:U.S.A.-~[08625].
:-~6.:USPS-REGULAR-MAIL.
   -~:James-H. :Family-of-Kostoplis,
   -~:d/b/a-James-H.-Kostoplis and/or
   -~:JAMES-H.-KOSTOPLIS,-Sheriff and
   -~:[A]gents-thereof:
   -~BURLINGTON-COUNTY-SHERIFF'S-DEPT.
   -~:C/O-~50-Rancocas-Road.
   -~:Mount-Holly,-New-Jersey-
   -~Territories:-~(08060).
:-~7.:USPS-REGULAR-MAIL.
   :Terry :Family of Smith,-:d/b/a-
   -~TERRY-SMITH,-CEO/Trustee,
   -~:RUSHMORE-LOAN-MANAGEMENT-SERVICES,
   -~LLC.-&-RUSHMORE-LOAN-MGT.
   -~:c/o-~8950-Cypress-Waters-Blvd.
   -~:Coppell,-Texas-Territories,
   -~:U.S.A.-~(75019).

:~8. :USPS-REGULAR-MAIL.
     :Jay :Family of Bray,
     ~:D/B/A-JAY-BRAY,-TRUSTEE-AND-CEO:
     ~:Nationstar/Mr-Cooper,-LLC.
     ~:c/o-~8950-Cypress-Waters-Blvd.
     ~:Coppell: Texas-Territories-~(75019).
:~9. :USPS-REGULAR-MAIL.
     :Brian :Moynihan,-:D/B/A-
     ~:BRIAN-MOYNIHAN,-CEO,
     ~:BANK-OF-AMERICA and,
     ~BANK-OF-AMERICA CORPORATION.
     :BANK-OF-AMERICA-CORPORATE-CENTER,
     ~:100-NORTH-TYRON-STREET,
     ~CHARLOTTE, -NORTH-CAROLINA-TERRITORY,
     ~U.S.A.-(28255).
:~10. :USPS-REGULAR-MAIL.
     :MICHAEL-MCKEEVER,-CEO/KML-AND,
     ~:[A]GENTS-AND-:KML-LAW-GROUP,-P.C.,
     ~701-MARKET-STREET-
     ~:PHILADELPHIA,-PENNSYLVANIA-TERRITORY,
     ~U.S.A.-(19106).
:~11. : :USPS-REGULAR-MAIL.
     :SERVICELINK,-LLC/CORPORATION,
     ~:Chris :Azur and/or :CHRIS-AZUR,
     ~Trustee-&-CEO.
     ~1355-CHERRINGTON-PARKWAY
     ~CORAOPOLIC,-PENNSYLVANIA-~(15108)(ZIP-EXEMPT).
:~12. :HAND-DELIVERY.
     ~:COURT-CLERK/-CASE-MANAGER.
     ~:U.S.C.A.-of the THIRD-CIRCUIT.
     ~601-MARKET-STREET.
     ~PHILADELPHIA-TERRITORY,-PENNSYLVANIA.
     ~DATE: -~11/-~19/-~24.

                              ~:[RE]SPECFULLY,

By:_____ :Angel D. :Delgado_____RTP.
:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM-CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.



#1.00



:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.



:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.

-~:UNITED-STATES-DISTRICT-COURT of the
APPEAL-TRENTON.
:Docket-Number:-~24-CV-0655-24 GC of the
BANKRUPTCY-CASE:-~24-12420CMG.
NOTICE-OF-THE-MOTION of the
RECONSIDERATION/FRCP#60 of the
STAY-PENDING-3RD-CIRCUIT-WRITS-AND
EXTENTION of the TIME of the FILING of the
SWC-F-020340-17/U.S.DISTRICT-TRENTON-DOCKET-
NUMBER:24-CV-0665-24/ 24-12420.

-~PARTIES:
-~:Angel-David :Delgado,-SUI-JURIS,-PETITIONER,
-~:VERSUS,
  -~:1.:UNITED-STATES-BANKRUPTCY-COURT-TRENTON,
    :RESPONDENTS;
  -~:2.:UNITED-STATES-DISCTICT-COURT-TRENTON,
    :RESPONDENTS;
  -~:3.:SUPERIOR-COURT-OF-THE-BURLINGTON-COUNTY
    :RESPONDENTS;
  -~:4.:FINANCIAL-ADMINISTRATION-OFFICE of the SUPERIOR-
    COURT-OF-THE-NEW-JERSEY,:RESPONDENTS;
  -~:5.:BURLINGTON-COUNTY-SHERIFF'S-DEPARTMENT,-
    :RESPONDENTS;
  -~:6.:NATIONSTAR/MR-COOPER,-MORTGAGE-COMPANY,-LLC.,-
    :Jay :Bray and/or :JAY-BRAY,-Trustee-AND-CEO,-
    :RESPONDENTS;
  -~:7.:RUSHMORE-LOAN-MANAGEMENT-SERVICES,-LLC.,
    :Terry :Smith-and/or-:TERRY-SMITH,-Founder-
    Trustee-&-AGENTS-:RESPONDENTS;
  -~:8.:KML-LAW-GROUP,-PC.,-~Michael :McKeever and/or
    MICHAEL-MCKEEVER,-Trustee-&-CEO,-:Kristine-G.
    :Murtha and/or :KRISTINE-G-MURTHA,-:Denise

RECEIVED
2024 NOV 21 A 11: 56
USDC FOR NJ

:Carlon and/or :DENISE-CARLON,-AGENTS-
:RESPONDENTS;
-~:9.:SERVICELINK,-LLC/CORPORATION,-:Chris :Azur
and/or :CHRIS-AZUR,-Trustee-&-CEO-AGENTS,-
:RESPONDENTS;
-~10.:BANK-OF-AMERICA-CORPORATION,-:Brian :Moynihan
and/or :BRIAN-MOYNIHAN,-Trustee-&-CEO,-:BANK-OF-
AMERICA,-AGENTS,-RESPONDENTS;
-~11.:ALBERT-RUSSO-STANDING-CHAPTER-13-COMPANY;-
:Albert :Russo and/or ALBERT-RUSSO,-TRUSTEE;-AND-
:Mary :Kreiger and/or MARY-KREIGER,-
[AT]TORNEY(sic)-:RESPONDENTS.
-~NOTICE-OF-THE-MOTION of the [RE]CONSIDERATION(sic)/FRCP-#60 of
its -~11/-~7/-~2024-TEXT-ORDER with the SEEKING-[EX]TENSION(sic)
of the TIME-AND-SEEKING-STAY of the CASE with the PENDING-WRITS
with the 3rd-CIRCUIT: CLAIM.
-~For the PLEASE-TAKE-NOTICE of the APPELLANT IS with the MOVING with
this COURT with the SEEKING-AN-[OR]DER(sic):
-~1.For the [RE]CONSIDERATION(sic)/FRCP-#-~60 with the MATTER of the
HOW-THIS-COURT-IS-PRIVIDING-A-STAY/[EX]TENSION(sic) of the
FILING-TIME of this CASE-PENDING-3RD-CIRCUIT-WRITS with the BASE-
[U]PON(sic) of the-PENDING-MOTION/LEGAL-BRIEF/WRITS,-AND-SEEKING
with the CLARIFICATION of its NOVEMBER-~7,-~2024-TEXT-ORDER???;
-~2.For the [EX]TENTION(sic) of the FILING-TIME-with the [AF]TER(sic)-
WRIT-DECISION;-AND-
-~3.For the SUCH-[RE]LEIF(sic)-IS with the DEEMING-JUST: CLAIM.
-~DATE:-~11/-~19/-~2024.
-~ENCLOSURE.

                                        -~RESPECTFULLY,

                By: _____Angel D. Delgado_____ RTP.
                :[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM: CLAIMANT.
                :ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
                DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
                by this CLAIMANT.







:Quantum Parse Syntax,
C-.S.-.C.-.P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.

-~:UNITED-STATES-DISTRICT-COURT of the
APPEAL-TRENTON.
:Docket-Number:-~24-CV-0655-24 GC of the
BANKRUPTCY-CASE:-~24-12420CMG.
: SUPPORTING-[AF]FIRMATION(sic)/
EXHIBITS/ FORENSIC-[E]VIDENCES(sic)-BINDERS of
the SUPERIOR-COURT
SWC-F-020340-17/U.S.DISTRICT-TRENTON-DOCKET-
NUMBER:24-CV-0665-24/ 24-12420.

-~PARTIES:
-~:Angel-David :Delgado,-SUI-JURIS,-PETITIONER,
-~:VERSUS,
   -~:1.:UNITED-STATES-BANKRUPTCY-COURT-TRENTON,
      :RESPONDENTS;
   -~:2.:UNITED-STATES-DISCTICT-COURT-TRENTON,
      :RESPONDENTS;
   -~:3.:SUPERIOR-COURT-OF-THE-BURLINGTON-COUNTY
      :RESPONDENTS;
   -~:4.:FINANCIAL-ADMINISTRATION-OFFICE of the SUPERIOR-
      COURT-OF-THE-NEW-JERSEY, :RESPONDENTS;
   -~:5.:BURLINGTON-COUNTY-SHERIFF'S-DEPARTMENT,-
      :RESPONDENTS;
   -~:6.:NATIONSTAR/MR-COOPER,-MORTGAGE-COMPANY,-LLC.,-
      :Jay :Bray and/or :JAY-BRAY,-Trustee-AND-CEO,-
      :RESPONDENTS;
   -~:7.:RUSHMORE-LOAN-MANAGEMENT-SERVICES,-LLC.,
      :Terry :Smith-and/or-:TERRY-SMITH,-Founder-
      Trustee-&-AGENTS-:RESPONDENTS;
   -~:8.:KML-LAW-GROUP,-PC.,-~Michael :McKeever and/or
      MICHAEL-MCKEEVER,-Trustee-&-CEO,-:Kristine-G.
      :Murtha and/or :KRISTINE-G-MURTHA,-:Denise
      :Carlon and/or :DENISE-CARLON,-AGENTS-
      :RESPONDENTS;

-~:9.:SERVICELINK,-LLC/CORPORATION,-:Chris :Azur
  and/or :CHRIS-AZUR,-Trustee-&-CEO-AGENTS,-
  :RESPONDENTS;
-~10.:BANK-OF-AMERICA-CORPORATION,-:Brian :Moynihan
  and/or :BRIAN-MOYNIHAN,-Trustee-&-CEO,-:BANK-OF-
  AMERICA,-AGENTS,-RESPONDENTS;
-~11.:ALBERT-RUSSO-STANDING-CHAPTER-13-COMPANY;-
  :Albert :Russo and/or ALBERT-RUSSO,-TRUSTEE;-AND-
  :Mary :Kreiger and/or MARY-KREIGER,-
  [AT]TORNEY(sic)-:RESPONDENTS.

-~:CERTIFICATION/[AF]FIRMATION(sic)-IS with the [AT]TACH(sic)-FORENSIC-
[E]VIDENCES(sic): CLAIM.

-~1. For this [AP]PELLANT(sic): Angel-David :Delgado,-[AF]FIRMS(sic) with
  the FOLLOWING with the BASE-[U]PON(sic)-[AP]PELLANTS(sic)-KNOWLEDGE,-
  PERSONAL-[EX]PERENCES(sic)-AND-FORENSIC-[E]VIDENCES(sic) ARE-AS with
  the FOLLOWING: CLAIM.

-~I. For the [AP]PELLATE'S/FAMILY-[PRE]SENT(sic)-LIVING-CIRCUMSTANCES ARE
  with the FOLLOWING: CLAIM.

-~2. For the AS-PREVIOUSLY-SET-FORTH with the PRIOR-MOTION ARE with the
  FACTS of this CASE: for this [AP]PELLANT(sic)-AND-HIS-FAMILY ARE with
  the LIVING-IN-A-HOTEL-as of SEPTEMBER-~17,-~2024,-AND-CURRENTLY,-
  DURING-THE-PENDING of this [AP]PEAL(sic) with the COMPLIMENTS of the
  [RE]PONDENTS(sic): BURLINGTON-COUNTY-SUPERIOR-COURT/SHERIFF'S-
  DEPARTMENT/NATIONSTAR-ET-AL-AND-[A]GENTS(sic)/KML-ATTORNEYS,-AND-
  JUDGE-GRAVELLE of this BANKRUPTCY-COURT with this CLAIM:
  CLAIMANT/[AU]THOR(sic).

-~3. For the [AT]TACH(sic),-with this-[AP]PELLANT'S(sic)-CURRENT-HOTEL-
  BILL,-WHICH-IS with the [AP]PROXIMATELY(sic)-$5,800.00-IN-DAMAGES,-
  JUST-as of-~10/-~7/-~2024-'TIL-~11/-~19/-~2024 with this CLAIM:
  CLAIMANT/[AU]THOR(sic).
  -~FORENSIC-[EV]VIDENCE(sic): A.

-~3. For this [AP]PELLANT(sic) IS with the FILING-THE-WRITS of the
  MANDAMUS/PROHIBITION/[EX]TRAODINARY(sic) with the CASE-NUMBER:-~24-
  3036 with the THIRD-CIRCUIT,-AS-THIS-COURT-HAVING-[RE]CEIVE(sic)-A-
  COPY of this FILING with this CLAIM: CLAIMANT/[AU]THOR(sic).

-~4. For this NOVEMBER-~7,-~2024,-THIS-[AP]PELLANT(sic) IS with the FILING-
  A-MOTION of the EXTENDING-FILING-TIME-AND-A-STAY-PENDING-THE-WRITS
  with this CLAIM: CLAIMANT/[AU]THOR(sic).
  -~FORENSIC-[EV]VIDENCE(sic): B.

-~5. For this SAME-DAY,-NOVEMBER-~7,-~2024,-without the GIVING-ANY-
  [OT]THER(sic)-PARTY-A-CHANCE of the [RE]SPONDING(sic) IS with this
  COURT-[IS]SUING(sic)-THIS-TEXT??-[OR]DER(sic) with this CLAIM:
  CLAIMANT/[AU]THOR(sic).
  -~FORENSIC-[E]VIDENCE(sic): C:-TEXT??-[OR]DER(sic): CLAIM.

-~6. For this TEXT???-[OR]DER(sic) IS with the READING with the IN-PART:
The Court will stay the Appellant's-Bankruptcy-appeal-
pending-a-decision-from-the-Third-Circuit. Appellant-
is-directed-to-notify-the-COURT within-seven,-~7,-
days-after-the-Third-Circuit-issues-a-decision. The
Clerk of the Court is directed-to-administratively-
terminate-the-case-pending-the-stay.-~:EMPHASIS-IS
with the ADDING: CLAIM.
-~:FORENSIC-[E]VIDENCE(sic): C:-TEXT??-[OR]DER(sic):
CLAIM.

-~7. For this [AP]PELLANT(sic) IS with the SEEKING-A-
MEANING/[IN]TERPRETATION(sic) of the [AD]MINISTRATIVELY(sic)-
TERMINATING-THIS-CASE-PENDING-THE-STAY-AND-ITS-LEGAL-BASIS,-with this
CLAIM: CLAIMANT/[AU]THOR(sic).

-~8. For this [AP]PELLANT(sic) IS with the PAYING-$298.00-FILING-FEES-AS-
CONSIDERATION with this COURT,-as the FEDERAL-PUBLIC-SERVANTS,-WHICH-
THIS-COURT-[AC]CEPTS(sic)-BACK on the MAY-~16,-~2024,-with the
THROUGH-[AP]PELLANT'S(sic)-DISTRICT-COURT-BANKRUPTCY-CASE-AND-
[AP]PELLANT(sic)-BELIEVES-THIS-COURT-CANNOT-CLOSE-ITS-DOORS-AT-THIS-
TIME-PENDING-THE-THIRD-CIRCUIT-WRITS-AS-[IS]SUES(sic) of the
[AP]PELLANT'S(sic)-CASE-[RE]MAIN(sic)-[UN]RE-SOLVE(sic),-with this
CLAIM: CLAIMANT/[AU]THOR(sic).
-~:FORENSIC-[E]VIDENCE(sic): D: [AP]PEAL(sic)
[AP]PLICATION(sic)/PAYMENT-BY-BANKRUPTCY-COURT: CLAIM.

-~9. For these REASONS ARE with this [AP]PELLANT(sic)-SEEKING-A-
[RE]CONSIDERATION(sic)/FRCP#60 with the HOW-AND-WHEN-THIS-STAY-AND-
[EX]TENTION(sic) of the FILING-TIME,-IF-with the NEED-
DURING/[AF]TER(sic)-THE-WRIT-DECISIONS,-AND-NOT-CLOSE-ITS-COURTROOM-
DOORS,-with this CLAIM: CLAIMANT/[AU]THOR(sic).
-~:DATE: -~11/-~19/-~24.                    -~[RE]SPECTFULLY,

By: _Angel D. Delgado_____ RTP.
:[AU]THORIZE(sic)- PRESENTATIVE(sic) IS: CLAIM-CLAIMANT.
:ALL-RIGHTS with the RESERVE-WITHOUT-PREJUDICE of this
DOCUMENT ARE: FULL-FORCE-AND-EFFECT with this CLAIM
by this CLAIMANT.

RECEIVED

2024 NOV 21  A 11: 5

USDC FOR NJ

:Forensic-[E]vidence(sic)-~A.

# INVOICE

Dorkas Shafer
1109 Marine Highway
Hainesport NJ 08036
United States

| | |
|---|---|
| Arrival | 10-07-24 |
| Departure | 11-18-24 |
| Folio Window | 1 |
| Folio No. | |

Confirmation No.   5385741301

Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-10-24 | Accommodation | 125.12 | |
| 11-10-24 | New Jersey State Sales Tax | 8.29 | |
| 11-10-24 | State Occupancy Tax | 6.26 | |
| 11-10-24 | City Tax | 3.75 | |
| 11-11-24 | Accommodation | 125.12 | |
| 11-11-24 | New Jersey State Sales Tax | 8.29 | |
| 11-11-24 | State Occupancy Tax | 6.26 | |
| 11-11-24 | City Tax | 3.75 | |
| 11-12-24 | Accommodation | 125.12 | |
| 11-12-24 | New Jersey State Sales Tax | 8.29 | |
| 11-12-24 | State Occupancy Tax | 6.26 | |
| 11-12-24 | City Tax | 3.75 | |
| 11-13-24 | Visa | XXXXXXXXXXXXXX XX/XX | 574.00 |
| 11-13-24 | Visa | XXXXXXXXXXXXX X/XX | 411.28 |
| 11-13-24 | Accommodation | 125.12 | |
| 11-13-24 | New Jersey State Sales Tax | 8.29 | |
| 11-13-24 | State Occupancy Tax | 6.26 | |
| 11-13-24 | City Tax | 3.75 | |
| 11-14-24 | Accommodation | 125.12 | |
| 11-14-24 | New Jersey State Sales Tax | 8.29 | |
| 11-14-24 | State Occupancy Tax | 6.26 | |
| 11-14-24 | City Tax | 3.75 | |

| | Charges | Credits |
|---|---|---|
| Total | 5,008.32 | 5,008.32 |
| Balance | 0.00 | |

Guest Signature

I l agree
lcated
part or

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

ur goal is to provide every guest with
nments regarding your visit.

more.





INVOICE

Dorkas Shafer
1109 Marine Highway
Hainesport NJ 08036
United States

Arrival      10-07-24
Departure    11-18-24
Folio Window  2
Folio No.

Confirmation No.   5385741301

Group Name

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 11-02-24 | Accommodation | 125.12 | |
| 11-02-24 | New Jersey State Sales Tax | 8.29 | |
| 11-02-24 | State Occupancy Tax | 6.26 | |
| 11-02-24 | City Tax | 3.75 | |
| 11-03-24 | Accommodation | 125.12 | |
| 11-03-24 | New Jersey State Sales Tax | 8.29 | |
| 11-03-24 | State Occupancy Tax | 6.26 | |
| 11-03-24 | City Tax | 3.75 | |
| 11-04-24 | Accommodation | 125.12 | |
| 11-04-24 | New Jersey State Sales Tax | 8.29 | |
| 11-04-24 | State Occupancy Tax | 6.26 | |
| 11-04-24 | City Tax | 3.75 | |
| 11-05-24 | Accommodation | 125.12 | |
| 11-05-24 | New Jersey State Sales Tax | 8.29 | |
| 11-05-24 | State Occupancy Tax | 6.26 | |
| 11-05-24 | City Tax | 3.75 | |
| 11-06-24 | Accommodation | 125.12 | |
| 11-06-24 | New Jersey State Sales Tax | 8.29 | |
| 11-06-24 | State Occupancy Tax | 6.26 | |
| 11-06-24 | City Tax | 3.75 | |
| 11-07-24 | Master Card   XXXXXXXXXXX▓▓▓XX/XX | | 717.10 |

**Total**      717.10   717.10

**Balance**    0.00

Guest Signature

WE HOPE YOU ENJOYED YOUR STAY WITH US!

...ur goal is to provide every guest with
...nments regarding your visit.

INVOICE

Dorkas Shafer
1109 Marine Highway
Hainesport NJ 08036
United States

Confirmation No.    5385741301

Group Name

Arrival          10-07-24
Departure        11-18-24
Folio Window     1
Folio No.

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| | | 8.29 | |
| | | 6.26 | |
| 10-26-24 | New Jersey State Sales Tax | 3.75 | |
| 10-26-24 | State Occupancy Tax | 125.12 | |
| 10-26-24 | City Tax | 8.29 | |
| 10-26-24 | Accommodation | 6.26 | |
| 10-27-24 | New Jersey State Sales Tax | 3.75 | |
| 10-27-24 | State Occupancy Tax | 125.12 | |
| 10-27-24 | City Tax | 8.29 | |
| 10-28-24 | Accommodation | 6.26 | |
| 10-28-24 | New Jersey State Sales Tax | 3.75 | |
| 10-28-24 | State Occupancy Tax | 125.12 | |
| 10-28-24 | City Tax | 8.29 | |
| 10-29-24 | Accommodation | 6.26 | |
| 10-29-24 | New Jersey State Sales Tax | 3.75 | |
| 10-29-24 | State Occupancy Tax | | 1,066.54 |
| 10-29-24 | City Tax | 125.12 | |
| 10-30-24 | Visa XXXXXXXXXXXX XX/XX | 8.29 | |
| 10-30-24 | Accommodation | 6.26 | |
| 10-30-24 | New Jersey State Sales Tax | 3.75 | |
| 10-30-24 | State Occupancy Tax | 125.12 | |
| 10-30-24 | City Tax | 8.29 | |
| 10-31-24 | Accommodation | 6.26 | |
| 10-31-24 | New Jersey State Sales Tax | 3.75 | |
| 10-31-24 | State Occupancy Tax | 125.12 | |
| 10-31-24 | City Tax | 8.29 | |
| 11-01-24 | Accommodation | 6.26 | |
| 11-01-24 | New Jersey State Sales Tax | 3.75 | |
| 11-01-24 | State Occupancy Tax | 125.12 | |
| 11-01-24 | City Tax | 8.29 | |
| 11-07-24 | Accommodation | 6.26 | |
| 11-07-24 | New Jersey State Sales Tax | 3.75 | |
| 11-07-24 | State Occupancy Tax | 125.12 | |
| 11-07-24 | City Tax | 8.29 | |
| 11-08-24 | Accommodation | 6.26 | |
| 11-08-24 | New Jersey State Sales Tax | 3.75 | |
| 11-08-24 | State Occupancy Tax | 125.12 | |
| 11-08-24 | City Tax | 8.29 | |
| 11-09-24 | Accommodation | 6.26 | |
| 11-09-24 | New Jersey State Sales Tax | 3.75 | |
| 11-09-24 | State Occupancy Tax | | |
| 11-09-24 | City Tax | | |



## INVOICE

Dorkas Shafer
1109 Marine Highway
Hainesport NJ 08036
United States

| | |
|---|---|
| Arrival | 10-07-24 |
| Departure | 11-18-24 |
| Folio Window | 1 |
| Folio No. | |

Confirmation No.  5385741301

Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| | State Occupancy Tax | 6.26 | |
| 10-16-24 | City Tax | 3.75 | |
| 10-16-24 | Accommodation | 125.12 | |
| 10-17-24 | New Jersey State Sales Tax | 8.29 | |
| 10-17-24 | State Occupancy Tax | 6.26 | |
| 10-17-24 | City Tax | 3.75 | |
| 10-18-24 | Accommodation | 150.00 | |
| 10-18-24 | New Jersey State Sales Tax | 9.94 | |
| 10-18-24 | State Occupancy Tax | 7.50 | |
| 10-18-24 | City Tax | 4.50 | |
| 10-19-24 | Accommodation | 150.00 | |
| 10-19-24 | New Jersey State Sales Tax | 9.94 | |
| 10-19-24 | State Occupancy Tax | 7.50 | |
| 10-19-24 | City Tax | 4.50 | |
| 10-20-24 | Accommodation | 125.12 | |
| 10-20-24 | New Jersey State Sales Tax | 8.29 | |
| 10-20-24 | State Occupancy Tax | 6.26 | |
| 10-20-24 | City Tax | 3.75 | |
| 10-21-24 | Accommodation | 125.12 | |
| 10-21-24 | New Jersey State Sales Tax | 8.29 | |
| 10-21-24 | State Occupancy Tax | 6.26 | |
| 10-21-24 | City Tax | 3.75 | |
| 10-22-24 | Accommodation | 125.12 | |
| 10-22-24 | New Jersey State Sales Tax | 8.29 | |
| 10-22-24 | State Occupancy Tax | 6.26 | |
| 10-22-24 | City Tax | 3.75 | |
| 10-23-24 | Accommodation | 125.12 | |
| 10-23-24 | New Jersey State Sales Tax | 8.29 | |
| 10-23-24 | State Occupancy Tax | 6.26 | |
| 10-23-24 | City Tax | 3.75 | |
| 10-24-24 | Accommodation | 125.12 | |
| 10-24-24 | New Jersey State Sales Tax | 8.29 | |
| 10-24-24 | State Occupancy Tax | 6.26 | |
| 10-24-24 | City Tax | 3.75 | |
| 10-24-24 | Visa  XXXXXXXXXXXX XX/XX | | 1,489.40 |
| 10-25-24 | Accommodation | 125.12 | |
| 10-25-24 | New Jersey State Sales Tax | 8.29 | |
| 10-25-24 | State Occupancy Tax | 6.26 | |
| 10-25-24 | City Tax | 3.75 | |
| 10-26-24 | Accommodation | 125.12 | |

# INVOICE

Dorkas Shafer
1109 Marine Highway
Hainesport NJ 08036
United States

| | | |
|---|---|---|
| Arrival | 10-07-24 | |
| Departure | 11-18-24 | |
| Folio Window | 1 | |
| Folio No. | | |

Confirmation No.    5385741301

Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-07-24 | Accommodation | 125.12 | |
| 10-07-24 | New Jersey State Sales Tax | 8.29 | |
| 10-07-24 | State Occupancy Tax | 6.26 | |
| 10-07-24 | City Tax | 3.75 | |
| 10-07-24 | Pet Cleaning Fee | 75.00 | |
| 10-08-24 | Accommodation | 125.12 | |
| 10-08-24 | New Jersey State Sales Tax | 8.29 | |
| 10-08-24 | State Occupancy Tax | 6.26 | |
| 10-08-24 | City Tax | 3.75 | |
| 10-09-24 | Accommodation | 125.12 | |
| 10-09-24 | New Jersey State Sales Tax | 8.29 | |
| 10-09-24 | State Occupancy Tax | 6.26 | |
| 10-09-24 | City Tax | 3.75 | |
| 10-10-24 | Accommodation | 125.12 | |
| 10-10-24 | New Jersey State Sales Tax | 8.29 | |
| 10-10-24 | State Occupancy Tax | 6.26 | |
| 10-10-24 | City Tax | 3.75 | |
| 10-11-24 | Accommodation | 125.12 | |
| 10-11-24 | New Jersey State Sales Tax | 8.29 | |
| 10-11-24 | State Occupancy Tax | 6.26 | |
| 10-11-24 | City Tax | 3.75 | |
| 10-12-24 | Accommodation | 125.12 | |
| 10-12-24 | New Jersey State Sales Tax | 8.29 | |
| 10-12-24 | State Occupancy Tax | 6.26 | |
| 10-12-24 | City Tax | 3.75 | |
| 10-13-24 | Accommodation | 125.12 | |
| 10-13-24 | New Jersey State Sales Tax | 8.29 | |
| 10-13-24 | State Occupancy Tax | 6.26 | |
| 10-13-24 | State Occupancy Tax | 3.75 | |
| 10-13-24 | City Tax    XXXXXXXXXXX(        )XX/XX | 125.12 | 1,467.10 |
| 10-14-24 | Visa | | |
| 10-14-24 | Accommodation | 8.29 | |
| 10-14-24 | New Jersey State Sales Tax | 6.26 | |
| 10-14-24 | State Occupancy Tax | 3.75 | |
| 10-14-24 | City Tax | 125.12 | |
| 10-15-24 | Accommodation | 8.29 | |
| 10-15-24 | New Jersey State Sales Tax | 6.26 | |
| 10-15-24 | State Occupancy Tax | 3.75 | |
| 10-15-24 | City Tax | 125.12 | |
| 10-16-24 | Accommodation | 8.29 | |
| 10-16-24 | New Jersey State Sales Tax | | |

:Forensic-[E]vidence(sic)-~B.

  

:Quantum Parse Syntax,          :PEACE-FLAG :UNITED-STATES       :FOUR-CORNER-RULE IS
~-C.S.S.-C.-P-.S-.G.-FLAG       IS :CLAIM :By: Claimant.         :POSTAL-COURT-OF-THE-ONE-
IS :CLAIM :By CLAIMANT.                                          VENUE-CORRECT-PARSE-GRAMMAR:
                                                                 By :CLAIM :CLAIMAINT.

FOR THIS PRIVATE-COMMUNICATION-BETWEEN-THE-PARTIES IS WITH THE
KNOWLEDGE-FOR-THE-PRINCIPAL-AND/OR-[A]GENT(SIC)-AND-VICE/VERSA OF THIS CLAIM
BY THIS CLAIMANT.

-~:HAND-DELIVERY-[RE]CEIPT(sic) with this DOCUMENT/FILING with this
COURT with this CLAIM by this CLAIMANT.

   -~:DELIVERY with the [O]RIGINAL(sic)-AND/OR-COPY of the DOCUMENTS
        ARE with the HAND-DELIVERY: CLAIM: CLAIMANT.

   :-~1.:CHRISTINE-GRAVELLE
        -JUDGE of the
        U.S.-BANKRUTPCY-COURT-TRENTON,
        -~:C/O-~402-EAST-STATE-STREET,
        -~:TRENTON,-New-Jersey-Territory,
        -~:U.S.A.

   :-~2.:GEORGETTE-CASTNER,-JUDGE of the
        -~:UNITED-STATES-DISTRICT-COURT of the [AP]PEAL(sic)-
        TRENTON,
        -~:C/O-~402-EAST-STATE-STREET,
        -~:TRENTON,-New-Jersey-Territory,
        -~:U.S.A.

   -~:[O]RIGINALS(sic) of the LIST-OF-THE-DOCUMENTS ARE with the
   FOLLOWING with this CLAIM by this CLAIMANT.
   :-~1.:[AF]FIDAVIT(sic) of the PRESENTMENT/MAILINGS IS AS-THE-
        SERVICE-OF-[PRO]CESS(sic)-[AF]FIRMATION(sic) with this
        CLAIM by this CLAIMANT.
   :-~2.:[O]RIGINAL(sic)-AND/OR-COPY of the :MOTION SEEKING-
        EXTEND-TIME/RECONSIDERATION WITH THE STAY-PENDING-WRITS.

   -~[AC]CEPT-BY: _____
   :Date-~11.-~7.-~24-TIME:

RECEIVED 2024 NOV -8 P 2: 4 USDC FOR NJ



$1.00



:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.



:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE:
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-
Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.
:DATE:-~11/-~7/-~2024.
:COURT-CLERK of the
:Georgette Castner
:UNITED STATES DISTRICT COURT
:402-EAST-STATE-STREET
:TRENTON,-NEW-JERSEY-TERRITORIES(08608).

RECEIVED
2024 NOV -8 P 2:44
USDC FOR NJ

    -~:In-Regard: Angel-David :Delgado,-~BANKRUPTCY-CASE-BEFORE-JUDGE-
CHRISTINE-GRAVELLE;-CASE-NUMBERS: 24-CV-0665-24/24-12420/SWC-F-
020340-17: CLAIM.
-~:Dear-Court-Clerk,
-~For the [EN]CLOSE(sic) with the FILING ARE with the FOLLOWING:
    -~1.:MOTION with the [RE]CONSIDERATION(sic) of its-~10/-~17-~2024-ORDERS
        with the SEEKING-[EX]TENTION of the FILING-TIMES-AND-SEEKING of
        the STAY of the [AP]PEAL(sic) with the DISTRICT-COURT-PENDING-3RD-
        CIRCUIT-WRITS/[AF]FIDAVIT(sic) of the SERVICE of the
        PROCESS/SUPPORTING-[AF]FIRMATION(sic)/LEGAL-BREIF: CLAIM.
    -~2.:NO-FILING-FEE of a MOTION IS FOUND-within the FEE-SCHEDULE,-
    ~PLEASE-CONFIRM-by the EMAIL,-IF-A-FEE-IS-DUE: CLAIM.
                -~:RESPECTFULLY,

    -~:By: _Angel D. Delgado_    RTP.
    -~:[AU]THORIZE(sic)-[PRE]SENTATIVE(sic) IS: CLAIM:
        CLAIMANT.
    -~:ALL-RIGHTS with the RESERVE-WITHOUT-[PRE]JUDICE(sic)
        of this DOCUMENT-AND IS with the FULL-FORCE-AND-
        [EF]FECT(sic) with this CLAIM by this CLAIMANT.



 

:Quantum Parse Syntax,          :PEACE-FLAG :UNITED-STATES        :FOUR-CORNER-RULE IS :POSTAGE
C-S.-S.-C.-P-.-S-.G.-FLAG,      IS :CLAIM :By: Claimant.         :POSTAL-COURT-OF-THE-ONE-
IS :CLAIM :By CLAIMANT.                                          VENUE=CORRECT-PARSE-GRAMMAR
                                                                :By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-Territories-~(08036).
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.

-~:UNDERLINED-STATES-DISTRICT-COURT of the
APPEAL-TRENTON.
:Docket-Number:-~24-CV-0655-24GC of the
BANKRUPTCY-CASE:-~24-12420CMG.
:CERTIFICATION of the SERVICE of the PROCESS:
NOTICE-OF-THE-MOTION of the
STAY-PENDING-3RD-CIRCUIT-WRITS of the
SWC-F-020340-17/U.S.DISTRICT-TRENTON-DOCKET-
NUMBER:24-CV-0665-24/ 24-12420.

-~PARTIES:
-~:Angel-David :Delgado,-SUI-JURIS,-PETITIONER,
-~:VERSUS,
    -~:1.:UNITED-STATES-BANKRUPTCY-COURT-TRENTON,
        :RESPONDENTS;
    -~:2.:UNITED-STATES-DISCTICT-COURT-TRENTON,
        :RESPONDENTS;
    -~:3.:SUPERIOR-COURT-OF-THE-BURLINGTON-COUNTY
        :RESPONDENTS;
    -~:4.:FINANCIAL-ADMINISTRATION-OFFICE of the SUPERIOR-
        COURT-OF-THE-NEW-JERSEY,:RESPONDENTS;
    -~:5.:BURLINGTON-COUNTY-SHERIFF'S-DEPARTMENT,-
        :RESPONDENTS;
    -~:6.:NATIONSTAR/MR-COOPER,-MORTGAGE-COMPANY,-LLC.,-
        :Jay :Bray and/or :JAY-BRAY,-Trustee-AND-CEO,-
        :RESPONDENTS;
    -~:7.:RUSHMORE-LOAN-MANAGEMENT-SERVICES,-LLC.,
        :Terry :Smith-and/or-:TERRY-SMITH,-Founder-
        Trustee-&-AGENTS-:RESPONDENTS;
    -~:8.:KML-LAW-GROUP,-PC.,-~Michael :McKeever and/or
        MICHAEL-MCKEEVER,-Trustee-&-CEO,-:Kristine-G.
        :Murtha and/or :KRISTINE-G-MURTHA,-:Denise
        :Carlon and/or :DENISE-CARLON,-AGENTS-
        :RESPONDENTS;

-~:9.:SERVICELINK,-LLC/CORPORATION,-:Chris :Azur
and/or :CHRIS-AZUR,-Trustee-&-CEO-AGENTS,-
:RESPONDENTS;
-~10.:BANK-OF-AMERICA-CORPORATION,-:Brian :Moynihan
and/or :BRIAN-MOYNIHAN,-Trustee-&-CEO,-:BANK-OF-
AMERICA,-AGENTS,-RESPONDENTS;
-~11.:ALBERT-RUSSO-STANDING-CHAPTER-13-COMPANY;-
:Albert :Russo and/or ALBERT-RUSSO,-TRUSTEE;-AND-
:Mary :Kreiger and/or MARY-KREIGER,-
[AT]TORNEY(sic)-:RESPONDENTS.
-~12.COURT-CLERK/CASE-MANAGER.
UNITED-STATES-COURT of the APPEALS-3RD-CIRCUIT-
ARTICLE-III-COURT.-~:COPY.
 -~CERTIFICATION/[AF]FIRMATION of the SERVICE of the PROCESS by this
PETITIONER/[AU]THOR(sic).
-~For the on the -~11/-~8/-~24, IS with the PETITIONER/FAMILY-SENDING:
-~For the [O]RIGINAL(sic)-OR-COPY of this
MOTION/[AF]FIDAVIT(sic) of the PRESENTMENT/SUPPORTING-
[AF]FIDAVIT(sic) with the FORENSIC-[E]VIDENCES(sic)
ARE with the SENDING with the ALL-PARTIES-VIA: USPS-
REGULAR-MAIL-AND/OR-HAND-DELIVERY with this
CLAIM/[AU]THOR(sic).
:-~1.:USPS-REGULAR-MAIL AND HAND DELIVERY.
:Georgette :Castner,-d/b/a GEORGETTE-CASTNER.
:U.S.-DISTRICT-COURT-TRENTON,
-~:C/O-~402-EAST-STATE-STREET,
-~:TRENTON,-New-Jersey-Territory,
-~:U.S.A. (08608).
:-~2. :USPS-REGULAR-MAIL AND HAND DELIVERY.
:Christine :Gravelle,-d/b/a CHRISTINE-GRAVELLE,
-d-b-a-BANKRUTPCY-JUDGE.
:U.S.-BANKRUTPCY-COURT-TRENTON,
-~:C/O-~402-EAST-STATE-STREET,
-~:TRENTON,-New-Jersey-Territory,
-~:U.S.A. (08608).
:-~3.:USPS-REGULAR-MAIL.
:Albert :Russo,-d-b-a-BANKRUTPCY-TRUSTEE-&-
:Mary :Krieger,d-b-a-ATTORNEY of this TRUSTEE.
:ALBERT-RUSSO,-STANDING-
-~CHAPTER-13-TRUSTEE,-COMPANY.
-~:C/O-~1-AAA-DRIVE-SUITE-101,
-~:ROBBINSVILLE,-New-Jersey-Territory,
-~:U.S.A.-~(08691).

:-~4.:USPS-REGULAR-MAIL.
:Kathi-F.:Fiamingo,-:d/b/a
-~:KATHI-F.-FIAMINGO,-P.-J.-T.-C.-&-P.J.,
-~:General-Equity,-Chancery-Division,
-~:AND-:Jeanne :Covert,-:d/b/a-
-~:JEANNE-COVERT,-P.-J.-S.-C.
:SUPERIOR COURT of the BURLINGTON-COUNTY
-~:C/O-~49-Rancocas-Road.
-~:Mount-Holly,-New-Jersey-Territory,
-~:U.S.A.-~(08060).
:-~5.:USPS-REGULAR-MAIL.
:Todd :McManus,-:D/B/A,
-~:TODD-MCMANUS,-Administration and/or
-~:Valerie :Frage,-:D/B/A-
-~:VALERIE-FRAGE,-Financial-Officer,
-~:Chief-Counsel/Chief-Financial-Officer
-~:JUDICIARY-COURT-ADMINISTRATION,
-~:SUPERIOR-COURTS-OF-NEW-JERSEY,
-~:c/o-~25-Market-Street,
-~:-P.O.-Box-~985,
-~:Trenton,-New-Jersey-Territories,
-~:U.S.A.-~[08625].
:-~6.:USPS-REGULAR-MAIL.
-~:James-H. :Family-of-Kostoplis,
-~:d/b/a-James-H.-Kostoplis and/or
-~:JAMES-H.-KOSTOPLIS,-Sheriff and
-~:[A]gents-thereof:
-~BURLINGTON-COUNTY-SHERIFF'S-DEPT.
-~:C/O-~50-Rancocas-Road.
-~:Mount-Holly,-New-Jersey-
-~Territories:-~(08060).
:-~7.:USPS-REGULAR-MAIL.
:Terry :Family of Smith,-:d/b/a-
-~TERRY-SMITH,-CEO/Trustee,
-~:RUSHMORE-LOAN-MANAGEMENT-SERVICES,
-~LLC.-&-RUSHMORE-LOAN-MGT.
-~:c/o-~8950-Cypress-Waters-Blvd.
-~:Coppell,-Texas-Territories,
-~:U.S.A.-~(75019).
:-~8.:USPS-REGULAR-MAIL.
:Jay :Family of Bray,
-~:D/B/A-JAY-BRAY,-TRUSTEE-AND-CEO:
-~:Nationstar/Mr-Cooper,-LLC.
-~:c/o-~8950-Cypress-Waters-Blvd.
-~:Coppell: Texas-Territories-~(75019).

:-~9.:<u>USPS-REGULAR-MAIL.</u>
   :Brian :Moynihan,-:D/B/A-
   -~:BRIAN-MOYNIHAN,-CEO,
   -~:BANK-OF-AMERICA and,
   -~BANK-OF-AMERICA CORPORATION.
   :BANK-OF-AMERICA-CORPORATE-CENTER,
   -~:100-NORTH-TYRON-STREET,
   -~CHARLOTTE,-NORTH-CAROLINA-TERRITORY,
   -~U.S.A.-(28255).
:-~10.:<u>USPS-REGULAR-MAIL.</u>
   :MICHAEL-MCKEEVER,-CEO/KML-AND,
   -~:[A]GENTS-AND-:KML-LAW-GROUP,-P.C.,
   -~701-MARKET-STREET-
   -~:PHILADELPHIA,-PENNSYLVANIA-TERRITORY,
   -~U.S.A.-(19106).
:-~11.: <u>USPS-REGULAR-MAIL.</u>
   :SERVICELINK,-LLC/CORPORATION,
   -~:Chris :Azur and/or :CHRIS-AZUR,
   -~Trustee-&-CEO.
   -~1355-CHERRINGTON-PARKWAY
   -~CORAOPOLIC,-PENNSYLVANIA-~(15108)(ZIP-EXEMPT).
:-~12.:HAND-DELIVERY.
   -~:COURT-CLERK/-CASE-MANAGER.
   -~:U.S.C.A.-of the THIRD-CIRCUIT.
   -~601-MARKET-STREET.
   -~PHILADELPHIA-TERRITORY,-PENNSYLVANIA.
   -~DATE: -~11/-~7/-~24.

                          -~:[RE]SPECFULLY,

-~:By:_____: Angel D.: Delgado_____RTP.
-~:[AU]THORIZE(sic)-[PRE]SENTATIVE(sic) IS: CLAIM:
   CLAIMANT.
-~:ALL-RIGHTS with the RESERVE-WITHOUT-[PRE]JUDICE(sic)
   of this DOCUMENT-AND IS with the FULL-FORCE-AND-
   [EF]FECT(sic) with this CLAIM by this CLAIMANT.





$1.00

:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel147@yahoo.com.

-~:UNITED-STATES-DISTRICT-COURT of the
APPEAL-TRENTON.
:Docket-Number:-~24-CV-0655-24 GC of the
BANKRUPTCY-CASE:-~24-12420CMG.
NOTICE-OF-THE-MOTION of the
STAY-PENDING-3RD-CIRCUIT-WRITS of the
SWC-F-020340-17/U.S.DISTRICT-TRENTON-DOCKET-
NUMBER:24-CV-0665-24/ 24-12420.

-~PARTIES:
-~:Angel-David :Delgado,-SUI-JURIS,-PETITIONER,
-~:VERSUS,
    -~:1.:UNITED-STATES-BANKRUPTCY-COURT-TRENTON,
        :RESPONDENTS;
    -~:2.:UNITED-STATES-DISCTICT-COURT-TRENTON,
        :RESPONDENTS;
    -~:3.:SUPERIOR-COURT-OF-THE-BURLINGTON-COUNTY
        :RESPONDENTS;
    -~:4.:FINANCIAL-ADMINISTRATION-OFFICE of the SUPERIOR-
        COURT-OF-THE-NEW-JERSEY,:RESPONDENTS;
    -~:5.:BURLINGTON-COUNTY-SHERIFF'S-DEPARTMENT,-
        :RESPONDENTS;
    -~:6.:NATIONSTAR/MR-COOPER,-MORTGAGE-COMPANY,-LLC.,-
        :Jay :Bray and/or :JAY-BRAY,-Trustee-AND-CEO,-
        :RESPONDENTS;
    -~:7.:RUSHMORE-LOAN-MANAGEMENT-SERVICES,-LLC.,
        :Terry :Smith-and/or-:TERRY-SMITH,-Founder-
        Trustee-&-AGENTS-:RESPONDENTS;
    -~:8.:KML-LAW-GROUP,-PC.,-~Michael :McKeever and/or
        MICHAEL-MCKEEVER,-Trustee-&-CEO,-:Kristine-G.
        :Murtha and/or :KRISTINE-G-MURTHA,-:Denise
        :Carlon and/or :DENISE-CARLON,-AGENTS-
        :RESPONDENTS;

RECEIVED
2024 NOV -8 P 2: 44
USDC FOR NJ

-~:9.:SERVICELINK,-LLC/CORPORATION,-:Chris :Azur
      and/or :CHRIS-AZUR,-Trustee-&-CEO-AGENTS,-
      :RESPONDENTS;
-~10.:BANK-OF-AMERICA-CORPORATION,-:Brian :Moynihan
      and/or :BRIAN-MOYNIHAN,-Trustee-&-CEO,-:BANK-OF-
      AMERICA,-AGENTS,-RESPONDENTS;
-~11.:ALBERT-RUSSO-STANDING-CHAPTER-13-COMPANY;-
      :Albert :Russo and/or ALBERT-RUSSO,-TRUSTEE;-AND-
      :Mary :Kreiger and/or MARY-KREIGER,-
      [AT]TORNEY(sic)-:RESPONDENTS.

<u>-~NOTICE-OF-THE-MOTION of the [RE]CONSIDERATION(sic)/FRCP-#60 of
its -~10/-~17/-~2024-ORDERS with the SEEKING-[EX]TENSION(sic) of
the TIME-AND-SEEKING-STAY of the CASE with the PENDING-WRITS with
the 3rd-CIRCUIT: CLAIM.</u>

-~For the <u>PLEASE-TAKE-NOTICE</u> of the <u>APPELLANT</u> <u>IS</u> with the MOVING with
this COURT with the SEEKING-AN-[OR]DER(sic):
-~1. For the [RE]CONSIDERATION(sic)/FRCP-#-~60 with the MATTER of the
      STAY of this CASE-PENDING-3RD-CIRCUIT-WRITS with the BASE-
      [U]PON(sic) of the-PENDING-MOTION/LEGAL-BRIEF/WRITS.
-~2. For the [EX]TENTION(sic) of the FILING-with the [AF]TER(sic)-
      WRIT-DECISION,
-~3.For the SUCH-[RE]LEIF(sic)-<u>IS</u> with the DEEMING-JUST.
-~DATE:-~11/-~7/-~2024.
-~ENCLOSURE.                          -~RESPECTFULLY,

                  -~:By:____:Angel0 .:Delgado____ RTP.
                  -~:[AU]THORIZE(sic)-[PRE]SENTATIVE(sic) IS: CLAIM:
                     CLAIMANT.
                  -~:ALL-RIGHTS with the RESERVE-WITHOUT-[PRE]JUDICE(sic)
                     of this DOCUMENT-AND IS with the FULL-FORCE-AND-
                     [EF]FECT(sic) with this CLAIM by this CLAIMANT.





$1.00

:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE.
:POSTAL-COURT-OF-THE-ONE-
VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

:Angel-David :Delgado.
-~c/o-Post-Office-~664.
-~Hainesport,-New-Jersey-Territories-~(08036)
-~ZIP-[EX]EMPT(sic),-~USA.
-~Petitioner,-Sui-Juris.
-~Angeldel47@yahoo.com.

-~:UNITED-STATES-DISTRICT-COURT of the
APPEAL-TRENTON.
:Docket-Number:-~24-CV-0655-24 GC of the
BANKRUPTCY-CASE:-~24-12420CMG.
: SUPPORTING-[AF]FIRMATION(sic)/
EXHIBITS/LEGAL-BRIEF/FORENSIC-[E]VIDENCES(sic)-
BINDERS of the SUPERIOR-COURT
SWC-F-020340-17/U.S.DISTRICT-TRENTON-DOCKET-
NUMBER:24-CV-0665-24/ 24-12420.

-~PARTIES:
-~:Angel-David :Delgado,-SUI-JURIS,-PETITIONER,
-~:VERSUS,
   -~:1.:UNITED-STATES-BANKRUPTCY-COURT-TRENTON,
     :RESPONDENTS;
   -~:2.:UNITED-STATES-DISCTICT-COURT-TRENTON,
     :RESPONDENTS;
   -~:3.:SUPERIOR-COURT-OF-THE-BURLINGTON-COUNTY
     :RESPONDENTS;
   -~:4.:FINANCIAL-ADMINISTRATION-OFFICE of the SUPERIOR-
     COURT-OF-THE-NEW-JERSEY,:RESPONDENTS;
   -~:5.:BURLINGTON-COUNTY-SHERIFF'S-DEPARTMENT,-
     :RESPONDENTS;
   -~:6.:NATIONSTAR/MR-COOPER,-MORTGAGE-COMPANY,-LLC.,-
     :Jay :Bray and/or :JAY-BRAY,-Trustee-AND-CEO,-
     :RESPONDENTS;
   -~:7.:RUSHMORE-LOAN-MANAGEMENT-SERVICES,-LLC.,
     :Terry :Smith-and/or-:TERRY-SMITH,-Founder-
     Trustee-&-AGENTS-:RESPONDENTS;
   -~:8.:KML-LAW-GROUP,-PC.,-~Michael :McKeever and/or
     MICHAEL-MCKEEVER,-Trustee-&-CEO,-:Kristine-G.
     :Murtha and/or :KRISTINE-G-MURTHA,-:Denise
     :Carlon and/or :DENISE-CARLON,-AGENTS-
     :RESPONDENTS;

RECEIVED
2024 NOV -8 P 2 44
USDC FOR NJ

-~MOTION OF THE STAY-~24-CV-0665-24,-PENDING-3[RD] CIRCUIT WRITS: CLAIM/[AU]THOR(sic): Angel-David
:Delgado. [Type text]

:Forensic-[E]vidence(sic)-~C.

**Full docket text for document 13:**

TEXT ORDER: This matter comes before the court upon notice of Appellant's Petition for a Writ of Mandamus filed before the Third Circuit. See In re: Angel Delgado (No. 24-3026). The Court will stay the Appellant's bankruptcy appeal pending a decision from the Third Circuit. Appellant is directed to notify the Court within seven (7) days after the Third Circuit issues a decision. The Clerk of the Court is directed to administratively terminate the case pending the stay. The Clerk is directed to mail a copy of this Text Order to Appellant by regular United States mail. So Ordered by Judge Georgette Castner on 11/7/2024. (jmh)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/12/2024 14:01:44 | | | |
| PACER Login: | Abogada1 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 3:24-cv-06225-GC |
| Billable Pages: | 1 | Cost: | 0.10 |

Query    Reports    Utilities    Help    Log Out

**3:24-cv-06225-GC** DELGADO-SCHAFER et al v. RUSSO
Georgette Castner, presiding
**Date filed:** 05/16/2024
**Date terminated:** 11/07/2024
**Date of last filing:** 11/07/2024

Mobile Query

**Query**

Alias
Associated Cases
Attorney
Case File Location...
Case Summary
Deadlines/Hearings...
Docket Report ...
Filers
History/Documents...
Party
Related Transactions...
Status
View a Document

:Forensic-[E]vidence(sic)-~D.

**UNITED STATES POSTAL SERVICE®**

CUSTOMER'S RECEIPT

| | Pay to | District Ct of Trenton |
| | Address | Trenton New Jersey Angel Daz |
| | | Case # 24-12420 Ct of Appeal 3rd Circuit |

KEEP THIS RECEIPT FOR YOUR RECORDS

Year, Month, Day: 2024-05-17   Postmark: 080360   Amount: $298.00   Clerk: 5

Serial Number: 9672722336

**UNITED STATES POSTAL SERVICE**

POSTAL MONEY ORDER

Serial Number: 3672722336

2024-05-17   080360   $298.00

Two Hundred Ninety Eight Dollars and 00/100

Clerk: 5

U.S District Court
Trenton, New Jersey
Case # 24-12420
Court of Appeal 3rd Circuit

from: Douglas Delgado fee
Angel-David-Delgado
Auth Rep

FOR REVERSE WARNING ■ NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈000000800⑈   ⑆3672722336⑈

RECEIVED
2024 MAY 38 P 12:49
USDC FOR NJ

  

:Quantum Parse Syntax,
C-S.-S.-C.-P-.S-.G.-FLAG,
IS :CLAIM :By :CLAIMANT.

:PEACE-FLAG :UNITED-STATES
IS :CLAIM :By: Claimant.

:FOUR-CORNER-RULE IS :POSTAGE
:POSTAL-COURT-OF-THE-ONE-
  VENUE=CORRECT-PARSE-GRAMMAR
:By :CLAIM :CLAIMAINT.

○  Money Orders

○  FAQs

# Check Money Order Status

Find out the status of a money order that was purchased from the United States Postal Service®.

## Start Your Search

*Serial Number
*Post Office™ Number
*Issued Amount
View Status

### Money Order # 28672722336 has been cashed.

The information received is based upon the most recent information the United States Postal Service® has.

Visit Money Orders to learn more about money order guidelines and tips.

## Contact Us

If you have money order related questions, please email the Accounting Help Desk or call 1-866-974-2733.

## Hours of Operation

- Monday–Friday: 8 AM–8 PM ET
- Saturdays and Sundays: Closed

1.  HELPFUL LINKS

1. Contact Us
2. Site Index
3. FAQs
4. Feedback

5.  USPS JOBS

1. Careers

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

Angel David Delgado

                   Debtor(s)

Case no.: _____24-12420-CMG_____

Chapter: _____13_____

Adv. Pro. No.: _____

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I _____Diane Lipcsey_____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On ____4/19/24____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated ____4/25/24____ was filed.

A copy of the appeal was served on the following parties on ____5/16/24____.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| :Dorkas-Iris:Delgado-Schafer | P.O. Box 664 Hainesport, NJ 08036 | ☐ Notice of Electronic Filing (NEF) ☒ U. S. Mail |
| | | ☐ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| | | ☐ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| | | ☐ Notice of Electronic Filing (NEF) ☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

By: Diane Lipcsey_____
            Deputy Clerk

Date: 5/16/24 _____

rev. 1/13/17